UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br>                      Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of LaDonna M. Lusher, sworn to on October 8, 2018, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Kiyo A. Matsumoto, on a return date set by the Court, for Plaintiffs application seeking leave to amend their Complaint, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       October 8, 2018

VIRGINIA & AMBINDER, LLP

      /s/
By: Lloyd Ambinder, Esq.
LaDonna Lusher, Esq.
Joel Goldenberg, Esq.
40 Broad St., 7th Floor
New York, New York 10004
Tel: (212) 943-9080
Fax: (212) 943-9082
llusher@vandallp.com

Naydenskiy Law Firm, LLC
Gennadiy Naydenskiy, Esq.
281 Summerhill Rd, Suite 210

        East Brunswick, NJ, 08816
        Tel: (800) 789-9396
        naydenskiylaw@gmail.com

*Attorneys for Plaintiffs*