# EXHIBIT 1

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 29, 2018.

Selected Entity Name: HOME FAMILY CARE INC.
Selected Entity Status Information

**Current Entity Name:** HOME FAMILY CARE INC.
**DOS ID #:** 3484737
**Initial DOS Filing Date:** MARCH 05, 2007
**County:** KINGS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NEW YORK, 11235

**Chief Executive Officer**
ALEKSANDER KISELEV
3051 BRIGHTON 3RD STREET
BROOKLYN, NEW YORK, 11235

**Principal Executive Office**
HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NEW YORK, 11235

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| MAR 05, 2007 | Actual | HOME FAMILY CARE INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us