# EXHIBIT 2

## LEASE

**Agreement of Lease**, made as of this 6th day of January, 2015, between SITK GROUP 1, LLC whose address is 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 ("Landlord"), and Home Family Care Inc. whose address is (ground) floor at 3051 Brighton 3rd street Brooklyn, NY 11235 ("Tenant")

### WITNESSETH:

**WHEREAS**, Landlord is willing to lease to Tenant and Tenant is willing to hire from Landlord on the terms hereinafter set forth, Commercial store (ground floor) of the commercial part in the building ( described in Exhibit 2) known as 3066 Brighton 4th street, Brooklyn, New ("the Building").

**NOW THEREFORE,** the parties hereto, for themselves, their heirs, distribute, executors, administrators, legal representatives, successors and assigns, hereby covenant as follows:

### ARTICLE 1

### Demised Premises; Term; Use

**1.01 Demise**. (a) Landlord hereby leases to Tenant and Tenant hereby hires from Landlord, subject to the terms and conditions of this lease, Commercial store (ground floor) (except for Main lobby, boiler room and electrical, gas and water meters room, garage, parking, bicycle room, garbage room) in the building known as **3066 Brighton 4th street, Brooklyn, New York 11235** (the "demised premises").

**1.02 Term**. The term of this lease (the "Term") shall commence on the Commencement Date (as hereinafter defined), and shall end, unless sooner terminated as hereinafter provided, on the last day of the calendar month in which occurs the Tenth anniversary of the day preceding the Rent Commencement Date (as hereinafter defined)(the "Expiration Date").

**1.03 Commencement Date**. (a) "Commencement Date" means the day of getting TCO (Temporary Certificate of Occupancy). If for any reason Landlord shall be unable to deliver possession of the demised premises to Tenant on any date specified in this lease for such delivery, Landlord shall have no liability to Tenant therefor and the validity of this lease shall not be impaired, nor shall the Term be extended, by reason thereof. This Section 1.03 shall be an express provision to the contrary for purposes of Real Property Law §223-a and any other law of like import now or hereafter in effect.

**1.04 Tenant Delay**. "Tenant Delay" means any delay which Landlord may encounter in the performance of Landlord's obligations under this lease by reason of any act or omission of any nature of Tenant, its employees, partners, officers, directors, members, shareholders, agents, representatives or contractors, including, without limitation, delays due to changes in or additions to Landlord's Work (as hereinafter defined) requested by Tenant, delays by Tenant in submission of information or giving authorizations or approvals or delays due to the postponement of any Landlord's Work at the request of Tenant. Tenant shall pay to Landlord any costs or expenses incurred by Landlord by reason of any Tenant Delay.

**1.05 Use**. *The demised premises shall be used and occupied by Tenant solely as a* **Home Family Care Agency, (including such ancillary uses in connection therewith as shall be reasonably required by Tenant in the operation of its business)** Subject to the other provisions of this lease, the demised premises shall not be used for any purpose which would tend to lower the first class character of the

1 | Page

**IN WITNESS WHEREOF**, Landlord and Tenant have executed this lease as o the day and year first written above.

LANDLORD

SITK GROUP, LLC
By _____
Igor Kisin, Authorized Member

TENANT

By _____

STATE OF NEW YORK
COUNTY OF Kings

On the 9 day of January in the year 2015 before me, the undersigned, personally appeared Igor Kisin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

STATE OF NEW YORK
COUNTY OF Kings

On the 9 day of January in the year 2015 before me, the undersigned, personally appeared Alexander Kiselev, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

MARINA TKACHUK
Commissioner of Deeds
City of New York - No. 2-12205
Certificate Filed In Kings County
Commission Expires June , 20 15

# EXHIBIT 1

## RULES AND REGULATIONS

1. The rights of each tenant in the entrances from such tenant's demised premises for the tenant and its employees, licensees and invitees, and no tenant shall use, or permit the use of the entrances for any other purpose. No tenant shall invite to the tenant's demised premises, or permit the visit of, persons in such numbers or under such conditions as to interfere with the use and enjoyment of any of the plazas, entrances, corridors, escalators, elevators and other facilities of the Building by any other tenants. Fire