# EXHIBIT 3

LEASE

AGREEMENT OF LEASE, (hereinafter "Lease") made as of this 1st day of April, 2015 between MAS 92nd LLC, located at 6540 110St Forest Hills, NY 11375 party of the first part, hereinafter referred as OWNER, and Home Family Care, Inc. having an office at 3051 Brighton 3rd Street Brooklyn, NY 11235 party of the second part, hereinafter referred to as TENANT, WITNESSETH: Owner hereby leases to Tenant and Tenant hereby hires from Owner the commercial premises located at 37-03 92nd St., 2nd Floor, Jackson Heights, NY, in the Borough of Queens, City of New York, (hereinafter the "Premises") for the term of five (5) years (or until such term shall sooner cease and expire as hereinafter provided) to commence on the 1st day of April in the year 2015 to the 31st day of March in the year 2020 at an annual rental rate

SEE ATTACHED RIDER

("Fixed Rent") of which Tenant agrees to pay in lawful money of the United States which shall be legal tender in payment of all debts and dues, public and private, at the time of payment, in equal monthly installments in advance on the first day of each month during said term, at the office of Owner or such other place as Owner may designate, without any set off or deduction whatsoever, except that Tenant shall pay the first monthly installment(s) on the execution hereof (unless this lease be a renewal). Both the Landlord and the Tenant agree that paying rent on time is an essential responsibility of the Tenant under this Lease and the tenancy. Therefore, the Landlord and the Tenant agree that if the Tenant pays the rent or additional rent as set forth in the Lease or Rider, late enough to cause the Landlord to serve a rent demand [as defined in New York State Real Property Actions and Proceedings Law Section 711(2)] three (3) or more times in the course of (1) period of 365 consecutive days or (5) or more times in the course of twenty-four (24) consecutive months, this shall be deemed a material breach of the Lease and the Landlord will be entitled to terminate this Lease before the end of the term by following those legal procedures that allow the landlord to terminate a lease under the law. For purposes of this paragraph, it shall make no difference that the occasions of the late payment of rent may or may not fall during the Term of this Lease or during different terms of any renewal of this Lease. The only thing that will matter as to frequency of late payment is how far apart those late payments are on the calendar.

The parties hereto, for themselves, their heirs, distributees, executors, administrators, legal representatives, successors and assigns, hereby convenant as follows:

RENT OCCUPANCY:

1. Tenant shall pay the rent as above and as hereinafter provided. Upon the execution of the Lease first month's rent and security as set forth herein shall be due. This Lease shall not be binding until said funds are received, deposited and cleared by Landlords financial institution and until such time Tenant shall be deemed a licensee.

2. Tenant shall use and occupy demised premises to operate a Home Care Agency Service.

TENANT ALTERATIONS:

3. Tenant shall make no changes in or to the demised premises of any nature without Owner's prior written consent. Subject to the prior written consent of Owner, which shall not be unreasonably withheld, and to the provisions of this article, Tenant at Tenant's expense, may make alterations, installations, additions or improvements which are non-structural and which do not affect utility services or plumbing and electrical lines, in or to the interior of the demised premises by using contractors or mechanics first approved by Owner. Tenant shall, before making any alterations, additions, installations or improvements, at its expense, not be in default and obtain all permits, approvals and certificates required by any governmental or quasi-governmental bodies and (upon completion) certificates of final approval thereof and shall deliver promptly duplicates of all such permits, approvals and certificates to Owner and Tenant agrees to carry and will cause Tenant's contractors and sub-contractors to carry such workman's compensation, general liability, personal and property damage insurance as Owner may require. If any mechanic's lien is filed against the demised premises, or the building of which the same forms a part, for work claimed to have been done for, or materials furnished to, Tenant, whether or not done pursuant to this article, the same shall be discharged by Tenant within thirty days thereafter, at Tenant's expense, by filing the bond required by law. All fixtures and all paneling, partitions, railings and like installations, installed in the premises at any time, either by Tenant or by Owner in Tenant's behalf, shall, upon installation, become the property of Owner and shall remain upon and be surrendered with the demised premises unless Owner, by notice to Tenant no later than twenty days prior to the date fixed as the termination of this lease, elects to relinquish Owner's right thereto and to have them removed by Tenant, in which event the same shall be removed from the premises by Tenant prior to the expiration of the lease, at Tenant's expense. Nothing in this Article shall be construed to give Owner title to or to prevent Tenant's removal of trade fixtures, moveable office furniture and equipment, but upon removal of any such from the premises or

upon removal of other installations as may be required by Owner, Tenant shall immediately and at its expense, repair and restore the premises to the condition existing prior to installation and repair any damage to the demised premises or the building due to such removal. All property permitted or required to be removed, by Tenant at the end of the term remaining in the premises after Tenant's removal shall be deemed abandoned and may, at the election of Owner, either by retained as Owner's property or may be removed from the premises by Owner, at Tenant's expense.

MAINTENANCE AND REPAIRS:

4. Tenant shall, throughout the term of this lease, take good care of the demised premises and the fixtures and appurtenances therein. Tenant shall be responsible for all damage or injury to the demised premises or any other part of the building and the systems and equipment thereof, whether requiring structural or nonstructural repairs caused by or resulting from carelessness, omission, neglect, or improper conduct of Tenant, Tenant's subtenants, agents, employees, invitees or licenses, or which arise out of any work, labor, service or equipment done for or supplied to Tenant or any subtenant or arising out of the installation, use or operation of the property or equipment of Tenant or any subtenant. Tenant shall also repair all damage to the building and the demised premises caused by the moving of Tenant's fixtures, furniture and equipment. Tenant shall promptly make, at Tenant's expense, all repairs in and to the demised premises for which Tenant is responsible, using only the contractor for the trade or trades in question. Any other repairs in or to the building or the facilities and systems thereof for which Tenant is responsible shall be performed by Owner at the Tenant's expense. Owner shall maintain in good working order and repair the exterior and the structural portions of the building, including the structural portions of its demised premises, and the public portions of the building interior and the building plumbing, electrical, heating and ventilating systems (to the extent such systems presently exist) serving the demised premises. Tenant agrees to give prompt notice of any defective condition in the premises for which Owner may be responsible hereunder. There shall be no allowance to Tenant for diminution of rental value and no liability on the part of Owner by reason of inconvenience, annoyance or injury to business arising from Owner or others making repairs, alterations, additions or improvements in or to any portion of the building or the demised premises or in and to the fixtures, appurtenances or equipment thereof. It is specifically agreed that Tenant shall not be entitled to any setoff or reduction of rent by reason of any failure of Owner to comply with the convenants of this or any other article of this Lease. Tenant agrees that Tenant's sole