# EXHIBIT 4

## RIDER TO LEASE

The provisions of this rider are hereby incorporated into and made a part of the lease dated as of April ____, 2018 between Donald Lee and Delenda S W Wong Lee, having an address at 774 56th Street, Brooklyn, NY 11220 ("Landlord"), and Home Family Care Inc., having an address at 774 56th Street, 1st Floor Front Store, Brooklyn, NY 11220 ("Tenant") of premises known as 774 56th Street, 1st Floor Front Store, Brooklyn, NY 11220 (the "Premises"), in the City of New York, Borough of Brooklyn, to which this rider is annexed. If there is any conflict between the provisions of this rider and the remainder of this lease, the provisions of this rider shall govern.

### Rent

Tenant covenants to pay to Landlord as a net minimum rent (the "fixed rent") during the term of this lease as follows: for a term of five (5) years, with a five (5) year option, at $4,500.00 per month for the principal of the term of this lease beginning immediately with a **3% increase** per annum through the remainder of the term and continuing for the option years of this lease, not including any option years which shall be calculated at fair market value.

The fixed rent shall be payable in advance in equal monthly installments on the first day of each calendar month. If the term of this lease does not commence on the first day of a month, the fixed rent for the month in which the term of this lease commences shall be appropriately apportioned. The first installment of fixed rent shall be paid simultaneously with the execution of this lease.

Tenant also covenants to pay, from time to time as provided in this lease, as additional rent, all other amounts and obligations which Tenant assumes or agrees to pay under this lease and, without prejudice to any other rights, powers or remedies of Landlord, a late payment charge equal to 5 percent of the amount of any item of rent or additional rent not paid when due (or, if a demand therefor is required by the provisions of this lease, within five (5) days after the date of such demand). In the event of any failure on the part of Tenant to pay any additional rent, Landlord shall have all the rights, powers and remedies provided for in this lease, at law, in equity or otherwise, in the case of nonpayment of fixed rent. Nothing herein shall be construed to extend the due dates of Tenant's payments under this lease, or to waive any rights or remedies of Landlord in the event of Tenant's late payment. Tenant's obligations to pay fixed rent and additional rent shall survive the expiration of the lease term or earlier termination of this lease.

All fixed rent and additional rent (collectively hereinafter referred to as "rent") shall be paid in such coin or currency (or, subject to collection, by good check payable in such coin or currency) of the United States of America as at the time shall be legal tender for the payment of public and private debts, at the office of Landlord as set forth above, or at such place and to such person as Landlord from time to time may designate.



21/25

Acknowledgment for TENANT:

STATE OF NEW YORK, COUNTY OF Kings, ss.

    On the 30 day of April, 2018, before me, the undersigned notary public, personally appeared Alexander Kiselev, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

MARINA TKACHUK
Commissioner of Deeds
City of New York - No. 2-12205
Certificate Filed In Kings County
Commission Expires Jun 1, 20 19

Notary Public
My commission expires on June 1, 2019

STATE OF NEW YORK, COUNTY OF Kings, ss.

    On the 30 day of April, 2018, before me, the undersigned notary public, personally appeared Jennifer Liu, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

MARINA TKACHUK
Commissioner of Deeds
City of New York - No. 2-12205
Certificate Filed In Kings County
Commission Expires Jun 1, 20 19

Notary Public
My commission expires on June 1, 2019