# EXHIBIT 7

# HOME FAMILY CARE, INC. ORGANIZATIONAL CHART

