# EXHIBIT 8

LICENSE NO. 1596L002

# State of New York
# Department of Health
# Office of Health Systems Management

EFFECTIVE DATE 08/01/15

## HOME CARE SERVICE AGENCY

### LICENSE

HOME FAMILY CARE, INC.
3052 BRIGHTON 1ST STREET, 3RD FLOOR
BROOKLYN, NY 11235
KINGS COUNTY

OPERATOR:
PROPRIETARY CORPORATION

HAS BEEN GRANTED THIS LICENSE TO OPERATE PURSUANT TO ARTICLE 36
OF THE PUBLIC HEALTH LAW FOR THE HEALTH SERVICES SPECIFIED:

HOME FAMILY CARE, INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

SERVICE

COUNTY(S) SERVED

NASSAU
BRONX                          NURSING
KINGS
NEW YORK
QUEENS
RICHMOND

*Celeste M Johnson*

AREA ADMINISTRATOR

*Howard Zucker*

ACTING COMMISSIONER                    M.D., J.D

DOH 502K (5/14)

THIS CERTIFICATE MUST BE CONSPICUOUSLY DISPLAYED ON THE PREMISES.