# EXHIBIT 9

# State of New York
# Department of Health
# Office of Health Systems Management

LICENSE NO. 1596L003

EFFECTIVE DATE 01/24/16

## HOME CARE SERVICE AGENCY
## LICENSE

HOME FAMILY CARE, INC.
37-03 92ND STREET, 2ND FLOOR
JACKSON HEIGHTS, NY 11372
QUEENS COUNTY

OPERATOR:
PROPRIETARY CORPORATION

HOME FAMILY CARE, INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

HAS BEEN GRANTED THIS LICENSE TO OPERATE PURSUANT TO ARTICLE 36 OF THE PUBLIC HEALTH LAW FOR THE HEALTH SERVICES SPECIFIED:

COUNTY(S) SERVED

NASSAU
BRONX
KINGS
NEW YORK
QUEENS
RICHMOND

SERVICE

NURSING
HOME HEALTH AIDE
PERSONAL CARE
PHYSICAL THERAPY
MEDICAL SOCIAL WORK

*Celeste N. Johnson*
AREA ADMINISTRATOR

*Howard Zucker*
COMMISSIONER
M.D., J.D

DOH 502K (2/16)

THIS CERTIFICATE MUST BE CONSPICUOUSLY DISPLAYED ON THE PREMISES.