# EXHIBIT 12



| Period End DT | Check DT | Check # | Gross Pay | Net Pay | Adj Type | Pay Type |
|---|---|---|---|---|---|---|
| 10/19/2018 | 10/26/2018 | 314261 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 10/12/2018 | 10/19/2018 | 312096 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 10/5/2018 | 10/12/2018 | 309931 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 9/28/2018 | 10/5/2018 | 307827 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 9/21/2018 | 9/28/2018 | 305601 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 9/14/2018 | 9/21/2018 | 303556 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 9/7/2018 | 9/14/2018 | 301468 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 8/31/2018 | 9/7/2018 | 299448 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 8/24/2018 | 8/31/2018 | 297458 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 8/17/2018 | 8/24/2018 | 295462 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 8/10/2018 | 8/17/2018 | 295381 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 8/3/2018 | 8/10/2018 | 291434 | $2,500.00 | $1,888.45 | Standard | Voucher |
| 7/27/2018 | 8/3/2018 | 289466 | $2,500.00 | $1,885.39 | Standard | Voucher |
| 7/20/2018 | 7/27/2018 | 287488 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 7/13/2018 | 7/20/2018 | 285525 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 7/6/2018 | 7/13/2018 | 283550 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 6/29/2018 | 7/6/2018 | 283474 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 6/22/2018 | 6/29/2018 | 279683 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 6/15/2018 | 6/22/2018 | 277730 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 6/8/2018 | 6/15/2018 | 275770 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 6/1/2018 | 6/8/2018 | 273841 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 5/25/2018 | 6/1/2018 | 271916 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 5/18/2018 | 5/25/2018 | 270005 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 5/11/2018 | 5/18/2018 | 268121 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 5/4/2018 | 5/11/2018 | 266213 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 4/27/2018 | 5/4/2018 | 264352 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 4/20/2018 | 4/27/2018 | 262459 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 4/13/2018 | 4/20/2018 | 260590 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 4/6/2018 | 4/13/2018 | 258624 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 3/30/2018 | 4/6/2018 | 256788 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 3/23/2018 | 3/30/2018 | 254906 | $2,500.00 | $1,885.30 | Standard | Voucher |
| 3/16/2018 | 3/23/2018 | 253032 | $2,500.00 | $1,885.30 | Standard | Voucher |