# EXHIBIT 13

# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 1st QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 01/11/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk,
Luis Gonzalez.
**Commencement Time:** 10:00 am

|  | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "Overtime Compensation"<br>      Under Fair Labor Standards Act (FLSA) Agency's employees, who work more than 40 hours, are eligible for overtime wage. | 10 mins | Anna Moore |
| **3. Meeting Discussion Purpose**<br>3.1 Home Family Care Inc. will ensure that agency will comply with Fair Labor Standards Act (FLSA), and Agency's employees will be paid according to these FLSA requirements. | 40 mins | Alex Kiselev |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that all employees receive full disclosed information regarding federal minimum wage and overtime payments. All payments will be paid according FLSA. The overtime rate is one and one-half times the employee's regular rate, unless otherwise specified. | 10 mins | Marina Tkachuk |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

Home Family Care

## 1st QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 01/11/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|---|---|---|
| Alex Kiselev | *A. Kiselev* | President |
| Anna Moore | *A. Moore* | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street  
Brooklyn, NY 11235

Tel: (718) 975-8998  
Fax: (718) 975-8999

**Home Family Care**

## 2nd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 04/11/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Bookyln, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| | Time | Presenters |
|---|---|---|
| **1.  In-person Meeting** | 60 mins | |
| **2.  Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "HIPAA Compliance policy and procedure manual"<br>The HIPPA Privacy Rule provides standards for protecting the privacy of health information of individuals receiving health care services and regulates how health care agencies use and disclose certain individually identifiable health information, called protected health information (PHI). | 10 mins | Alex Kiselev |
| **3.  Meeting Discussion Purpose**<br>3.1 Home Family Care Inc. must mitigate, to extent practicable, any harmful effect it learns was caused by use or disclosure of protected health information by employees or its business associates who violate its privacy policies or the Privacy Rule. | 40 mins | Jennifer Liu |
| **4.  Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that all employees receive training regarding the Privacy Rule and the agency's policies. Any violations by employees will be fully investigated and disciplinary actions will be applied up to and excluding termination.<br>4.2 Patients of Home Family Care Inc. have a right to file complaints with the Agency's Privacy Officer and with the government regarding agency policies or alleged breaches of the privacy policies. | 10 mins | Luis Gonzalez |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## 2nd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 04/11/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 3rd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 08/09/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "Employee Occupational Injury Workers' Compensation Policy and Procedure". In accordance with applicable law, Home Family Care Inc. pays for and maintains workers' compensation insurance for work-related injuries and illness for employees. | 10 mins | Alex Kiselev |
| **3. Meeting Discussion Purpose**<br>3.1 Home Family Care Inc. must fulfill its regal reporting requirements under applicable state Workers' Compensation laws and the Occupational Safety and Health Act (OSHA), investigate work-related injuries and illness, take appropriate action to prevent recurrence of similar incidents and collect necessary information to track incidents and identify potential trends. | 40 mins | Marina Tkachuk |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that all employees receive training regarding employee occupational injury workers' compensation policy and procedure.<br>4.2 Home Family Care Inc. will review any potential trends based on reported incidents of work-related injuries and illness and periodically evaluate the effectiveness of this Policy, and update it as necessary and appropriate. | 10 mins | Anna Moore |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## 3rd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 08/09/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|---|---|---|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | H&S |

# Home Family Care

**3051 Brighton 3rd Street**
**Brooklyn, NY 11235**

Tel: (718) 975-8998
Fax: (718) 975-8999

## 4th QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 10/11/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of " FRAUD, WASTE AND ABUSE COMPLIANCE POLICY"<br>Home Family Care Inc. has developed "Fraud, Waste and Abuse (FWA) Compliance Policy to be a comprehensive statement of the responsibilities and obligations of all employees regarding submission of information on which payment is made to the Centers for Medicare and Medicaid Services or CMS( for Medicare)including Part D, and other government payers for services rendered by the Company and any of its subsidiaries, divisions and contractors. | 10 mins | Jennifer Liu |
| **3. Meeting Discussion Purpose**<br>3.1 To insure that the agency complies with all laws and regulations pertaining to the delivery of and billing for services which apply to the Company on account of its participation in Medicare, including Part D, Medicaid and other government programs.<br>3.2 The Company or its designee will engage in data analysis to identify patterns of aberrant and potentially abusive utilization or business practice. When data analysis reveals the potential for fraud, waste or abuse, the Company must refer this situations to CMS or other appropriate federal or state enforcement agency for further investigation. | 40 mins | Marina Tkachuk |

# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

| 4. Meeting Conclusion ( Evaluation) | 10 mins | Luis Gonzalez |
|---|---|---|
| 4.1 The agency will comply with all laws and regulations pertaining to the delivery of and billing for services which apply to the Company on account of its participation in Medicare, including Part D, Medicaid and other government programs. 4.2 All efforts to comply with applicable statutes and regulations will be documented, including the fact that an audit has taken place and a description of the nature and results of the audit. 4.3 Detecting and preventing FWA is the responsibility of everyone, including employees, members, providers and sub-contactors. The Company has written policies and procedures to address the prevention, detection and investigation of suspicious activity. 4.4 The Company conducts compliance training and regularly publishes articles related to FWA for employees, plan members, agents and vendors to report suspected FWA anonymously. | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

Home Family Care

## 4th QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 10/11/2016
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|---|---|---|
| Alex Kiselev | | President |
| Anna Moore | A. Moore | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street    Tel: (718) 975-8998
Brooklyn, NY 11235          Fax: (718) 975-8999

**Home Family Care**

## <u>1st QUARTER BOARD OF DIRECTORS MEETING</u>

**Board meeting  Date:** 01/09/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of " Attendance Verification Policy and Procedure for Aides"<br>The home health aides shall track the time they serviced the patient and duties performed by electronically phoning into Carecenta. | 10 mins | Alex Kiselev |
| **3. Meeting Discussion Purpose**<br>3.1 To insure accurate duty tracking. To prevent inaccurate tracking of time and duties tracked. The agency shall require electronic tracking of attendance as mandated by New York State Office of Medicaid Inspector General.<br>3.2 To insure rapid and efficient exchanging of information between the Agency, staff and patients and to ensure compliance with New York State Department of Health regulations. | 40 mins | Tural Abbasov |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that sufficient staff trained to maintain and keep the agency's account current.<br>4.2 Home Family Care Inc. is committed to providing a level of service during on-call hours that is no less than what is provides during regular business hours. Supervisor Case Coordinator requires every coordinator to log in daily Monday-Friday and the on-call coordinator to log in on Saturday and Sunday.<br>4.3 Reports are generated daily and reviewed by the administrator and DPS | 10 mins | Marina Tkachuk |



**Home Family Care**

Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 1st QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 01/09/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

**3051 Brighton 3rd Street**
**Brooklyn, NY 11235**

Tel: (718) 975-8998
Fax: (718) 975-8999

## 2nd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 04/11/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

|  | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "Patient Concerns, complaints and grievances"<br>Patients have the opportunity to express their concerns regarding the services provided by Home Family Care Inc. without threat of fear or reprisal or discrimination. | 15 mins | Jennifer Liu |
| **3. Meeting Discussion Purpose**<br>3.1 To insure that patient disagreements, conflicts, concerns complains/ grievances arising from care and activities involving the patient and Home Family Care Inc. are responded to in an appropriate and timely manner and to ensure a mechanism for receiving, documenting, investigating and responding to patient complaints and grievances. | 30 mins | Luis Gonzalez |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency encourages patients to contact Home family Care Inc. to discuss their concerns. These concerns will be documented in the complaint log.<br>4.2 At the time of admission patients are provided with information as the procedure for submitting complaints/ concerns regarding care provided by Home Family Care Inc. Complaints, written or verbal, will be investigated and its resolution documented in a timely manner. | 15 mins | Alex Kiselev |



# Home Family Care

3051 Brighton 3rd Street     Tel: (718) 975-8998
Brooklyn, NY 11235           Fax: (718) 975-8999

## 2nd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 04/11/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Bookyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## 3rd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 08/09/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "HIPAA Compliance policy and procedure manual"<br>The HIPPA Privacy Rule provides standards for protecting the privacy of health information of individuals receiving health care services and regulates how health care agencies use and disclose certain individually identifiable health information, called protected health information (PHI). | 10 mins | Tural Abbasov |
| **3. Meeting Discussion Purpose**<br>3.1 Home Family Care Inc. must mitigate, to extent practicable, any harmful effect it learns was caused by use or disclosure of protected health information by employees or its business associates who violate its privacy policies or the Privacy Rule. | 40 mins | Anna Moore |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that all employees receive training regarding the Privacy Rule and the agency's policies. Any violations by employees will be fully investigated and disciplinary actions will be applied up to and excluding termination.<br>4.2 Patients of Home Family Care Inc. have a right to file complaints with the Agency's Privacy Officer and with the government regarding agency policies or alleged breaches of the privacy policies. | 10 mins | Alex Kiselev |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 3rd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 08/09/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|---|---|---|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street      Tel: (718) 975-8998
Brooklyn, NY 11235            Fax: (718) 975-8999

