EXHIBIT 14



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### February 6, 2016
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | |
| Bi-annual HHA In-service Training | 1. DPS to gather in-service training materials consisting of mandatory topics and appropriate number of academic hours in order to provide 6 training hours per regulations. | 1. Topics recommended, DPS to follow up. |
| Patient Incident/Accidents | Ten incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance 100%noted |
| On-call service | Review of on-call log | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 190 Discharges:78 Hold:46 | |
| Infection Compliance | Review Infection Prevention and Control plan | Compliance noted |
| Recruitment | Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Clinical Chart Review | Clinical chart review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present. | Compliance noted. |
| Emergency Preparedness | Review Emergency Plan | Compliance noted. |

Minutes reviewed and accepted: _A. Kiselev_    Date _2/6/2016_

**Alexander Kiselev / President**

# Home Family Care

## QI/QA Meeting

_February, 6_    2015

| | PRINT NAME | SIGNATURE |
|---|---|---|
| 1 | MARINA TKACHUK | _Tkachuk_ |
| 2 | Alexander Kiselev | _A. Kiselev_ |
| 3 | Anna Moore | A. Moore /DPS |
| 4 | Tural Abbasov | _Supervisor of Coordination_ |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### May 2, 2016
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| Bi-annual HHA In-service Training | IN-Service-Classes started from 03/09/16 continue till 06/15/16 in order to provide 6 training hours per regulations. | Compliance 100% |
| Patient Incident/Accidents | 22 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance noted |
| On-call service | Review of on-call log | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 147 Discharges: 96 Hold: 95 | |
| Business Development | New contract with MJHS signed | Compliance 100% |
| Recruitment | Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| HFC Compliance | Review compliance & procedure | Compliance noted |

Minuts reviewed and accepted: _____    Date _5/2/2016_

Alexander Kiselev / President

**HOME FAMILY CARE INC.**

**CONTINUOUS QUALITY IMPROVEMENT MEETING**

**ATTENDANCE**

DATE: May 2, 2016

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anna Moore | A. Moore | R N / DPS |
| Tural Abbasov | | Coordination Supervisor |
| Jennifer Liu | | VP of Business development |
| MARINA TKACHUK | | HR S |
| Alexander Kiselev | A. Kisele | President |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
## August 8, 2016
## MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance 100% |
| Bi-annual HHA In-service Training | DPS to gather in-service training materials consisting of mandatory topics and appropriate number of academic hours in order to provide 6 training hours per regulations. | Topics recommended, DPS to follow up. |
| Patient Incident/Accidents | 31 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| On-call service | Review of on-call log | Compliance noted |
| HFC Compliance | Review compliance & procedure | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 150,Discharges: 86 Hold: 111 | Tracking initiated. |
| Recruitment | Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Grievance/Incidents | Review Grievance and Investigation | Develop a mandatory in-service for all staff responsible for coordinating patient care services, including nursing frequency, documentation, guidelines, and delivery of care |

Minutes reviewed and accepted: _A. Kiselev_    Date _8/8/2016_

**Alexander Kiselev / President**

**HOME FAMILY CARE INC.**

CONTINUOUS QUALITY IMPROVEMENT MEETING

ATTENDANCE

DATE: August 8, 2016

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anne Moore | A. Moore | RN /DPS |
| Jennifer Lur | Jen | VP of B.D |
| Tural Abbasov | | Supervisor of Coordination |
| MARINA Tkachuk | | HRS |
| Alex Kiselev | A. Kiselev | President |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

Home Family Care

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
## 11/04/2016
## MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 11:00am | 100% compliance |
| Patient Incident/Accidents | Twenty incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Bi-annual HHA In-service Training | Class-In -Service started from September continue till December with mandatory topics and appropriate number of academic hours in order to provide 6 training hours per regulations. | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 122 Discharges: 42 Hold: 71 | Census report complete |
| Recruitment | Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Policy and Procedure | Implement Electronic Visit Verification system Policy | Implementation complete. |
| Business Development | New Guildnet CD PAP Contract signed. | Compliance noted. |
| Wage Parity | Minimum Wage Amendment | Implementation in progress |

Minutes reviewed and accepted: *A. Kiselev*    Date 11/4/2016

**Alexander Kiselev / President**

HOME FAMILY CARE INC.

