UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br><br>                                    Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of LaDonna M. Lusher, Esq., sworn to on July 31, 2019, all exhibits attached thereto, upon Plaintiffs' Memorandum of Law in Support of the Motion, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Kiyo A. Matsumoto, U.S.D.J., on a return date set by the Court, for an Order: (1) certifying this action as a class action pursuant to Fed. R. Civ. P. 23; and (2) authorizing that notice of this matter be sent to members of the putative Class, together with such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
         July 31, 2019

                                                             _____/s/_____
                                                             LaDonna M. Lusher, Esq.
                                                             Joel L. Goldenberg, Esq.
                                                             VIRGINIA & AMBINDER, LLP
                                                             40 Broad Street, 7th Floor
                                                             New York, New York 10004
                                                             Tel: (212) 943-9080
                                                             Fax: (212) 943-9082
                                                             llusher@vandallp.com


                                                             Gennadiy Naydenskiy, Esq.
                                                             Naydenskiy Law Firm LLC
                                                             281 Summerhill Road, Suite 210

East Brunswick, NJ  08816
Tel.: (212) 808-2224

*Attorneys for Plaintiffs and Putative Class*