1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
3  ----------------------------------------X
   NAZOKAT ATAKHANOVA, individually and on
4  behalf of all others similarly situated,

5                              PLAINTIFFS,

6
            -against-        Case No.:
7                            16-cv-6707
                             (KAM)(RML)
8
   HOME FAMILY CARE INC.,
9
                             DEFENDANT.
10 ----------------------------------------X

11

12              DATE:  November 6, 2017

13              TIME:  10:45 A.M.

14

15

16          DEPOSITION of the Defendant,

17 HOME FAMILY CARE INC., by a witness,

18 ALEXANDER KISELEV, taken by the Plaintiff,

19 pursuant to a Court Order and to the

20 Federal Rules of Civil Procedure, held at

21 the offices of Naydenskiy Law Group, P.C.,

22 517 Brighton Beach Avenue, Brooklyn, New

23 York 11235, before Gary Merola, a Notary

24 Public of the State of New York.

25

```
 1
 2      A P P E A R A N C E S:
 3

 4      NAYDENSKIY LAW GROUP, P.C.
           Attorneys for the Plaintiffs
 5         NAZOKAT ATAKHANOVA, individually and on
           behalf of all others similarly situated
 6         517 Brighton Beach Avenue, 2nd Floor
           Brooklyn, New York 11235
 7         BY:  GENNADIY NAYDENSKIY, ESQ.
           naydenskiylaw@gmail.com
 8

 9      SPEKTOR & TSIRKIN, P.C.
           Attorneys for the Defendant
10         HOME FAMILY CARE INC.
           104 North Broadway, Suite A
11         South Amboy, New Jersey 08879
           BY:  VLADIMIR TSIRKIN, ESQ.
12         tsirkin@spetslaw.com
13
14                  *         *         *
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2       F E D E R A L   S T I P U L A T I O N S
 3
 4
 5       IT IS HEREBY STIPULATED AND AGREED by and
 6    between the counsel for the respective
 7    parties herein that the sealing, filing and
 8    certification of the within deposition be
 9    waived; that the original of the deposition
10    may be signed and sworn to by the witness
11    before anyone authorized to administer an
12    oath, with the same effect as if signed
13    before a Judge of the Court; that an
14    unsigned copy of the deposition may be used
15    with the same force and effect as if signed
16    by the witness, 30 days after service of
17    the original & 1 copy of same upon counsel
18    for the witness.
19
20       IT IS FURTHER STIPULATED AND AGREED that
21    all objections except as to form, are
22    reserved to the time of trial.
23
24              *     *     *     *
25
```

```
 1                    A. KISELEV
 2    A L E X A N D E R    K I S E L E V , called
 3    as a witness, having been first duly sworn
 4    by a Notary Public of the State of New
 5    York, was examined and testified as
 6    follows:
 7    EXAMINATION BY
 8    MR. NAYDENSKIY:
 9         Q.    Please state your name for the
10    record.
11         A.    Alexander Kiselev.
12         Q.    What is your address?
13         A.    My business address is 3051
14    Brighton 3rd Street, Brooklyn, New York
15    11235.
16         Q.    Good morning, Mr. Kiselev.  How
17    are you?
18         A.    Okay.
19         Q.    We are here at a 30B6
20    deposition Nazokat Atakhanova, index
21    16-cv-6707 filed in Eastern District of New
22    York.
23              Mr. Kiselev, do you know what a
24    30B6 deposition is?
25         A.    No.
```

```
 1                        A. KISELEV
 2           Q.     It is a deposition of you as a
 3      representative of the corporation.
 4                   You are here as CEO of Home
 5      Family Care, correct?
 6           A.     No, I'm not CEO of the company.
 7      I'm the president of the company.
 8           Q.     You are the president of the
 9      company?
10           A.     Yes.
11           Q.     You are here to answer
12      questions of Home Family Care as president
13      of Home Family Care, correct?
14           A.     Yes.
15           Q.     Just a few questions that are
16      asked at every deposition.
17                   You are currently not under the
18      influence of any drugs that will affect
19      your ability to answer truthfully, correct?
20           A.     No.
21           Q.     Correct?
22           A.     Correct.
23           Q.     You're currently not on any
24      medications that will impede your ability
25      to answer truthfully, correct?
```

```
 1                      A. KISELEV
 2        A.     Correct.
 3        Q.     Have you had any alcoholic
 4   beverages within the last 24 hours?
 5        A.     Yes.
 6        Q.     What did you have?
 7        A.     Red wine.
 8        Q.     When?
 9        A.     Last night.
10        Q.     Will that affect your ability
11   to answer truthfully today, correct?
12        A.     It is not going to affect me.
13        Q.     Do you know of any reason for
14   not being able to answer truthfully today?
15        A.     No.
16        Q.     A few ground rules.  My
17   questions are not designed to be confusing
18   or trick you.
19               If you don't understand
20   something or it is confusing, let me know
21   and I will rephrase it or I will repeat it.
22               Please answer every question
23   verbally for the Court Reporter to be able
24   to take it down.
25               Please wait for me to finish my
```

```
 1                    A. KISELEV
 2   question so you can answer so the Court
 3   Reporter will be able to take us down.
 4              If you need a break, let me
 5   know and we'll take a break.  I just ask if
 6   there is a question pending to answer the
 7   question and then we will go on a break.
 8              Do you understand?
 9        A.    Yes, I do understand.  One
10   regard.  I'm expecting a very important
11   call which I cannot myself --
12              MR. NAYDENSKIY:  Let's go off
13         the record.
14              (Whereupon, a discussion was
15         held off the record.)
16              MR. NAYDENSKIY:  Back on the
17         record.
18        Q.    Mr. Kiselev, you stated that
19   you are president of Home Family Care,
20   correct?
21        A.    Correct.
22        Q.    What are your responsibilities
23   and duties as president of Home Family
24   Care?
25        A.    Managing the entire
```

```
 1                    A. KISELEV
 2    corporation.
 3         Q.    What does that entail?
 4         A.    Daily routine.  I have several
 5    departments.  I have a lot of employees.
 6    It is a daily routine of managing the
 7    company.
 8         Q.    So, you manage the day-to-day
 9    operations of Home Family Care?
10         A.    Yes, sir.
11         Q.    You mentioned there are several
12    departments.
13               Can you please tell me what
14    departments there are?
15         A.    HR, billing, coordination
16    department, the payroll department.  That's
17    all.
18         Q.    Four departments?
19         A.    Yes.
20         Q.    HR, billing, coordination and
21    payroll, correct?
22         A.    Yes.
23         Q.    And you oversee all these
24    departments, correct?
25         A.    Yes, sir.
```

```
 1                    A. KISELEV
 2        Q.    Is there a manager in each
 3   department?
 4        A.    Yes.
 5        Q.    How many?
 6        A.    I have manager in the
 7   coordination department.  I'm sorry, there
 8   is also the nursing department.
 9        Q.    Each department has one
10   manager?
11        A.    Yes.  We have a different name.
12   Like the nursing department, it is director
13   of patient services.  That is her title.
14   HR supervisor for the HR department.  For
15   payroll I have just one girl.
16        Q.    One girl that is an employee or
17   one girl that is a manager?
18        A.    No, one employee who runs the
19   payroll.  Scheduling I have a supervisor.
20        Q.    Is that within HR?
21        A.    No, that is different.
22        Q.    So, scheduling and HR have one
23   supervisor each, right?
24        A.    It is two separate departments.
25        Q.    With one supervisor for each?
```

```
 1                    A. KISELEV
 2         A.    Yes.
 3         Q.    And that is their title,
 4    supervisor of HR or supervisor of
 5    scheduling, correct?
 6         A.    Yeah.
 7         Q.    And they all report back to
 8    you, correct?
 9         A.    Yeah.
10         Q.    Does anybody else control the
11    day-to-day operations of Home Family Care?
12         A.    Well, I have a branch manager
13    in the Queens office.  I have -- no, that's
14    all.
15              Some years ago I had a VP who
16    was running the company, but he is no
17    longer with us for more than two years.
18         Q.    Was that before 2013?
19         A.    It was exactly in 2015.  He had
20    a heart attack two years ago.  Two years
21    ago and a couple of days.
22         Q.    And you never filled that
23    position again?
24         A.    Say that again.
25         Q.    You never filled that position
```

```
 1                        A. KISELEV
 2    again?
 3         A.    No.
 4         Q.    The only people with
 5    operational control of Home Family Care are
 6    yourself and the branch manager in Queens,
 7    correct?
 8         A.    No.
 9              MR. TSIRKIN:  Objection.  He
10         answered your question about
11         managers.
12              Can you rephrase it.
13         A.    They all are in charge of
14    representing the departments and they
15    report to me.
16              Like if I have a question in
17    the chart office, I don't have to ask my
18    employees in the chart office.  I deal with
19    the head of the charts.
20              If it is the nursing
21    department, then I deal with DPS, director
22    of patient services, but they running their
23    department on a daily basis.
24         Q.    Does anybody else have
25    oversight of the collective of these
```

```
 1                    A. KISELEV
 2    supervisors?
 3         A.    I don't think so, no.
 4         Q.    What does the branch manager in
 5    Queens do?
 6         A.    She runs departments or he runs
 7    the branch.
 8         Q.    Does he hire and fire people?
 9         A.    He has authority to interview
10    the people and present to me for final
11    approval.
12         Q.    What is his name?
13         A.    Luis Gonzales.
14         Q.    Does every employee need final
15    approval by you?
16            MR. TSIRKIN:  Can you rephrase
17         the question?  To do what?
18         Q.    Does every employee hired by
19    Home Family Care need final approval by
20    you?
21         A.    Yes.
22         Q.    Does the branch manager in
23    Queens, Mr. Gonzales, have authority to
24    fire people?
25         A.    With my approval.
```

```
 1                        A. KISELEV
 2          Q.    Do you hire employees?
 3          A.    Yes.
 4          Q.    Do you hire home health aides?
 5          A.    Yes.
 6          Q.    Do you fire employees?
 7          A.    Yes.
 8          Q.    Do you fire home health aides?
 9          A.    Yes.
10          Q.    Who are the shareholders of
11    Home Family Care?
12          A.    Two shareholders.
13          Q.    What are their names?
14          A.    Alexander Kiselev and Marianna
15    Kiselev.
16          Q.    What is the corporate split?
17          A.    50/50.
18          Q.    And Marianna I assume is your
19    wife?
20          A.    Yes.
21          Q.    Does Marianna have any
22    authority to hire or fire people?
23          A.    No, she is just a shareholder.
24          Q.    So she doesn't hire people?
25          A.    No, she works in a different
```

```
 1                    A. KISELEV
 2   place.  Never stepped a foot in the
 3   business.
 4        Q.    She doesn't fire Home Family
 5   employees either, correct?
 6              MR. TSIRKIN:  Asked and
 7              answered.  He already said she does
 8              not have anything to do with the
 9              company.  She is just a shareholder.
10              MR. NAYDENSKIY:  I just want to
11              clarify that she has no hiring or
12              fire.
13        A.    She has no authority, she has
14   no position.  She is not involved in any
15   kind of operation of the business.
16        Q.    You are the final decision
17   maker, correct?
18        A.    Yes, sir.
19        Q.    Who has authority to sign pay
20   checks for home health aides?
21        A.    Say that again.
22        Q.    Who has authority to sign
23   paychecks for home health aides?
24        A.    Well, we have a payroll
25   company.  There is my name on the check,
```

```
 1                    A. KISELEV
 2    but I don't sign it on every check.  You
 3    know that.
 4          Q.    So, if the home health aide
 5    gets a physical check, they receive a check
 6    with your electronic signature on it?
 7          A.    Yes.
 8          Q.    Provided by the payroll
 9    company?
10          A.    Yes.
11          Q.    Can you explain the hiring
12    process of a home health aide to me?
13          A.    Well, that is the authority of
14    the chart department.  Whenever an
15    applicant, initially it is an applicant,
16    applies for a job, they do pre-screening of
17    the documents.
18                If the applicant presents all
19    the documents, we go through different
20    stages before the applicant will be
21    converted to the employee of the company.
22                And at this point, case
23    coordinator can see this person and place
24    on a case.
25          Q.    What are those stages that you
```

1                        A. KISELEV

2    go through?

3           A.    They have to analyze all the

4    documents, like green card, Social

5    Security, physical examination, if their

6    physical examination, make sure that it's

7    up to date and we go through K charts,

8    making sure there is no criminal charges,

9    there is no violations and then we go

10   through orientation, explaining to

11   employees our policy and procedure, what

12   they can't do, what they should do and what

13   they shouldn't do under the circumstances

14   and only after that the applicant is

15   getting a new status as the employee of the

16   company.

17          Q.    Upon your approval, correct?

18          A.    Not mine, HR's approval.

19          Q.    When the home health aide

20   becomes an employee, who supervises their

21   work?

22          A.    The case coordinator, director

23   of patient services, nurses.

24          Q.    Nurses that are employees of

25   Home Family Care?

```
 1                    A. KISELEV
 2          A.    Director of patient service is
 3    full-time employee.  All nurses are
 4    so-called fee for service.  They are hired
 5    just per patient, per visit.
 6          Q.    Through an outside contractor?
 7          A.    They are all independent
 8    contractors.  It's industry standard, sir.
 9          Q.    What happens if there is a bad
10    report or a complaint about a home health
11    aide?
12          A.    We do investigate what is going
13    on.
14          Q.    How do you investigate?
15          A.    Well, bring home health aide to
16    the office.  They have to submit the paper
17    what happened and we do an investigation.
18    We talk to the patient.  Sometimes God
19    forbid somebody gets to the office drunk or
20    somebody abused a family member.
21                There is different -- it is a
22    big world with a lot of situations.  For
23    being in business for ten years.  I cannot
24    differentiate.
25          Q.    And you are not involved in the
```

```
 1                    A. KISELEV
 2    investigation?
 3          A.    Sometimes I do, sometimes I'm
 4    not.  I have an excellent team of people
 5    who can do it without me, but certain
 6    situations requires my attention.
 7          Q.    Which have arisen within the
 8    last couple of years, two years, correct?
 9          A.    Yeah.  It's our daily routine.
10          Q.    Does Home Family Care maintain
11    employee records for the home health aides?
12          A.    Of course.
13          Q.    What do these records consist
14    of?
15          A.    Each employee has its own
16    chart.  Which contains a publication, a
17    certificate, it has different documents,
18    but according to the Department of Health
19    regulation, which stores them in separate
20    places.
21          Q.    The physical file?
22          A.    Physical examination, yeah.
23          Q.    The physical documents are
24    stored?
25          A.    In the office.
```

```
 1                        A. KISELEV
 2          Q.    In the office, okay.  Including
 3    payroll information?
 4          A.    No, payroll information is held
 5    by the payroll company.
 6          Q.    Hired by Home Family Care?
 7          A.    Yeah.  We have been using this
 8    company for about eight years.
 9          Q.    When a home health aide is
10    hired by Home Family Care, are they told
11    how much they will be making in wages?
12          A.    Of course.
13          Q.    How is this done?  Is it
14    written or is it verbal?
15          A.    Well, we explain to them our
16    policy and we offer them a salary.
17          Q.    Is this in a document form of
18    some kind?
19          A.    In a document form, I don't
20    think so.  And the salary is different
21    based on the difficulties of cases, in
22    different locations.  It is not like one
23    salary across the board.
24          Q.    You could have a home health
25    aide working today a ten-hour shift making
```

```
 1                    A. KISELEV
 2    $12 an hour plus overtime, if any, and a
 3    different home health aide working a
 4    ten-hour shift making $13 an hour plus
 5    overtime, if any?
 6         A.    Yes.  And it may be the same
 7    home health aide making $12 and tomorrow he
 8    is going to be making 13.50 because of the
 9    difficulties of the case.
10         Q.    Who decides that?
11         A.    We decide.  Home health aides
12    can ask case coordinators to raise the
13    salary because it is a bedbound 300 pound
14    patient, it's the summertime and she wants
15    to get more and she deserves more.
16         Q.    Who puts this policy in place?
17         A.     It's not like a policy.  We are
18    trying to accommodate people.  We
19    understand their concern.
20         Q.    Who has the authority to raise
21    a home health aide's salary?
22         A.    Usually it's me.
23         Q.    And you exercise that
24    authority, correct?
25         A.    Yes, sir.
```

```
 1                    A. KISELEV

 2        Q.    Do coordinators have authority

 3   to do this?

 4        A.    No. Whenever the inquiry from

 5   the home health aide, they approach me or

 6   they can call me and say home health aide

 7   is requiring a bit more money because of

 8   certain situation.

 9              MR. TSIRKIN:  Can I go off the

10         record for a second.

11              (Whereupon, a discussion was

12         held off the record.)

13              MR. NAYDENSKIY:  Back on the

14         record.

15        Q.    Who is in charge of scheduling

16   the home health aide for work?

17        A.    Case coordinators.

18        Q.    And if there is an issue with

19   scheduling the home health aide will call

20   the case coordinator?

21              MR. TSIRKIN:  Can you repeat

22          that, please.

23        Q.    If there is an issue with

24   scheduling, does the home health aide call

25   the case coordinator?
```

```
 1                      A. KISELEV

 2          A.    Yes.

 3          Q.    Are you involved in any way

 4    with the scheduling of the home health

 5    aide?

 6          A.    No.

 7          Q.    Is there a certain policy for

 8    payment of wages to the home health aide?

 9                MR. TSIRKIN:  Do you understand

10          the question?

11                THE WITNESS:  Yes, I do

12          understand the question.

13          A.    I'm thinking and the policies

14    and procedures do we have something, I

15    don't remember.  Policy, a written policy,

16    what kind of policy are you talking about?

17          Q.    Is there a written policy?

18          A.    I'm not sure.

19          Q.    Is there a verbal policy for

20    the payment of wages to home health aides?

21          A.    A verbal policy.  I have to

22    check the records.  I have to check my

23    policy and procedure.  I can't give you the

24    answer right away.

25          Q.    Is there a standard policy and
```

1                    A. KISELEV

2    procedure for all home health aides?

3         A.    Yes.

4         Q.    The hiring process is the same

5    for all home health aides, correct?

6         A.    Correct.

7         Q.    When the home health aide

8    salary is set initially at hiring, who

9    decides that?

10        A.    HR person is putting the salary

11   in the system.

12        Q.    How do they know what salary to

13   put in?

14             MR. NAYDENSKIY:  I'll rephrase.

15        Q.    How does the HR person know

16   what salary to put in?

17        A.    We have a standard salary,

18   minimum salary is $11.  That is what we put

19   initially.

20        Q.    This year, correct?

21        A.    Yeah.

22        Q.    And then if the home health

23   aide wants more than 11, then they go to

24   the coordinator, correct?

