UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                                Plaintiff,<br><br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br><br>                                Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**DECLARATION OF NAZOKAT ATAKHANOVA** |

NAZOKAT ATAKHANOVA, hereby swears under the penalties of perjury that:

1. I am a resident of New York and am over 18 years of age.

2. I worked for Home Family Care and Alexander Kiselev (collectively "HFC") as a home health aide and/or home attendant ("home health aide") from approximately August 2014 until February 2015, June 2015 until December 2016, and July 2016 until March 2018.

3. I typically worked 5-7 days per week, and 30-70 hours per week.

4. HFC paid me $10 per hour for the hours I worked up to 40 hours per week, and $12 per hour for hour for the hours I worked in excess of 40 hours per week.

5. Although I worked more than 40 hours each week, HFC did not pay me proper overtime pay of one and one-half times my regular hourly rate.

6. I understand that when I worked over 40 hours in a week, I should have been paid a higher hourly wage. So, if my normal wage was $10 per hour, I should have been paid $15 for all the hours I worked over 40 in a week.

7. I know that my co-workers didn't get paid proper overtime pay either because sometimes we would talk about not getting paid correctly. I remember speaking to Dono Inogamova and Muyasar Musayaeva about not receiving correct wages.

8. When HFC hired me, they did not provide me with a notice in Russian (my primary language) that showed the basis for my rate of pay or my correct overtime rate. Instead, HFC gave me a piece of paper in English that I could not read and that did not contain my overtime rate.

9. When I worked at HFC, no fewer than 100 individuals also worked during the time I was employed.

10. This declaration has been translated into Russsian for me. I understand and agree to the content of this document.

*Эта декларация была переведена для меня на русский язык. Я понимаю и согласна с содержанием этого документов*

_____
NAZOKAT ATAKHANOVA

07.24.19
DATE