UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>- against –<br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br>Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**DECLARATION OF EUGENIA BARAHONA** |

EUGENIA BARAHONA, hereby swears under the penalties of perjury that:

1. I am a resident of New York and am over 18 years of age.

2. I worked for Home Family Care and Alexander Kiselev (collectively "HFC") as a home health aide and/or home attendant ("home health aide") from approximately October 2015 through August 2016.

3. I typically worked 6-7 days per week, of which approximately 4 were 24 hour live-in shifts.

4. HFC paid me $10 to $11 per hour for the hours I worked up to 40 hours per week. They paid me a rate of between $140 and 155 per 24 hour live -in shift worked.

5. Although I worked more than 40 hours each week, HFC did not pay me proper overtime pay of one and one-half times my regular hourly rate.

6. I understand that when I worked over 40 hours in a week I should have been paid a higher hourly wage. So, if my normal wage was $10 per hour, I should have been paid $15 for all the hours I worked over 40 in a week.

7. When HFC hired me, they did not provide me with a notice in Spanish (my primary language) that showed the basis for my rate of pay or my correct overtime rate. Instead, HFC gave me a piece of paper in English that I could not read and that did not contain my overtime rate.

8. When I worked at HFC, no fewer than 20 individuals attended in service training sessions with me.

9. This declaration has been translated into Spanish for me. I understand and agree to the content of this document.

*Esto fue traducido en español lo entiendo*

*Eugenia Barahona*
EUGENIA BARAHONA

7/25/19
DATE