UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>     - against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br><br>                Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**DECLARATION OF FATIMA KAMILOVA** |

FATIMA KAMILOVA, hereby swears under the penalties of perjury that:

1.  I am a resident of New York and am over 18 years of age.

2.  I worked for Home Family Care and Alexander Kiselev (collectively "HFC") as a home health aide and/or home attendant ("home health aide") from March 2016 until March 2018.

3.  I typically worked 4-7 days per week, and 52-91 hours per week.

4.  HFC paid me a flat rate of $160 to $170 per 24-hour live-in shift, even though I regularly worked four (4) or more live-in shifts per week, and worked in excess of 40 hours per week.

5.  Although I worked more than 40 hours each week, HFC did not pay me proper overtime pay of one and one-half times my regular hourly rate.

6.  I understand that when I worked over 40 hours in a week I should have been paid a higher hourly wage. So, if my normal wage was $10 per hour, I should have been paid $15 for all the hours I worked over 40 in a week.

7.  I know that my co-workers didn't get paid proper overtime pay either because sometimes we would talk about not getting paid correctly. I remember speaking to Feruza Mukhamedshina and Lyubov (last name unknown), about not receiving correct wages.

8.   When HFC hired me, they did not provide me with a notice in Russia (my primary language) that showed the basis for my rate of pay or my correct overtime rate.  Instead, HFC gave me a piece of paper in English that I could not read and that did not contain my overtime rate.

9.   When I worked at HFC, no fewer than 100 individuals also worked during the time I was employed.

10. This declaration has been translated into Russsian for me. I understand and agree to the content of this document.

*Этот текст мне был переведен на русский язык очень я все понимала четко и точно. Я согласна всем, тем, что в нем написано.*

_____

FATIMA KAMILOVA

_____07/25/19_____

DATE