UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br>                                        Defendant. | Index No. 16-cv-6707<br>(KAM)(RML)<br><br>**DECLARATION OF SANAT KAMAROV** |

SANAT KAMAROV, hereby swears under the penalties of perjury that:

1. I am a resident of New York and am over 18 years of age.

2. I worked for Home Family Care and Alexander Kiselev (collectively "HFC") as a home health aide and/or home attendant ("home health aide") from November 2014 until October 2015.

3. I typically worked four to seven 24-hour live-in shifts per week. I was paid a flat rate of $140 per live-in shift.

4. Although I regularly worked more than 40 hours each week, HFC did not pay me proper overtime pay of one and one-half times my regular hourly rate.

5. I understand that when I worked over 40 hours in a week, I should have been paid a higher hourly wage for the hours in excess of 40. So, if my normal hourly wage was $10.77 per hour, I should have been paid $16.16 for all the hours I worked over 40 in a week.

6. I know that my co-workers didn't get paid proper overtime pay either because sometimes we would talk about not getting paid correctly. I remember speaking about not receiving correct wages with other home attendants at in-service trainings.

7. When HFC hired me, they did not provide me with a notice in Russian (my primary language) that showed the basis for my rate of pay or my correct overtime rate. Instead, HFC

gave me a piece of paper in English that I could not read and that did not contain my overtime rate.

8. When I worked at HFC, no fewer than 20 individuals attended in service training sessions with me.

9. This declaration has been translated into Russian for me. I understand and agree to the content of this document.

_Эта декларация была переведена для меня на русский язык. Я понимаю и согласен с содержанием этого документа._

[signature]
SANAT KAMAROV

08/30/2019
DATE