| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 1903 | NAZOKAT ATAKHANOVA | | | | HOME FAMILY CARE INC. |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number xxx-xx-0283 | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start JUL 26,2014 | Period Ending AUG 8,2014 | | Check Date AUG 15,2014 | FW - M 02 ST - M 02 | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 80.00 | 10.0000 | 800.00 | FICA | 83.82 | | | GROSS | 2626.00 |
| O/TIME | 46.00 | 12.0000 | 552.00 | MEDFICA | 19.61 | | | FICA | 162.81 |
| | | | | FED WTH | 73.57 | | | MEDFICA | 38.08 |
| | | | | NY | 50.32 | | | FED WTH | 99.09 |
| | | | | NYCITY | 32.28 | | | STATE | 72.14 |
| | | | | | | | | LOCAL | 48.40 |
| Totals | | | 1352.00 | | 259.60 | | 0.00 | Check Number 0021392 | Net Pay ******1092.40 |

| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 1903 | NAZOKAT ATAKHANOVA | | | | HOME FAMILY CARE INC. |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number xxx-xx-0283 | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start AUG 23,2014 | Period Ending SEP 5,2014 | | Check Date SEP 12,2014 | FW - M 02 ST - M 02 | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 80.00 | 10.0000 | 800.00 | FICA | 83.27 | | | GROSS | 5318.00 |
| O/TIME | 45.25 | 12.0000 | 543.00 | MEDFICA | 19.47 | | | FICA | 329.72 |
| | | | | FED WTH | 72.22 | | | MEDFICA | 77.11 |
| | | | | NY | 49.74 | | | FED WTH | 244.43 |
| | | | | NYCITY | 31.93 | | | STATE | 172.01 |
| | | | | | | | | LOCAL | 112.49 |
| | | | | | | | | NYCSICK | 16.75 |
| Totals | | | 1343.00 | | 256.63 | | 0.00 | Voucher Number 0053634 | Net Pay ******1086.37 |

2014

| File Number | 1903 | Employee Name | NAZOKAT ATAKHANOVA | | Company Name and Address | HOME FAMILY CARE INC. |
|---|---|---|---|---|---|---|
| Company | 1691 | Division | | Department | 0200 | Check Number | | Social Security Number | xxx-xx-0283 | | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start | JUL 2, 2016 | Period Ending | JUL 8, 2016 | Check Date | JUL 15, 2016 | FW = M 02 ST = M 02 | (718)975-8998 |

### EARNINGS
| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 30.00 | 10.0000 | 300.00 |

### TAXES
| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 18.60 |
| MEDFICA | 4.35 |
| NY | 4.38 |
| NYCITY | 2.97 |

### DEDUCTIONS
| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE
| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 550.00 |
| FICA | 34.10 |
| MEDFICA | 7.98 |
| STATE | 6.76 |
| LOCAL | 4.98 |
| NYCSICK | 40.00 |

| Totals | 300.00 | | 30.30 | | 0.00 | Voucher Number 0108295 | Net Pay ********269.70 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

| | VOUCHER NO. 0108295 |
|---|---|
| DEPOSIT DATE JUL 15, 2016 | DEPOSIT AMOUNT 269.70 NET PAY |
| Bank T/R# 021000021 | Account# xxxxxxxxxx6837 |

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| File Number | 1903 |
|---|---|
| Employee Name | NAZOKAT ATAKHANOVA |
| Social Security Number | xxx-xx-0283 |
| Company | 1691 |
| Division | 0200 |
| Department | |
| Clock Number | |
| Check Number | |
| FW | S 00 |
| ST | S 00 |
| Period Start | JUL 9, 2016 |
| Period Ending | JUL 15, 2016 |
| Check Date | JUL 22, 2016 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 30.00 | 10.0000 | 300.00 |
| RETRO | 5.00 | 10.0000 | 50.00 |

Totals: 350.00

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 21.70 |
| MEDFICA | 5.07 |
| FED WTH | 37.09 |
| NY | 8.53 |
| NYCITY | 5.96 |

