## Pay Stub 1

**File Number:** 6030 | **Employee Name:** FATIMA KAMILOVA
**Company:** 1691 | **Department:** 0200
**Period Start:** MAR 10, 2018 | **Period Ending:** MAR 16, 2018 | **Check Date:** MAR 23, 2018
FW - M 00 | ST - M 00

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| REGULAR | 15.00 | 13.0000 | 195.00 |
| **Totals** | | | **195.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 12.09 |
| MEDFICA | 2.83 |
| NY | 1.68 |
| NYCITY | 1.83 |
| NY DIS. | 0.60 |
| FLI | 0.25 |
| **Total** | **19.28** |

### DEDUCTIONS
Total: 0.00

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 195.00 |
| FICA | 12.09 |
| MEDFICA | 2.83 |
| STATE | 1.68 |
| LOCAL | 1.83 |
| DISAB | 0.60 |
| FLI | 0.25 |
| NYCSICK | 28.71 |

**Check Number:** 0409707 | **Net Pay:** *******175.72

---

## Pay Stub 2

**File Number:** 6030 | **Employee Name:** FATIMA KAMILOVA
**Company:** 1691 | **Department:** 0200
**Period Start:** OCT 7, 2017 | **Period Ending:** OCT 13, 2017 | **Check Date:** OCT 20, 2017
FW - M 00 | ST - M 00

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 4.00 | 170.0000 | 680.00 |
| **Totals** | | | **680.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 42.16 |
| MEDFICA | 9.86 |
| FED WTH | 59.12 |
| NY | 27.49 |
| NYCITY | 20.08 |
| NY DIS. | 0.60 |
| FLI | 0.86 |
| **Total** | **160.17** |

### DEDUCTIONS
Total: 0.00

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 10756.00 |
| FICA | 666.87 |
| MEDFICA | 155.96 |
| FED WTH | 938.64 |
| STATE | 430.64 |
| LOCAL | 292.01 |
| DISAB | 10.80 |
| FLI | 5.31 |
| NYCSICK | 27.58 |

**Check Number:** 0405861 | **Net Pay:** *******519.83

---

## Pay Stub 3

**File Number:** 6030 | **Employee Name:** FATIMA KAMILOVA
**Company:** 1691 | **Department:** 0200
**Period Start:** OCT 28, 2017 | **Period Ending:** NOV 3, 2017 | **Check Date:** NOV 10, 2017
FW - M 00 | ST - M 00

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| REGULAR | 6.00 | 11.0000 | 66.00 |
| **Totals** | | | **66.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 4.09 |
| MEDFICA | 0.95 |
| NY DIS. | 0.33 |
| FLI | 0.08 |
| **Total** | **5.45** |

### DEDUCTIONS
Total: 0.00

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 10992.00 |
| FICA | 681.50 |
| MEDFICA | 159.38 |
| FED WTH | 939.01 |
| STATE | 431.32 |
| LOCAL | 293.46 |
| DISAB | 11.73 |
| FLI | 5.60 |
| NYCSICK | 28.21 |

**Check Number:** 0406431 | **Net Pay:** ********60.55




### Paystub 1

**File Number:** 6030  
**Employee Name:** FATIMA KAMILOVA  
**Company:** 1691  **Department:** 0200  
**Period Start:** MAY 13, 2017  **Period Ending:** MAY 19, 2017  **Check Date:** MAY 26, 2017  
FW = M 00  ST = M 00  

**HOME FAMILY CARE INC.**  
3051 BRIGHTON 3RD STREET  
BROOKLYN, NY 11235  
(718)975-8998  

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 170.0000 | 680.00 | FICA | 42.16 | | | GROSS | 5354.00 |
| | | | | MEDFICA | 9.86 | | | FICA | 331.95 |
| | | | | FED WTH | 59.12 | | | MEDFICA | 77.63 |
| | | | | NY | 27.49 | | | FED WTH | 509.74 |
| | | | | NYCITY | 17.80 | | | STATE | 230.58 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 147.33 |
| | | | | | | | | DISAB | 4.80 |
| | | | | | | | | NYCSICK | 13.78 |
| **Totals** | | | 680.00 | | 157.03 | | 0.00 | Check Number 0038998 | Net Pay *******522.97 |

### Paystub 2

**File Number:** 6030  
**Employee Name:** FATIMA KAMILOVA  
**Company:** 1691  **Department:** 0200  
**Period Start:** MAR 4, 2017  **Period Ending:** MAR 10, 2017  **Check Date:** MAR 17, 2017  
FW = M 00  ST = M 00  

