

| | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| **File Number** 4635 | EUGENIA BARAHONA ALVARAD | | | HOME FAMILY CARE INC. |
| **Division** 1691 | **Department** 0200 | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| **Period Start** CT 17,2015 | **Period Ending** DCT 30,2015 | **Check Date** NOV 6,2015 | FW : $ 00 ST : $ 00 | (718)975-8998 |

**EARNINGS**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| EGULAR | 12.00 | 10.0000 | 120.00 |
| IVE IN | 3.00 | 140.0000 | 420.00 |
| IVE IN | 4.00 | 140.0000 | 560.00 |

**TAXES**

| Description | Amount |
|---|---|
| FICA | 68.20 |
| MEDFICA | 15.95 |
| FED WTH | 133.99 |
| NY | 39.84 |
| NYCITY | 26.31 |
| NY DIS. | 1.20 |

**DEDUCTIONS**

| Description | Amount |
|---|---|
| | |

**YEAR TO DATE**

| Description | Amount |
|---|---|
| GROSS | 1100.00 |
| FICA | 68.20 |
| MEDFICA | 15.95 |
| FED WTH | 133.99 |
| STATE | 39.84 |
| LOCAL | 26.31 |
| DISAB | 1.20 |
| NYCSICK | 3.43 |

| Totals | 1100.00 | 285.49 | 0.00 | **Voucher Number** 0075607 | **Net Pay** *******81乙.51 |
|---|---|---|---|---|---|



**HOME FAMILY CARE INC**
3051 Brighton 3rd Street
BROOKLYN, NY 11235

(718)975-8998

| File Number | Employee Name | Department | | Check Number |
|---|---|---|---|---|
| 4635 | | 0200 | | |
| Company | Batch | Period End | | Check Date |
| 1691 | | NOV 13,2015 | | NOV 20,2015 |
| Period Start | | | | |
| OCT 31,2015 | | | | |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 4.00 | 140.0000 | 560.00 |
| LIVE IN | 4.00 | 140.0000 | 560.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 69.44 |
| MEDFICA | 16.24 |
| FED WTH | 136.99 |
| NY | 41.13 |
| NYCITY | 27.05 |
| NY DIS. | 1.20 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2220.00 |
| FICA | 137.64 |
| MEDFICA | 32.19 |
| FED WTH | 270.98 |
| STATE | 80.97 |
| LOCAL | 53.36 |
| DISAB | 2.40 |
| NYCSICK | 6.89 |

| Totals | 1120.00 | 292.05 | 0.00 | Voucher Number 0076567 | Net Pay *******827.95 |
|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| NOV 20,2015 | 0076567 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

**DEPOSIT AMOUNT**
827.95 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Employer Name and Address |
|---|---|---|---|---|---|
| 4635 | EUGENIA BARAHONA ALVARAD | | | | HOME FAMILY CARE INC. |
| Company 1691 | Branch | Department 0200 | Check Number | Social Security Number | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start NOV 14,2015 | Period Ending NOV 27,2015 | Check Date DEC 4,2015 | FH : $ 00 SF : $ 00 | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION AMOUNT | | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 69.44 | | | GROSS | 3340.00 |
| LIVE IN | 4.00 | 140.0000 | 560.00 | MEDFICA | 16.24 | | | FICA | 207.08 |
| | | | | FED WTH | 136.99 | | | MEDFICA | 48.43 |
| | | | | NY | 41.13 | | | FED WTH | 407.97 |
| | | | | NYCITY | 27.05 | | | STATE | 122.10 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 80.41 |
| | | | | | | | | DISAB | 3.60 |
| | | | | | | | | NYCSICK | 10.35 |