## 4th QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 10/09/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

|  | Time | Presenters |
|---|---|---|
| **1.  In-person Meeting** | 60 mins | |
| **2.  Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of " FIELD STAFF BENEFITS"<br>Home Family Care Inc. added to employees many benefits, including sick, personal, vacation days, holiday pays, and weekly direct deposits. | 15 mins | Marina Tkachuk |
| **3.  Meeting Discussion Purpose**<br>3.1 To insure that the agency complies with the Home Care Worker Wage Parity Act( HCWPA) which provides for a minimum rate of pay and provides for the total compensation to increase annually over the next years.<br>3.2 Total compensation means all wages and other direct compensation paid to or provided on behalf the employee including, but not limited to, wages, health, education of pension benefits, supplements in lieu and compensated time off. | 35 mins | Anna Moore |
| **4.  Meeting Conclusion ( Evaluation)**<br>4.1 The agency will comply with the HCWPA by paying the Home Health Aid the amount specified by the New York Department of Health.<br>4.2 The agency will provide written certification that all services provided and are in full compliance with the terms of HCWPA annually to the Commissioner of the Department of Health. | 10 mins | Alex Kiselev |



**Home Family Care**
3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

Home Family Care

## 4th QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 10/09/2017
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## 1st QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 01/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

|  | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of " Attendance Verification Policy and Procedure for Aides"<br>The home health aides shall track the time they serviced the patient and duties performed by electronically phoning into Carecenta. | 10 mins | Alex Kiselev |
| **3. Meeting Discussion Purpose**<br>3.1 To insure accurate duty tracking. To prevent inaccurate tracking of time and duties tracked. The agency shall require electronic tracking of attendance as mandated by New York State Office of Medicaid Inspector General.<br>3.2 To insure rapid and efficient exchanging of information between the Agency, staff and patients and to ensure compliance with New York State Department of Health regulations. | 40 mins | Tural Abbasov |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that sufficient staff trained to maintain and keep the agency's account current.<br>4.2 Home Family Care Inc. is committed to providing a level of service during on-call hours that is no less than what is provides during regular business hours. Supervisor Case Coordinator requires every coordinator to log in daily Monday-Friday and the on-call coordinator to log in on Saturday and Sunday.<br>4.3 Reports are generated daily and reviewed by the administrator and DPS | 10 mins | Marina Tkachuk |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## 1st QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 01/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street    Tel: (718) 975-8998
Brooklyn, NY 11235    Fax: (718) 975-8999

## 2nd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 04/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

|  | Time | Presenters |
|---|---|---|
| 1.  In-person Meeting | 60 mins | |
| 2.  **Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of " FRAUD, WASTE AND ABUSE COMPLIANCE POLICY"<br>Home Family Care Inc. has developed "Fraud, Waste and Abuse (FWA) Compliance Policy to be a comprehensive statement of the responsibilities and obligations of all employees regarding submission of information on which payment is made to the Centers for Medicare and Medicaid Services or CMS( for Medicare)including Part D, and other government payers for services rendered by the Company and any of its subsidiaries, divisions and contractors. | 10 mins | Alex Kiselev |
| 3.  **Meeting Discussion Purpose**<br>3.1 To insure that the agency complies with all laws and regulations pertaining to the delivery of and billing for services which apply to the Company on account of its participation in Medicare, including Part D, Medicaid and other government programs.<br>3.2 The Company or its designee will engage in data analysis to identify patterns of aberrant and potentially abusive utilization or business practice. When data analysis reveals the potential for fraud, waste or abuse, the Company must refer this situations to CMS or other appropriate federal or state enforcement agency for further investigation. | 40 mins | Jennifer Liu |