CONTINUOUS QUALITY IMPROVEMENT MEETING

ATTENDANCE

DATE: *November 4, 2016*

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Moore, Anna | A. Moore | DPS |
| Jennifer Liu | Jen | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordination |
| MARINA TKACHUK | Tkachuk | HRS |
| Alex Kiselev | A. Kiselev | President. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Home Family Care

**HFC** Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### January, 03.2017
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| | | Developed a mandatory in-service for all staff responsible for coordinating patient care service, including nursing frequency, documentation, guidelines, and delivery of care. |
| Grievance/Incidents | Review Grievance and Investigation for 2016 | |
| Patient Incident/Accidents | Nineteen incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance noted |
| HFC COMPLIANCE | Review Compliance & Procedure | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 109 Discharges: 45 Hold: 66 | Tracking initiated. |
| Recruitment process | Continue Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |

Minuts reviewed and accepted: _A. Kiselev_    Date _01.03.2017_

**Alexander Kiselev / President**

HOME FAMILY CARE INC.

CONTINUOUS QUALITY IMPROVEMENT MEETING

ATTENDANCE

DATE: 01. 03. 2017

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anna Moore | A. Moore | DPS |
| Turon Abbasov | | Coordination Supervisor. |
| Jennifer Liu | | VP of Business Development |
| Marina Tkachuk | | HRS |
| Alex Kiselev | A. Kiselev | President |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HOME FAMILY CARE INC.

CONTINUOUS QUALITY IMPROVEMENT MEETING

ATTENDANCE

DATE: 04. 03. 2017

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anna Moore | L. Lepore | DPS |
| Tural Abbasov | | Coordination Supervisor |
| Marina Tkachuk | M. Tkachuk | HRS |
| Alex Kiselev | A. Kiselev | President |
| Kardue Simonyan | | Billing |
| Jennifer Liu | Jen | VP of B.D. |

# Home Family Care

**HFC**
Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### July 7, 2017
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| Review Of Policy & Procedure. | Review of Policy & Procedure | Compliance noted |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance 100% noted |
| Clinical Chart Review | Clinical chart review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present | Compliance noted |
| Patient Incident/Accidents | 20 incidents and 1 Grievance noted. Information gathered and reviewed. DPS completed incident reports | Descriptions in Incident Report Log. Policy and Procedure re-instructed |
| Emergency Preparedness Files | Bi-annual review of the Emergency Preparedness Files to verify no information is absent and to remove all files for inactive patients. | Tracking initiated |
| Business Development | Advertising in local newspapers and magazines. | Tracking initiated. |
| Census | Since last CQI committee meeting: Admissions: 141 Discharges:75 Hold:33 | Tracking initiated |
| Recruitment | Craidslist.org initiated | Tracking initiated |

Minutes reviewed and accepted: _A. Kiselev_  Date _July 7, 2017_

**Alexander Kiselev / President**

HOME FAMILY CARE INC.

CONTINUOUS QUALITY IMPROVEMENT MEETING

ATTENDANCE

DATE: _Feb_ 7, 2017

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anna Moore | A. Moore | DPS |
| Tural Abbasov | | Supervisor of Coordinators |
| Jennifer Liu | | VP |
| Simonyan V | | Billing Super. |
| MARINA TKACHUK | M. Tkachuk | HR S |
| Alexander Kiselev | A. Kiselev | President |
| Xing Zhao | | RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

**Home Family Care**

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### October 6, 2017
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| Review Of Policy & Procedure. | Review of Policy & Procedure | Compliance noted |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance 100% noted |
| Clinical Chart Review | Clinical chart review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present | Compliance noted |
| Bi-Annual Class-In service | Class-In- service started from September continues till December with mandatory topics and appropriate number of academic hours in order to provide 6 training hours per regulations. | Descriptions in Incident Report Log. Policy and Procedure re-instructed |
| Patient Incident/ Accidents | 29 incidents noted. Information gathered and reviewed. DPS completed incidents reports. | Tracking initiated |
| Business Development | Advertising in local newspapers and magazines. | Tracking initiated. |
| Census | Since last CQI committee meeting: Admissions: 141 Discharges:72 Hold:104 | Tracking initiated |
| Recruitment | Craidslist.org initiated | Tracking initiated |