25        A.    It will be evaluated on an

```
 1                        A. KISELEV
 2   individual basis.
 3             Q.    Does Home Family Care pay for
 4   40 hours per work week or 80 for every two
 5   weeks?
 6             A.    No. The payroll is done on a
 7   weekly basis.  Every week we are running
 8   payroll.
 9             Q.    Did that change before?
10             A.    Yes.  It has been changed
11   several years ago.
12             Q.    Do you remember approximately
13   when?
14             A.    No, I don't remember.
15             Q.    Does February 2016 sound right?
16             A.    The previous, I don't remember.
17   I won't rely on my memory.  The previous
18   software won't allow us to do it on a
19   regular basis.
20             Q.    Is that a different payroll
21   company that you have now?
22             A.    No, it was a different
23   management software.
24             Q.    And from there the hours are
25   sent to the payroll company?
```

```
 1                        A. KISELEV
 2          A.     Yes, sir.
 3          Q.     Just to clarify.
 4                 Once a home health aide is
 5     hired they are given a salary of minimum
 6     wage and any aversion from that would
 7     require your approval, correct?
 8          A.     Yes.
 9          Q.     A live-in home health aide is a
10     home health aide that is assigned a 24-hour
11     shift and paid for 13, correct?
12          A.     Yes.
13          Q.     How much are the living home
14     health aides paid?
15          A.     Every aid gets paid
16     differently.  A different rate.  Based on
17     the difficulties.
18          Q.     When a living home health aide
19     is hired, is there a set salary given to
20     her initially?  Let me rephrase that.
21                 When a live-in home health aide
22     is hired, is there a set salary given to
23     him or her initially?
24          A.     I didn't get your question.
25                 MR. NAYDENSKIY:  Can you read
```

```
 1                    A. KISELEV
 2         back my question, please.
 3              (Whereupon, the referred to
 4         question was read back by the
 5         reporter.)
 6         A.    There is no such thing as
 7   live-in aide hired.  They all applying for
 8   a job as a home health aide.  And when we
 9   have an opened case, an open live-in case
10   we can call any person and offer a
11   position.  And if the aide is willing to
12   take this position, then we negotiate the
13   compensation.
14         Q.    So, if there is an aide willing
15   to take a live-in position, is there a
16   salary given to him or her initially?
17         A.    Initially, what do you mean by
18   the word initially?
19         Q.    I will rephrase.
20              It's my understanding and
21   correct me if I am wrong.  That a hospital
22   health aide is hired, then the coordinator
23   of the department can offer them a live-in
24   shift, correct?
25         A.    Correct.
```

```
 1                      A. KISELEV
 2          Q.    Will that coordinator assign a
 3    salary to that live-in shift for this home
 4    health aide?
 5          A.    Well, the aide is taking a
 6    live-in case, they negotiate this rate and
 7    this rate is going to be put in the
 8    payroll.
 9          Q.    Who negotiates that rate?
10          A.    The case coordinator and the
11    aide.
12          Q.    The case coordinator has the
13    authority to negotiate --
14          A.    They can say that they will pay
15    a certain amount of money.  A standard
16    position rate.  $11 times 13, whatever.  If
17    the person says hey, 11 is not enough, I
18    want 12.25 or 11.75, then we discuss what
19    can we do and what we cannot do based on
20    our rights, our compensation rate.
21          Q.    What is the standard rate given
22    to a live-in shift?
23          A.    $11 an hour.
24          Q.    What was the standard rate
25    given to a live-in shift in 2015?
```

```
 1                      A. KISELEV
 2        A.    Oh, I don't remember right now.
 3        Q.    What was the standard rate
 4   given to a live-in shift in 2016?
 5        A.    I don't remember either.
 6        Q.    It is my understanding and
 7   correct me if I am wrong, that a live-in
 8   shift is paid a standard rate unless they
 9   request more money, correct?
10             MR. TSIRKIN:  Objection.  That
11          is not what Mr. Kiselev explained.
12             We can go off the record if you
13          would like.
14             MR. NAYDENSKIY:  I will
15          rephrase.
16             MR. TSIRKIN:  Please.
17        Q.    A live-in shift has a standard
18   rate given to the home health aide by the
19   coordinator, correct?
20        A.    Correct.
21        Q.    And then if the home health
22   aide requests more money, it goes to you
23   and you approve or disapprove, correct?
24        A.    Correct.
25        Q.    Do you know what the salary is
```

```
 1                    A. KISELEV
 2   for a non-live-in shift home health aide?
 3        A.    I already answered this
 4   question, sir.
 5        Q.    Do you know what the standard
 6   rate for a non-live-in shift home health
 7   aide in 2015 was?
 8        A.    I don't remember.
 9        Q.    Do you remember the standard
10   rate for a non-live-in shift home health
11   aide in 2016?
12        A.    I don't remember.
13        Q.    How many home health aides are
14   currently employed by Home Family Care?
15        A.    Well, I have to consult with
16   the chart department.
17             MR. NAYDENSKIY:  We will leave
18         a blank in the deposition testimony
19         for an answer.
20             MR. TSIRKIN:  That is fine.
21   _____
22             MR. NAYDENSKIY:  Can we mark
23         this as Exhibit 1.
24             (Whereupon, the aforementioned
25         payroll standard voucher was marked
```

```
1                    A. KISELEV
2           as Plaintiff(s)' Exhibit 1 for
3           identification as of this date by the
4           Reporter.)
5           Q.    Mr. Kiselev, can you take a
6  couple of minutes and look through Exhibit
7  1 and please tell me what this is, if you
8  know?
9           A.    It is a standard voucher, a
10  payroll standard voucher that is weekly, I
11  would say it is a pay stub.
12          Q.    And these are kept in the
13  normal course of business?
14          A.    Yes.  We don't keep it in the
15  course of business in the office.  We don't
16  need this.  That is records from the
17  payroll company.  We don't store this.
18          Q.    Which are kept in the normal
19  course of business, correct?
20               MR. TSIRKIN:  Can you define
21          kept?  They keep it electronically
22          within the payroll department.  They
23          do not keep a paper copy.  The paper
24          copy was printed out by you and
25          produced to you at your request.
```

```
 1                        A. KISELEV
 2         Q.     This is something provided if
 3    needed from the payroll company, correct?
 4         A.     Rephrase, please.
 5         Q.     If you were to request pay
 6    stubs from the payroll company, would you
 7    receive this as the pay stubs?
 8         A.     Yes.
 9         Q.     And this system was in place
10    prior to the current lawsuit, correct?
11         A.     Yes.
12         Q.     Only the payroll could store
13    these pay stubs electronically, correct?
14         A.     Yes.
15         Q.     For all home health aides,
16    correct?
17         A.     Yes.
18         Q.     At least from January 1, 2015,
19    correct?
20         A.     I think so, yes.
21         Q.     Mr. Kiselev, would you have a
22    calculator on you?
23         A.     Do I have what?
24         Q.     A calculator on you.
25         A.     Yes, on my cell phone.
```

```
 1                    A. KISELEV
 2        Q.    If we look at the bottom of the
 3    first page it says D000886, right?
 4        A.    Where is that?
 5        Q.    On the very bottom of the page.
 6              MR. TSIRKIN:  It is cut off.
 7        A.    What is the employee's name?
 8    Let's go on the top.
 9        Q.    Mr. Kiselev, do you see a
10    number at the very bottom that starts with
11    a D?
12        A.    Yes, I do.
13        Q.    Can you read that number to me?
14        A.    D000886.
15        Q.    The top of the page it says
16    regular earnings, do you see that?
17        A.    Yes, I do.
18        Q.    To the right of that it says
19    800?
20        A.    Right.
21        Q.    And that coordinates below that
22    it says regular earnings to the right of
23    that will say 80, correct?
24        A.    Yes.
25        Q.    So this employee is getting
```

```
 1                  A. KISELEV
 2   paid $800 for 80 hours of regular time,
 3   correct?
 4        A.    I have to check the schedule.
 5   I can't tell you by looking at the pay stub
 6   what exactly this particular pay stub
 7   represents.  Until and unless I'm going to
 8   look at the schedule.
 9        Q.    When looking at this one piece
10   of paper, this person is getting 80 hours
11   regular earnings paid for $800, correct?
12        A.    Correct.
13        Q.    And then this person is getting
14   four hours of overtime paid $48, correct?
15        A.    Correct.
16        Q.    Can you please calculate 800
17   divided by 80?
18        A.    Well, this 80 hours again I
19   don't know what represent this 80 hours.
20   It may be missing payments for another
21   week, all right.  It is not like she --
22   this person gets paid for one week
23   80 hours.
24              What we do have in our industry
25   -- let me explain to you how that works.
```

1                    A. KISELEV

2    We have a lot of employees who submit time

3    sheets and sometimes we have missing time

4    sheets.

5                    So, a person didn't get paid

6    for a particular week.  So, for another

7    week we have to pay for the missing week.

8    That might be the case.  Because it is a

9    weekly payroll.

10                    If I see 80, it doesn't mean

11   that the person was working 80 hours for

12   one week.  That is why I said I need to see

13   the schedule and I need to see how and why

14   she was getting paid 80 hours for this

15   particular week.

16        Q.    Looking at just this one piece

17   of paper, can you please calculate 800

18   divided by 80?

19        A.    800 divided by 80 is going to

20   be $10.  I don't need a calculator for

21   that.

22        Q.    Can you please divide 48 by

23   four.

24        A.    It is going to be 12.

25        Q.    So, just based on this one

1                      A. KISELEV

2    piece of paper, this person was getting

3    paid $10 an hour regular pay and $12 an

4    hour of time pay, correct?

5              MR. TSIRKIN:  Objection.

6         A.    That is not how I explained to

7    you, sir.

8              MR. TSIRKIN:  If we can go off

9          the record.

10             MR. NAYDENSKIY:  Sure.

11             (Whereupon, a discussion was

12         held off the record.)

13             MR. NAYDENSKIY:  Back on the

14         record.

15        Q.    What is the procedure of home

16   health aides recording their time worked?

17        A.    Well, we have electronic

18   verification system which is a clock in and

19   clock out.  Some people have difficulties

20   with clocking in and clocking out and they

21   are using the time sheets.

22             We employ people with different

23   cultural background and our system

24   recognizes for languages and sometimes

25   people with different languages like Arabic

```
 1                    A. KISELEV
 2    languages, they do not understand this.
 3                    In this case they provide us
 4    with a time sheet as a proof of service.
 5         Q.    What does the home health aide
 6    do with the time sheets in order to get
 7    paid for hours worked?
 8         A.    That has to be completed by the
 9    home health aide according to the plan of
10    care, signed by both patient and home
11    health aide delivered to us on time in
12    order for the payments to be processed.
13         Q.    When you say delivered to us,
14    who is it delivered to?
15         A.    To the office of Home Family
16    Care, 3051 Brighton 3rd Street in Brooklyn.
17         Q.    Is it delivered to anybody in
18    specific?
19         A.    No, they can drop it in the
20    mailbox, they can leave it at the front
21    desk, they mail it.
22         Q.    What happens to the time sheet
23    after it is processed by Home Family Care?
24         A.    We store them on a weekly
25    basis.
```

                        A. KISELEV

1

2       Q.     Do you store the physical time

3   sheets?

4       A.     Of course.

5       Q.     Where?

6       A.     In our office.

7       Q.     And for how long do you keep

8   these records for?

9       A.     For six years.  Or seven years.

10      Q.     How many home health aides

11  gives you physical time sheets as opposed

12  to electronic recording?

13      A.     I have no idea.

14      Q.     Would you say there is more

15  people recording their hours worked

16  electronically versus the time sheets?

17      A.     Yes, but I don't keep the

18  statistics.  It is impossible to.

19      Q.     If this person on the first

20  page of Exhibit 1 recorded their hours

21  electronically, they would be paid $10 an

22  hour for 80 hours of work, correct?

23      A.     I would say yes.

24      Q.     And then --

25      A.     But this $800 in 80 hours does

```
 1                    A. KISELEV
 2    not represent that she or she or whoever it
 3    was working 80 hours for one week.
 4         Q.    Is it possible this is a
 5    two-week pay stub?
 6         A.    It might.  It is not like
 7    40 hours regular and 44 supposed to be
 8    overtime, no.
 9              If you see this 80 hours from
10    my experience, I would say yes.
11         Q.    It's two weeks?
12         A.    Two weeks, yes.  But again,
13    precise, we have to check the schedule.  We
14    have to pull the records and see what it
15    is.
16              It is very common in the
17    industry when you have the time sheets and
18    it is our problem was time sheets because
19    we never get them on time.  It is always
20    come in late.  It is affecting my
21    relationship with home health aides because
22    they didn't get paid on time.
23         Q.    Would it be typically for a
24    home health aide who works over 80 hours in
25    a two-week period to receive a stub like
```

1                      A. KISELEV

2    this?

3          A.    Well, it's possible.  I can't

4    say yes or no.  I don't control the payroll

5    department.  We have a designated person

6    who runs the payroll.  But I would say yes,

7    it's kind of common.

8          Q.    So, if this is a two-week pay

9    stub, this person would be paid $10 an hour

10   for the first 80 hours in a two-week

11   period, correct?

12         A.    She would be paid $10 per hour

13   for 40 hours.

14         Q.    Per work week?

15         A.    Per work week.

16         Q.    And in a two-week pay period

17   will be 80 hours?

18         A.    Two weeks will be paid 80.

19         Q.    So, this person in regular

20   earnings is paid 40 hours per work week,

21   correct?

22         A.    Well, again I don't know her

23   schedule.  It may be one week 48 and maybe

24   it was representing three weeks.

25                As I said, we are going in

1                      A. KISELEV

2    circles, but I have to see the schedule to

3    answer correctly your question, sir.

4         Q.    Can you go to the next page,

5    please.  Can you please tell me the name on

6    the bottom that starts with D?

7         A.    000248.

8         Q.    Here it says regular earnings

9    are $880, correct?

10        A.    Yes.

11        Q.    And then below that it says

12   hours 01, regular earnings 80, correct?

13             MR. TSIRKIN:  I don't see that.

14        A.    I don't see the either.

15        Q.    Let's start over.  I'm sorry.

16             The first earnings, it says

17   regular earnings 880, correct?

18        A.    Right.

19        Q.    And then the next line is

20   earnings 02 overtime earnings 12 zero row,

21   correct?

22        A.    Right.

23        Q.    And then a little bit below

24   that it says hours, hours 01-regular

25   earnings 80, correct?

```
 1                    A. KISELEV

 2          A.    Yes.

 3          Q.    And below that it says hours

 4    02-overtime earnings, ten, correct?

 5          A.    Right.

 6          Q.    It is my understanding from

 7    looking at this that the regular earnings,

 8    the first time we see earnings is

 9    correlated to the regular earnings where we

10    see hours to the left of it, correct?

11          A.    Hours related to earnings?

12          Q.    The first earnings is

13    correlated to the first time we see hours

14    on this page, correct?

15          A.    Right.

16          Q.    And this person then made $880

17    for 80 hours, correct?

18          A.    Yes.

19          Q.    Can you please calculate 880

20    divided by 80?

21          A.    That is like $11.

22          Q.    Can you please use a calculator

23    to calculate --

24                MR. TSIRKIN:  This is not a

25          math quiz.  He said $11 an hour.
```

```
1                    A. KISELEV
2              MR. NAYDENSKIY:  I want it to
3         be precise on the record.
4              MR. TSIRKIN:  He is precise.
5              MR. NAYDENSKIY:  He probably
6         is, but I just want to make sure.
7              MR. TSIRKIN:  We are not
8         disposing the calculator here.
9              Do you mind if I do it?
10             MR. NAYDENSKIY:  I don't mind
11        at all.
12             MR. TSIRKIN:  880 divided by 80
13        is 11.
14        Q.    Can you divide 120 by 10?
15        A.    12.
16        Q.    So, this person is making $11
17   in regular earnings and $12 in the overtime
18   earnings, correct?
19        A.    Correct.
20        Q.    And just to be precise, the
21   second time we see earnings it is
22   correlated to the second time we see hours,
23   correct?
24        A.    Correct.
25        Q.    Can you please go to the next
```

```
 1                    A. KISELEV
 2    page.
 3            A.    Okay.
 4            Q.    Can you tell me the number on
 5    the bottom that starts with D?
 6            A.    D000239.
 7            Q.    Here this person is also
 8    getting $800 for regular 80 hours of work
 9    for the two-week period, correct?
10            A.    Yes.
11            Q.    And they are getting $72 for
12    six overtime hours of work?
13            A.    Yes.
14            Q.    Can you divide 72 by six,
15    please?
16            A.    12.
17            Q.    And the regular earnings are?
18            A.    Ten.
19            Q.    Please go to the next page.
20            A.    Okay.  Are we going to go page
21    by page the whole thing?
22            Q.    Probably not the whole thing.
23                  Can you please tell me the
24    number on the bottom that starts with D?
25            A.    D340240.
```

```
 1                         A. KISELEV
 2          Q.    Please tell me how much this
 3    person is earning in regular earnings for
 4    the biweekly time period?
 5          A.    800.
 6          Q.    For 80 hours?
 7          A.    Yes.
 8          Q.    How much is that per hour?
 9          A.    Ten.
10          Q.    And this person made $300 in
11    overtime pay for 25 hours of work?
12          A.    Yes.
13          Q.    How much is 300 divided by 25?
14          A.    I have no idea.
15          Q.    Can you please use a calculator
16    to calculate 300 by 25.
17                MR. TSIRKIN:  By counsel, it is
18          12.
19          Q.    Mr. Kiselev, is 300 divided by
20    25, 12?
21          A.    Yes.
22          Q.    Can you go to the next page?
23          A.    Okay.
24          Q.    Please tell me the number that
25    starts with a D?
```

```
 1                    A. KISELEV

 2          A.    D340229.

 3          Q.    Can you tell me how much this

 4    person is making for a regular hour of

 5    work?

 6          A.    800.

 7          Q.    For 80 hours?

 8          A.    Yes.

 9          Q.    800 divided by 80, we will take

10    judicial notice is $10 an hour.

11               MR. NAYDENSKIY:  Is that okay

12          with you, counselor?

13               MR. TSIRKIN:  We can take

14          judicial notice, yes.  But $10 an

15          hour, that is what the calculator

16          shows.

17          Q.    This person made $216 in

18    overtime for 18 overtime hours worked?

19          A.    Yeah.

20          Q.    Can you please calculate 216

21    divided by 18?

22          A.    12.

23          Q.    Correct me if I am wrong, $12

24    is not time and a half of $10; is that

25    correct?
```

```
 1                        A. KISELEV
 2        A.      That is correct.
 3        Q.      Can you please look through
 4   Exhibit 1 and find an example of overtime
 5   earnings being time and a half in the
 6   regular earnings?
 7                Under the second column where
 8   it coordinates the first column and the
 9   second column, if you understand my
10   question?
11                MR. TSIRKIN:  Please start over
12          again.
13        Q.      Can you please flip through
14   Exhibit 1, and the first two earnings that
15   coordinate to the first two hours, the
16   regular earnings and the regular earnings
17   in the earnings section and the regular
18   earnings in the hours section will give you
19   a certain number and the overtime earnings
20   from the earnings section, overtime
21   earnings in the hour section will also give
22   you a certain number.
23                Can you please flip through
24   Exhibit 1 and find one example of where
25   overtime earnings and hours would be
```

```
 1                    A. KISELEV
 2   equivalent to time and a half of the
 3   regular earnings and hours.
 4         A.    Well, that is going to take
 5   some time.
 6         Q.    Take your time.
 7               Mr. Kiselev, you and I went
 8   through the first five pages of Exhibit 1,
 9   correct?
10         A.    Correct.
11         Q.    Can you please look through
12   another 15 pages and see if the overtime
13   earnings will be time and a half of the
14   regular earnings.
15         A.    Look at this one.  54 by four.
16   That is a different amount, right?
17               MR. TSIRKIN:  Divided it is
18         $13.50.
19         A.    Do you need the page number?
20         Q.    Please.
21         A.    D340221.
22         Q.    This person is making 13.50 for
23   overtime hour?
24         A.    Yes, sir.
25         Q.    How much are they making for
```

```
 1                    A. KISELEV
 2    regular hour?
 3         A.    It says $1,000.
 4         Q.    For how many hours?
 5         A.    I have no idea.  Oh, I'm sorry,
 6    that says regular, 80.
 7         Q.    Can you please divide 1,000 by
 8    80?
 9               MR. TSIRKIN:  12.50.
10         Q.    Mr. Kiselev, is one 1,000
11    divided by 80 12.50?
12         A.    Yeah.
13         Q.    So this person is making 12.50
14    for regular hours and 13.50 for overtime
15    hour, correct?
16         A.    Correct.
17         Q.    Can you please do 12.50 times
18    1.5?
19         A.    I think it is 19.25.
20         Q.    Can you use a calculator,
21    please.
22               MR. TSIRKIN:  We will use mine.
23          18.75.
24               MR. NAYDENSKIY:  Counselor, I'm
25          sorry, I just have to ask the witness
```

1                    A. KISELEV

2          to testify.

3          A.    18.75.

4          Q.    This overtime pay this person

5    is not receiving time and a half for the

6    regular earnings, correct?

7          A.    This person received 13.50.

8          Q.    Which is less than 18.75,

9    correct?  13.50 is less than 18.75,

10   correct?

11         A.    Correct.

12         Q.    Can you please continue on and

13   find me one example where the overtime

14   earnings will be time and a half of the

15   regular earnings?

16         A.    This one gets rate -- D340135,

17   she gets paid for overtime 13.50.

18         Q.    How much does she gets paid for

19   regular hours?

20         A.    12.50.

21         Q.    So it is not time and a half,

22   correct?

23         A.    No, I don't see no time and a

24   half here.

25         Q.    Thank you.

1                    A. KISELEV

2                    Can you please look at those

3    20 pages and do you see where it says

4    standard voucher on each one?

5          A.    Yes.

6          Q.    To right of that some kind of

7    payroll number, I guess that is not real

8    relevant and to the right of that is the

9    date.

10                   Do you see the date?

11         A.    Yes.

12         Q.    Can you please check these 20

13   and tell me what is the latest date that

14   you see?

15         A.    October 9, 2015.

16         Q.    And the earliest would be

17   January 16, 2015.

18                   Can you please check these two

19   pages for the earliest date you can see.

20         A.    I think it was January 2015,

21   yeah.

22         Q.    Just double check.

23         A.    Yeah, I think it is January 6,

24   2015.

25         Q.    January 6th or January 16th?

```
 1                    A. KISELEV
 2        A.    January 16th.  I'm sorry.
 3        Q.    2015 for the year?
 4        A.    2015, yeah.
 5             MR. NAYDENSKIY:  Let's take a
 6         short break at this time.
 7             (Whereupon, a short recess was
 8         taken.)
 9             MR. NAYDENSKIY:  Back on the
10         record.
11        Q.    Mr. Kiselev, just to go back
12    one step.
13             You mentioned previously that
14    people clock in and clock out
15    electronically.  Is that done through the
16    phone when they come or leave the
17    consumer's or patient's home?
18        A.    Yes.
19        Q.    Is that recorded in any way?
20        A.    Yes.
21        Q.    Where would those records be?
22        A.    When we were using a different
23    software, Arrow Solution, that should be in
24    their possession.
25        Q.    And didn't you switch over at
```

```
 1                    A. KISELEV
 2    one point?
 3         A.    Yes.
 4         Q.    To what company?
 5         A.    Care Centa.
 6         Q.    When did you make that switch?
 7         A.    I think it was in 2014, but I'm
 8    not sure exactly.
 9         Q.    Prior to January 1, 2015?
10         A.    I'm not sure.  I would have to
11    check my records.
12         Q.    We have an address for Care
13    Centa?
14         A.    Yes.
15         Q.    Do you know it right now?
16         A.    The address?
17         Q.    Yes.
18         A.    Yes.
19         Q.    What is it?
20         A.    3051 Brighton 3rd Street.
21         Q.    Do you have any affiliation
22    with Care Centa?
23         A.    Yes.
24         Q.    What is that affiliation?
25         A.    I'm co-owner and co-founder of
```

```
 1                    A. KISELEV
 2  this company, of this software.
 3           Q.    That keeps the records of time
 4  worked for home health aides for Home
 5  Family Care, correct?
 6           A.    Yes.
 7           Q.    How long are these records kept
 8  for?
 9           A.    Forever.
10           Q.    Electronically?
11           A.    Yeah.
12                 MR. NAYDENSKIY:  Let's mark
13            this as Exhibit 2.
14                 (Whereupon, the aforementioned
15            electronic payroll stubs were marked
16            as Plaintiff(s)' Exhibit 2 for
17            identification as of this date by the
18            Reporter.)
19           Q.    Mr. Kiselev, does this look
20  familiar to you?
21           A.    Yes.
22           Q.    Similar pay stubs as
23  Plaintiff's Exhibit 1?
24           A.    Yes.
25           Q.    Can you please flip through all
```

1                    A. KISELEV

2      these pages and all of these pages except

3      one will have a section called live-in

4      earnings?

5                    MR. TSIRKIN:  Any purpose of

6             that, flip through the pages?

7                    MR. NAYDENSKIY:  Just to

8             quantify that this is all for the

9             live-in shifts except one.  That was

10            higher or?

11                   MR. TSIRKIN:  Do you understand

12            what you are looking for?

13     A.    I just see that it is a live-in

14     compensation for live-in home health aides.

15     Q.    My apologies, except for two

16     pages.