Total: 78.35

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | 0.00 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 900.00 |
| FICA | 55.80 |
| MEDFICA | 13.05 |
| FED WTH | 37.09 |
| STATE | 15.29 |
| LOCAL | 10.94 |
| NYCSICK | 40.00 |

Voucher Number: 0109555
Net Pay: *******271.65

---

**DIRECT DEPOSIT - NON NEGOTIABLE**

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R# 021000021  Account# xxxxxxxxxx6837

| DEPOSIT DATE | VOUCHER NO. | DEPOSIT AMOUNT |
|---|---|---|
| JUL 22, 2016 | 0109555 | 271.65 NET PAY |

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

DEPOSIT DATE: AUG 5, 2016
VOUCHER NO.: 0112025
DEPOSIT AMOUNT: 543.47 NET PAY

Bank T/R# 021000021
Account# xxxxxxxxx6837

---

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

Employee Name: NAZOKAT ATAKHANOVA
File Number: 1903
Company: 1691
Division: 
Department: 0200
Social Security Number: xxx-xx-0283
FW = M 01
ST = M 01
Period Start: JUL 23, 2016
Period Ending: JUL 29, 2016
Check Date: AUG 5, 2016

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 20.00 | 12.0000 | 240.00 |
| RETRO | 5.00 | 10.0000 | 50.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 42.78 |
| MEDFICA | 10.00 |
| FED WTH | 49.32 |
| NY | 26.99 |
| NYCITY | 17.44 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2134.00 |
| FICA | 132.31 |
| MEDFICA | 30.94 |
| FED WTH | 152.60 |
| STATE | 61.76 |
| LOCAL | 41.31 |
| NYCSICK | 40.00 |

Totals: 690.00 | 146.53 | 0.00

Voucher Number: 0112025
Net Pay: *******543.47

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| 1903 | | | | | |
|---|---|---|---|---|---|
| Company | Division | | | Social Security Number | |
| 1691 | 0200 | NAZOKAT ATAKHANOVA | | xxx-xx-0283 | |
| Period Start | Period Ending | Check Number | Check Date | FW = M 01 | |
| JUL 30, 2016 | AUG 5, 2016 | | AUG 12, 2016 | ST = M 01 | |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 16.00 | 12.0000 | 192.00 |

Totals: 592.00

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 36.70 |
| MEDFICA | 8.59 |
| FED WTH | 34.97 |
| NY | 20.67 |
| NYCITY | 13.64 |

Total: 114.57

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | 0.00 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2726.00 |
| FICA | 169.01 |
| MEDFICA | 39.53 |
| FED WTH | 187.57 |
| STATE | 82.43 |
| LOCAL | 54.95 |
| NYCSICK | 40.00 |

Voucher Number: 0113287
Net Pay: *******477.43

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

VOUCHER NO. 0113287

DEPOSIT DATE: AUG 12, 2016

DEPOSIT AMOUNT: 477.43 NET PAY

Bank T/R# 021000021
Account# xxxxxxxxxx6837

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

NAZOKAT ATAKHANOVA

| | |
|---|---|
| Company | 1903 |
| Division | 1691 |
| Department | 0200 |
| Check Number | |
| Social Security Number | xxx-xx-0283 |
| Period Start | AUG 6, 2016 |
| Period Ending | AUG 12, 2016 |
| Check Date | AUG 19, 2016 |
| FW = M 01 |
| ST = M 01 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 12.00 | 12.0000 | 144.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.73 |
| MEDFICA | 7.89 |
| FED WTH | 30.17 |
| NY | 17.77 |
| NYCITY | 11.87 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 3270.00 |
| FICA | 202.74 |
| MEDFICA | 47.42 |
| FED WTH | 217.74 |
| STATE | 100.20 |
| LOCAL | 66.82 |
| NYCSICK | 40.00 |

**Totals** 544.00   101.43   0.00

Voucher Number 0114625
Net Pay *******442.57

---

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R# 021000021   Account# xxxxxxxxx6837