**HOME FAMILY CARE INC.**  
3051 BRIGHTON 3RD STREET  
BROOKLYN, NY 11235  
(718)975-8998  

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 7.00 | 170.0000 | 1190.00 | FICA | 73.78 | | | GROSS | 2370.00 |
| | | | | MEDFICA | 17.26 | | | FICA | 146.94 |
| | | | | FED WTH | 135.62 | | | MEDFICA | 34.37 |
| | | | | NY | 60.39 | | | FED WTH | 245.74 |
| | | | | NYCITY | 37.69 | | | STATE | 110.09 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 69.78 |
| | | | | | | | | DISAB | 1.80 |
| | | | | | | | | NYCSICK | 6.06 |
| **Totals** | | | 1190.00 | | 325.34 | | 0.00 | Check Number 0037154 | Net Pay *******864.66 |

### Paystub 3

**File Number:** 6030  
**Employee Name:** FATIMA KAMILOVA  
**Company:** 1691  **Department:** 0200  
**Period Start:** FEB 25, 2017  **Period Ending:** MAR 3, 2017  **Check Date:** MAR 10, 2017  
FW = M 00  ST = M 00  

**HOME FAMILY CARE INC.**  
3051 BRIGHTON 3RD STREET  
BROOKLYN, NY 11235  
(718)975-8998  

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 6.00 | 170.0000 | 1020.00 | FICA | 63.24 | | | GROSS | 1180.00 |
| | | | | MEDFICA | 14.79 | | | FICA | 73.16 |
| | | | | FED WTH | 110.12 | | | MEDFICA | 17.11 |
| | | | | NY | 49.42 | | | FED WTH | 110.12 |
| | | | | NYCITY | 31.06 | | | STATE | 49.70 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 32.09 |
| | | | | | | | | DISAB | 1.20 |
| | | | | | | | | NYCSICK | 3.03 |
| **Totals** | | | 1020.00 | | 269.23 | | 0.00 | Check Number 0036982 | Net Pay *******750.77 |

## Pay Stub 1

**Employee Number:** 6030
**Employee Name:** FATIMA KAMILOVA
**Company:** 1691
**Department:** 0200
**FW:** M 00
**ST:** M 00
**Period Start:** MAY 6, 2017
**Period Ending:** MAY 12, 2017
**Check Date:** MAY 19, 2017

**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 4.00 | 170.0000 | 680.00 |

### Taxes

| Description | Amount |
|---|---|
| FICA | 42.16 |
| MEDFICA | 9.86 |
| FED WTH | 59.12 |
| NY | 27.49 |
| NYCITY | 17.80 |
| NY DIS. | 0.60 |

### Year to Date

| Description | Amount |
|---|---|
| GROSS | 4674.00 |
| FICA | 289.79 |
| MEDFICA | 67.77 |
| FED WTH | 450.62 |
| STATE | 203.09 |
| LOCAL | 129.53 |
| DISAB | 4.20 |
| NYCSICK | 12.05 |

**Totals:** 680.00 | 157.03 | 0.00
**Check Number:** 0038808
**Net Pay:** ******522.97

---

## Pay Stub 2

**Employee Number:** 6030
**Employee Name:** FATIMA KAMILOVA
**Company:** 1691
**Department:** 0200
**FW:** M 00
**ST:** M 00
**Period Start:** MAY 20, 2017
**Period Ending:** MAY 26, 2017
**Check Date:** JUN 2, 2017

**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 4.00 | 170.0000 | 680.00 |

### Taxes

| Description | Amount |
|---|---|
| FICA | 42.16 |
| MEDFICA | 9.86 |
| FED WTH | 59.12 |
| NY | 27.49 |
| NYCITY | 17.80 |
| NY DIS. | 0.60 |

### Year to Date

| Description | Amount |
|---|---|
| GROSS | 6034.00 |
| FICA | 374.11 |
| MEDFICA | 87.49 |
| FED WTH | 568.86 |
| STATE | 258.07 |
| LOCAL | 165.13 |
| DISAB | 5.40 |
| NYCSICK | 15.51 |

**Totals:** 680.00 | 157.03 | 0.00
**Check Number:** 0039193
**Net Pay:** ******522.97

---

## Pay Stub 3

**Employee Number:** 6030
**Employee Name:** FATIMA KAMILOVA
**Company:** 1691
**Department:** 0200
**FW:** M 00
**ST:** M 00
**Period Start:** APR 29, 2017
**Period Ending:** MAY 5, 2017
**Check Date:** MAY 12, 2017

**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### Earnings

| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 1.00 | 170.0000 | 170.00 |

### Taxes

| Description | Amount |
|---|---|
| FICA | 10.54 |
| MEDFICA | 2.46 |
| FED WTH | 0.37 |
| NY | 0.68 |
| NYCITY | 1.22 |
| NY DIS. | 0.60 |