| Totals | | 1120.00 | | | 292.05 | | 0.00 | Voucher Number 0077548 | Net Pay ****^***827.95 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| File Number | | | | | | HOME FAMILY CARE INC. | |
|---|---|---|---|---|---|---|---|
| 4635 | | | | | | 3051 BRIGHTON 3RD STREET | |
| Company 1691 | Division | Department 0200 | Check Number | | | BROOKLYN, NY 11235 | |
| Period Start DEC 12,2015 | Period Ending DEC 25,2015 | | Check Date DEC 31,2015 | F# - $ 00 M - $ 00 | | (718)975-8998 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 4.00 | 10.0000 | 40.00 | FICA | 54.56 | | | GROSS | 5590.00 |
| LIVE IN | 4.00 | 140.0000 | 560.00 | MEDFICA | 12.76 | | | FICA | 346.58 |
| LIVE IN | 2.00 | 140.0000 | 280.00 | FED WTH | 100.99 | | | MEDFICA | 81.06 |
| | | | | NY | 26.84 | | | FED WTH | 683.45 |
| | | | | NYCITY | 18.17 | | | STATE | 206.20 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 135.31 |
| | | | | | | | | DISAB | 6.00 |
| | | | | | | | | NYCSICK | 17.34 |
| Totals | | | 880.00 | | 214.52 | | 0.00 | Voucher Number 0079640 | Net Pay *******655.48 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| DEC 31,2015 | 0079640 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
655.48 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4635 | | 0200 | | | | | |
| 1691 | | | | | | | |
| DEC 26,2015 | JAN 8,2016 | JAN 15,2016 | FW - $ 00  W - $ 00 | | | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 3.00 | 140.0000 | 420.00 | FICA | 34.72 | | | GROSS | 560.00 |
| LIVE IN | 1.00 | 140.0000 | 140.00 | MEDFICA | 8.12 | | | FICA | 34.72 |
| | | | | FED WTH | 53.18 | | | MEDFICA | 8.12 |
| | | | | NY | 11.02 | | | FED WTH | 53.18 |
| | | | | NYCITY | 7.59 | | | STATE | 11.02 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 7.59 |
| | | | | | | | | DISAB | 1.20 |
| | | | | | | | | NYCSICK | 19.07 |
| **Totals** | | | **560.00** | | **115.83** | | **0.00** | | |

Voucher Number: 0080698  Net Pay: *******444.17

---

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 15,2016 | 0080698 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
444.17 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 12.00 | 10.0000 | 120.00 | FICA | 7.44 | | | GROSS | 680.00 |
| | | | | MEDFICA | 1.74 | | | FICA | 42.16 |
| | | | | FED WTH | 3.35 | | | MEDFICA | 9.86 |
| | | | | NY DIS. | 0.60 | | | FED WTH | 56.53 |
| | | | | | | | | STATE | 11.02 |
| | | | | | | | | LOCAL | 7.59 |
| | | | | | | | | DISAB | 1.80 |
| | | | | | | | | NYCSICK | 19.47 |
| Totals | | | 120.00 | | 13.13 | | 0.00 | 0081697 | *******106.87 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 22,2016 | 0081697 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#   Account#

DEPOSIT AMOUNT
106.87 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 28.00 | 10.0000 | 280.00 | FICA | 39.53 | | | GROSS | 1317.50 |
| REGULAR | 35.75 | 10.0000 | 357.50 | MEDFICA | 9.24 | | | FICA | 81.69 |
| | | | | FED WTH | 64.81 | | | MEDFICA | 19.10 |
| | | | | NY | 14.25 | | | FED WTH | 121.34 |
| | | | | NYCITY | 9.99 | | | STATE | 25.27 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 17.58 |
| | | | | | | | | DISAB | 3.00 |
| | | | | | | | | NYCSICK | 21.59 |
| **Totals** | | | 637.50 | | 139.02 | | 0.00 | | |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 29,2016 | 0081978 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

DEPOSIT AMOUNT
498.48 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 12,2016 | 0083060 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#    Account#