# Home Family Care

**3051 Brighton 3rd Street**        Tel: (718) 975-8998
**Brooklyn, NY 11235**             Fax: (718) 975-8999

| **4. Meeting Conclusion ( Evaluation)** | 10 mins | Luis Gonzalez |
|---|---|---|
| 4.1 The agency will comply with all laws and regulations pertaining to the delivery of and billing for services which apply to the Company on account of its participation in Medicare, including Part D, Medicaid and other government programs. | | |
| 4.2 All efforts to comply with applicable statutes and regulations will be documented, including the fact that an audit has taken place and a description of the nature and results of the audit. | | |
| 4.3 Detecting and preventing FWA is the responsibility of everyone, including employees, members, providers and sub-contactors. The Company has written policies and procedures to address the prevention, detection and investigation of suspicious activity. | | |
| 4.4 The Company conducts compliance training and regularly publishes articles related to FWA for employees, plan members, agents and vendors to report suspected FWA anonymously. | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 2nd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 04/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

**3051 Brighton 3rd Street**   Tel: (718) 975-8998
**Brooklyn, NY 11235**   Fax: (718) 975-8999

## 3rd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 07/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

|  | Time | Presenters |
|---|---|---|
| **1.  In-person Meeting** | 60 mins | |
| **2.  Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "Patient Concerns, complaints and grievances"<br>Patients have the opportunity to express their concerns regarding the services provided by Home Family Care Inc. without threat of fear or reprisal or discrimination. | 15 mins | Anna Moore |
| **3.  Meeting Discussion Purpose**<br>3.1 To insure that patient disagreements, conflicts, concerns complains/ grievances arising from care and activities involving the patient and Home Family Care Inc. are responded to in an appropriate and timely manner and to ensure a mechanism for receiving, documenting, investigating and responding to patient complaints and grievances. | 30 mins | Alex Kiselev |
| **4.  Meeting Conclusion ( Evaluation)**<br>4.1 The agency encourages patients to contact Home family Care Inc. to discuss their concerns. These concerns will be documented in the complaint log.<br>4.2 At the time of admission patients are provided with information as the procedure for submitting complaints/ concerns regarding care provided by Home Family Care Inc. Complaints, written or verbal, will be investigated and its resolution documented in a timely manner. | 15 mins | Marina Tkachuk |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 3rd QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 07/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | | President |
| Anna Moore | | DPS |
| Jennifer Liu | | VP |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | | HRS |



# Home Family Care

3051 Brighton 3rd Street        Tel: (718) 975-8998
Brooklyn, NY 11235             Fax: (718) 975-8999

**Home Family Care**

## 4th QUARTER BOARD OF DIRECTORS MEETING

**Board meeting  Date:** 10/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| | Time | Presenters |
|---|---|---|
| **1. In-person Meeting** | 60 mins | |
| **2. Meeting Opening**<br>2.1 Introduction<br>2.2 Discussion of "HIPAA Compliance policy and procedure manual"<br>The HIPPA Privacy Rule provides standards for protecting the privacy of health information of individuals receiving health care services and regulates how health care agencies use and disclose certain individually identifiable health information, called protected health information (PHI). | 10 mins | Marina Tkachuk |
| **3. Meeting Discussion Purpose**<br>3.1 Home Family Care Inc. must mitigate, to extent practicable, any harmful effect it learns was caused by use or disclosure of protected health information by employees or its business associates who violate its privacy policies or the Privacy Rule. | 40 mins | Luis Gonzalez |
| **4. Meeting Conclusion ( Evaluation)**<br>4.1 The agency ensures that all employees receive training regarding the Privacy Rule and the agency's policies. Any violations by employees will be fully investigated and disciplinary actions will be applied up to and excluding termination.<br>4.2 Patients of Home Family Care Inc. have a right to file complaints with the Agency's Privacy Officer and with the government regarding agency policies or alleged breaches of the privacy policies. | 10 mins | Alex Kiselev |



**Home Family Care**

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## 4th QUARTER BOARD OF DIRECTORS MEETING

**Board meeting Date:** 10/09/2018
**Location:** " Home Family Care Inc." 3051 Brighton 3rd Street, Booklyn, NY, 11235
**Presenters:** Alex Kiselev, Anna Moore, Jennifer Liu, Tural Abbasov, Marina Tkachuk, Luis Gonzalez.
**Commencement Time:** 10:00 am

| NAME | SIGNATURE | TITLE |
|------|-----------|-------|
| Alex Kiselev | *A. Kiselev* | President |
| Anna Moore | *A. Moore* | DPS |
| Jennifer Liu | *Jen* | VP |
| Tural Abbasov | | Supervisor of Coordinators |
| Luis Gonzalez | | Branch Manager |
| Marina Tkachuk | *Tkachuk* | HRS |