Minutes reviewed and accepted: _A. Kiselev_ Date _10/6/2017_

**Alexander Kiselev / President**

**HOME FAMILY CARE INC.**

**CONTINUOUS QUALITY IMPROVEMENT MEETING**

**ATTENDANCE**

DATE: 10.06.17

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Alexander Kiselev | A. Kiselev | President |
| Anna Moore | A. Moore | DPS |
| MARINA Tkachuk | Tkachuk | HRS |
| Simonyan Karang | | Billing |
| Tural Abbasov | | Supervisor of Coordination |
| Luis Flores | | Administrator |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Home Family Care

3051 Brighton 3rd Street    Tel: (718) 975-8998
Brooklyn, NY 11235    Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### January, 05.2018
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| Grievance/Incidents | Review Grievance and Investigation for 2017 | Tracking initiated. |
| Patient Incident/Accidents | 32 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance noted |
| COMPLIANCE | Review Compliance & Procedure | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 131 Discharges: 84  Hold: 115 | Tracking initiated. |
| Clinical Chart Review | Clinical charts review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present. | Compliance noted |
| Recruitment process | Continue Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Emergency preparedness | Review Compliance & Procedure for current winter season | Compliance noted |

Minutes reviewed and accepted: _____    Date 01.05.18
                               Alexander Kiselev / President

**HOME FAMILY CARE INC.**

**CONTINUOUS QUALITY IMPROVEMENT MEETING**

**ATTENDANCE**

DATE: 01.05.18

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Vitaliy Teigel | V Teigel | patient |
| Anna Moore | A. Moore | DDS |
| Jennifer Liu | Jen | VP of Business Development |
| Tural Abbasov | | Supervisor of Coordination |
| Karine Simonyan | | Supervisor of billing |
| MARINA TKACHUK | | HR S |
| Alexander Kiselev | A. Kiselev | President |
| | | Administrator |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Home Family Care

3051 Brighton 3rd Street    Tel: (718) 975-8998

Brooklyn, NY 11235    Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING MINUTES
### April, 9, 2018

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| Grievance/Incidents | Review Grievance and Investigation for period of January-March 2018 | Tracking initiated. |
| Patient Incident/Accidents | 28 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Call-in and Call-out Compliance | Review Attendance Verification Policy& Procedure | Compliance noted |
| Bi-annual HHA/PCA In-service Training | 1.DPS and Nurse Instructor provide in-service class with training materials consisting of mandatory topics and appropriate number of academic hours in order to provide 6 training hours per regulations. | Tracking initiated. |
| Census | Since last CQI committee meeting: Admissions: 122 Discharges: 212  Hold: 114 | Tracking initiated. |
| Clinical Chart Review | Clinical charts review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present. | Compliance noted |
| Recruitment process | Continue Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Emergency preparedness | Review Compliance & Procedure for current winter season | Compliance noted |

Minutes reviewed and accepted: _A. Kiselev_    Date _4/9/2018_

Alexander Kiselev / President

**HOME FAMILY CARE INC.**

**CONTINUOUS QUALITY IMPROVEMENT MEETING**

**ATTENDANCE**

DATE: 04.08.18

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anna Moore | A. Moore | DPS |
| Tural Abbason | A.M. | Supervisor of Coordination |
| A. Kiselev | A. Kiselev | President |
| MARINA TKACHUK | M. Tkachuk | HRS |
| Vitaliy Tsigel | V Tsigel | Consumer |
| Jennifer | Jenn | Vice President of B.O |
| Lust Bhogoly | | Administrator |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
## APRIL, 03, 2017
## MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 10:00am | Compliance noted |
| Grievance/Incidents | **Review Grievance and Investigation for January-March** | Tracking initiated |
| Patient Incident/Accidents | 27 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 128 Discharges: 54 Hold: 69 | Tracking initiated |
| Recruitment process | Continue Advertising in local newspapers, radio and craigslist.org initiated | Tracking initiated. |
| Bi-annual Class-in-Service | Class –In-Service started from March continue till June with mandatory topics and appropriate number of academic hours in order to provide 6 training hours per regulations.. | Compliance in process |
| Emergency Preparedness | | Compliance noted |