17     A.    Okay.

18     Q.    All these pages in Exhibit 2,

19     except two of the pages are for

20     reimbursements for a live-in shift; is that

21     correct?

22     A.    Yes.

23     Q.    A live-in shift is paid a rate

24     for the 24-hour shift, correct?

25                   MR. TSIRKIN:  Can you please

1                    A. KISELEV

2           rephrase your question.

3                    MR. NAYDENSKIY:   Sure.

4           Q.    A live-in shift is paid a daily

5    rate, correct?

6           A.    I don't know.

7           Q.    How are live-in shift employees

8    paid?

9           A.    They are paid on an hour basis.

10   I have to see the schedule again.  It is

11   hard for me to say what it is.  There is

12   live-in earning 12.

13          Q.    So, if you look at the first

14   page, the first time you see hours, it says

15   hours 09-live in earnings 13, correct?

16          A.    Yes.

17          Q.    Is this 13 hours, 13 days or

18   13 minutes?

19          A.    I have to consult with my

20   payroll department.  I don't remember

21   honestly.

22          Q.    You mentioned earlier this is

23   one person who works in the payroll

24   department, correct?

25          A.    Yes.

```
 1                        A. KISELEV
 2         Q.    What is the name?
 3         A.    Maria.
 4         Q.    What is her last name?
 5         A.    It escapes me now.
 6               MR. NAYDENSKIY:  We will leave
 7          a blank and you can supply it.
 8    _____
 9         Q.    Do you remember when Maria in
10    the payroll department started working for
11    Home Family Care?
12         A.    About three years ago, but she
13    was working at the front desk.  I don't
14    remember when she start working on doing
15    payroll.
16         Q.    Was she doing payroll from
17    January 1, 2015?
18         A.    I can't tell you.  I don't
19    remember.
20         Q.    In 2016, what was the method of
21    paying a live-in shift?
22               MR. TSIRKIN:  Can you please
23          rephrase your question.
24               MR. NAYDENSKIY:  I will
25          rephrase.
```

1                          A. KISELEV

2          Q.      In 2016 a live-in shift, paid

3    on a daily basis or an hourly basis?

4          A.      Daily basis.

5          Q.      In 2015, was a live in shift

6    paid on a daily basis or an hourly basis?

7          A.      Daily basis.

8          Q.      And a daily basis covers

9    13 hours of work, right?

10         A.      Right.

11         Q.      And the 11 hours that is not

12   paid is considered sleep and meal time; is

13   that correct?

14         A.      11 hours?

15         Q.      That is not paid for is

16   considered sleep and mealtime, correct?

17         A.      Yes.

18         Q.      If I can ask you to look at the

19   first page of Exhibit 2.  The bottom says

20   D000203, correct?

21         A.      Correct.

22         Q.      You just testified that a

23   live-in shift would be paid a daily rate.

24   Therefore, where it says hours, 09-live-in

25   earnings-13, this would mean that the

```
 1                        A. KISELEV
 2     13 days worked in a two-week period,
 3     correct?
 4                  MR. TSIRKIN:  Objection.  He
 5             did not say that.
 6             A.    I did not say that.
 7             Q.    In 2015, how was a live-in
 8     shift paid?
 9             A.    On a daily basis.
10                  MR. TSIRKIN:  Can we go off the
11             record for a second?
12                  MR. NAYDENSKIY:  Sure.
13                  (Whereupon, a discussion was
14             held off the record.)
15                  MR. NAYDENSKIY:  Back on the
16             record.
17             Q.    Just to be clear, in 2015 a
18     live-in shift was paid a daily rate of pay,
19     correct?
20             A.    Correct.
21             Q.    Can you please look on the date
22     here where it says standard voucher and
23     there is a number and then the date.
24                  Can you tell me the date of
25     this?
```

```
 1                        A. KISELEV
 2         A.    4/24/15.
 3         Q.    So, this employee in 2015 was
 4   working as a live-in was getting paid a
 5   daily rate of pay.
 6               Would that somehow be indicated
 7   on this piece of paper?
 8         A.    I can't say precisely.  I can
 9   only assume.  I have to consult with the
10   payroll company.
11         Q.    Is it safe to assume that the
12   number 13 here in the section where it says
13   hours 09-live-in earnings 13, is 13 days
14   worked?
15         A.    As I said I have to consult
16   with the payroll company.
17         Q.    Payroll company or payroll
18   employee?
19         A.    The payroll company, sir.  The
20   loss time I was doing payroll was many
21   years ago.  I just have to consult with
22   them before I'm going to tell you.
23         Q.    You decide the policy of wages
24   in Home Family Care?
25         A.    Yes.
```

```
 1                    A. KISELEV
 2        Q.    You just don't remember; is
 3   that correct?
 4        A.    Yes.
 5        Q.    You just don't remember what it
 6   stands for.
 7              MR. NAYDENSKIY:  Let's mark
 8         this packet of documents as
 9         Plaintiff's 3.
10              (Whereupon, the aforementioned
11         packet of payroll stubs was marked as
12         Plaintiff(s)' Exhibit 3 for
13         identification as of this date by the
14         Reporter.)
15        Q.    Mr. Kiselev, Exhibit 3 is
16   similar pay stubs to Exhibits 1 and 2; is
17   that correct?
18        A.    Yes.
19        Q.    Can you please flip to the
20   second page of this exhibit.
21              On the bottom it says D000253.
22   Can you please tell me the date on this?
23        A.    5/6/2016.
24        Q.    And this person is making $440
25   for $40 for a 40-hour work week, correct?
```

```
 1                    A. KISELEV
 2        A.    That is correct.
 3        Q.    Can you please divide 450 by
 4   40?
 5        A.    11.
 6        Q.    And then this person made $84
 7   overtime pay for seven overtime hours
 8   worked, correct?
 9        A.    Correct.
10        Q.    Can you please divide 84 by
11   seven?
12        A.    12.
13        Q.    And for the next page.  On the
14   bottom it says D000255, correct?
15        A.    Correct.
16        Q.    Dated May 6, 2016, correct?
17        A.    Yes.
18        Q.    This person is making $500 an
19   hour for the first 40 hours per work week,
20   correct?
21        A.    Yes.
22        Q.    Can you please divide 500 by
23   40?
24        A.    12.50.
25        Q.    And then this person also
```

```
 1                    A. KISELEV
 2    earned $108 in overtime pay for eight hours
 3    worked, correct?
 4         A.    Yes.
 5         Q.    Can you please divide 108 by
 6    eight?
 7         A.    13.50.
 8         Q.    The next page it says D000256.
 9    The date is March 4, 2016, correct?
10         A.    Correct.
11         Q.    This person made $500 for
12    40-hour work week, correct?
13         A.    Yes.
14         Q.    Can you please divide 500 by
15    40 hours?
16         A.    12.50.
17         Q.    Can you please double check 500
18    divided by 40?
19         A.    Yeah.
20         Q.    And then this person made $108
21    in overtime pay for eight overtime hours?
22         A.    Yes.
23         Q.    Can you please divide 108 by
24    eight?
25         A.    13.50.
```

```
 1                          A. KISELEV
 2          Q.    And the next page is marked on
 3     the bottom the number is D000257.  This is
 4     dated November 10, 2016, correct?
 5          A.    Yes.
 6          Q.    And this person made $500 in
 7     regular earnings for 40 regular hours
 8     worked, correct?
 9          A.    Correct.
10          Q.    We will take judicial notice
11     500 divided by 40 according to the
12     calculator is $12.50 and then this person
13     made $27 in overtime pay for two overtime
14     hours worked, correct?
15          A.    Yes, 13.50.
16          Q.    Which equals 13.50 for each
17     overtime hour, correct?
18          A.    Correct.
19          Q.    Can you please look at the next
20     15 and tell me one example where the
21     overtime earnings paid would be one and a
22     half of the regular earnings paid?
23          A.    Well, that is too many papers
24     we have here.
25          Q.    The next 15.
```

1                          A. KISELEV

2          A.    Okay.

3          Q.    Could you find one example?

4                Can you find one example of

5    your review of overtime pay with time and a

6    half as the regular pay?

7          A.    No.

8          Q.    Mr. Kiselev, have you ever

9    sought legal advice on how to pay your

10   employees overtime pay?

11         A.    Legal advice, no.

12         Q.    Have you ever sought advice

13   from the Department of Labor on how to pay

14   overtime pay?

15         A.    I don't remember.

16         Q.    In 2015, did you seek advice

17   from the Department of Labor how to pay

18   overtime pay?

19         A.    I just don't remember at this

20   time.

21         Q.    Do you remember if in 2016 you

22   sought advice from the Department of Labor

23   how to pay overtime pay?

24         A.    Well, I know how to pay my

25   employees.

```
 1                    A. KISELEV
 2              MR. TSIRKIN:  Can you please
 3         answer the question.
 4         Q.    Did you ever seek legal advice
 5   on how to comply with the federal and New
 6   York Labor Law requirements on overtime
 7   pay?
 8         A.    Seek advice?
 9         Q.    Legal advice.
10         A.    I think so, yes.
11         Q.    When?
12         A.    Probably in 2015.
13         Q.    Whom did you seek this legal
14   advice from?
15         A.    I spoke with the Department of
16   Labor.
17         Q.    Did you speak with an attorney?
18         A.    No.
19         Q.    Did you speak with a private
20   attorney?
21         A.    No.
22         Q.    So, in 2015 you spoke with the
23   Department of Labor, correct?
24         A.    Yes.
25         Q.    What did you ask of them?
```

```
 1                      A. KISELEV
 2         A.    About how to apply the rates,
 3    how to apply, how to stay in compliance.
 4    We had been audited, but the Department of
 5    Labor and --
 6         Q.    Do you know when in 2015 you
 7    had this conversation with them?
 8         A.    No.
 9         Q.    Was it before October 2015?
10         A.    No, I don't remember.
11         Q.    What did they tell you?
12         A.    It was different discussions
13    about different issues with payroll.
14         Q.    In regard to the overtime pay,
15    what did the Department of Labor tell you?
16              MR. TSIRKIN:  Objection.  We
17         didn't establish that he asked this
18         question.
19         Q.    In 2015, did you ask the
20    Department of Labor how to comply with
21    federal and labor law overtime pay
22    requirement?
23         A.    Yes.
24         Q.    What did they tell you in
25    regard to that?
```

```
 1                    A. KISELEV
 2         A.    Well, I believe there was a
 3    number of confusion with the payroll, with
 4    overtime rates.  And at the beginning it
 5    wasn't clear in the industry how to apply
 6    overtime rates.
 7               It took sometime until the
 8    situation was clear to us as a
 9    practitioners how to apply overtime rates.
10         Q.    When did it become clear to you
11    how to apply overtime rates?
12         A.    I don't remember right now.
13         Q.    Do you have any documents
14    showing this conversation between you and
15    the Department of Labor?
16         A.    I can search through my
17    records.
18         Q.    Did the Department of Labor
19    send you anything by e-mail regarding this
20    conversation?
21         A.    I receive so many e-mails on a
22    day-to-day basis.  Can I check my records?
23         Q.    Did you send the Department of
24    Labor an e-mail regarding this
25    conversation?
```

```
 1                    A. KISELEV
 2        A.    Well, there was a number of
 3   inquiries, but it was a couple of years
 4   ago.  I just don't remember.  The majority
 5   was simple calls.
 6        Q.    Whom did you speak with at the
 7   Department of Labor regarding overtime pay?
 8        A.    I made a number of inquiries.
 9   I just don't remember.  I spoke with my
10   payroll company, with them, with the
11   Department of Labor.
12        Q.    Is 2015 the only time you spoke
13   with the Department of Labor regarding
14   compliance with federal and New York Labor
15   Law overtime requirements?
16        A.    I don't remember.  I spoke with
17   the Department of Labor on numerous
18   occasions.  I just don't keep the records
19   of every call I make.
20        Q.    Do you have any electronic
21   conversations with the Department of Labor
22   regarding overtime pay?
23        A.    I can check my records.  I
24   won't say anything based on my memory.  I
25   get hundreds of e-mails on a day-to-day
```

```
1                    A. KISELEV
2    basis.
3         Q.    In 2015, did Home Family Care
4    gross more than $500,000?
5         A.    Yes.
6         Q.    In 2016, did Home Family Care
7    gross more than $500,000?
8         A.    Yes.
9         Q.    In 2017, did Home Family Care
10   gross more than $500,000?
11        A.    I would assume so.
12              MR. NAYDENSKIY:  I'm sorry,
13         strike that last question.  I will
14         rephrase that.
15        Q.    Is Home Family Care on track to
16   gross more than $500,000 in 2017?
17        A.    Yeah.
18        Q.    Starting from 2017, did your
19   payroll practices change?
20        A.    Yes.
21        Q.    How?
22        A.    We pay one and a half.  We
23   correct this mistake in the system and we
24   pay 1.5 to every employee overtime rates.
25        Q.    How much is a live-in shift at
```

1                    A. KISELEV

2    home health aide paid?

3         A.    For the first 40 hours it's 11

4    or $12, whatever we agree as a base and

5    then starting from the 41-hour it is

6    overtime.

7         Q.    And the overtime is one and a

8    half times --

9         A.    The base.

10        Q.    The hourly rate for the first

11   40?

12        A.    Yes.

13             MR. NAYDENSKIY:  Off the

14        record.

15             (Whereupon, a discussion was

16        held off the record.)

17             MR. NAYDENSKIY:  Back on the

18        record.

19        Q.    Mr. Kiselev, I have one final

20   question.

21        A.    Sure.

22        Q.    You said earlier when a home

23   health aide is hired they go through an

24   orientation, correct?

25        A.    Correct.

1                          A. KISELEV

2          Q.     Is this orientation paid for?

3          A.     No.

4          Q.     How long is the orientation

5    for?

6          A.     That takes two, three hours.

7          Q.     Does the home health aide then

8    go to her job assignment?

9          A.     No. Orientation is just a final

10   step in their conversion to the employee

11   status.  But it doesn't mean they go on a

12   case.  It means they are going to be

13   eligible to work.

14              It is mandatory in the State of

15   New York that every employee in the home

16   care industry has to go through

17   orientation.

18         Q.     But the orientation is not

19   paid, correct?

20         A.     Correct.

21              MR. NAYDENSKIY:  Mr. Kiselev, I

22              have nothing further unless Mr.

23              Tsirkin has any questions.

24              MR. TSIRKIN:  No.

25              MR. NAYDENSKIY:  Thank you.

1                    A. KISELEV

2              (Whereupon, at 12:45 P.M., the

3        Examination of this witness was

4        concluded.)

5

6              ∘         ∘         ∘         ∘

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           A. KISELEV

2        D E C L A R A T I O N

3

4       I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8       I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

15    _____

        ALEXANDER KISELEV

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

22    _____
        NOTARY PUBLIC

23

24

25

1                      A. KISELEV

2                  E X H I B I T S

3
     PLAINTIFF EXHIBITS
4
     EXHIBIT    EXHIBIT                      PAGE
5    NUMBER     DESCRIPTION

6     1         Payroll standard records    29

7     2         Electronic payroll stubs    53

8     3         Packet of payroll stubs      60

9
            (Exhibits retained by Counsel.)
10

11                  I N D E X

12   EXAMINATION BY                      PAGE

13   MR. NAYDENSKIY                         4

14

15     INFORMATION AND/OR DOCUMENTS REQUESTED
     INFORMATION AND/OR DOCUMENTS       PAGE
16
     Insert how many home health aides
17   Are currently employed by Home
     Family Care.                          29
18
     Insert Maria's full name.            56
19

20
            QUESTIONS MARKED FOR RULINGS
21   PAGE LINE QUESTION

22   (None)

23

24

25

1                    A. KISELEV

2            C E R T I F I C A T E

3

STATE OF NEW YORK          )
4                          :  SS.:
COUNTY OF KINGS            )

5

6    I, GARY MEROLA, a Notary Public for and

7    within the State of New York, do hereby

8    certify:

9    That the witness whose examination is

10   hereinbefore set forth was duly sworn and

11   that such examination is a true record of

12   the testimony given by that witness.

13   I further certify that I am not related

14   to any of the parties to this action by

15   blood or by marriage and that I am in no

16   way interested in the outcome of this

17   matter.

18   IN WITNESS WHEREOF, I have hereunto set

19   my hand this 10th day of November 2017.

20

21

22   _____

                GARY MEROLA

23

24

25

A. KISELEV

## $

**$1,000** [1] - 48:3
**$10** [8] - 34:20, 35:3, 37:21, 39:9, 39:12, 45:10, 45:14, 45:24
**$108** [2] - 62:2, 62:20
**$11** [6] - 23:18, 27:16, 27:23, 41:21, 41:25, 42:16
**$12** [6] - 20:2, 20:7, 35:3, 42:17, 45:23, 70:4
**$12.50** [1] - 63:12
**$13** [1] - 20:4
**$13.50** [1] - 47:18
**$216** [1] - 45:17
**$27** [1] - 63:13
**$300** [1] - 44:10
**$40** [1] - 60:25
**$440** [1] - 60:24
**$48** [1] - 33:14
**$500** [3] - 61:18, 62:11, 63:6
**$500,000** [4] - 69:4, 69:7, 69:10, 69:16
**$72** [1] - 43:11
**$800** [4] - 33:2, 33:11, 37:25, 43:8
**$84** [1] - 61:6
**$880** [2] - 40:9, 41:16

## 0

**000248** [1] - 40:7
**01** [1] - 40:12
**01-regular** [1] - 40:24
**02** [1] - 40:20
**02-overtime** [1] - 41:4
**08879** [1] - 2:11
**09-live** [1] - 55:15
**09-live-in** [2] - 57:24, 59:13

## 1

**1** [6] - 3:17, 31:18, 52:9, 56:17, 60:16, 74:6
**1,000** [2] - 48:7, 48:10
**1.5** [2] - 48:18, 69:24
**10** [2] - 42:14, 63:4
**104** [1] - 2:10
**108** [2] - 62:5, 62:23
**10:45** [1] - 1:13
**10th** [1] - 75:19
**11** [7] - 23:23, 27:17, 42:13, 57:11, 57:14, 61:5, 70:3
**11.75** [1] - 27:18
**11235** [3] - 1:23, 2:6, 4:15
**12** [9] - 34:24, 40:20, 42:15, 43:16, 44:18, 44:20, 45:22, 55:12, 61:12
**12.25** [1] - 27:18
**12.50** [7] - 48:9, 48:11, 48:13,

48:17, 49:20, 61:24, 62:16
**120** [1] - 42:14
**12:45** [1] - 72:2
**13** [11] - 25:11, 27:16, 55:15, 55:17, 55:18, 57:9, 58:2, 59:12, 59:13
**13.50** [10] - 20:8, 47:22, 48:14, 49:7, 49:9, 49:17, 62:7, 62:25, 63:15, 63:16
**15** [3] - 47:12, 63:20, 63:25
**16** [1] - 50:17
**16-cv-6707** [1] - 1:7, 4:21
**16th** [2] - 50:25, 51:2
**18** [2] - 45:18, 45:21
**18.75** [4] - 48:23, 49:3, 49:8, 49:9
**19.25** [1] - 48:19

## 2

**2** [2] - 60:16, 74:7
**20** [2] - 50:3, 50:12
**2013** [1] - 10:18
**2014** [1] - 52:7
**2015** [24] - 10:19, 27:25, 29:7, 31:18, 50:15, 50:17, 50:20, 50:24, 51:3, 51:4, 52:9, 56:17, 57:5, 58:7, 58:17, 59:3, 64:16, 65:12, 65:22, 66:6, 66:9, 66:19, 68:12, 69:3
**2016** [10] - 24:15, 28:4, 29:11, 56:20, 57:2, 61:16, 62:9, 63:4, 64:21, 69:6
**2017** [5] - 1:12, 69:9, 69:16, 69:18, 75:19
**20___** [1] - 73:19
**216** [1] - 45:20
**24** [1] - 6:4
**24-hour** [2] - 25:10, 54:24
**25** [4] - 44:11, 44:13, 44:16, 44:20
**29** [2] - 74:6, 74:17
**2nd** [1] - 2:6

## 3

**3** [2] - 60:9, 74:8
**30** [1] - 3:16
**300** [4] - 20:13, 44:13, 44:16, 44:19
**3051** [3] - 4:13, 36:16, 52:20
**30B6** [2] - 4:19, 4:24
**3rd** [3] - 4:14, 36:16, 52:20

## 4

**4** [2] - 62:9, 74:13
**4/24/15** [1] - 59:2
**40** [13] - 24:4, 38:7, 39:13, 39:20, 61:4, 61:19, 61:23,

62:15, 62:18, 63:7, 63:11, 70:3, 70:11
**40-hour** [2] - 60:25, 62:12
**41-hour** [1] - 70:5
**44** [1] - 38:7
**450** [1] - 61:3
**48** [2] - 34:22, 39:23

## 5

**5/6/2016** [1] - 60:23
**50/50** [1] - 13:17
**500** [4] - 61:22, 62:14, 62:17, 63:11
**517** [2] - 1:22, 2:6
**53** [1] - 74:7
**54** [1] - 47:15
**56** [1] - 74:18

## 6

**6** [3] - 1:12, 50:23, 61:16
**60** [1] - 74:8
**6th** [1] - 50:25

## 7

**72** [1] - 43:14

## 8

**80** [33] - 24:4, 32:23, 33:2, 33:10, 33:17, 33:18, 33:19, 33:23, 34:10, 34:11, 34:14, 34:18, 34:19, 37:22, 37:25, 38:3, 38:9, 38:24, 39:10, 39:17, 39:18, 40:12, 40:25, 41:17, 41:20, 42:12, 43:8, 44:6, 45:7, 45:9, 48:6, 48:8, 48:11
**800** [7] - 32:19, 33:16, 34:17, 34:19, 44:5, 45:6, 45:9
**84** [1] - 61:10
**880** [3] - 40:17, 41:19, 42:12

## 9

**9** [1] - 50:15

## A

**A.M** [1] - 1:13
**ability** [3] - 5:19, 5:24, 6:10
**able** [3] - 6:14, 6:23, 7:3
**about** [7] - 11:10, 17:10, 19:8, 22:16, 56:12, 66:2, 66:13
**above** [1] - 73:6
**abused** [1] - 17:20
**accommodate** [1] - 20:18
**according** [3] - 18:18, 36:9, 63:11