DEPOSIT DATE   AUG 19, 2016
VOUCHER NO.   0114625
DEPOSIT AMOUNT   442.57 NET PAY

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| | | |
|---|---|---|
| 1903 | NAZOKAT ATAKHANOVA | Social Security Number: xxx-xx-0283 |
| Company: 1691 | Division | Department: 0200 | Clock Number |
| Period Start: AUG 13,2016 | Period Ending: AUG 19,2016 | Check Date: AUG 26,2016 | FW = M 01 / ST = M 01 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 12.00 | 12.0000 | 144.00 |
| **Totals** | | | **544.00** |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.73 |
| MEDFICA | 7.88 |
| FED WITH | 30.17 |
| NY | 17.77 |
| NYCITY | 11.87 |
| | 101.42 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | 0.00 |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 3814.00 |
| FICA | 236.47 |
| MEDFICA | 55.30 |
| FED WITH | 247.91 |
| STATE | 117.97 |
| LOCAL | 78.69 |
| NYCSICK | 40.00 |

Voucher Number: 0115914
Net Pay: *********442.58

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R# 021000021   Account# xxxxxxxxx6837

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 26, 2016 | 0115914 |

DEPOSIT AMOUNT
442.58 NET PAY

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| Company | Division | Department | Check Number | Social Security Number | | |
|---|---|---|---|---|---|---|
| 1903 | | | | NAZOKAT ATAKHANOVA | | HOME FAMILY CARE INC. |
| 1691 | | 0200 | | xxx-xx-0283 | | 3051 BRIGHTON 3RD STREET |
| Period Start | Period Ending | | Check Date | FW = M 01 / ST = M 01 | | BROOKLYN, NY 11235 |
| AUG 20, 2016 | AUG 26, 2016 | | SEP 2, 2016 | | | (718)975-8998 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 30.00 | 12.0000 | 360.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 47.12 |
| MEDFICA | 11.02 |
| FED WTH | 59.82 |
| NY | 31.50 |
| NYCITY | 20.17 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 4574.00 |
| FICA | 283.59 |
| MEDFICA | 66.32 |
| FED WTH | 307.73 |
| STATE | 149.47 |
| LOCAL | 98.86 |
| NYCSICK | 40.00 |

Totals: 760.00   169.63   0.00

Voucher Number: 0117170   Net Pay: *******590.37

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. Do NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| SEP 2, 2016 | 0117170 |

Bank T/R# 021000021   Account# xxxxxxxxxx6837

DEPOSIT AMOUNT
590.37 NET PAY

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | | | | | | Company Name and Address |
|---|---|---|---|---|---|---|
| 1903 | | | | | | HOME FAMILY CARE INC. |
| Company | Division | Employee Name | | | | 3051 BRIGHTON 3RD STREET |
| 1691 | | NAZOKAT ATAKHANOVA | | | | BROOKLYN, NY 11235 |
| Period Start | Department | Check Number | Social Security Number | | | (718)975-8998 |
| AUG 27, 2016 | 0200 | | xxx-xx-0283 | | | |
| Period Ending | Check Date | | FW = M 01 | | | |
| SEP 2, 2016 | SEP 9, 2016 | | ST = M 01 | | | |

## EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 11.75 | 12.0000 | 141.00 |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.54 |
| MEDFICA | 7.85 |
| FED WTH | 29.87 |
| NY | 17.60 |
| NYCITY | 11.75 |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 5115.00 |
| FICA | 317.13 |
| MEDFICA | 74.17 |
| FED WTH | 337.60 |
| STATE | 167.07 |
| LOCAL | 110.61 |
| NYCSICK | 40.00 |

Totals: 541.00   100.61   0.00

Voucher Number: 0118506   Net Pay: *********440.39

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

| | VOUCHER NO. |
|---|---|
| | 0118506 |
| DEPOSIT DATE | DEPOSIT AMOUNT |
| SEP 9, 2016 | 440.39 NET PAY |

Bank T/R# 021000021   Account# xxxxxxxxxx6837

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**