### Year to Date

| Description | Amount |
|---|---|
| GROSS | 3994.00 |
| FICA | 247.63 |
| MEDFICA | 57.91 |
| FED WTH | 391.50 |
| STATE | 175.60 |
| LOCAL | 111.73 |
| DISAB | 3.60 |
| NYCSICK | 10.32 |

**Totals:** 170.00 | 15.87 | 0.00
**Check Number:** 0038624
**Net Pay:** ******154.13

Case 1:16-cv-06707-KAM-TAM   Document 74   Filed 09/26/19   Page 4 of 6 PageID #: 1855

## Pay Stub 1

**Employee:** FATIMA KAMILOVA — 6030
**Department:** 0200
**Period Start:** APR 15, 2017  **Period Ending:** APR 21, 2017  **Check Date:** APR 28, 2017
**FW** = M 00  **ST** = M 00

**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| REGULAR | 24.00 | 11.0000 | 264.00 |
| **Totals** | | | **264.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 16.37 |
| MEDFICA | 3.83 |
| FED WTH | 9.77 |
| NY | 4.44 |
| NYCITY | 3.04 |
| NY DIS. | 0.60 |
| **Total** | **38.05** |

### DEDUCTIONS
0.00

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 3824.00 |
| FICA | 237.09 |
| MEDFICA | 55.45 |
| FED WTH | 391.13 |
| STATE | 174.92 |
| LOCAL | 110.51 |
| DISAB | 3.00 |
| NYCSICK | 9.89 |

**Check Number:** 0038248  **Net Pay:** *******225.95

---

## Pay Stub 2

**Employee:** FATIMA KAMILOVA — 6030
**Department:** 0200
**Period Start:** MAY 27, 2017  **Period Ending:** JUN 2, 2017  **Check Date:** JUN 9, 2017
**FW** = M 00  **ST** = M 00

**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 3.00 | 170.0000 | 510.00 |
| **Totals** | | | **510.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 31.62 |
| MEDFICA | 7.40 |
| FED WTH | 34.37 |
| NY | 16.83 |
| NYCITY | 11.32 |
| NY DIS. | 0.60 |
| **Total** | **102.14** |

### DEDUCTIONS
0.00

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 6544.00 |
| FICA | 405.73 |
| MEDFICA | 94.89 |
| FED WTH | 603.23 |
| STATE | 274.90 |
| LOCAL | 176.45 |
| DISAB | 6.00 |
| NYCSICK | 16.81 |

**Check Number:** 0039379  **Net Pay:** *******407.86

---

## Pay Stub 3

**Employee:** FATIMA KAMILOVA — 6030
**Department:** 0200
**Period Start:** JUN 24, 2017  **Period Ending:** JUN 30, 2017  **Check Date:** JUL 7, 2017
**FW** = M 00  **ST** = M 00

**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 1.00 | 170.0000 | 170.00 |
| **Totals** | | | **170.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 10.54 |
| MEDFICA | 2.46 |
| FED WTH | 0.37 |
| NY | 0.68 |
| NYCITY | 1.45 |
| NY DIS. | 0.60 |
| FLI | 0.21 |
| **Total** | **16.31** |

### DEDUCTIONS
0.00

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 6714.00 |
| FICA | 416.27 |
| MEDFICA | 97.35 |
| FED WTH | 603.60 |
| STATE | 275.58 |
| LOCAL | 177.90 |
| DISAB | 6.60 |
| FLI | 0.21 |
| NYCSICK | 17.24 |

**Check Number:** 0040161  **Net Pay:** *******153.69





## Paystub 1

**FATIMA KAMILOVA** — Employee # 6030
Company 1691, Division, Department 0200
Period Start: DEC 24, 2016 — Period Ending: DEC 30, 2016 — Check Date: JAN 6, 2017
FW - M 00, ST - M 00

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718) 975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 1.00 | 160.0000 | 160.00 |

### TAXES
| Description | Amount |
|---|---|
| FICA | 9.92 |
| MEDFICA | 2.32 |
| NY | 0.28 |
| NYCITY | 1.03 |
| NY DIS. | 0.60 |

### DEDUCTIONS
(none)

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 160.00 |
| FICA | 9.92 |
| MEDFICA | 2.32 |
| STATE | 0.28 |
| LOCAL | 1.03 |
| DISAB | 0.60 |
| NYCSICK | 0.43 |

Totals: 160.00 | 14.15 | 0.00
Voucher Number: 0142433 — Net Pay: *******145.85

---

## Paystub 2

**FATIMA KAMILOVA** — Employee # 6030
Company 1691, Department 0200
Period Start: JUL 8, 2017 — Period Ending: JUL 14, 2017 — Check Date: JUL 21, 2017
FW - M 00, ST - M 00

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718) 975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 1.00 | 170.0000 | 170.00 |