DEPOSIT AMOUNT
758.60 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 3.00 | 140.0000 | 420.00 | FICA | 26.04 | | | GROSS | 2755.00 |
| | | | | MEDFICA | 6.09 | | | FICA | 170.81 |
| | | | | FED WTH | 47.59 | | | MEDFICA | 39.95 |
| | | | | NY | 12.16 | | | FED WTH | 290.74 |
| | | | | NYCITY | 8.34 | | | STATE | 72.22 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 49.18 |
| | | | | | | | | DISAB | 4.80 |
| | | | | | | | | NYCSICK | 25.08 |

| Totals | | | 420.00 | | 100.82 | | 0.00 | Voucher Number 0084121 | Net Pay *******319.18 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 19,2016 | 0084121 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# ___ Account#

DEPOSIT AMOUNT
319.18 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | UNITS | RATE | AMOUNT | TAXES | AMOUNT | DEDUCTIONS | AMOUNT | YEAR TO DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 3315.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 205.53 |
| | | | | FED WTH | 68.59 | | | MEDFICA | 48.07 |
| | | | | NY | 20.46 | | | FED WTH | 359.33 |
| | | | | NYCITY | 13.52 | | | STATE | 92.68 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 62.70 |
| | | | | | | | | DISAB | 5.40 |
| | | | | | | | | NYCSICK | 27.81 |
| **Totals** | | | 560.00 | | 146.01 | | 0.00 | | |

Voucher Number 0085135   Net Pay ******413.99

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 26,2016 | 0085135 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

DEPOSIT AMOUNT
413.99 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



REMOVE DOCUMENT ALONG THIS PERFORATION

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 4,2016 | 00B5182 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
413.99 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| 4635 | | EUGENIA BARAHONA ALVARAD | | | | | HOME FAMILY CARE INC |
|---|---|---|---|---|---|---|---|
| 1691 | | 0200 | | | | | 3051 BRIGHTON 3RD STREET |
| | | | | | | | BROOKLYN, NY 11236 |
| FEB 27,2016 | | MAR  4,2016 | | MAR 11,2016 | FR - $ 00<br>ST - $ 00 | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 4435.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 274.97 |
| | | | | FED WTH | 68.59 | | | MEDFICA | 64.31 |
| | | | | NY | 20.46 | | | FED WTH | 496.51 |
| | | | | NYCITY | 13.52 | | | STATE | 133.60 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 89.74 |
| | | | | | | | | DISAB | 6.60 |
| | | | | | | | | NYCSICK | 31.27 |

| Totals | | 560.00 | | 146.01 | | 0.00 | Voucher Number 0087237 | Net Pay *******413.99 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 11,2016 | 0087237 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank TR#    Account#

DEPOSIT AMOUNT
413.99 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 18,2016 | 0088334 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/A#   Account#

DEPOSIT AMOUNT
507.82 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 5695.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 353.09 |
| | | | | FED WTH | 68.59 | | | MEDFICA | 82.58 |
| | | | | NY | 20.46 | | | FED WTH | 654.69 |
| | | | | NYCITY | 13.52 | | | STATE | 183.55 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 122.21 |
| | | | | | | | | DISAB | 7.80 |
| | | | | | | | | NYCSICK | 34.73 |

| Totals | | 560.00 | | 146.01 | | 0.00 | Voucher Number 0089430 | Net Pay *******413.99 |
|---|---|---|---|---|---|---|---|---|

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 25,2016 | 0089430 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
413.99 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| APR  1,2016 | 0090530 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

**DEPOSIT AMOUNT**
222.09 NET PAY

EUGENIA BARAHONA ALVARAD

---

## NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| File Number | Employee Name |
|---|---|
| 4635 | EUGENIA BARAHONA ALVARAD |

| Company | Division | Department | Check Number | Social Security Number |
|---|---|---|---|---|
| 1691 | | 0200 | | |

| Period Start | Period Ending | Check Date | |
|---|---|---|---|
| MAR 19,2016 | MAR 25,2016 | APR  1,2016 | Fed = $  .00  St = $  .00 |