Minutes reviewed and accepted: _A. Kiselev_     Date _04.03.17_

Alexander Kiselev / President



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
### July 2, 2018
### MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 11:00am | |
| Patient Incident/Accidents | 32 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance 100% noted |
| On-call service | Review of on-call log | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 141 Discharges:55 Hold:36 | |
| Grievance/Incidents | Review Grievance /Incidents for period of April/June 2018 | Tracking initiated |
| Recruitment | Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Clinical Chart Review | Clinical chart review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present. | Compliance noted. |

Minutes reviewed and accepted: _A. Kiselev_    Date _7/2/2018_

Alexander Kiselev / President

**HOME FAMILY CARE INC.**

CONTINUOUS QUALITY IMPROVEMENT MEETING

ATTENDANCE

DATE: 07.02.18

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Tural Abbasov | | Supervisor of Coordination |
| Jennifer Lin | | vice President of B.? |
| Anna Meore | A. Meore | DDS |
| Alexander Kisilev | A. Kiselev | President |
| Marina Tkachuk | M. Tkachuk | HRS |
| Kogan Mickel | Kog... | Consumer |
| | | Administrator |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Home Family Care

3051 Brighton 3rd Street
Brooklyn, NY 11235

Tel: (718) 975-8998
Fax: (718) 975-8999

Home Family Care

## CONTINUOUS QUALITY IMPROVEMENT COMITEE MEETING
## October 4, 20118
## MINUTES

| AGENDA TOPIC | DISCUSSION | FOLLOW UP / RESOLUTION |
|---|---|---|
| Call to Order | CQI meeting called to order at 11:00am | Compliance noted |
| Review of Policy & Procedure | Review of Policy & Procedure | Compliance noted |
| Bi –Annual Class-In - Service | Class-in –service started form September continues till December with mandatory topics . | Tracking initiated |
| Patient Incident/Accidents | 32 incidents noted. Information gathered and reviewed. DPS completed incident reports. | Descriptions in Incident Report Log. Policy and Procedure re-instructed. |
| Criminal History Record Check (CHRC) regulations | Ensure employee record submitted to CHRC on the day 1-3 of employment. Temporary employee supervisions provided until record returns. | Compliance noted |
| On-call service | Review of on-call log policy | Compliance noted |
| Census | Since last CQI committee meeting: Admissions: 185 Discharges:84 Hold:68 | |
| Grievance/Incidents | Review Grievance /Incidents for period of July/September 2018 | Tracking initiated |
| Recruitment | Advertising in local newspapers and craigslist.org initiated | Tracking initiated. |
| Employee Compliance | HR to run reports on a weekly to monthly basis to track staff with expiring compliance. Notifications to case coordinators and employees sent. Deactivation if employee misses deadline for compliance. | All staff reinforced that it is mandatory to maintain compliance to avoid deactivation. |
| Clinical Chart Review | Clinical chart review initiated. Review items include appropriate MD orders, consents present, HHA POC present, Patient Care Summary present. | Compliance noted. |

Minutes reviewed and accepted: _____    Date 10.04.2018

Alexander Kiselev / President

**HOME FAMILY CARE INC.**

**CONTINUOUS QUALITY IMPROVEMENT MEETING**

**ATTENDANCE**

DATE: October 4, 2018

| PRINT NAME | SIGNATURE | TITLE |
|---|---|---|
| Anna Moore | A. Moore | DPS |
| Jennifer Liu | Jenn | Vice President |
| Alexander Kiselev | A. Kisel | President |
| Marina Tkachuk | Tkachuk | HRS |
| Bela Tsypenyuk | Bela T | Billing dept. |
| Tsigel Svetlana | Tsigel Svetlana | patient |
| Luis F. Crespo | Luis F. Crespo | Administrator |