**across** [1] - 19:23
**action** [1] - 75:14
**address** [4] - 4:12, 4:13, 52:12, 52:16
**administer** [1] - 3:11
**advice** [9] - 64:9, 64:11, 64:12, 64:16, 64:22, 65:4, 65:8, 65:9, 65:14
**affect** [3] - 5:18, 6:10, 6:12
**affecting** [1] - 38:20
**affiliation** [2] - 52:21, 52:24
**aforementioned** [3] - 29:24, 53:14, 60:10
**after** [3] - 3:16, 16:14, 36:23
**again** [9] - 10:23, 10:24, 11:2, 14:21, 33:18, 38:12, 39:22, 46:12, 55:10
**against** [1] - 1:6
**ago** [7] - 10:15, 10:20, 10:21, 24:11, 56:12, 59:21, 68:4
**agree** [1] - 70:4
**AGREED** [2] - 3:5, 3:20
**aid** [1] - 25:15
**aide** [43] - 15:4, 15:12, 16:19, 17:11, 17:15, 19:9, 19:25, 20:3, 20:7, 21:5, 21:6, 21:16, 21:19, 21:24, 22:5, 22:8, 23:7, 23:23, 25:4, 25:9, 25:10, 25:18, 25:21, 26:7, 26:8, 26:11, 26:14, 26:22, 27:4, 27:5, 27:11, 28:18, 28:22, 29:2, 29:7, 29:11, 36:5, 36:9, 36:11, 38:24, 70:2, 70:23, 71:7
**aide's** [1] - 20:21
**aides** [18] - 13:4, 13:8, 14:20, 14:23, 18:11, 20:11, 22:20, 23:2, 23:5, 25:14, 29:13, 31:15, 35:16, 37:10, 38:21, 53:4, 54:14, 74:16
**alcoholic** [1] - 6:3
**Alexander** [2] - 4:11, 13:14
**ALEXANDER** [2] - 1:18, 73:15
**all** [22] - 1:4, 2:5, 3:21, 8:17, 8:23, 10:7, 10:14, 11:13, 15:18, 16:3, 17:3, 17:7, 23:2, 23:5, 26:7, 31:15, 33:21, 42:11, 53:25, 54:2, 54:8, 54:18
**allow** [1] - 24:18
**already** [2] - 14:7, 29:3
**also** [4] - 9:8, 43:7, 46:21, 61:25
**always** [1] - 38:19
**am** [5] - 26:21, 28:7, 45:23, 75:13, 75:15
**Amboy** [1] - 2:6
**amount** [2] - 27:15, 47:16
**analyze** [1] - 16:3

A. KISELEV

**AND** [2] - 3:5, 3:20
**AND/OR** [2] - 74:15, 74:15
**another** [3] - 33:20, 34:6, 47:12
**answer** [12] - 5:11, 5:19, 5:25, 6:11, 6:14, 6:22, 7:2, 7:6, 22:24, 29:19, 40:3, 65:3
**answered** [3] - 11:10, 14:7, 29:3
**any** [18] - 5:18, 5:23, 6:3, 6:13, 13:21, 14:14, 20:2, 20:5, 22:3, 25:6, 26:10, 51:19, 52:21, 54:5, 67:13, 68:20, 71:23, 75:14
**anybody** [3] - 10:10, 11:24, 36:17
**anyone** [1] - 3:11
**anything** [3] - 14:8, 67:19, 68:24
**apologies** [1] - 54:15
**applicant** [5] - 15:15, 15:18, 15:20, 16:14
**applies** [1] - 15:16
**apply** [5] - 66:2, 66:3, 67:5, 67:9, 67:11
**applying** [1] - 26:7
**approach** [1] - 21:5
**approval** [7] - 12:11, 12:15, 12:19, 12:25, 16:17, 16:18, 25:7
**approve** [1] - 28:23
**approximately** [1] - 24:12
**Arabic** [1] - 35:25
**are** [45] - 3:21, 4:19, 5:4, 5:8, 5:11, 5:15, 5:17, 6:17, 7:19, 8:11, 8:14, 11:5, 11:13, 14:16, 16:24, 17:3, 17:4, 17:7, 17:25, 18:23, 19:10, 20:17, 22:3, 22:16, 24:7, 24:24, 25:5, 25:13, 29:13, 30:12, 30:18, 35:21, 39:25, 40:9, 42:7, 43:11, 43:17, 43:20, 47:25, 53:7, 54:12, 54:19, 55:9, 71:12, 74:17
**arisen** [1] - 18:7
**Arrow** [1] - 51:23
**as** [31] - 3:12, 3:15, 3:21, 4:3, 4:5, 5:2, 5:4, 5:12, 7:23, 16:15, 26:6, 26:8, 29:23, 30:2, 30:3, 31:7, 36:4, 37:11, 39:25, 53:13, 53:16, 53:17, 53:22, 59:4, 59:15, 60:8, 60:11, 60:13, 64:6, 67:8, 70:4
**ask** [7] - 7:5, 11:17, 20:12, 48:25, 57:18, 65:25, 66:19
**asked** [3] - 5:16, 14:6, 66:17
**assign** [1] - 27:2

**assigned** [1] - 25:10
**assignment** [1] - 71:8
**assume** [4] - 13:18, 59:9, 59:11, 69:11
**at** [30] - 1:20, 4:19, 5:16, 15:22, 23:8, 30:25, 31:18, 32:2, 32:10, 33:5, 33:8, 33:9, 34:16, 36:20, 41:7, 42:11, 47:15, 50:2, 51:6, 51:25, 55:13, 56:13, 57:18, 63:19, 64:19, 67:4, 68:6, 69:25, 72:2, 73:10
**Atakhanova** [1] - 4:20
**ATAKHANOVA** [2] - 1:3, 2:9
**attack** [1] - 10:20
**attention** [1] - 18:6
**attorney** [2] - 65:17, 65:20
**Attorneys** [2] - 2:4, 2:9
**audited** [1] - 66:4
**authority** [11] - 12:9, 12:23, 13:22, 14:13, 14:19, 14:22, 15:13, 20:20, 20:24, 21:2, 27:13
**authorized** [1] - 3:11
**Avenue** [2] - 1:22, 2:6
**aversion** [1] - 25:6
**away** [1] - 22:24

**B**

**B** [1] - 74:2
**back** [10] - 7:16, 10:7, 21:13, 26:2, 26:4, 35:13, 51:9, 51:11, 58:15, 70:17
**background** [1] - 35:23
**bad** [1] - 17:9
**base** [2] - 70:4, 70:9
**based** [5] - 19:21, 25:16, 27:19, 34:25, 68:24
**basis** [16] - 11:23, 24:2, 24:7, 24:19, 36:25, 55:9, 57:3, 57:4, 57:6, 57:7, 57:8, 58:9, 67:22, 69:2
**be** [39] - 3:8, 3:10, 3:14, 6:17, 6:23, 7:3, 15:20, 19:11, 20:6, 20:8, 23:25, 27:7, 33:20, 34:8, 34:20, 34:24, 36:8, 36:12, 37:21, 38:7, 38:23, 39:9, 39:12, 39:17, 39:18, 39:23, 42:3, 42:20, 46:25, 47:13, 49:14, 50:16, 51:21, 51:23, 57:23, 58:17, 59:6, 63:21, 71:12
**Beach** [1] - 1:22, 2:6
**because** [6] - 20:8, 20:13, 21:7, 34:8, 38:18, 38:21
**become** [1] - 67:10
**becomes** [1] - 16:20
**bedbound** [1] - 20:13
**been** [5] - 4:3, 19:7, 24:10,

66:4, 73:4
**before** [9] - 1:23, 3:11, 3:13, 10:18, 15:20, 24:9, 59:22, 66:9, 73:18
**beginning** [1] - 67:4
**behalf** [2] - 1:4, 2:5
**being** [6] - 6:14, 17:23, 46:5
**believe** [1] - 67:2
**below** [4] - 32:21, 40:11, 40:23, 41:3
**between** [2] - 3:6, 67:14
**beverages** [1] - 6:4
**big** [1] - 17:22
**billing** [2] - 8:15, 8:20
**bit** [2] - 21:7, 40:23
**biweekly** [1] - 44:4
**blank** [2] - 29:18, 56:7
**blood** [1] - 75:15
**board** [1] - 19:23
**both** [1] - 36:10
**bottom** [10] - 32:2, 32:5, 32:10, 40:6, 43:5, 43:24, 57:19, 60:21, 61:14, 63:3
**branch** [5] - 10:12, 11:6, 12:4, 12:7, 12:22
**break** [4] - 7:4, 7:5, 7:7, 51:6
**Brighton** [5] - 1:22, 2:6, 4:14, 36:16, 52:20
**bring** [1] - 17:15
**Broadway** [1] - 2:10
**Brooklyn** [4] - 1:22, 2:6, 4:14, 36:16
**business** [7] - 4:13, 14:3, 14:15, 17:23, 30:13, 30:15, 30:19
**But** [2] - 38:12, 45:14
**but** [16] - 10:16, 11:22, 15:2, 18:5, 18:18, 37:17, 37:25, 39:6, 40:2, 42:6, 52:7, 56:12, 66:4, 68:3, 71:11, 71:18
**BY** [4] - 2:7, 2:11, 4:7, 74:12
**by** [58] - 1:17, 1:18, 3:5, 3:10, 3:16, 4:4, 12:15, 12:18, 12:19, 15:8, 19:5, 19:6, 19:10, 26:4, 26:17, 28:18, 29:14, 30:3, 30:24, 33:5, 33:17, 34:18, 34:19, 34:22, 36:8, 36:10, 36:23, 41:20, 42:12, 42:14, 43:14, 43:21, 44:13, 44:16, 44:17, 44:19, 45:9, 45:21, 47:15, 48:7, 48:11, 53:17, 60:13, 61:3, 61:10, 61:22, 62:5, 62:14, 62:18, 62:23, 63:11, 67:19, 73:10, 74:9, 74:17, 75:12, 75:14, 75:15

**C**

**C** [4] - 2:2, 73:2, 75:2
**calculate** [6] - 33:16, 34:17, 41:19, 41:23, 44:16, 45:20
**calculator** [9] - 31:22, 31:24, 34:20, 41:22, 42:8, 44:15, 45:15, 48:20, 63:12
**call** [6] - 7:11, 21:6, 21:19, 21:24, 26:10, 68:19
**called** [3] - 4:2, 17:4, 54:3
**calls** [1] - 68:5
**can** [24] - 7:2, 15:23, 18:5, 20:12, 21:6, 21:9, 26:10, 26:23, 27:14, 27:19, 28:12, 29:22, 35:8, 36:19, 36:20, 45:13, 50:19, 56:7, 57:18, 58:10, 59:8, 67:16, 67:22, 68:23
**can you** [53] - 8:13, 11:12, 12:16, 15:11, 21:21, 25:25, 30:5, 30:20, 32:13, 33:16, 34:17, 34:22, 40:4, 40:5, 41:19, 41:22, 42:14, 42:25, 43:4, 43:14, 43:23, 44:15, 44:22, 45:3, 45:20, 46:3, 46:13, 46:23, 47:11, 48:7, 48:17, 48:20, 49:12, 50:2, 50:12, 50:18, 53:25, 54:25, 56:22, 58:21, 58:24, 60:19, 60:22, 61:3, 61:10, 61:22, 62:5, 62:14, 62:17, 62:23, 63:19, 64:4, 65:2
**can't** [6] - 16:12, 22:23, 33:5, 39:3, 56:18, 59:8
**cannot** [3] - 7:11, 17:23, 27:19
**card** [1] - 16:4
**Care** [28] - 5:5, 5:12, 5:13, 7:19, 7:24, 8:9, 10:11, 11:5, 12:19, 13:11, 16:25, 18:10, 19:6, 19:10, 24:3, 29:14, 36:16, 36:23, 52:12, 52:22, 53:5, 56:11, 59:24, 69:3, 69:6, 69:9, 69:15, 74:17
**CARE** [3] - 1:8, 1:17, 2:10
**care** [3] - 36:10, 52:5, 71:16
**case** [16] - 15:22, 15:24, 16:22, 20:9, 20:12, 21:17, 21:20, 21:25, 26:9, 27:6, 27:10, 27:12, 34:8, 36:3, 71:12
**Case** [1] - 1:6
**cases** [1] - 19:21
**cell** [1] - 31:25
**Centa** [3] - 52:5, 52:13, 52:22
**CEO** [2] - 5:4, 5:6
**certain** [6] - 18:5, 21:8, 22:7, 27:15, 46:19, 46:22

certificate [1] - 18:17
certification [1] - 3:8
certify [3] - 73:4, 75:8, 75:13
CERTIFY [1] - 73:8
change [2] - 24:9, 69:19
changed [1] - 24:10
charge [2] - 11:13, 21:15
charges [1] - 16:8
chart [5] - 11:17, 11:18, 15:14, 18:16, 29:16
charts [2] - 11:19, 16:7
check [15] - 14:25, 15:2, 15:5, 22:22, 33:4, 38:13, 50:12, 50:18, 50:22, 52:11, 62:17, 67:22, 68:23
checks [1] - 14:20
circles [1] - 40:2
circumstances [1] - 16:13
Civil [1] - 1:20
clarify [2] - 14:11, 25:3
clear [4] - 58:17, 67:5, 67:8, 67:10
clock [4] - 35:18, 35:19, 51:14
clocking [2] - 35:20
co [2] - 52:25
co-founder [1] - 52:25
co-owner [1] - 52:25
collective [1] - 11:25
column [3] - 46:7, 46:8, 46:9
come [2] - 38:20, 51:16
common [2] - 38:16, 39:7
company [24] - 5:6, 5:7, 5:9, 8:7, 10:16, 14:9, 14:25, 15:9, 15:21, 16:16, 19:5, 19:8, 24:21, 24:25, 30:17, 31:3, 31:6, 52:4, 53:2, 59:10, 59:16, 59:17, 59:19, 68:10
compensation [3] - 26:13, 27:20, 54:14
complaint [1] - 17:10
completed [1] - 36:8
compliance [2] - 66:3, 68:14
comply [2] - 65:5, 66:20
concern [1] - 20:19
concluded [1] - 72:4
confusing [2] - 6:17, 6:20
confusion [1] - 67:3
considered [2] - 57:12, 57:16
consist [1] - 18:13
consult [5] - 29:15, 55:19, 59:9, 59:15, 59:21
consumer's [1] - 51:17
contains [1] - 18:16
continue [1] - 49:12
contractor [1] - 17:6
contractors [1] - 17:8

control [3] - 10:10, 11:5, 39:4
conversation [4] - 66:7, 67:14, 67:20, 67:25
conversations [1] - 68:21
conversion [1] - 71:10
converted [1] - 15:21
coordinate [1] - 46:15
coordinates [2] - 32:21, 46:8
coordination [3] - 8:15, 8:20, 9:7
coordinator [10] - 15:23, 16:22, 21:20, 21:25, 23:24, 26:22, 27:2, 27:10, 27:12, 28:19
coordinators [3] - 20:12, 21:2, 21:17
copy [4] - 3:14, 3:17, 30:23, 30:24
corporate [1] - 13:16
corporation [2] - 5:3, 8:2
correct [117] - 5:5, 5:13, 5:19, 5:21, 5:22, 5:25, 6:2, 6:11, 7:20, 7:21, 8:21, 8:24, 10:5, 10:8, 11:7, 14:5, 14:17, 16:17, 18:8, 20:24, 23:5, 23:6, 23:20, 23:24, 25:7, 25:11, 26:21, 26:24, 26:25, 28:7, 28:9, 28:19, 28:20, 28:23, 28:24, 30:19, 31:3, 31:10, 31:13, 31:16, 31:19, 32:23, 33:3, 33:11, 33:12, 33:14, 33:15, 35:4, 37:22, 39:11, 39:21, 40:9, 40:12, 40:17, 40:21, 40:25, 41:4, 41:10, 41:14, 41:17, 42:18, 42:19, 42:23, 42:24, 43:9, 45:23, 45:25, 46:2, 47:9, 47:10, 48:15, 48:16, 49:6, 49:9, 49:10, 49:11, 49:22, 53:5, 54:21, 54:24, 55:5, 55:15, 55:24, 57:13, 57:16, 57:20, 57:21, 58:3, 58:19, 58:20, 60:3, 60:17, 60:25, 61:2, 61:8, 61:9, 61:14, 61:15, 61:16, 61:20, 62:3, 62:9, 62:10, 62:12, 63:4, 63:8, 63:9, 63:14, 63:17, 63:18, 65:23, 69:23, 70:24, 70:25, 71:19, 71:20, 73:9
correctly [1] - 40:3
correlated [3] - 41:9, 41:13, 42:22
could [3] - 19:24, 31:12, 64:3
counsel [3] - 3:6, 3:17, 44:17
Counsel [1] - 74:9
counselor [1] - 45:12
Counselor [1] - 48:24
COUNTY [1] - 75:4

couple [4] - 10:21, 18:8, 30:6, 68:3
course [6] - 18:12, 19:12, 30:13, 30:15, 30:19, 37:4
COURT [1] - 1:2
Court [4] - 1:19, 3:13, 6:23, 7:2
covers [1] - 57:8
criminal [1] - 16:8
cultural [1] - 35:23
current [1] - 31:10
currently [4] - 5:17, 5:23, 29:14, 74:17
cut [1] - 32:6

## D

D [9] - 3:2, 4:2, 32:11, 40:6, 43:5, 43:24, 44:25, 73:2, 74:11
D000203 [1] - 57:20
D000239 [1] - 43:6
D000253 [1] - 60:21
D000255 [1] - 61:14
D000256 [1] - 62:8
D000257 [1] - 63:3
D000886 [2] - 32:3, 32:14
D340135 [1] - 49:16
D340221 [1] - 47:21
D340229 [1] - 45:2
D340240 [1] - 43:25
daily [14] - 8:4, 8:6, 11:23, 18:9, 55:4, 57:3, 57:4, 57:6, 57:7, 57:8, 57:23, 58:9, 58:18, 59:5
date [13] - 16:7, 30:3, 50:9, 50:10, 50:13, 50:19, 53:17, 58:21, 58:23, 58:24, 60:13, 60:22, 62:9
DATE [1] - 1:12
dated [2] - 61:16, 63:4
day [10] - 8:8, 10:11, 67:22, 68:25, 73:19, 75:19
day-to-day [4] - 8:8, 10:11, 67:22, 68:25
days [5] - 3:16, 10:21, 55:17, 58:2, 59:13
deal [2] - 11:18, 11:21
decide [2] - 20:11, 59:23
decides [2] - 20:10, 23:9
decision [1] - 14:16
DEFENDANT [1] - 1:9
Defendant [2] - 1:16, 2:9
define [1] - 30:20
delivered [4] - 36:11, 36:13, 36:14, 36:17
Department [17] - 18:18, 64:13, 64:17, 64:22, 65:15, 65:23, 66:4, 66:15, 66:20, 67:15, 67:18, 67:23, 68:7,

68:11, 68:13, 68:17, 68:21
department [18] - 8:16, 9:3, 9:7, 9:8, 9:9, 9:12, 9:14, 11:21, 11:23, 15:14, 26:23, 29:16, 30:22, 39:5, 55:20, 55:24, 56:10
departments [8] - 8:5, 8:12, 8:14, 8:18, 8:24, 9:24, 11:14, 12:6
deposition [8] - 3:8, 3:9, 3:14, 4:20, 4:24, 5:2, 5:16, 29:18
DEPOSITION [1] - 1:16
DESCRIPTION [1] - 74:5
deserves [1] - 20:15
designated [1] - 39:5
designed [1] - 6:17
desk [2] - 36:21, 56:13
did [8] - 24:9, 58:5, 58:6, 67:18, 69:3, 69:6, 69:9, 69:18
did you [8] - 64:16, 65:4, 65:13, 65:17, 65:19, 66:19, 67:23, 68:6
didn't [5] - 25:24, 34:5, 38:22, 51:25, 66:17
different [18] - 9:11, 9:21, 13:25, 15:19, 17:21, 18:17, 19:20, 19:22, 20:3, 24:20, 24:22, 25:16, 35:22, 35:25, 47:16, 51:22, 66:12, 66:13
differentiate [1] - 17:24
differently [1] - 25:16
difficulties [4] - 19:21, 20:9, 25:17, 35:19
director [4] - 9:12, 11:21, 16:22, 17:2
disapprove [1] - 28:23
discuss [1] - 27:18
discussion [5] - 7:14, 21:11, 35:11, 58:13, 70:15
discussions [1] - 66:12
disposing [1] - 42:8
DISTRICT [2] - 1:2, 1:2
District [1] - 4:21
divide [10] - 34:22, 42:14, 43:14, 48:7, 61:3, 61:10, 61:22, 62:5, 62:14, 62:23
divided [13] - 33:17, 34:18, 34:19, 41:20, 42:12, 44:13, 44:19, 45:9, 45:21, 47:17, 48:11, 62:18, 63:11
do [30] - 7:9, 12:5, 12:17, 14:8, 15:16, 16:12, 16:13, 17:12, 17:17, 18:3, 18:5, 18:13, 21:2, 21:3, 22:11, 22:14, 24:18, 27:19, 30:23, 31:23, 32:12, 32:17, 33:24, 36:2, 36:6, 42:9, 48:17, 75:7