### TAXES
| Description | Amount |
|---|---|
| FICA | 10.54 |
| MEDFICA | 2.47 |
| FED WTH | 0.37 |
| NY | 0.68 |
| NYCITY | 1.45 |
| NY DIS. | 0.60 |
| FLI | 0.21 |

### DEDUCTIONS
(none)

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 7186.00 |
| FICA | 445.53 |
| MEDFICA | 104.20 |
| FED WTH | 617.54 |
| STATE | 282.22 |
| LOCAL | 184.21 |
| DISAB | 7.80 |
| FLI | 0.80 |
| NYCSICK | 18.50 |

Totals: 170.00 | 15.32 | 0.00
Check Number: 0403380 — Net Pay: *******153.68

---

## Paystub 3

**FATIMA KAMILOVA** — Employee # 6030
Company 1691, Department 0200
Period Start: SEP 30, 2017 — Period Ending: OCT 6, 2017 — Check Date: OCT 13, 2017
FW - M 00, ST - M 00

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718) 975-8998

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 4.00 | 170.0000 | 680.00 |

### TAXES
| Description | Amount |
|---|---|
| FICA | 42.16 |
| MEDFICA | 9.86 |
| FED WTH | 59.12 |
| NY | 27.49 |
| NYCITY | 20.08 |
| NY DIS. | 0.60 |
| FLI | 0.86 |

### DEDUCTIONS
(none)

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 10076.00 |
| FICA | 624.71 |
| MEDFICA | 146.10 |
| FED WTH | 879.52 |
| STATE | 403.15 |
| LOCAL | 271.93 |
| DISAB | 10.20 |
| FLI | 4.45 |
| NYCSICK | 25.85 |

Totals: 680.00 | 160.17 | 0.00
Check Number: 0405665 — Net Pay: *******519.83



### Paystub 1

**Employee:** FATIMA KAMILOVA
**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

Division: 91 · Department: 0200
Period: SEP 23, 2017 – SEP 29, 2017 · Check Date: OCT 6, 2017
FW - M 00 · ST - M 00

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| E IN | 4.00 | 170.0000 | 680.00 | FICA | 42.16 | | | GROSS | 9396.00 |
| | | | | MEDFICA | 9.86 | | | FICA | 582.55 |
| | | | | FED WTH | 59.12 | | | MEDFICA | 136.24 |
| | | | | NY | 27.49 | | | FED WTH | 820.40 |
| | | | | NYCITY | 20.08 | | | STATE | 375.66 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 251.85 |
| | | | | FLI | 0.86 | | | DISAB | 9.60 |
| | | | | | | | | FLI | 3.59 |
| | | | | | | | | NYCSICK | 24.12 |
| **Totals** | | | 680.00 | | 160.17 | | 0.00 | Check Number 0405480 | Net Pay *******519.83 |

### Paystub 2

**Employee:** FATIMA KAMILOVA
**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

Division: 91 · Department: 0200
Period: SEP 9, 2017 – SEP 15, 2017 · Check Date: SEP 22, 2017
FW - M 00 · ST - M 00

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| E IN | 4.00 | 170.0000 | 680.00 | FICA | 42.16 | | | GROSS | 7866.00 |
| | | | | MEDFICA | 9.86 | | | FICA | 487.69 |
| | | | | FED WTH | 59.12 | | | MEDFICA | 114.06 |
| | | | | NY | 27.49 | | | FED WTH | 676.66 |
| | | | | NYCITY | 20.08 | | | STATE | 309.71 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 204.29 |
| | | | | FLI | 0.86 | | | DISAB | 8.40 |
| | | | | | | | | FLI | 1.66 |
| | | | | | | | | NYCSICK | 20.23 |
| **Totals** | | | 680.00 | | 160.17 | | 0.00 | Check Number 0405091 | Net Pay *******519.83 |

### Paystub 3

**Employee:** FATIMA KAMILOVA
**Company:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

Department: 0200
Period Ending: MAR 17, 2017 (Start MAR 11, 2017) · Check Date: MAR 24, 2017
FW - M 00 · ST - M 00

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| IN | 7.00 | 170.0000 | 1190.00 | FICA | 73.78 | | | GROSS | 3560.00 |
| | | | | MEDFICA | 17.25 | | | FICA | 220.72 |
| | | | | FED WTH | 135.62 | | | MEDFICA | 51.62 |
| | | | | NY | 60.39 | | | FED WTH | 381.36 |
| | | | | NYCITY | 37.69 | | | STATE | 170.48 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 107.47 |
| | | | | | | | | DISAB | 2.40 |
| | | | | | | | | NYCSICK | 9.09 |
| **Totals** | | | 1190.00 | | 325.33 | | 0.00 | Check Number 0037331 | Net Pay *******864.67 |