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 2.00 | 140.0000 | 280.00 | FICA | 17.36 | | | GROSS | 5975.00 |
| | | | | MEDFICA | 4.06 | | | FICA | 370.45 |
| | | | | FED WTH | 26.59 | | | MEDFICA | 86.64 |
| | | | | NY | 5.51 | | | FED WTH | 681.28 |
| | | | | NYCITY | 3.79 | | | STATE | 189.06 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 126.00 |
| | | | | | | | | DISAB | 8.40 |
| | | | | | | | | NYCSICK | 35.60 |



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| APR 8,2016 | 0091643 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

THIS DOCUMENT PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| APR 15,2016 | 0092771 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

EUGENIA BARAHONA ALVARAD

DEPOSIT AMOUNT
190.23 NET PAY

## NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| File Number | Employee Name | | | |
|---|---|---|---|---|
| 4635 | EUGENIA BARAHONA ALVARAD | | | |

| Company | Division | Department | Clock Number | Social Security Number |
|---|---|---|---|---|
| 1691 | | 0200 | | |

Company Name and Address
**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| Period Start | Period Ending | Check Date | Fm - $ 00 / w - $ 00 |
|---|---|---|---|
| APR  2,2016 | APR  8,2016 | APR 15,2016 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 8.00 | 10.0000 | 80.00 | FICA | 14.57 | | | GROSS | 6830.00 |
| LIVE IN | 1.00 | 155.0000 | 155.00 | MEDFICA | 3.41 | | | FICA | 423.46 |
| | | | | FED WTH | 19.84 | | | MEDFICA | 99.04 |
| | | | | NY | 3.71 | | | FED WTH | 778.71 |
| | | | | NYCITY | 2.64 | | | STATE | 217.10 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 144.47 |
| | | | | | | | | DISAB | 9.60 |
| | | | | | | | | NYCSICK | 38.03 |
| **Totals** | | | 235.00 | | 44.77 | | | Net Pay ******190.23 | |



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 6,2016 | 0096191 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
281.50 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

Case 1:16-cv-06707-KAM-TAM    Document 74-14    Filed 09/12/19    Page 19 of 33 PageID #: 1942



| | | | | | | EARNINGS | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EARNINGS
LIVE IN   3.00   155.0000   465.00

TAXES
FICA      28.83
MEDFICA    6.74
FED WTH   54.34
NY        14.81
NYCITY    10.01
NY DIS.    0.60

DEDUCTIONS

YEAR TO DATE
GROSS     8460.00
FICA       524.52
MEDFICA    122.67
FED WTH    961.57
STATE      264.69
LOCAL      176.74
DISAB       12.00
NYCSICK     40.00

| Totals | 465.00 | 115.33 | 0.00 | 0097340 | *******349.67 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 13,2016 | 0097340 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
349.67 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 20, 2016 | 0098517 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

DEPOSIT AMOUNT
557.29 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

Case 1:16-cv-06707-KAM-TAM   Document 74-14   Filed 08/12/19   Page 21 of 33 PageID #: 1944



| | | | Company 1691 | | Department 0200 | | | Check Date MAY 27,2016 | FW - $.00 ST - $.00 |
|---|---|---|---|---|---|---|---|---|---|
| Period Start MAY 14,2016 | | Period Ending MAY 20,2016 | | | | | | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION AMOUNT | | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 155.0000 | 620.00 | FICA | 38.44 | | | GROSS | 9855.00 |
| | | | | MEDFICA | 8.99 | | | FICA | 611.01 |
| | | | | FED WTH | 77.59 | | | MEDFICA | 142.90 |
| | | | | NY | 24.33 | | | FED WTH | 1140.77 |
| | | | | NYCITY | 15.83 | | | STATE | 323.35 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 214.45 |
| | | | | | | | | DISAB | 13.20 |
| | | | | | | | | NYCSICK | 40.00 |
| **Totals** | | | 620.00 | | 165.78 | | 0.00 | Voucher Number 0099680 | Net Pay *******454.22 |

---

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 27,2016 | 0099680 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