**do you** [29] - 4:23, 6:13, 7:8, 13:2, 13:4, 13:6, 13:8, 22:9, 24:12, 26:17, 28:25, 29:5, 29:9, 32:9, 32:16, 37:2, 37:7, 42:9, 47:19, 50:3, 50:10, 52:15, 52:21, 54:11, 56:9, 64:21, 66:6, 67:13, 68:20
**document** [2] - 19:17, 19:19
**documents** [7] - 15:17, 15:19, 16:4, 18:17, 18:23, 60:8, 67:13
**DOCUMENTS** [2] - 74:15, 74:15
**does** [16] - 10:10, 11:24, 12:4, 12:14, 12:18, 12:22, 13:21, 14:7, 18:10, 21:24, 23:15, 24:3, 24:15, 36:5, 37:25, 71:7
**does he** [1] - 12:8
**does she** [1] - 49:18
**does that** [1] - 8:3
**does this** [1] - 53:19
**doesn't** [4] - 13:24, 14:4, 34:10, 71:11
**doing** [3] - 56:14, 56:16, 59:20
**don't** [38] - 6:19, 11:17, 12:3, 15:2, 19:19, 22:15, 24:14, 24:16, 28:2, 28:5, 29:8, 29:12, 30:14, 30:15, 30:17, 33:19, 34:20, 37:17, 39:4, 39:22, 40:13, 40:14, 42:10, 49:23, 55:6, 55:20, 56:13, 56:18, 60:2, 60:5, 64:15, 64:19, 66:10, 67:12, 68:4, 68:9, 68:16, 68:18
**done** [3] - 19:13, 24:6, 51:15
**double** [2] - 50:22, 62:17
**down** [2] - 6:24, 7:3
**DPS** [1] - 11:21
**drop** [1] - 36:19
**drugs** [1] - 5:18
**drunk** [1] - 17:19
**duly** [3] - 4:3, 73:5, 75:10
**duties** [1] - 7:23

### E

**E** [13] - 2:2, 3:2, 4:2, 73:2, 74:2, 74:11, 75:2
**e** [4] - 67:19, 67:21, 67:24, 68:25
**e-mail** [2] - 67:19, 67:24
**e-mails** [2] - 67:21, 68:25
**each** [7] - 9:2, 9:9, 9:23, 9:25, 18:15, 50:4, 63:16
**earlier** [2] - 55:22, 70:22
**earliest** [2] - 50:16, 50:19
**earned** [1] - 62:2

**earning** [2] - 44:3, 55:12
**earnings** [45] - 32:16, 32:22, 33:11, 39:20, 40:8, 40:12, 40:16, 40:17, 40:20, 40:25, 41:4, 41:7, 41:8, 41:9, 41:11, 41:12, 42:17, 42:18, 42:21, 43:17, 44:3, 46:5, 46:6, 46:14, 46:16, 46:17, 46:18, 46:19, 46:20, 46:21, 46:25, 47:3, 47:13, 47:14, 49:6, 49:14, 49:15, 54:4, 55:15, 59:13, 63:7, 63:21, 63:22
**earnings-13** [1] - 57:25
**Eastern** [1] - 4:21
**EASTERN** [1] - 1:2
**effect** [2] - 3:12, 3:15
**eight** [5] - 19:8, 62:2, 62:6, 62:21, 62:24
**either** [3] - 14:5, 28:5, 40:14
**Electronic** [1] - 74:7
**electronic** [5] - 15:6, 35:17, 37:12, 53:15, 68:20
**electronically** [6] - 30:21, 31:13, 37:16, 37:21, 51:15, 53:10
**eligible** [1] - 71:13
**else** [2] - 10:10, 11:24
**employ** [1] - 35:22
**employed** [2] - 29:14, 74:17
**employee** [16] - 9:16, 9:18, 12:14, 12:18, 15:21, 16:15, 16:20, 17:3, 18:11, 18:15, 32:25, 59:3, 59:18, 69:24, 71:10, 71:15
**employee's** [1] - 32:7
**employees** [11] - 8:5, 11:18, 13:2, 13:6, 14:5, 16:11, 16:24, 34:2, 55:7, 64:10, 64:25
**enough** [1] - 27:17
**entail** [1] - 8:3
**entire** [1] - 7:25
**equals** [1] - 63:16
**equivalent** [1] - 47:2
**escapes** [1] - 56:5
**ESQ** [2] - 2:7, 2:11
**establish** [1] - 66:17
**evaluated** [1] - 23:25
**ever** [3] - 64:8, 64:12, 65:4
**every** [11] - 5:16, 6:22, 12:14, 12:18, 15:2, 24:4, 24:7, 25:15, 68:19, 69:24, 71:15
**exactly** [3] - 10:19, 33:6, 52:8
**examination** [5] - 16:5, 16:6, 18:22, 75:9, 75:11
**EXAMINATION** [2] - 4:7, 74:12
**Examination** [1] - 72:3
**examined** [1] - 4:5

**example** [6] - 46:4, 46:24, 49:13, 63:20, 64:3, 64:4
**excellent** [1] - 18:4
**except** [5] - 3:21, 54:2, 54:9, 54:15, 54:19
**exercise** [1] - 20:23
**EXHIBIT** [2] - 74:4
**exhibit** [1] - 60:20
**Exhibit 1** [9] - 29:23, 30:2, 30:6, 37:20, 46:4, 46:14, 46:24, 47:8, 53:23
**Exhibit 2** [4] - 53:13, 53:16, 54:18, 57:19
**Exhibit 3** [2] - 60:12, 60:15
**EXHIBITS** [1] - 74:3
**Exhibits** [2] - 60:16, 74:9
**expecting** [1] - 7:10
**experience** [1] - 38:10
**explain** [3] - 15:11, 19:15, 33:25
**explained** [2] - 28:11, 35:6
**explaining** [1] - 16:10

### F

**F** [2] - 3:2, 75:2
**familiar** [1] - 53:20
**Family** [27] - 5:5, 5:12, 5:13, 7:19, 7:23, 8:9, 10:11, 11:5, 12:19, 13:11, 14:4, 16:25, 18:10, 19:6, 19:10, 24:3, 29:14, 36:15, 36:23, 53:5, 56:11, 59:24, 69:3, 69:6, 69:9, 69:15, 74:17
**family** [1] - 17:20
**FAMILY** [3] - 1:8, 1:17, 2:10
**February** [1] - 24:15
**federal** [2] - 65:5, 66:21, 68:14
**Federal** [1] - 1:20
**fee** [1] - 17:4
**few** [2] - 5:15, 6:16
**file** [1] - 18:21
**filed** [1] - 4:21
**filing** [1] - 3:7
**filled** [2] - 10:22, 10:25
**final** [6] - 12:10, 12:14, 12:19, 14:16, 70:19, 71:9
**find** [5] - 46:4, 46:24, 49:13, 64:3, 64:4
**fine** [1] - 29:20
**finish** [1] - 6:25
**fire** [7] - 12:8, 12:24, 13:6, 13:8, 13:22, 14:4, 14:12
**first** [19] - 4:3, 32:3, 37:19, 39:10, 40:16, 41:8, 41:12, 41:13, 46:8, 46:14, 46:15, 47:8, 55:13, 55:14, 57:19, 61:19, 70:3, 70:10, 73:5
**five** [1] - 47:8

**flip** [5] - 46:13, 46:23, 53:25, 54:6, 60:19
**Floor** [1] - 2:6
**follows** [1] - 4:6
**foot** [1] - 14:2
**for** [113] - 2:4, 2:9, 3:6, 3:18, 4:9, 6:13, 6:23, 6:25, 9:14, 9:25, 10:17, 12:10, 14:20, 14:23, 15:16, 17:4, 17:22, 17:23, 18:11, 19:8, 21:10, 21:16, 22:7, 22:19, 23:2, 23:5, 24:3, 24:4, 25:11, 26:7, 27:3, 29:2, 29:6, 29:10, 29:19, 30:2, 31:15, 33:2, 33:11, 33:20, 33:22, 34:6, 34:7, 34:11, 34:14, 34:20, 35:24, 36:7, 36:12, 37:7, 37:8, 37:9, 37:22, 38:3, 38:23, 39:10, 39:13, 41:17, 43:8, 43:9, 43:11, 44:3, 44:6, 44:11, 45:4, 45:7, 45:18, 47:22, 47:25, 48:4, 48:14, 49:5, 49:17, 49:18, 50:19, 51:3, 52:12, 53:4, 53:8, 53:16, 54:8, 54:12, 54:14, 54:15, 54:19, 54:20, 54:24, 55:11, 56:10, 57:15, 58:11, 60:6, 60:12, 60:25, 61:7, 61:13, 61:19, 62:2, 62:11, 62:21, 63:7, 63:13, 63:16, 70:3, 70:10, 71:2, 71:5, 75:6
**FOR** [1] - 74:20
**forbid** [1] - 17:19
**force** [1] - 3:15
**foregoing** [1] - 73:8
**forever** [1] - 53:9
**form** [3] - 3:21, 19:17, 19:19
**forth** [1] - 75:10
**founder** [1] - 52:25
**four** [4] - 8:18, 33:14, 34:23, 47:15
**from** [17] - 21:4, 24:24, 25:6, 30:16, 31:3, 31:6, 31:18, 38:9, 41:6, 46:20, 56:16, 64:13, 64:17, 64:22, 65:14, 69:18, 70:5
**front** [2] - 36:20, 56:13
**full** [2] - 17:3, 74:18
**full-time** [1] - 17:3
**FURTHER** [2] - 3:20, 73:8
**further** [2] - 71:22, 75:13

### G

**GARY** [2] - 75:6, 75:22
**Gary** [1] - 1:23
**gave** [1] - 73:6
**GENNADIY** [1] - 2:7
**get** [7] - 20:15, 25:24, 34:5,

36:6, 38:19, 38:22, 68:25
**gets** [7] - 15:5, 17:19, 25:15, 33:22, 49:16, 49:17, 49:18
**getting** [9] - 16:15, 32:25, 33:10, 33:13, 34:14, 35:2, 43:8, 43:11, 59:4
**girl** [3] - 9:15, 9:16, 9:17
**give** [3] - 22:23, 46:18, 46:21
**given** [10] - 25:5, 25:19, 25:22, 26:16, 27:21, 27:25, 28:4, 28:18, 73:10, 75:12
**gives** [1] - 37:11
**go** [22] - 7:7, 7:12, 15:19, 16:2, 16:7, 16:9, 21:9, 23:23, 28:12, 32:8, 35:8, 40:4, 42:25, 43:19, 43:20, 44:22, 51:11, 58:10, 70:23, 71:8, 71:11, 71:16
**God** [1] - 17:18
**goes** [1] - 28:22
**going** [12] - 6:12, 17:12, 20:8, 27:7, 33:7, 34:19, 34:24, 39:25, 43:20, 47:4, 59:22, 71:12
**Gonzales** [2] - 12:13, 12:23
**good** [1] - 4:16
**green** [1] - 16:4
**gross** [4] - 69:4, 69:7, 69:10, 69:16
**ground** [1] - 6:16
**GROUP** [1] - 2:4
**Group** [1] - 1:21
**guess** [1] - 50:7

## H

**H** [1] - 74:2
**had** [5] - 6:3, 10:15, 10:19, 66:4, 66:7
**half** [12] - 45:24, 46:5, 47:2, 47:13, 49:5, 49:14, 49:21, 49:24, 63:22, 64:6, 69:22, 70:8
**hand** [1] - 75:19
**happened** [1] - 17:17
**happens** [2] - 17:9, 36:22
**hard** [1] - 55:11
**has** [16] - 9:9, 12:9, 14:11, 14:13, 14:19, 14:22, 18:15, 18:17, 20:20, 24:10, 27:12, 28:17, 36:8, 71:16, 71:23
**have** [64] - 6:6, 8:4, 8:5, 9:6, 9:11, 9:15, 9:19, 9:22, 10:12, 10:13, 11:16, 11:17, 11:24, 12:23, 13:21, 14:8, 14:24, 16:3, 17:16, 18:4, 18:7, 19:7, 19:24, 21:2, 22:14, 22:21, 22:22, 23:17, 24:21, 26:9, 29:15, 31:21, 31:23, 33:4, 33:24, 34:2,

34:3, 34:7, 35:17, 35:19, 37:13, 38:13, 38:14, 38:17, 39:5, 40:2, 44:14, 48:5, 48:25, 52:10, 52:12, 52:21, 54:3, 55:10, 55:19, 59:9, 59:15, 59:21, 63:24, 67:13, 68:20, 70:19, 71:22, 75:18
**have you** [3] - 6:3, 64:8, 64:12
**having** [2] - 4:3, 73:4
**he** [12] - 10:16, 10:19, 11:9, 12:6, 12:9, 14:7, 20:7, 41:25, 42:4, 42:5, 58:4, 66:17
**head** [1] - 11:19
**Health** [1] - 18:18
**health** [57] - 13:4, 13:8, 14:20, 14:23, 15:4, 15:12, 16:19, 17:10, 17:15, 18:11, 19:9, 19:24, 20:3, 20:7, 20:11, 20:21, 21:5, 21:6, 21:16, 21:19, 21:24, 22:4, 22:8, 22:20, 23:2, 23:5, 23:7, 23:22, 25:4, 25:9, 25:10, 25:13, 25:18, 25:21, 26:8, 27:3, 28:18, 28:21, 29:2, 29:6, 29:10, 29:13, 31:15, 35:15, 36:5, 36:9, 36:10, 37:10, 38:21, 38:24, 51:17, 53:4, 54:14, 70:2, 70:22, 71:7, 71:15, 74:16
**HOME** [3] - 1:8, 1:17, 2:10
**honestly** [1] - 55:21
**hospital** [1] - 26:21
**hour** [22] - 19:25, 20:2, 20:4, 27:23, 35:3, 35:4, 37:22, 39:9, 39:12, 41:25, 44:8, 45:4, 45:10, 45:15, 46:21, 47:23, 48:2, 48:15, 55:9, 61:19, 63:17
**hourly** [3] - 57:3, 57:6, 70:10
**hours** [63] - 6:4, 24:4, 24:24, 33:2, 33:10, 33:14, 33:18, 33:19, 33:23, 34:11, 34:14, 36:7, 37:15, 37:20, 37:22, 37:25, 38:3, 38:7, 38:9, 38:24, 39:10, 39:13, 39:17, 39:20, 40:12, 40:24, 41:3, 41:10, 41:11, 41:13, 41:17, 42:22, 43:8, 43:12, 44:6, 44:11, 45:7, 45:18, 46:15, 46:18, 46:25, 47:3, 48:4, 48:14, 49:19, 55:14, 55:15, 55:17, 57:9, 57:11, 57:14, 57:24, 59:13, 61:7, 61:19, 62:2, 62:15, 62:21, 63:7, 63:14, 70:3, 71:6
**how** [31] - 19:11, 23:15, 25:13, 33:25, 34:13, 35:6, 37:7, 44:2, 44:8, 44:13, 45:3, 47:25, 49:18, 53:7, 58:7, 64:9, 64:13, 64:17, 64:23, 64:24, 65:5, 66:2, 66:3, 66:20, 67:5, 67:9, 67:11, 69:21, 69:25, 71:4
**how are** [2] - 4:16, 55:7
**how do** [2] - 17:14, 23:12
**how is** [1] - 19:13
**how many** [5] - 9:5, 29:13, 37:10, 48:4, 74:16
**HR** [9] - 8:15, 8:20, 9:14, 9:20, 9:22, 10:4, 23:10, 23:15

24:3, 29:14, 36:15, 36:23, 53:4, 56:11, 59:24, 69:3, 69:6, 69:9, 69:15, 74:17
**home** [58] - 13:4, 13:8, 14:20, 14:23, 15:4, 15:12, 16:19, 17:10, 17:15, 18:11, 19:9, 19:24, 20:3, 20:7, 20:11, 20:21, 21:5, 21:6, 21:16, 21:19, 21:24, 22:4, 22:8, 22:20, 23:2, 23:5, 23:7, 23:22, 25:4, 25:9, 25:10, 25:13, 25:18, 25:21, 26:8, 27:3, 28:18, 28:21, 29:2, 29:6, 29:10, 29:13, 31:15, 35:15, 36:5, 36:9, 36:10, 37:10, 38:21, 38:24, 51:17, 53:4, 54:14, 70:2, 70:22, 71:7, 71:15, 74:16
**HOME** [3] - 1:8, 1:17, 2:10
**honestly** [1] - 55:21
**hospital** [1] - 26:21

**HR's** [1] - 16:18
**hundreds** [1] - 68:25

## I

**I** [149] - 3:2, 4:2, 6:21, 7:5, 7:9, 7:11, 8:4, 8:5, 9:6, 9:15, 9:19, 10:12, 10:13, 10:15, 11:16, 11:17, 11:18, 11:21, 12:3, 13:18, 14:10, 15:2, 17:23, 18:3, 18:4, 19:19, 21:9, 22:11, 22:14, 22:21, 22:22, 22:23, 24:14, 24:16, 24:17, 25:24, 26:19, 26:21, 27:17, 28:2, 28:5, 28:7, 28:14, 29:3, 29:8, 29:12, 29:15, 30:10, 31:20, 31:23, 32:12, 32:17, 33:4, 33:5, 33:18, 34:10, 34:12, 34:13, 34:20, 35:6, 37:13, 37:17, 37:23, 38:10, 39:3, 39:4, 39:6, 39:22, 39:25, 40:2, 40:13, 40:14, 42:2, 42:6, 42:9, 42:10, 44:14, 45:23, 47:7, 48:5, 48:19, 48:25, 49:23, 50:7, 50:20, 50:23, 52:7, 52:10, 54:13, 55:6, 55:10, 55:19, 55:20, 56:13, 56:18, 56:24, 57:18, 58:6, 59:8, 59:9, 59:15, 59:20, 59:21, 64:15, 64:19, 64:24, 65:10, 65:15, 66:10, 67:2, 67:12, 67:16, 67:21, 67:22, 68:4, 68:8, 68:9, 68:16, 68:18, 68:19, 68:23, 68:24, 69:11, 69:13, 70:19, 71:21, 73:2, 73:4, 73:5, 73:8, 74:2, 74:11, 75:2, 75:6, 75:13, 75:15, 75:18
**I'll** [1] - 23:14
**I'm** [17] - 5:6, 5:7, 7:10, 9:7, 18:3, 22:13, 22:18, 33:7, 40:15, 48:5, 48:24, 51:2, 52:7, 52:10, 52:25, 59:22, 69:12
**idea** [3] - 37:13, 44:14, 48:5
**identification** [3] - 30:3, 53:17, 60:13
**if** [39] - 3:12, 3:15, 6:19, 7:4, 7:5, 11:16, 11:20, 15:4, 15:18, 16:5, 17:9, 20:2, 20:5, 21:18, 21:23, 23:22, 26:11, 26:14, 26:21, 27:16, 28:7, 28:12, 28:21, 30:7, 31:2, 31:5, 32:2, 34:10, 35:8, 37:19, 38:9, 39:8, 42:9, 45:23, 46:9, 47:12, 55:13, 57:18, 64:21
**impede** [1] - 5:24
**important** [1] - 7:10
**impossible** [1] - 37:18

**IN** [1] - 75:18
**in** [141] - 4:21, 9:2, 9:6, 10:13, 10:19, 11:6, 11:13, 11:16, 11:18, 12:4, 12:22, 13:25, 14:2, 14:14, 17:23, 17:25, 18:19, 18:25, 19:2, 19:11, 19:17, 19:19, 19:21, 20:16, 21:15, 22:3, 23:11, 23:13, 23:16, 25:9, 25:21, 26:7, 26:9, 26:15, 26:23, 27:3, 27:6, 27:7, 27:22, 27:25, 28:4, 28:7, 28:17, 29:2, 29:6, 29:7, 29:10, 29:11, 29:18, 30:12, 30:14, 30:15, 30:18, 31:9, 33:24, 35:18, 35:20, 36:3, 36:6, 36:11, 36:16, 36:17, 36:19, 37:6, 37:25, 38:16, 38:20, 38:24, 39:10, 39:16, 39:19, 39:25, 42:17, 44:3, 44:10, 45:17, 46:5, 46:17, 46:18, 46:21, 51:14, 51:19, 51:23, 52:7, 54:3, 54:9, 54:13, 54:14, 54:18, 54:20, 54:23, 55:4, 55:7, 55:12, 55:15, 55:23, 56:9, 56:20, 56:21, 57:2, 57:5, 57:23, 58:2, 58:7, 58:17, 58:18, 59:3, 59:4, 59:12, 59:24, 62:2, 62:21, 63:6, 63:13, 64:16, 64:21, 65:12, 65:22, 66:3, 66:6, 66:14, 66:19, 66:24, 67:5, 69:3, 69:6, 69:9, 69:16, 69:23, 69:25, 71:10, 71:14, 71:15, 75:15, 75:16
**INC** [3] - 1:8, 1:17, 2:10
**including** [1] - 19:2
**independent** [1] - 17:7
**index** [1] - 4:20
**indicated** [1] - 59:6
**individual** [1] - 24:2
**individually** [2] - 1:3, 2:5
**industry** [5] - 17:8, 33:24, 38:17, 67:5, 71:16
**influence** [1] - 5:18
**INFORMATION** [2] - 74:15, 74:15
**information** [2] - 19:3, 19:4
**initially** [8] - 15:15, 23:8, 23:19, 25:20, 25:23, 26:16, 26:17, 26:18
**inquiries** [2] - 68:3, 68:8
**inquiry** [1] - 21:4
**Insert** [2] - 74:16, 74:18
**interested** [1] - 75:16
**interview** [1] - 12:9
**investigate** [2] - 17:12, 17:14
**investigation** [2] - 17:17, 18:2
**involved** [3] - 14:14, 17:25,