**DEPOSIT AMOUNT**
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 3.00 | 155.0000 | 465.00 | FICA | 28.83 | | | GROSS | 10320.00 |
| | | | | MEDFICA | 6.74 | | | FICA | 639.84 |
| | | | | FED WTH | 54.34 | | | MEDFICA | 149.6 |
| | | | | NY | 14.81 | | | FED WTH | 1195.1 |
| | | | | NYCITY | 10.01 | | | STATE | 338.1 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 224.4( |
| | | | | | | | | DISAB | 13.80 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 465.00 | | 115.33 | | 0.00 | | |

Voucher Number 0102058   Net Pay ********349.67

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUN 10,2016 | 0102058 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#   Account#

DEPOSIT AMOUNT
349.67 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

Case 1:16-cv-06707-KAM-TAM   Document 74-14   Filed 05/24/19   Page 23 of 33 PageID #: 1946



| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 155.0000 | 620.00 | FICA | 38.44 | | | GROSS | 11715.00 |
| | | | | MEDFICA | 8.99 | | | FICA | 726.33 |
| | | | | FED WTH | 77.59 | | | MEDFICA | 169.87 |
| | | | | NY | 24.33 | | | FED WTH | 1374.31 |
| | | | | NYCITY | 15.83 | | | STATE | 396.82 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 262.17 |
| | | | | | | | | DISAB | 14.40 |
| | | | | | | | | NYCSICK | 40.00 |

| Totals | 620.00 | | 165.78 | | 0.00 | Voucher Number 0103287 | Net Pay *******454.22 |
|---|---|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUN 17,2016 | 0103287 |

## DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#    Account#

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUN 17,2016 | 0103288 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
557.89 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUN 24,2016 | 0104512 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 1.00 | 155.0000 | 155.00 | FICA | 9.61 | | | GROSS | 13265.00 |
| | | | | MEDFICA | 2.24 | | | FICA | 822.43 |
| | | | | FED WTH | 11.17 | | | MEDFICA | 192.34 |
| | | | | NY | 0.51 | | | FED WTH | 1564.68 |
| | | | | NYCITY | 1.12 | | | STATE | 455.99 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 301.00 |
| | | | | | | | | DISAB | 16.20 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 155.00 | | 25.25 | | 0.00 | Voucher Number 0107034 | Net Pay *******129.75 |

- - - REMOVE DOCUMENT ALONG THIS PERFORATION - - -

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| | DEPOSIT DATE | VOUCHER NO. |
|---|---|---|
| | JUL 8,2016 | 0107034 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#   Account#

DEPOSIT AMOUNT
129.75 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4635 | | | | | | 3051 BRIGHTON 3RD STREET | | |
| 1691 | 0200 | | | | | BROOKLYN, NY 11235 | | |
| JUL 2,2016 | JUL 8,2016 | JUL 15,2016 | TH $ 00 / XT $ 00 | | | (718)975-8998 | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| LIVE IN | 4.00 155.0000 | 620.00 | FICA | 38.44 | | | GROSS | 14350.00 |
| | | | MEDFICA | 8.99 | | | FICA | 889.70 |
| | | | FED WTH | 77.59 | | | MEDFICA | 208.08 |
| | | | NY | 24.33 | | | FED WTH | 1696.61 |
| | | | NYCITY | 15.83 | | | STATE | 495.13 |
| | | | NY DIS. | 0.60 | | | LOCAL | 326.84 |
| | | | | | | | DISAB | 17.40 |
| | | | | | | | NYCSICK | 40.00 |

| Totals | | 620.00 | | 165.78 | | 0.00 | 0108308 | *******454.22 |
|---|---|---|---|---|---|---|---|---|

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUL 15,2016 | 0108308 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#    Account#