22:3
**is** [169] - 4:13, 4:24, 5:2, 6:12, 6:20, 7:6, 8:6, 9:8, 9:12, 9:13, 9:16, 9:17, 9:21, 9:24, 10:3, 10:16, 11:20, 13:18, 13:23, 14:9, 14:14, 14:25, 15:13, 15:15, 16:8, 16:9, 16:14, 17:2, 17:9, 17:21, 19:4, 19:9, 19:13, 19:14, 19:20, 19:22, 20:8, 20:13, 21:7, 21:18, 21:23, 23:4, 23:8, 23:10, 23:18, 24:6, 25:4, 25:9, 25:10, 25:19, 25:22, 26:6, 26:11, 26:14, 26:22, 27:5, 27:7, 27:17, 28:6, 28:8, 28:11, 28:25, 29:20, 30:7, 30:9, 30:10, 30:11, 30:16, 31:2, 32:6, 32:25, 33:10, 33:13, 33:21, 34:8, 34:12, 34:19, 34:24, 35:6, 35:18, 36:17, 36:23, 37:14, 37:18, 38:4, 38:6, 38:15, 38:16, 38:18, 38:19, 38:20, 39:8, 39:20, 40:19, 41:6, 41:8, 41:12, 41:21, 41:24, 42:4, 42:6, 42:13, 42:16, 42:21, 43:7, 44:3, 44:13, 44:17, 44:19, 45:4, 45:10, 45:15, 45:24, 46:2, 47:4, 47:16, 47:17, 47:22, 48:10, 48:13, 48:19, 49:5, 49:8, 49:9, 49:21, 50:7, 50:8, 50:23, 54:8, 54:13, 54:23, 55:4, 55:10, 55:11, 55:22, 57:11, 57:12, 57:15, 58:23, 59:11, 59:13, 60:15, 60:24, 61:2, 61:18, 62:9, 63:2, 63:3, 63:12, 63:23, 68:12, 69:15, 69:25, 70:5, 70:7, 70:23, 71:4, 71:9, 71:14, 71:18, 73:9, 75:9, 75:11
**IS** [2] - 3:5, 3:20
**is that** [11] - 9:20, 24:20, 44:8, 45:11, 45:24, 51:15, 51:19, 54:20, 57:12, 60:2, 60:16
**is there** [8] - 9:2, 22:7, 22:17, 22:19, 22:25, 25:19, 25:22, 26:15
**is this** [3] - 19:17, 55:17, 71:2
**issue** [2] - 21:18, 21:23
**issues** [1] - 66:13
**it** [107] - 5:2, 6:12, 6:20, 6:21, 6:24, 8:6, 9:12, 9:24, 10:19, 11:12, 11:20, 15:2, 15:6, 15:15, 17:21, 18:5, 18:17, 19:13, 19:14, 19:22, 20:6, 20:13, 23:25, 24:10,

24:18, 24:22, 28:6, 28:22, 30:9, 30:11, 30:14, 30:21, 32:3, 32:6, 32:15, 32:18, 32:22, 33:20, 33:21, 34:8, 34:10, 34:24, 36:14, 36:17, 36:19, 36:20, 36:21, 36:23, 37:18, 38:2, 38:4, 38:6, 38:14, 38:16, 38:18, 38:19, 38:20, 38:23, 39:23, 39:24, 40:8, 40:11, 40:16, 40:24, 41:3, 41:6, 41:10, 42:2, 42:9, 42:21, 44:17, 46:8, 47:17, 48:3, 48:19, 49:21, 50:3, 50:20, 50:23, 52:7, 52:15, 52:19, 54:13, 55:10, 55:11, 55:14, 56:5, 56:7, 57:24, 58:22, 59:11, 59:12, 60:5, 60:21, 61:14, 62:8, 66:12, 67:4, 67:7, 67:10, 68:3, 70:5, 71:11, 71:12, 71:14
**IT** [2] - 3:5, 3:20
**it's** [11] - 16:6, 17:8, 18:9, 20:14, 20:17, 20:22, 26:20, 38:11, 39:3, 39:7, 70:3
**its** [1] - 18:15

---

**J**

**January** [9] - 31:18, 50:17, 50:20, 50:23, 50:25, 51:2, 52:9, 56:17
**Jersey** [1] - 2:11
**job** [3] - 15:16, 26:8, 71:8
**Judge** [1] - 3:13
**judicial** [2] - 45:10, 45:14, 63:10
**just** [27] - 5:15, 7:5, 9:15, 13:23, 14:9, 14:10, 17:5, 25:3, 34:16, 34:25, 42:6, 42:20, 48:25, 50:22, 51:11, 54:7, 54:13, 57:22, 58:17, 59:21, 60:2, 60:5, 64:19, 68:4, 68:9, 68:18, 71:9

---

**K**

**K** [2] - 4:2, 16:7
**KAM)(RML** [1] - 1:7
**keep** [6] - 30:14, 30:21, 30:23, 37:7, 37:17, 68:18
**keeps** [1] - 53:3
**kept** [4] - 30:12, 30:18, 30:21, 53:7
**kind** [5] - 14:15, 19:18, 22:16, 39:7, 50:6
**KINGS** [1] - 75:4
**KISELEV** [2] - 1:18, 73:15
**kiselev** [2] - 48:10, 70:19
**Kiselev** [17] - 4:11, 4:16, 4:23, 7:18, 13:14, 13:15,

28:11, 30:5, 31:21, 32:9, 44:19, 47:7, 51:11, 53:19, 60:15, 64:8, 71:21
**know** [16] - 4:23, 6:13, 6:20, 7:5, 15:3, 23:12, 23:15, 28:25, 29:5, 30:8, 33:19, 39:22, 52:15, 55:6, 64:24, 66:6

---

**L**

**L** [5] - 3:2, 4:2, 73:2
**Labor** [18] - 64:13, 64:17, 64:22, 65:6, 65:16, 65:23, 66:5, 66:15, 66:20, 67:15, 67:18, 67:24, 68:7, 68:11, 68:13, 68:14, 68:17, 68:21
**labor** [1] - 66:21
**languages** [3] - 35:24, 35:25, 36:2
**last** [5] - 6:4, 6:9, 18:8, 56:4, 69:13
**late** [1] - 38:20
**latest** [1] - 50:13
**law** [1] - 66:21
**Law** [3] - 1:21, 65:6, 68:15
**LAW** [1] - 2:4
**lawsuit** [1] - 31:10
**least** [1] - 31:18
**leave** [4] - 29:17, 36:20, 51:16, 56:6
**left** [1] - 41:10
**legal** [5] - 64:9, 64:11, 65:4, 65:9, 65:13
**less** [2] - 49:8, 49:9
**let** [4] - 6:20, 7:4, 25:20, 33:25
**let's** [6] - 7:12, 32:8, 40:15, 51:5, 53:12, 60:7
**like** [11] - 9:12, 11:16, 16:4, 19:22, 20:17, 28:13, 33:21, 35:25, 38:6, 38:25, 41:21
**LINE** [1] - 74:21
**line** [1] - 40:19
**little** [1] - 40:23
**live** [33] - 25:9, 25:21, 26:7, 26:9, 26:15, 26:23, 27:3, 27:6, 27:22, 27:25, 28:4, 28:7, 28:17, 29:2, 29:6, 29:10, 54:3, 54:9, 54:13, 54:14, 54:20, 54:23, 55:4, 55:7, 55:12, 56:21, 57:2, 57:5, 57:23, 58:7, 58:18, 59:4, 69:25
**live-in** [29] - 25:9, 25:21, 26:7, 26:9, 26:15, 26:23, 27:3, 27:6, 27:22, 27:25, 28:4, 28:7, 28:17, 54:3, 54:9, 54:13, 54:14, 54:20, 54:23, 55:4, 55:7, 55:12,

56:21, 57:2, 57:23, 58:7, 58:18, 59:4, 69:25
**living** [2] - 25:13, 25:18
**locations** [1] - 19:22
**long** [3] - 37:7, 53:7, 71:4
**longer** [1] - 10:17
**look** [12] - 30:6, 32:2, 33:8, 46:3, 47:11, 47:15, 50:2, 53:19, 55:13, 57:18, 58:21, 63:19
**looking** [5] - 33:5, 33:9, 34:16, 41:7, 54:12
**loss** [1] - 59:20
**lot** [3] - 8:5, 17:22, 34:2
**Luis** [1] - 12:13

## M

**made** [9] - 41:16, 44:10, 45:17, 61:6, 62:11, 62:20, 63:6, 63:13, 68:8
**mail** [3] - 36:21, 67:19, 67:24
**mailbox** [1] - 36:20
**mails** [2] - 67:21, 68:25
**maintain** [1] - 18:10
**majority** [1] - 68:4
**make** [4] - 16:6, 42:6, 52:6, 68:19
**maker** [1] - 14:17
**making** [13] - 16:8, 19:11, 19:25, 20:4, 20:7, 20:8, 42:16, 45:4, 47:22, 47:25, 48:13, 60:24, 61:18
**manage** [1] - 8:8
**management** [1] - 24:23
**manager** [8] - 9:2, 9:6, 9:10, 9:17, 10:12, 11:6, 12:4, 12:22
**managers** [1] - 11:11
**managing** [2] - 7:25, 8:6
**mandatory** [1] - 71:14
**many** [3] - 59:20, 63:23, 67:21
**March** [1] - 62:9
**Maria** [2] - 56:3, 56:9
**Maria's** [1] - 74:18
**Marianna** [3] - 13:14, 13:18, 13:21
**mark** [3] - 29:22, 53:12, 60:7
**MARKED** [1] - 74:20
**marked** [4] - 29:25, 53:15, 60:11, 63:2
**marriage** [1] - 75:15
**math** [1] - 41:25
**matter** [1] - 75:17
**may** [5] - 3:10, 3:14, 20:6, 33:20, 39:23
**May** [1] - 61:16
**maybe** [1] - 39:23
**me** [34] - 6:12, 6:20, 6:25,

7:4, 8:13, 11:15, 12:10, 15:12, 18:5, 20:22, 21:5, 21:6, 25:20, 26:21, 28:7, 30:7, 32:13, 33:25, 40:5, 43:4, 43:23, 44:2, 44:24, 45:3, 45:23, 49:13, 50:3, 55:11, 56:5, 58:24, 60:22, 63:20, 73:10, 73:18
**meal** [1] - 57:12
**mealtime** [1] - 57:16
**mean** [4] - 26:17, 34:10, 57:25, 71:11
**means** [1] - 71:12
**medications** [1] - 5:24
**member** [1] - 17:20
**memory** [2] - 24:17, 68:24
**mentioned** [3] - 8:11, 51:13, 55:22
**MEROLA** [2] - 75:6, 75:22
**Merola** [1] - 1:23
**method** [1] - 56:20
**might** [2] - 34:8, 38:6
**mind** [2] - 42:9, 42:10
**mine** [2] - 16:18, 48:22
**minimum** [2] - 23:18, 25:5
**minutes** [2] - 30:6, 55:18
**missing** [3] - 33:20, 34:3, 34:7
**mistake** [1] - 69:23
**money** [4] - 21:7, 27:15, 28:9, 28:22
**more** [12] - 10:17, 20:15, 21:7, 23:23, 28:9, 28:22, 37:14, 69:4, 69:7, 69:10, 69:16
**morning** [1] - 4:16
**mr** [6] - 29:20, 35:10, 42:4, 42:12, 45:13, 47:7
**MR** [61] - 4:8, 7:12, 7:16, 11:9, 12:16, 14:6, 14:10, 21:9, 21:13, 21:21, 22:9, 23:14, 25:25, 28:10, 28:14, 28:16, 29:17, 29:22, 30:20, 32:6, 35:5, 35:8, 35:13, 40:13, 41:24, 42:2, 42:5, 42:7, 42:10, 44:17, 45:11, 46:11, 47:17, 48:9, 48:22, 48:24, 51:5, 51:9, 53:12, 54:5, 54:7, 54:11, 54:25, 55:3, 56:6, 56:22, 56:24, 58:4, 58:10, 58:12, 58:15, 60:7, 65:2, 66:16, 69:12, 70:13, 70:17, 71:21, 71:24, 71:25, 74:13
**Mr** [17] - 4:16, 4:23, 7:18, 12:23, 28:11, 30:5, 31:21, 32:9, 44:19, 48:10, 51:11, 53:19, 60:15, 64:8, 70:19, 71:21, 71:22
**much** [9] - 19:11, 25:13,

44:2, 44:8, 44:13, 45:3, 47:25, 49:18, 69:25
**my** [27] - 4:13, 6:16, 6:25, 11:17, 12:25, 14:25, 18:6, 22:22, 24:17, 26:2, 26:20, 28:6, 31:25, 38:10, 38:20, 41:6, 46:9, 52:11, 54:15, 55:19, 64:24, 67:16, 67:22, 68:9, 68:23, 68:24, 75:19
**myself** [1] - 7:11

## N

**N** [5] - 2:2, 3:2, 4:2, 73:2, 74:11
**name** [9] - 4:9, 9:11, 12:12, 14:25, 32:7, 40:5, 56:2, 56:4, 74:18
**names** [1] - 13:13
**Naydenskiy** [1] - 1:21
**NAYDENSKIY** [35] - 2:4, 2:7, 4:8, 7:12, 7:16, 14:10, 21:13, 23:14, 25:25, 28:14, 29:17, 29:22, 35:10, 35:13, 42:2, 42:5, 42:10, 45:11, 48:24, 51:5, 51:9, 53:12, 54:7, 55:3, 56:6, 56:24, 58:12, 58:15, 60:7, 69:12, 70:13, 70:17, 71:21, 71:25, 74:13
**naydenskiylaw@gmail. com** [1] - 2:7
**Nazokat** [1] - 4:20
**NAZOKAT** [2] - 1:3, 2:5
**need** [8] - 7:4, 12:14, 12:19, 30:16, 34:12, 34:13, 34:20, 47:19
**needed** [1] - 31:3
**negotiate** [3] - 26:12, 27:6, 27:13
**negotiates** [1] - 27:9
**never** [4] - 10:22, 10:25, 14:2, 38:19
**New** [11] - 1:22, 1:24, 2:6, 2:11, 4:4, 4:14, 4:21, 65:5, 68:14, 71:15, 75:7
**NEW** [2] - 1:2, 75:3
**new** [1] - 16:15
**next** [10] - 40:4, 40:19, 42:25, 43:19, 44:22, 61:13, 62:8, 63:2, 63:19, 63:25
**night** [1] - 6:9
**No** [8] - 1:6, 11:8, 19:4, 21:4, 22:6, 24:6, 24:14, 24:22
**no** [36] - 4:25, 5:6, 5:20, 6:15, 9:18, 9:21, 10:13, 10:16, 11:3, 12:3, 13:23, 13:25, 14:11, 14:13, 14:14, 16:8, 16:9, 26:6, 36:19, 37:13, 38:8, 39:4, 44:14, 48:5,

49:23, 64:7, 64:11, 65:18, 65:21, 66:8, 66:10, 71:3, 71:9, 71:24, 75:15
**non** [3] - 29:2, 29:6, 29:10
**non-live-in** [3] - 29:2, 29:6, 29:10
**None** [1] - 74:22
**normal** [2] - 30:13, 30:18
**North** [1] - 2:10
**not** [37] - 5:6, 5:17, 5:23, 6:12, 6:14, 6:17, 14:8, 14:14, 16:18, 17:25, 18:4, 19:22, 20:17, 22:18, 27:17, 28:11, 30:23, 33:21, 35:6, 36:2, 38:2, 38:6, 41:24, 42:7, 43:22, 45:24, 49:5, 49:21, 50:7, 52:8, 52:10, 57:11, 57:15, 58:5, 58:6, 71:18, 75:13
**NOTARY** [1] - 73:22
**Notary** [3] - 1:23, 4:4, 75:6
**nothing** [1] - 71:22
**notice** [3] - 45:10, 45:14, 63:10
**November** [3] - 1:12, 63:4, 75:19
**now** [5] - 24:21, 28:2, 52:15, 56:5, 67:12
**number** [15] - 32:10, 32:13, 43:4, 43:24, 44:24, 46:19, 46:22, 47:19, 50:7, 58:23, 59:12, 63:3, 67:3, 68:2, 68:8
**NUMBER** [1] - 74:5
**numerous** [1] - 68:17
**nurses** [3] - 16:23, 16:24, 17:3
**nursing** [3] - 9:8, 9:12, 11:20

## O

**O** [2] - 3:2, 73:2
**oath** [1] - 3:12
**objection** [4] - 11:9, 35:5, 58:4, 66:16
**Objection** [1] - 28:10
**objections** [1] - 3:21
**occasions** [1] - 68:18
**October** [2] - 50:15, 66:9
**OF** [3] - 1:2, 75:3, 75:4
**of** [169] - 1:4, 1:16, 1:20, 1:21, 1:24, 2:5, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 4:21, 5:2, 5:3, 5:4, 5:6, 5:7, 5:8, 5:12, 5:13, 5:18, 6:13, 7:19, 7:23, 8:5, 8:6, 8:9, 9:13, 10:4, 10:11, 10:21, 11:5, 11:13, 11:19, 11:22, 11:25, 13:10, 14:15, 15:12, 15:13,

15:16, 15:21, 16:15, 16:23, 16:24, 17:2, 17:22, 18:4, 18:8, 18:12, 18:14, 18:18, 19:12, 19:17, 19:21, 20:8, 20:9, 21:7, 21:15, 22:4, 22:8, 22:16, 22:20, 25:5, 26:23, 27:15, 30:3, 30:6, 30:13, 30:15, 30:19, 32:2, 32:5, 32:15, 32:18, 32:22, 33:2, 33:10, 33:14, 34:2, 34:17, 35:2, 35:4, 35:15, 36:4, 36:9, 36:15, 37:4, 37:20, 37:22, 39:7, 41:10, 43:8, 43:12, 44:11, 45:4, 45:24, 46:4, 46:24, 47:2, 47:8, 47:13, 49:14, 50:6, 50:8, 52:25, 53:2, 53:3, 53:17, 54:2, 54:5, 54:19, 56:20, 57:9, 57:19, 58:18, 58:24, 59:5, 59:7, 59:23, 60:8, 60:11, 60:13, 60:20, 63:22, 64:4, 64:5, 64:13, 64:17, 64:22, 65:15, 65:23, 65:25, 66:4, 66:15, 66:20, 67:3, 67:15, 67:18, 67:23, 68:2, 68:3, 68:7, 68:8, 68:11, 68:13, 68:17, 68:19, 68:21, 68:25, 71:14, 72:3, 73:10, 73:19, 74:8, 75:7, 75:11, 75:14, 75:16, 75:19

**off** [12] - 7:12, 7:15, 21:9, 21:12, 28:12, 32:6, 35:8, 35:12, 58:10, 58:14, 70:13, 70:16

**offer** [3] - 19:16, 26:10, 26:23

**office** [10] - 10:13, 11:17, 11:18, 17:16, 17:19, 18:25, 19:2, 30:15, 36:15, 37:6

**offices** [1] - 1:21

**oh** [2] - 28:2, 48:5

**okay** [8] - 4:18, 19:2, 43:3, 43:20, 44:23, 45:11, 54:17, 64:2

**on** [62] - 1:3, 2:5, 5:23, 7:7, 7:16, 11:23, 14:25, 15:2, 15:6, 15:24, 17:13, 19:21, 21:13, 23:25, 24:6, 24:17, 24:18, 25:16, 27:19, 31:22, 31:24, 31:25, 32:5, 32:8, 34:25, 35:13, 36:11, 36:24, 37:19, 38:19, 38:22, 40:5, 41:14, 42:3, 43:4, 43:24, 49:12, 50:4, 51:9, 55:9, 56:14, 57:3, 57:6, 58:9, 58:15, 58:21, 59:7, 60:21, 60:22, 61:13, 63:2, 64:9, 64:13, 65:5, 65:6, 67:21, 68:17, 68:24, 68:25, 69:15, 70:17, 71:11

**once** [1] - 25:4

**one** [34] - 7:9, 9:9, 9:15, 9:16, 9:17, 9:18, 9:22, 9:25, 19:22, 33:9, 33:22, 34:12, 34:16, 34:25, 38:3, 39:23, 46:24, 47:15, 48:10, 49:13, 49:16, 50:4, 51:12, 52:2, 54:3, 54:9, 55:23, 63:20, 63:21, 64:3, 64:4, 69:22, 70:7, 70:19

**only** [5] - 11:4, 16:14, 31:12, 59:9, 68:12

**open** [1] - 26:9

**opened** [1] - 26:9

**operation** [1] - 14:15

**operational** [1] - 11:5

**operations** [2] - 8:9, 10:11

**opposed** [1] - 37:11

**or** [31] - 6:18, 6:20, 6:21, 9:16, 10:4, 12:6, 13:22, 14:11, 17:10, 17:19, 19:14, 21:5, 24:4, 25:23, 26:16, 27:18, 28:23, 37:9, 38:2, 39:4, 50:25, 51:16, 51:17, 54:10, 55:17, 57:3, 57:6, 59:17, 70:4, 75:15

**Order** [1] - 1:19

**order** [2] - 36:6, 36:12

**orientation** [1] - 16:10, 70:24, 71:2, 71:4, 71:9, 71:17, 71:18

**original** [2] - 3:9, 3:17

**others** [2] - 1:4, 2:5

**our** [9] - 16:11, 18:9, 19:15, 27:20, 33:24, 35:23, 37:6, 38:18

**out** [4] - 30:24, 35:19, 35:20, 51:14

**outcome** [1] - 75:16

**outside** [1] - 17:6

**over** [4] - 38:24, 40:15, 46:11, 51:25

**oversee** [1] - 8:23

**oversight** [1] - 11:25

**overtime** [47] - 20:2, 20:5, 33:14, 38:8, 40:20, 42:17, 43:12, 44:11, 45:18, 46:4, 46:19, 46:20, 46:25, 47:12, 47:23, 48:14, 49:4, 49:13, 49:17, 61:7, 62:2, 62:21, 63:13, 63:17, 63:21, 64:5, 64:10, 64:14, 64:18, 64:23, 65:6, 66:14, 66:21, 67:4, 67:6, 67:9, 67:11, 68:7, 68:15, 68:22, 69:24, 70:6, 70:7

**own** [1] - 18:15

**owner** [1] - 52:25

**P**

**P** [3] - 2:2, 3:2

**P.C** [3] - 1:21, 2:4, 2:9

**P.M** [1] - 72:2

**packet** [2] - 60:8, 60:11

**Packet** [1] - 74:8

**page** [18] - 32:3, 32:5, 32:15, 37:20, 40:4, 41:14, 43:2, 43:19, 43:20, 43:21, 44:22, 47:19, 55:14, 57:19, 60:20, 61:13, 62:8, 63:2