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 155.0000 | 620.00 | FICA | 38.44 | | | GROSS | 14970.00 |
| | | | | MEDFICA | 8.99 | | | FICA | 928.14 |
| | | | | FED WTH | 77.59 | | | MEDFICA | 217.07 |
| | | | | NY | 24.33 | | | FED WTH | 1774.20 |
| | | | | NYCITY | 15.83 | | | STATE | 519.46 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 342.67 |
| | | | | | | | | DISAB | 18.00 |
| | | | | | | | | NYCSICK | 40.00 |
| **Totals** | | | 620.00 | | 165.78 | | 0.00 | 0109570 | ******454.22 |

4635    EUGENIA BARAHONA ALVARAD
1691    0200
JUL  9,2016    JUL 15,2016    JUL 22,2016    FW = $ 00    ST = $ 00
# 1951

Voucher Number: 0109570    Net Pay: ******454.22

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUL 22,2016 | 0109570 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R #    Account #

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



HOME FAMILY CARE INC.
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | DATE | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 155.0000 | 620.00 | FICA | 38.44 | | | GROSS | 15590.00 |
| | | | | MEDFICA | 8.99 | | | FICA | 966.58 |
| | | | | FED WTH | 77.59 | | | MEDFICA | 226.06 |
| | | | | NY | 24.33 | | | FED WTH | 1851.79 |
| | | | | NYCITY | 15.83 | | | STATE | 543.79 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 358.50 |
| | | | | | | | | DISAB | 18.60 |
| | | | | | | | | NYCSICK | 40.00 |

| Totals | | | 620.00 | | 165.78 | | 0.00 | 0110834 | |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUL 29,2016 | 0110834 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 5,2016 | 0112038 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R#    Account#

DEPOSIT AMOUNT
454.22 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



4635    EUGENIA BARAHONA ALVARAD

1691    0200

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

| Period Start | Period Ending | Check Date | |
|---|---|---|---|
| JUL 30,2016 | AUG 5,2016 | AUG 12,2016 | FW - $ 00 |
| | | | ST - $ 00 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 7.00 | 11.0000 | 77.00 | FICA | 14.38 | | | GROSS | 16442.00 |
| LIVE IN | 1.00 | 155.0000 | 155.00 | MEDFICA | 3.36 | | | FICA | 1019.40 |
| | | | | FED WTH | 19.39 | | | MEDFICA | 238.41 |
| | | | | NY | 3.59 | | | FED WTH | 1948.77 |
| | | | | NYCITY | 2.58 | | | STATE | 571.71 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 376.91 |
| | | | | | | | | DISAB | 19.80 |
| | | | | | | | | NYCSICK | 40.00 |

| Totals | | | 232.00 | | 43.90 | | 0.00 | Voucher Number | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | D113300 | *******188.10 |

─────────── REMOVE DOCUMENT ALONG THIS PERFORATION ───────────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 12,2016 | 0113300 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R #        Account

DEPOSIT AMOUNT
188.10 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 1691 | 0200 | Check Number | 1w - $ .00 | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 (718)975-8998 |
| Period Start AUG 13,2016 | Period Ending AUG 19,2016 | Check Date AUG 26,2016 | 1r - $ .00 | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 7.00 | 155.0000 | 1085.00 | FICA | 67.27 | | | GROSS | 18147.00 |
| | | | | MEDFICA | 15.73 | | | FICA | 1125.11 |
| | | | | FED WTH | 179.11 | | | MEDFICA | 263.13 |
| | | | | NY | 54.33 | | | FED WTH | 2205.47 |
| | | | | NYCITY | 33.97 | | | STATE | 650.37 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 426.71 |
| | | | | | | | | DISAB | 21.00 |
| | | | | | | | | NYCSICK | 40.00 |

| Totals | | | 1085.00 | | 351.01 | | 0.00 | Voucher Number 0115927 | Net Pay ******733.99 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| | DEPOSIT DATE | VOUCHER NO. |
|---|---|---|
| | AUG 26,2016 | 0115927 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

**DEPOSIT AMOUNT**
733.99 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
| --- | --- |
| SEP 2,2016 | 0117181 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
349.67 NET PAY

EUGENIA BARAHONA ALVARAD

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**