**PAGE** [4] - 74:4, 74:12, 74:15, 74:21

**pages** [10] - 47:8, 47:12, 50:3, 50:19, 54:2, 54:6, 54:16, 54:18, 54:19

**paid** [37] - 25:11, 25:14, 25:15, 28:8, 33:2, 33:11, 33:14, 33:22, 34:5, 34:14, 35:3, 36:7, 37:21, 38:22, 39:9, 39:12, 39:18, 39:20, 49:17, 49:18, 54:23, 55:4, 55:8, 55:9, 57:2, 57:6, 57:12, 57:15, 57:23, 58:8, 58:18, 59:4, 63:21, 63:22, 70:2, 71:2, 71:19

**paper** [7] - 17:16, 30:23, 33:10, 34:17, 35:2, 59:7

**papers** [1] - 63:23

**particular** [3] - 33:6, 34:6, 34:15

**parties** [2] - 3:7, 75:14

**patient** [8] - 9:13, 11:22, 16:23, 17:2, 17:5, 17:18, 20:14, 36:10

**patient's** [1] - 51:17

**pay** [43] - 14:19, 24:3, 27:14, 30:11, 31:5, 31:7, 31:13, 33:5, 33:6, 34:7, 35:3, 35:4, 38:5, 39:8, 39:16, 44:11, 49:4, 53:22, 58:18, 59:5, 60:16, 61:7, 62:2, 62:21, 63:13, 64:5, 64:6, 64:9, 64:10, 64:13, 64:14, 64:17, 64:18, 64:23, 64:24, 65:7, 66:14, 66:21, 68:7, 68:22, 69:22, 69:24

**paychecks** [1] - 14:23

**paying** [1] - 56:21

**payment** [2] - 22:8, 22:20

**payments** [2] - 33:20, 36:12

**payroll** [44] - 8:16, 8:21, 9:15, 9:19, 14:24, 15:8, 19:3, 19:4, 19:5, 24:6, 24:8, 24:20, 24:25, 27:8, 29:25, 30:10, 30:17, 30:22, 31:3, 31:6, 31:12, 34:9, 39:4, 39:6, 50:7, 53:15, 55:20, 55:23, 56:10, 56:15,

56:16, 59:10, 59:16, 59:17, 59:19, 59:20, 60:11, 66:13, 67:3, 68:10, 69:19, 74:7, 74:8

**Payroll** [1] - 74:6

**pending** [1] - 7:6

**people** [13] - 11:4, 12:8, 12:10, 12:24, 13:22, 13:24, 18:4, 20:18, 35:19, 35:22, 35:25, 37:15, 51:14

**per** [9] - 17:5, 24:4, 39:12, 39:14, 39:15, 39:20, 44:8, 61:19

**period** [6] - 38:25, 39:11, 39:16, 43:9, 44:4, 58:2

**person** [35] - 15:23, 23:10, 23:15, 26:10, 27:17, 33:10, 33:13, 33:22, 34:5, 34:11, 35:2, 37:19, 39:5, 39:9, 39:19, 41:16, 42:16, 43:7, 44:3, 44:10, 45:4, 45:7, 47:22, 48:13, 49:4, 49:7, 55:23, 60:24, 61:6, 61:18, 61:25, 62:11, 62:20, 63:6, 63:12

**phone** [2] - 31:25, 51:16

**physical** [8] - 15:5, 16:5, 16:6, 18:21, 18:22, 18:23, 37:2, 37:11

**piece** [4] - 33:9, 34:16, 35:2, 59:7

**place** [5] - 14:2, 15:23, 20:16, 31:9, 73:11

**places** [1] - 18:20

**PLAINTIFF** [1] - 74:3

**Plaintiff** [1] - 1:18

**Plaintiff's** [2] - 53:23, 60:9

**Plaintiff(s** [3] - 30:2, 53:16, 60:12

**PLAINTIFFS** [1] - 1:5

**Plaintiffs** [1] - 2:4

**plan** [1] - 36:9

**please** [51] - 6:22, 6:25, 8:13, 21:22, 26:2, 28:16, 30:7, 31:4, 33:16, 34:17, 34:22, 40:5, 41:19, 41:22, 42:25, 43:15, 43:19, 43:23, 44:2, 44:15, 44:24, 45:20, 46:3, 46:11, 46:13, 46:23, 47:11, 47:20, 48:7, 48:17, 48:21, 49:12, 50:2, 50:12, 50:18, 53:25, 54:25, 56:22, 58:21, 60:19, 60:22, 61:3, 61:10, 61:22, 62:5, 62:14, 62:17, 62:23, 63:19, 65:2

**Please** [1] - 4:9

**plus** [2] - 20:2, 20:4

**point** [2] - 15:22, 52:2

**policies** [1] - 22:13

**policy** [14] - 16:11, 19:16,

20:16, 20:17, 22:7, 22:15, 22:16, 22:17, 22:19, 22:21, 22:23, 22:25, 59:23
**position** [7] - 10:23, 10:25, 14:14, 26:11, 26:12, 26:15, 27:16
**possession** [1] - 51:24
**possible** [2] - 38:4, 39:3
**pound** [1] - 20:13
**practices** [1] - 69:19
**practitioners** [1] - 67:9
**pre** [1] - 15:16
**pre-screening** [1] - 15:16
**precise** [4] - 38:13, 42:3, 42:4, 42:20
**precisely** [1] - 59:8
**present** [1] - 12:10
**presents** [1] - 15:18
**president** [5] - 5:7, 5:8, 5:12, 7:19, 7:23
**previous** [2] - 24:16, 24:17
**previously** [1] - 51:13
**printed** [1] - 30:24
**prior** [2] - 31:10, 52:9
**private** [1] - 65:19
**probably** [3] - 42:5, 43:22, 65:12
**problem** [1] - 38:18
**procedure** [4] - 16:11, 22:23, 23:2, 35:15
**Procedure** [1] - 1:20
**procedures** [1] - 22:14
**process** [2] - 15:12, 23:4
**processed** [2] - 36:12, 36:23
**produced** [1] - 30:25
**proof** [1] - 36:4
**provide** [1] - 36:3
**provided** [2] - 15:8, 31:2
**Public** [3] - 1:24, 4:4, 75:6
**PUBLIC** [1] - 73:22
**publication** [1] - 18:16
**pull** [1] - 38:14
**purpose** [1] - 54:5
**pursuant** [1] - 1:19
**put** [4] - 23:13, 23:16, 23:18, 27:7
**puts** [1] - 20:16
**putting** [1] - 23:10

## Q

**quantify** [1] - 54:8
**Queens** [4] - 10:13, 11:6, 12:5, 12:23
**QUESTION** [1] - 74:21
**question** [21] - 6:22, 7:2, 7:6, 7:7, 11:10, 11:16, 12:17, 22:10, 22:12, 25:24, 26:2, 26:4, 29:4, 40:3, 46:10, 55:2, 56:23, 65:3, 66:18,

69:13, 70:20
**questions** [4] - 5:12, 5:15, 6:17, 71:23
**QUESTIONS** [1] - 74:20
**quiz** [1] - 41:25

## R

**R** [5] - 2:2, 3:2, 4:2, 73:2, 75:2
**raise** [2] - 20:12, 20:20
**rate** [20] - 25:16, 27:6, 27:7, 27:9, 27:16, 27:20, 27:21, 27:24, 28:3, 28:8, 28:18, 29:6, 29:10, 49:16, 54:23, 55:5, 57:23, 58:18, 59:5, 70:10
**rates** [6] - 66:2, 67:4, 67:6, 67:9, 67:11, 69:24
**read** [3] - 25:25, 26:4, 32:13
**real** [1] - 50:7
**reason** [1] - 6:13
**receive** [4] - 15:5, 31:7, 38:25, 67:21
**received** [1] - 49:7
**receiving** [1] - 49:5
**recess** [1] - 51:7
**recognizes** [1] - 35:24
**record** [20] - 4:10, 7:13, 7:15, 7:17, 21:10, 21:12, 21:14, 28:12, 35:9, 35:12, 35:14, 42:3, 51:10, 58:11, 58:14, 58:16, 70:14, 70:16, 70:18, 75:11
**recorded** [2] - 37:20, 51:19
**recording** [3] - 35:16, 37:12, 37:15
**records** [15] - 18:11, 18:13, 22:22, 30:16, 37:8, 38:14, 51:21, 52:11, 53:3, 53:7, 67:17, 67:22, 68:18, 68:23, 74:6
**red** [1] - 6:7
**referred** [1] - 26:3
**regard** [3] - 7:10, 66:14, 66:25
**regarding** [5] - 67:19, 67:24, 68:7, 68:13, 68:22
**regular** [34] - 24:19, 32:16, 32:22, 33:2, 33:11, 35:3, 38:7, 39:19, 40:8, 40:12, 40:17, 41:7, 41:9, 42:17, 43:8, 43:17, 44:3, 45:4, 46:6, 46:16, 46:17, 47:3, 47:14, 48:2, 48:6, 48:14, 49:6, 49:15, 49:19, 63:7, 63:22, 64:6
**regulation** [1] - 18:19
**reimbursements** [1] - 54:20
**related** [2] - 41:11, 75:13

**relationship** [1] - 38:21
**relevant** [1] - 50:8
**rely** [1] - 24:17
**remember** [23] - 22:15, 24:12, 24:14, 24:16, 28:2, 28:5, 29:8, 29:9, 29:12, 55:20, 56:9, 56:14, 56:19, 60:2, 60:5, 64:15, 64:19, 64:21, 66:10, 67:12, 68:4, 68:9, 68:16
**repeat** [2] - 6:21, 21:21
**rephrase** [12] - 6:21, 11:12, 12:16, 23:14, 25:20, 26:19, 28:15, 31:4, 55:2, 56:23, 56:25, 69:14
**report** [3] - 10:7, 11:15, 17:10
**Reporter** [5] - 6:23, 7:3, 30:4, 53:18, 60:14
**reporter** [1] - 26:5
**represent** [2] - 33:19, 38:2
**representative** [1] - 5:3
**representing** [2] - 11:14, 39:24
**represents** [1] - 33:7
**request** [2] - 28:9, 30:25, 31:5
**REQUESTED** [1] - 74:15
**requests** [1] - 28:22
**require** [1] - 25:7
**requirement** [1] - 66:22
**requirements** [2] - 65:6, 68:15
**requires** [1] - 18:6
**requiring** [1] - 21:7
**reserved** [1] - 3:22
**respective** [1] - 3:6
**responsibilities** [1] - 7:22
**retained** [1] - 74:9
**review** [1] - 64:5
**right** [20] - 9:23, 22:24, 24:15, 28:2, 32:3, 32:18, 32:20, 32:22, 33:21, 40:18, 40:22, 41:5, 41:15, 47:16, 50:6, 50:8, 52:15, 57:9, 57:10, 67:12
**rights** [1] - 27:20
**routine** [3] - 8:4, 8:6, 18:9
**row** [1] - 40:20
**Rules** [1] - 1:20
**rules** [1] - 6:16
**RULINGS** [1] - 74:20
**running** [3] - 10:16, 11:22, 24:7
**runs** [4] - 9:18, 12:6, 39:6

## S

**S** [5] - 2:2, 3:2, 4:2, 74:2
**safe** [1] - 59:11

**said** [6] - 14:7, 34:12, 39:25, 41:25, 59:15, 70:22
**salary** [17] - 19:16, 19:20, 19:23, 20:13, 20:21, 23:8, 23:10, 23:12, 23:16, 23:17, 23:18, 25:5, 25:19, 25:22, 26:16, 27:3, 28:25
**same** [5] - 3:12, 3:15, 3:17, 20:6, 23:4
**say** [17] - 10:24, 14:21, 21:6, 27:14, 30:11, 32:23, 36:13, 37:14, 37:23, 38:10, 39:4, 39:6, 55:11, 58:5, 58:6, 59:8, 68:24
**says** [21] - 27:17, 32:3, 32:15, 32:18, 32:22, 40:8, 40:11, 40:16, 40:24, 41:3, 48:3, 48:6, 50:3, 55:14, 57:19, 57:24, 58:22, 59:12, 60:21, 61:14, 62:8
**schedule** [7] - 33:4, 33:8, 34:13, 38:13, 39:23, 40:2, 55:10
**scheduling** [7] - 9:19, 9:22, 10:5, 21:15, 21:19, 21:24, 22:4
**screening** [1] - 15:16
**sealing** [1] - 3:7
**search** [1] - 67:16
**second** [7] - 21:10, 42:21, 42:22, 46:7, 46:9, 58:11, 60:20
**section** [6] - 46:17, 46:18, 46:20, 46:21, 54:3, 59:12
**Security** [1] - 16:5
**see** [25] - 15:23, 32:9, 32:16, 34:10, 34:12, 34:13, 38:9, 38:14, 40:2, 40:13, 40:14, 41:8, 41:10, 41:13, 42:21, 42:22, 47:12, 49:23, 50:3, 50:10, 50:14, 50:19, 54:13, 55:10, 55:14
**seek** [4] - 64:16, 65:4, 65:8, 65:13
**send** [2] - 67:19, 67:23
**sent** [1] - 24:25
**separate** [2] - 9:24, 18:19
**service** [4] - 3:16, 17:2, 17:4, 36:4
**services** [2] - 9:13, 11:22, 16:23
**set** [5] - 23:8, 25:19, 25:22, 75:10, 75:18
**seven** [3] - 37:9, 61:7, 61:11
**several** [3] - 8:4, 8:11, 24:11
**shareholder** [2] - 13:23, 14:9
**shareholders** [2] - 13:10, 13:12
**she** [21] - 12:6, 13:23, 13:24, 13:25, 14:4, 14:7, 14:9,

A. KISELEV

14:11, 14:13, 14:14, 20:14, 20:15, 33:21, 34:14, 38:2, 39:12, 49:17, 56:12, 56:14
**sheet** [2] - 36:4, 36:22
**sheets** [9] - 34:3, 34:4, 35:21, 36:6, 37:3, 37:11, 37:16, 38:17, 38:18
**shift** [25] - 19:25, 20:4, 25:11, 26:24, 27:3, 27:22, 27:25, 28:4, 28:8, 28:17, 29:2, 29:6, 29:10, 54:20, 54:23, 54:24, 55:4, 55:7, 56:21, 57:2, 57:5, 57:23, 58:8, 58:18, 69:25
**shifts** [1] - 54:9
**short** [2] - 51:6, 51:7
**should** [2] - 16:12, 51:23
**shouldn't** [1] - 16:13
**showing** [1] - 67:14
**shows** [1] - 45:16
**sign** [3] - 14:19, 14:22, 15:2
**signature** [1] - 15:6
**signed** [4] - 3:10, 3:12, 3:15, 36:10
**similar** [2] - 53:22, 60:16
**similarly** [2] - 1:4, 2:5
**simple** [1] - 68:5
**sir** [11] - 8:10, 8:25, 14:18, 17:8, 20:25, 25:2, 29:4, 35:7, 40:3, 47:24, 59:19
**situated** [2] - 1:4, 2:5
**situation** [2] - 21:8, 67:8
**situations** [2] - 17:22, 18:6
**six** [3] - 37:9, 43:12, 43:14
**sleep** [2] - 57:12, 57:16
**so** [26] - 7:2, 8:8, 9:22, 12:3, 13:24, 15:4, 17:4, 19:20, 26:14, 31:20, 32:25, 34:5, 34:6, 34:25, 39:8, 39:19, 42:16, 48:13, 49:21, 55:13, 59:3, 65:10, 65:22, 67:21, 69:11
**so-called** [1] - 17:4
**Social** [1] - 16:4
**software** [4] - 24:18, 24:23, 51:23, 53:2
**Solution** [1] - 51:23
**some** [5] - 10:15, 19:18, 35:19, 47:5, 50:6
**somebody** [2] - 17:19, 17:20
**somehow** [1] - 59:6
**something** [3] - 6:20, 22:14, 31:2
**sometime** [1] - 67:7
**Sometimes** [1] - 17:18
**sometimes** [4] - 18:3, 34:3, 35:24
**sorry** [6] - 9:7, 40:15, 48:5, 48:25, 51:2, 69:12
**sought** [3] - 64:9, 64:12,

64:22
**sound** [1] - 24:15
**South** [1] - 2:11
**speak** [3] - 65:17, 65:19, 68:6
**specific** [1] - 36:18
**specified** [1] - 73:11
**SPEKTOR** [1] - 2:9
**split** [1] - 13:16
**spoke** [5] - 65:15, 65:22, 68:12, 68:16
**SS** [1] - 75:4
**stages** [2] - 15:20, 15:25
**standard** [17] - 17:8, 22:25, 23:17, 27:15, 27:21, 27:24, 28:3, 28:8, 28:17, 29:5, 29:9, 29:25, 30:9, 30:10, 50:4, 58:22, 74:6
**stands** [1] - 60:6
**start** [3] - 40:15, 46:11, 56:14
**started** [1] - 56:10
**starting** [2] - 69:18, 70:5
**starts** [5] - 32:10, 40:6, 43:5, 43:24, 44:25
**STATE** [1] - 75:3
**state** [1] - 4:9
**State** [4] - 1:24, 4:4, 71:14, 75:7
**stated** [1] - 7:18
**STATES** [1] - 1:2
**statistics** [1] - 37:18
**status** [2] - 16:15, 71:11
**stay** [1] - 66:3
**step** [2] - 51:12, 71:10
**stepped** [1] - 14:2
**STIPULATED** [2] - 3:5, 3:20
**store** [3] - 30:17, 31:12, 36:24, 37:2
**stored** [1] - 18:24
**stores** [1] - 18:19
**Street** [3] - 4:14, 36:16, 52:20
**strike** [1] - 69:13
**stub** [6] - 30:11, 33:5, 33:6, 38:5, 38:25, 39:9
**stubs** [9] - 31:6, 31:7, 31:13, 53:15, 53:22, 60:11, 60:16, 74:7, 74:8
**submit** [2] - 17:16, 34:2
**Subscribed** [1] - 73:18
**such** [2] - 26:6, 75:11
**Suite** [1] - 2:10
**summertime** [1] - 20:14
**supervises** [1] - 16:20
**supervisor** [6] - 9:14, 9:19, 9:23, 9:25, 10:4
**supervisors** [1] - 12:2
**supply** [1] - 56:7
**supposed** [1] - 38:7

**sure** [10] - 16:6, 16:8, 22:18, 35:10, 42:6, 52:8, 52:10, 55:3, 58:12, 70:21
**switch** [2] - 51:25, 52:6
**sworn** [5] - 3:10, 4:3, 73:5, 73:18, 75:10
**system** [5] - 23:11, 31:9, 35:18, 35:23, 69:23

## T

**T** [6] - 3:2, 73:2, 74:2, 75:2
**take** [12] - 6:24, 7:3, 7:5, 26:12, 26:15, 30:5, 45:9, 45:13, 47:4, 47:6, 51:5, 63:10
**taken** [2] - 1:18, 51:8
**takes** [1] - 71:6
**taking** [1] - 27:5
**talk** [1] - 17:18
**talking** [1] - 22:16
**team** [1] - 18:4
**tell** [18] - 8:13, 30:7, 33:5, 40:5, 43:4, 43:23, 44:2, 44:24, 45:3, 50:13, 56:18, 58:24, 59:22, 60:22, 63:20, 66:11, 66:15, 66:24
**ten** [6] - 17:23, 19:25, 20:4, 41:4, 43:18, 44:9
**ten-hour** [2] - 19:25, 20:4
**testified** [2] - 4:5, 57:22
**testify** [2] - 49:2, 73:5
**testimony** [4] - 29:18, 73:6, 73:10, 75:12
**than** [8] - 10:17, 23:23, 49:8, 49:9, 69:4, 69:7, 69:10, 69:16
**thank** [1] - 49:25
**Thank** [1] - 71:25
**that** [112] - 3:7, 3:9, 3:13, 3:20, 5:15, 5:18, 5:24, 6:10, 7:18, 9:13, 9:16, 9:17, 9:21, 10:3, 10:22, 10:24, 10:25, 14:11, 14:21, 15:3, 15:13, 15:25, 16:6, 16:14, 16:24, 20:10, 20:23, 21:22, 23:9, 23:18, 24:9, 24:21, 25:6, 25:10, 25:20, 26:21, 27:2, 27:3, 27:9, 27:14, 28:7, 28:10, 29:20, 30:10, 30:16, 32:4, 32:10, 32:13, 32:16, 32:18, 32:21, 32:23, 33:25, 34:8, 34:11, 34:12, 34:21, 35:6, 36:8, 38:2, 40:6, 40:11, 40:13, 40:24, 41:3, 41:7, 41:21, 43:5, 43:24, 44:24, 45:15, 46:2, 46:14, 47:4, 47:16, 48:6, 50:6, 50:7, 50:8, 50:13, 51:13, 51:23, 52:6,

52:24, 53:3, 54:6, 54:8, 54:9, 54:13, 57:11, 57:15, 57:22, 57:25, 58:5, 58:6, 59:6, 59:11, 61:2, 63:23, 66:17, 66:25, 69:13, 69:14, 71:6, 71:15, 73:4, 73:8, 75:11, 75:12, 75:13, 75:15
**That** [1] - 75:9
**that's** [2] - 8:16, 10:13
**the** [399] - 1:16, 1:18, 1:19, 1:21, 1:24, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:9, 5:3, 5:6, 5:7, 5:8, 5:17, 6:4, 6:23, 7:2, 7:6, 7:13, 7:15, 7:16, 7:25, 8:6, 8:8, 8:16, 9:6, 9:8, 9:12, 9:14, 9:18, 10:10, 10:13, 10:16, 11:4, 11:6, 11:14, 11:17, 11:18, 11:19, 11:20, 11:25, 12:4, 12:7, 12:10, 12:17, 12:22, 13:10, 13:16, 14:2, 14:8, 14:15, 14:16, 14:25, 15:4, 15:8, 15:11, 15:13, 15:14, 15:17, 15:18, 15:19, 15:20, 15:21, 16:3, 16:13, 16:14, 16:15, 16:19, 16:22, 17:16, 17:18, 17:19, 17:25, 18:7, 18:11, 18:18, 18:21, 18:23, 18:25, 19:2, 19:5, 19:20, 19:21, 19:23, 20:6, 20:8, 20:9, 20:12, 20:14, 20:20, 21:4, 21:5, 21:9, 21:12, 21:13, 21:16, 21:19, 21:20, 21:24, 21:25, 22:4, 22:8, 22:10, 22:12, 22:13, 22:20, 22:22, 22:23, 23:4, 23:7, 23:10, 23:11, 23:15, 23:22, 23:24, 24:6, 24:16, 24:17, 24:24, 24:25, 25:13, 25:17, 26:3, 26:4, 26:11, 26:12, 26:18, 26:22, 26:23, 27:5, 27:7, 27:10, 27:12, 27:17, 27:21, 27:24, 28:3, 28:12, 28:18, 28:21, 28:25, 29:5, 29:9, 29:16, 29:18, 29:24, 30:3, 30:12, 30:14, 30:15, 30:16, 30:18, 30:22, 30:23, 31:3, 31:6, 31:7, 31:10, 31:12, 32:2, 32:5, 32:7, 32:8, 32:10, 32:15, 32:18, 32:22, 33:4, 33:5, 33:8, 34:7, 34:8, 34:11, 34:13, 35:9, 35:12, 35:13, 35:15, 35:21, 36:5, 36:6, 36:8, 36:9, 36:12, 36:15, 36:19, 36:20, 36:22, 37:2, 37:16, 37:17, 37:19, 38:13, 38:14, 38:16, 38:17, 39:4, 39:6, 39:10, 40:2, 40:4, 40:5,

A. KISELEV

40:6, 40:14, 40:16, 40:19, 41:7, 41:8, 41:9, 41:10, 41:12, 41:13, 42:3, 42:8, 42:17, 42:20, 42:22, 42:25, 43:4, 43:5, 43:9, 43:17, 43:19, 43:21, 43:22, 43:23, 43:24, 44:4, 44:22, 44:24, 45:15, 46:5, 46:7, 46:8, 46:14, 46:15, 46:16, 46:17, 46:18, 46:19, 46:20, 46:21, 47:2, 47:8, 47:12, 47:13, 47:19, 48:25, 49:5, 49:13, 49:14, 50:8, 50:10, 50:13, 50:16, 50:19, 51:3, 51:9, 51:15, 51:16, 52:16, 53:3, 53:14, 53:17, 54:6, 54:8, 54:19, 54:24, 55:10, 55:13, 55:14, 55:23, 56:2, 56:10, 56:13, 56:20, 57:11, 57:18, 57:19, 57:25, 58:10, 58:14, 58:15, 58:21, 58:23, 58:24, 59:9, 59:11, 59:12, 59:16, 59:19, 59:23, 60:10, 60:13, 60:19, 60:21, 60:22, 61:13, 61:19, 62:8, 62:9, 63:2, 63:3, 63:11, 63:19, 63:20, 63:22, 63:25, 64:6, 64:13, 64:17, 64:22, 65:3, 65:5, 65:15, 65:22, 66:2, 66:4, 66:14, 66:15, 66:19, 67:3, 67:4, 67:5, 67:7, 67:15, 67:18, 67:23, 68:4, 68:6, 68:10, 68:12, 68:13, 68:17, 68:18, 68:21, 69:23, 70:3, 70:5, 70:7, 70:9, 70:10, 70:13, 70:16, 70:17, 71:4, 71:7, 71:10, 71:14, 71:15, 71:18, 72:2, 73:5, 73:6, 73:8, 73:10, 75:7, 75:9, 75:12, 75:14, 75:16
**THE** [1] - 22:11
**their** [11] - 10:3, 11:22, 13:13, 16:5, 16:20, 20:19, 35:16, 37:15, 37:20, 51:24, 71:10
**them** [10] - 18:19, 19:15, 19:16, 26:23, 36:24, 38:19, 59:22, 65:25, 66:7, 68:10
**then** [22] - 7:7, 11:21, 16:9, 23:22, 23:23, 26:12, 26:22, 27:18, 28:21, 33:13, 37:24, 40:11, 40:19, 40:23, 41:16, 58:23, 61:6, 61:25, 62:20, 63:12, 70:5, 71:7
**there** [19] - 7:6, 8:11, 8:14, 9:7, 14:25, 16:8, 16:9, 17:9, 17:21, 21:18, 21:23, 24:24, 26:6, 26:14, 37:14, 55:11, 58:23, 67:2, 68:2
**therefore** [1] - 57:24

**these** [12] - 8:23, 11:25, 18:13, 30:12, 31:13, 37:8, 50:12, 50:18, 53:7, 54:2, 54:18
**they** [44] - 10:7, 11:13, 11:14, 11:22, 15:5, 15:16, 16:3, 16:12, 16:13, 17:4, 17:7, 17:16, 19:10, 19:11, 21:5, 21:6, 23:12, 23:23, 25:5, 26:7, 27:6, 27:14, 28:8, 30:21, 30:22, 35:20, 36:2, 36:3, 36:19, 36:20, 36:21, 37:21, 38:22, 43:11, 47:25, 51:16, 55:9, 66:11, 66:24, 70:23, 71:11, 71:12
**thing** [3] - 26:6, 43:21, 43:22
**think** [8] - 12:3, 19:20, 31:20, 48:19, 50:20, 50:23, 52:7, 65:10
**thinking** [1] - 22:13
**this** [96] - 15:22, 15:23, 19:7, 19:13, 20:16, 21:3, 23:20, 26:12, 27:3, 27:6, 27:7, 29:3, 29:23, 30:3, 30:7, 30:16, 30:17, 31:2, 31:7, 31:9, 32:25, 33:6, 33:9, 33:10, 33:13, 33:18, 33:19, 33:22, 34:14, 34:16, 34:25, 35:2, 36:2, 36:3, 37:19, 37:25, 38:4, 38:9, 39:2, 39:8, 39:9, 39:19, 41:7, 41:14, 41:16, 41:24, 42:16, 43:7, 44:2, 44:10, 45:5, 45:17, 47:15, 47:22, 48:13, 49:4, 49:7, 49:16, 51:6, 53:2, 53:13, 53:17, 54:8, 55:22, 57:25, 58:25, 59:3, 59:7, 60:8, 60:13, 60:20, 60:22, 60:24, 61:6, 61:18, 61:25, 62:11, 62:20, 63:3, 63:6, 63:12, 64:19, 65:13, 66:7, 66:17, 67:14, 67:19, 67:24, 69:23, 72:3, 73:19, 75:14, 75:16, 75:19
**those** [3] - 15:25, 50:2, 51:21
**three** [3] - 39:24, 56:12, 71:6
**through** [17] - 15:19, 16:2, 16:7, 16:10, 17:6, 30:6, 46:3, 46:13, 46:23, 47:8, 47:11, 51:15, 53:25, 54:6, 67:16, 70:23, 71:16
**today** [3] - 6:11, 6:14, 19:25
**told** [1] - 19:10
**tomorrow** [1] - 20:7
**too** [1] - 63:23
**took** [1] - 67:7
**top** [2] - 32:8, 32:15
**track** [1] - 69:15
**transcript** [2] - 73:9
**trial** [1] - 3:22
**trick** [1] - 6:18
**true** [2] - 73:9, 75:11

49:14, 49:21, 49:23, 51:6, 53:3, 55:14, 57:12, 59:20, 64:5, 64:20, 68:12, 73:10
**times** [3] - 27:16, 48:17, 70:8
**title** [2] - 9:13, 10:3
**to** [179] - 1:19, 3:10, 3:11, 3:21, 3:22, 5:11, 5:19, 5:25, 6:11, 6:12, 6:14, 6:17, 6:23, 6:24, 6:25, 7:3, 7:6, 8:8, 10:7, 10:11, 11:15, 11:17, 12:9, 12:10, 12:17, 12:23, 13:22, 14:8, 14:10, 14:19, 14:22, 15:12, 15:21, 16:3, 16:7, 16:10, 17:15, 17:16, 17:18, 17:19, 18:18, 19:15, 20:8, 20:12, 20:15, 20:18, 20:20, 21:3, 22:8, 22:20, 22:21, 22:22, 23:12, 23:16, 23:23, 24:18, 24:25, 25:3, 25:19, 25:22, 26:3, 26:11, 26:15, 26:16, 27:3, 27:7, 27:13, 27:22, 27:25, 28:4, 28:18, 28:22, 29:15, 30:25, 31:5, 31:10, 32:13, 32:18, 32:22, 33:4, 33:7, 33:25, 34:7, 34:12, 34:13, 34:19, 34:24, 35:6, 36:6, 36:8, 36:9, 36:11, 36:12, 36:13, 36:14, 36:15, 36:17, 36:22, 37:12, 37:18, 38:7, 38:13, 38:14, 38:25, 40:2, 40:4, 41:9, 41:10, 41:11, 41:13, 41:23, 42:2, 42:6, 42:20, 42:22, 42:25, 43:19, 43:20, 44:16, 44:22, 46:15, 47:2, 47:4, 48:25, 49:2, 50:6, 50:8, 51:11, 52:4, 52:9, 52:10, 53:20, 54:7, 55:10, 55:11, 55:19, 57:18, 58:17, 59:9, 59:11, 59:15, 59:21, 59:22, 60:16, 60:19, 63:11, 64:9, 64:13, 64:17, 64:23, 64:24, 65:5, 66:2, 66:3, 66:14, 66:20, 66:25, 67:5, 67:8, 67:9, 67:10, 67:11, 67:22, 68:25, 69:15, 69:24, 71:8, 71:10, 71:12, 71:13, 71:16, 73:5, 73:18, 75:14

**truth** [1] - 73:5
**truthfully** [4] - 5:19, 5:25, 6:11, 6:14
**trying** [1] - 20:18
**Tsirkin** [1] - 71:23
**TSIRKIN** [35] - 2:9, 2:11, 11:9, 12:16, 14:6, 21:9, 21:21, 22:9, 28:10, 28:16, 29:20, 30:20, 32:6, 35:5, 35:8, 40:13, 41:24, 42:4, 42:7, 42:12, 44:17, 45:13, 46:11, 47:17, 48:9, 48:22, 54:5, 54:11, 54:25, 56:22, 58:4, 58:10, 65:2, 66:16, 71:24
**tsirkin@spetslaw.com** [1] - 2:12
**two** [24] - 9:24, 10:17, 10:20, 13:12, 18:8, 24:4, 38:5, 38:11, 38:12, 38:25, 39:8, 39:10, 39:16, 39:18, 43:9, 46:14, 46:15, 50:18, 54:15, 54:19, 58:2, 63:13, 71:6
**two-week** [7] - 38:5, 38:25, 39:8, 39:10, 39:16, 43:9, 58:2
**typically** [1] - 38:23

## U

**U** [1] - 3:2
**under** [3] - 5:17, 16:13, 46:7
**understand** [9] - 6:19, 7:8, 7:9, 20:19, 22:9, 22:12, 36:2, 46:9, 54:11
**understanding** [3] - 26:20, 28:6, 41:6
**UNITED** [1] - 1:2
**unless** [3] - 28:8, 33:7, 71:22
**unsigned** [1] - 3:14
**until** [2] - 33:7, 67:7
**up** [1] - 16:7
**upon** [2] - 3:17, 16:17
**us** [7] - 7:3, 10:17, 24:18, 36:3, 36:11, 36:13, 67:8
**use** [4] - 41:22, 44:15, 48:20, 48:22
**used** [1] - 3:14
**using** [3] - 19:7, 35:21, 51:22
**usually** [1] - 20:22

## V

**V** [1] - 4:2
**verbal** [3] - 19:14, 22:19, 22:21
**verbally** [1] - 6:23
**verification** [1] - 35:18
**versus** [1] - 37:16
**very** [4] - 7:10, 32:5, 32:10,

A. KISELEV

38:16
**violations** [1] - 16:9
**visit** [1] - 17:5
**VLADIMIR** [1] - 2:11
**voucher** [5] - 29:25, 30:9, 30:10, 50:4, 58:22
**VP** [1] - 10:15

# W

**wage** [1] - 25:6
**wages** [4] - 19:11, 22:8, 22:20, 59:23
**wait** [1] - 6:25
**waived** [1] - 3:9
**want** [4] - 14:10, 27:18, 42:2, 42:6
**wants** [2] - 20:14, 23:23
**was** [40] - 4:5, 7:14, 10:19, 21:11, 24:22, 26:4, 29:7, 29:25, 30:24, 31:9, 34:11, 34:14, 35:2, 35:11, 38:3, 38:18, 39:24, 50:20, 51:7, 52:7, 54:9, 56:13, 57:5, 58:7, 58:13, 58:18, 59:3, 59:4, 59:20, 60:11, 66:12, 67:2, 67:8, 68:2, 68:3, 68:5, 70:15, 72:3, 75:10
**was it** [1] - 66:9
**was she** [1] - 56:16
**was that** [1] - 10:18
**wasn't** [1] - 67:5
**way** [3] - 22:3, 51:19, 75:16
**we** [68] - 4:19, 7:7, 9:11, 14:24, 15:19, 16:7, 16:9, 17:12, 17:17, 17:18, 19:7, 19:15, 19:16, 20:11, 20:17, 20:18, 22:14, 23:17, 23:18, 24:7, 26:8, 26:10, 26:12, 27:18, 27:19, 28:12, 29:17, 29:22, 30:14, 30:15, 30:17, 32:2, 33:24, 34:2, 34:3, 34:7, 35:8, 35:17, 35:22, 36:24, 38:13, 38:19, 39:5, 39:25, 41:8, 41:9, 41:13, 42:7, 42:21, 42:22, 43:20, 45:9, 45:13, 48:22, 51:22, 52:12, 56:6, 58:10, 63:10, 63:24, 66:4, 66:16, 69:22, 69:23, 70:4
**we'll** [1] - 7:5
**week** [24] - 24:4, 24:7, 33:21, 33:22, 34:6, 34:7, 34:12, 34:15, 38:3, 38:5, 38:25, 39:8, 39:10, 39:14, 39:15, 39:16, 39:20, 39:23, 43:9, 58:2, 60:25, 61:19, 62:12
**weekly** [4] - 24:7, 30:10, 34:9, 36:24
**weeks** [5] - 24:5, 38:11,

38:12, 39:18, 39:24
**well** [16] - 10:12, 14:24, 15:13, 17:15, 19:15, 27:5, 29:15, 33:18, 35:17, 39:3, 39:22, 47:4, 63:23, 64:24, 67:2, 68:2
**went** [1] - 47:7
**were** [3] - 31:5, 51:22, 53:15
**what** [34] - 4:23, 8:3, 8:13, 12:4, 12:17, 16:11, 16:12, 17:9, 17:17, 18:13, 22:16, 23:12, 23:16, 23:18, 26:17, 27:18, 27:19, 28:11, 28:25, 29:5, 30:7, 31:23, 33:6, 33:19, 33:24, 36:5, 36:22, 38:14, 45:15, 52:4, 54:12, 55:11, 60:5
**what are** [3] - 7:22, 13:13, 15:25
**what did** [5] - 6:6, 65:25, 66:11, 66:15, 66:24
**What is** [12] - 4:12, 12:12, 13:16, 17:12, 27:21, 32:7, 35:15, 50:13, 52:19, 52:24, 56:2, 56:4
**what was** [3] - 27:24, 28:3, 56:20
**whatever** [2] - 27:16, 70:4
**when** [16] - 6:8, 16:19, 19:9, 23:7, 24:13, 25:18, 25:21, 26:8, 33:9, 51:16, 51:22, 56:9, 56:14, 65:11, 66:6, 70:22
**when did** [2] - 52:6, 67:10
**when you** [2] - 36:13, 38:17
**whenever** [2] - 15:14, 21:4
**where** [11] - 37:5, 41:9, 46:7, 46:24, 49:13, 50:3, 51:21, 57:24, 58:22, 59:12, 63:20
**where is** [1] - 32:4
**WHEREOF** [1] - 75:18
**Whereupon** [9] - 7:14, 21:11, 29:24, 35:11, 53:14, 58:13, 60:10, 70:15, 72:2
**whereupon** [2] - 26:3, 51:7
**which** [8] - 7:11, 18:7, 18:16, 18:19, 30:18, 35:18, 49:8, 63:16
**who** [14] - 9:18, 14:19, 14:22, 16:20, 18:5, 20:10, 20:16, 20:20, 23:8, 27:9, 34:2, 38:24, 39:6, 55:23
**who are** [1] - 13:10
**who is** [2] - 21:15, 36:14
**who was** [1] - 10:15
**whoever** [1] - 38:2
**whole** [2] - 43:21, 43:22
**whom** [2] - 65:13, 68:6
**whose** [1] - 75:9
**why** [2] - 34:12, 34:13

**wife** [1] - 13:19
**will** [30] - 5:18, 5:24, 6:10, 6:21, 7:3, 7:7, 15:20, 19:11, 21:19, 23:25, 26:19, 27:2, 27:14, 28:14, 29:17, 32:23, 39:17, 39:18, 45:9, 46:18, 46:21, 47:13, 48:22, 49:14, 54:3, 56:6, 56:24, 63:10, 69:13
**willing** [2] - 26:11, 26:14
**wine** [1] - 6:7
**with** [51] - 3:12, 3:15, 9:25, 10:17, 11:4, 11:18, 11:21, 12:25, 14:8, 15:6, 17:22, 21:18, 21:23, 22:4, 29:15, 32:10, 35:20, 35:22, 35:25, 36:4, 36:6, 38:21, 40:6, 43:5, 43:24, 44:25, 45:12, 52:22, 55:19, 59:9, 59:16, 59:21, 64:5, 65:5, 65:15, 65:17, 65:19, 65:22, 66:7, 66:13, 66:20, 67:3, 68:6, 68:9, 68:10, 68:13, 68:14, 68:16, 68:21
**within** [6] - 3:8, 6:4, 9:20, 18:7, 30:22, 75:7
**without** [1] - 18:5
**WITNESS** [2] - 22:11, 75:18
**witness** [9] - 1:17, 3:10, 3:16, 3:18, 4:3, 48:25, 72:3, 75:9, 75:12
**won't** [3] - 24:17, 24:18, 68:24
**word** [1] - 26:18
**work** [16] - 16:21, 21:16, 24:4, 37:22, 39:14, 39:15, 39:20, 43:8, 43:12, 44:11, 45:5, 57:9, 60:25, 61:19, 62:12, 71:13
**worked** [3] - 35:16, 36:7, 37:15, 45:18, 53:4, 58:2, 59:14, 61:8, 62:3, 63:8, 63:14
**working** [8] - 19:25, 20:3, 34:11, 38:3, 56:10, 56:13, 56:14, 59:4
**works** [4] - 13:25, 33:25, 38:24, 55:23
**world** [1] - 17:22
**would** [22] - 25:6, 28:13, 30:11, 31:6, 31:21, 37:14, 37:21, 37:23, 38:10, 38:23, 39:6, 39:9, 39:12, 46:25, 50:16, 51:21, 52:10, 57:23, 57:25, 59:6, 63:21, 69:11
**written** [3] - 19:14, 22:15, 22:17
**wrong** [3] - 26:21, 28:7, 45:23

**X**

**X** [5] - 1:3, 1:10, 4:2, 74:2, 74:11

**Y**

**yeah** [14] - 10:6, 10:9, 18:9, 18:22, 19:7, 23:21, 45:19, 48:12, 50:21, 50:23, 51:4, 53:11, 62:19, 69:17
**year** [2] - 23:20, 51:3
**years** [14] - 10:15, 10:17, 10:20, 17:23, 18:8, 19:8, 24:11, 37:9, 56:12, 59:21, 68:3
**yes** [89] - 5:10, 5:14, 6:5, 7:9, 8:10, 8:19, 8:22, 8:25, 9:4, 9:11, 10:2, 12:21, 13:3, 13:5, 13:7, 13:9, 13:20, 14:18, 15:7, 15:10, 20:6, 20:25, 22:2, 22:11, 23:3, 24:10, 25:2, 25:8, 25:12, 30:14, 31:8, 31:11, 31:14, 31:17, 31:20, 31:25, 32:12, 32:17, 32:24, 37:17, 37:23, 38:10, 38:12, 39:4, 39:6, 40:10, 41:2, 41:18, 43:10, 43:13, 44:7, 44:12, 44:21, 45:8, 45:14, 47:24, 50:5, 50:11, 51:18, 51:20, 52:3, 52:14, 52:17, 52:18, 52:23, 53:6, 53:21, 53:24, 54:22, 55:16, 55:25, 57:17, 59:25, 60:4, 60:18, 61:17, 61:21, 62:4, 62:13, 62:22, 63:5, 63:15, 65:10, 65:24, 66:23, 69:5, 69:8, 69:20, 70:12
**York** [10] - 1:23, 1:24, 2:6, 4:5, 4:14, 4:22, 65:6, 68:14, 71:15, 75:7
**YORK** [2] - 1:2, 75:3
**you** [87] - 4:17, 5:2, 5:4, 5:8, 5:11, 5:17, 6:6, 6:18, 6:19, 7:2, 7:4, 7:18, 7:19, 8:8, 8:11, 8:23, 10:8, 10:22, 10:25, 12:15, 12:20, 14:16, 15:2, 15:25, 17:14, 17:25, 19:24, 20:23, 22:3, 22:16, 22:23, 24:21, 28:12, 28:22, 28:23, 30:7, 30:24, 30:25, 31:5, 31:6, 31:21, 31:22, 31:24, 33:5, 33:25, 35:7, 37:11, 37:14, 38:9, 45:12, 46:9, 46:18, 46:22, 47:7, 49:25, 50:14, 50:19, 51:13, 51:25, 52:6, 53:20, 54:7, 55:13, 55:14, 55:22, 56:7, 56:18, 57:18, 57:22, 59:22, 59:23, 60:2, 60:5, 64:3, 64:21, 65:22, 65:25, 66:6,

A. KISELEV

66:11, 66:15, 66:24, 67:10, 67:14, 67:19, 68:12, 70:22, 71:25
**you're** [1] - 5:23
**your** [20] - 4:9, 4:12, 5:19, 5:24, 6:10, 7:22, 11:10, 13:18, 15:6, 16:17, 25:7, 25:24, 30:25, 40:3, 47:6, 55:2, 56:23, 64:5, 64:9, 69:18
**yourself** [1] - 11:6

## Z

**zero** [1] - 40:20

○

° [4] - 72:6