| File Number | Employee Name | | | | | Company Name and Address |
|---|---|---|---|---|---|---|
| 2004 | SANAT KAMAROV | | | | | HOME FAMILY CARE INC. |
| Company | Division | Department | Clock Number | Social Security Number | | 3051 BRIGHTON 3RD STREET |
| 1691 | | 0200 | | | | BROOKLYN, NY 11235 |
| Period Start | Period Ending | Check Date | FW - M 00 | | | |
| NOV 1,2014 | NOV 14,2014 | NOV 21,2014 | ST - M 00 | | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 2.00 | 140.0000 | 280.00 | FICA | 17.36 | | | GROSS | 280.00 |
| | | | | MEDFICA | 4.06 | | | FICA | 17.36 |
| | | | | NYCITY | 1.30 | | | MEDFICA | 4.06 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 1.30 |
| | | | | | | | | DISAB | 1.20 |
| | | | | | | | | NYCSICK | 0.87 |
| **Totals** | | | 280.00 | | 23.92 | | 0.00 | Voucher Number 0056794 | Net Pay *******256.08 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| NOV 21,2014 | 0056794 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
256.08 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC |
| Company | Division | Department | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET |
| 1691 | | 0200 | | ███ | BROOKLYN, NY 11235 |
| Period Start | Period Ending | | Check Date | FW = M 00 / ST = M 00 | (718)975-8998 |
| NOV 15,2014 | NOV 28,2014 | | DEC 5,2014 | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 840.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 52.08 |
| | | | | FED WTH | 23.50 | | | MEDFICA | 12.18 |
| | | | | NY | 10.48 | | | FED WTH | 23.50 |
| | | | | NYCITY | 6.99 | | | STATE | 10.48 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 8.29 |
| | | | | | | | | DISAB | 2.40 |
| | | | | | | | | NYCSICK | 2.60 |

| Totals | | | 560.00 | | 85.01 | | 0.00 | Voucher Number 0057411 | Net Pay *******474.99 |

──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| DEC 5,2014 | 0057411 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
474.99 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | Company Name and Address |
|---|---|---|
| 20?? | SANAT KAMAROV | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |

| Company | Division | Department | Clock Number | Social Security Number | |
|---|---|---|---|---|---|
| 1691 | | 0200 | | | |

| Period Start | Period Ending | Check Date | FW = M 00 / ST = M 00 | (718)975-8998 |
|---|---|---|---|---|
| NOV 29,2014 | DEC 12,2014 | DEC 19,2014 | | |

### EARNINGS
| Description | Units | Rate | Amount |
|---|---|---|---|
| LIVE IN | 4.00 | 140.0000 | 560.00 |
| **Totals** | | | **560.00** |

### TAXES
| Description | Amount |
|---|---|
| FICA | 34.72 |
| MEDFICA | 8.12 |
| FED WTH | 23.50 |
| NY | 10.48 |
| NYCITY | 6.99 |
| NY DIS. | 1.20 |
| **Total** | **85.01** |

### DEDUCTIONS
| Description | Amount |
|---|---|
| **Total** | **0.00** |

### YEAR TO DATE
| Description | Amount |
|---|---|
| GROSS | 1400.00 |
| FICA | 86.80 |
| MEDFICA | 20.30 |
| FED WTH | 47.00 |
| STATE | 20.96 |
| LOCAL | 15.28 |
| DISAB | 3.60 |
| NYCSICK | 4.33 |

Voucher Number: 0058049
Net Pay: *******474.99

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| DEC 19,2014 | 0058049 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
474.99 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC. |
| Company | Division | Department | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET |
| 1691 | | 0200 | | | BROOKLYN, NY 11235 |
| Period Start | Period Ending | Check Date | FW - M 00 | | |
| DEC 13,2014 | DEC 26,2014 | JAN 2,2015 | ST - M 00 | | (718)975-8998 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 5.00 | 140.0000 | 700.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 43.40 |
| MEDFICA | 10.15 |
| FED WTH | 36.92 |
| NY | 16.30 |
| NYCITY | 11.33 |
| NY DIS. | 1.20 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 700.00 |
| FICA | 43.40 |
| MEDFICA | 10.15 |
| FED WTH | 36.92 |
| STATE | 16.30 |
| LOCAL | 11.33 |
| DISAB | 1.20 |
| NYCSICK | 6.49 |

| Totals | 700.00 | 119.30 | 0.00 | Voucher Number 0058671 | Net Pay *******580.70 |
|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 2,2015 | 0058671 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

**DEPOSIT AMOUNT**
580.70 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC. |
| Company | Division | Department | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET |
| 1691 | | 0200 | | | BROOKLYN, NY 11235 |
| Period Start | Period Ending | Check Date | FW - M 00 | | (718)975-8998 |
| DEC 27,2014 | JAN 9,2015 | JAN 16,2015 | ST - M 00 | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 1260.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 78.12 |
| | | | | FED WTH | 22.92 | | | MEDFICA | 18.27 |
| | | | | NY | 10.32 | | | FED WTH | 59.84 |
| | | | | NYCITY | 6.99 | | | STATE | 26.62 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 18.32 |
| | | | | | | | | DISAB | 2.40 |
| | | | | | | | | NYCSICK | 8.22 |
| **Totals** | | | 560.00 | | 84.27 | | 0.00 | Voucher Number 0059304 | Net Pay ******475.73 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JAN 16,2015 | 0059304 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
475.73 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | | HOME FAMILY CARE INC | |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number | | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 | |
| Period Start JAN 24, 2015 | | Period Ending FEB 6, 2015 | Check Date FEB 13, 2015 | FW = M 00  ST = M 00 | | (718)975-8998 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 2380.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 147.56 |
| | | | | FED WTH | 22.92 | | | MEDFICA | 34.51 |
| | | | | NY | 10.32 | | | FED WTH | 105.68 |
| | | | | NYCITY | 6.99 | | | STATE | 47.26 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 32.30 |
| | | | | | | | | DISAB | 4.80 |
| | | | | | | | | NYCSICK | 11.68 |
| Totals | | | 560.00 | | 84.27 | | 0.00 | Voucher Number 0060621 | Net Pay ******475.73 |

─── REMOVE DOCUMENT ALONG THIS PERFORATION ───

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 13, 2015 | 0060621 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
475.73 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| Company 1691 | 2094 | SANAT KAMAROV | | | HOME FAMILY CARE INC |
|---|---|---|---|---|---|
| | Department 0200 | Check Number | Social Security Number | | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start FEB 7, 2015 | Period Ending FEB 20, 2015 | Check Date FEB 27, 2015 | FW = M 00 ST = M 00 | | (718) 975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 2940.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 182.28 |
| | | | | FED WTH | 22.92 | | | MEDFICA | 42.63 |
| | | | | NY | 10.32 | | | FED WTH | 128.60 |
| | | | | NYCITY | 6.99 | | | STATE | 57.58 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 39.29 |
| | | | | | | | | DISAB | 6.00 |
| | | | | | | | | NYCSICK | 13.41 |
| Totals | | | 560.00 | | 84.27 | | 0.00 | Voucher Number 0061295 | Net Pay *******475.73 |

---REMOVE DOCUMENT ALONG THIS PERFORATION---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| FEB 27, 2015 | 0061295 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
475.73 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | | HOME FAMILY CARE INC. |
|---|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | | 3051 BRIGHTON 3RD STREET |
| Company | Division | Department | Check Number | Social Security Number | | BROOKLYN, NY 11235 |
| 1691 | | 0200 | | | | |
| Period Start | Period Ending | Check Date | FW = M 00 | | | (718)975-8998 |
| FEB 21,2015 | MAR 6,2015 | MAR 13,2015 | ST = M 00 | | | |

| EARNINGS | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 3500.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 217.00 |
| | | | | FED WTH | 22.92 | | | MEDFICA | 50.75 |
| | | | | NY | 10.32 | | | FED WTH | 151.52 |
| | | | | NYCITY | 6.99 | | | STATE | 67.90 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 46.28 |
| | | | | | | | | DISAB | 7.20 |
| | | | | | | | | NYCSICK | 15.14 |

| Totals | | | 560.00 | | 84.27 | | 0.00 | Voucher Number 0061964 | Net Pay *******475.73 |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 13,2015 | 0061964 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#    Account#

DEPOSIT AMOUNT
475.73 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| | | | | | | |
|---|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC. | |
| Company 1691 | Division | Department 0200 | Check Number | Social Security Number | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 | |
| Period Start MAR 7, 2015 | Period Ending MAR 20, 2015 | | Check Date MAR 27, 2015 | FW - M 00 ST - M 00 | (718)975-8998 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 4060.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 251.72 |
| | | | | FED WTH | 22.92 | | | MEDFICA | 58.87 |
| | | | | NY | 10.32 | | | FED WTH | 174.44 |
| | | | | NYCITY | 6.99 | | | STATE | 78.22 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 53.27 |
| | | | | | | | | DISAB | 8.40 |
| | | | | | | | | NYCSICK | 16.87 |
| Totals | | | 560.00 | | 84.27 | | 0.00 | Voucher Number 0062644 | Net Pay *******475.73 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 27, 2015 | 0062644 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
475.73 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



Case 1:16-cv-06707-KAM-TAM   Document 74-15   Filed 08/12/19   Page 10 of 20 PageID #: 1966

| Company 1691 | Division 2094 | Department 0200 | Clock Number | Social Security Number | SANAT KAMAROV | Company Name and Address HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
|---|---|---|---|---|---|---|
| Period Start MAR 21,2015 | Period Ending APR 3,2015 | Check Date APR 10,2015 | FW = M 00 ST = M 00 | | | (718)975-8998 |

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 4.00 | 140.0000 | 560.00 |
| **Totals** | | | **560.00** |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 34.72 |
| MEDFICA | 8.12 |
| FED WTH | 22.92 |
| NY | 10.32 |
| NYCITY | 6.99 |
| NY DIS. | 1.20 |
| **Total** | **84.27** |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| **Total** | **0.00** |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 4620.00 |
| FICA | 286.44 |
| MEDFICA | 66.99 |
| FED WTH | 197.36 |
| STATE | 88.54 |
| LOCAL | 60.26 |
| DISAB | 9.60 |
| NYCSICK | 18.60 |

Voucher Number: 0063330
Net Pay: *******475.73

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| APR 10,2015 | 0063330 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
475.73 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number | FW = M 00<br>ST = M 00 | 2094 SANAT KAMAROV<br>HOME FAMILY CARE INC.<br>3051 BRIGHTON 3RD STREET<br>BROOKLYN, NY 11235<br>(718)975-8998 |
|---|---|---|---|---|---|---|
| Period Start APR 4,2015 | Period Ending APR 17,2015 | Check Date APR 24,2015 | | | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 6.00 | 140.0000 | 840.00 | FICA | 52.08 | | | GROSS | 5460.00 |
| | | | | MEDFICA | 12.18 | | | FICA | 338.52 |
| | | | | FED WTH | 50.92 | | | MEDFICA | 79.17 |
| | | | | NY | 23.35 | | | FED WTH | 248.28 |
| | | | | NYCITY | 15.98 | | | STATE | 111.89 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 76.24 |
| | | | | | | | | DISAB | 10.80 |
| | | | | | | | | NYCSICK | 21.20 |
| **Totals** | | | 840.00 | | 155.71 | | 0.00 | Voucher Number 0064042 | Net Pay *******684.29 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| APR 24,2015 | 0064042 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

**DEPOSIT AMOUNT**
684.29 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC. |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start APR 18,2015 | Period Ending MAY 1,2015 | Check Date MAY 8,2015 | FW - M 00 ST - M 00 | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 12.00 | 140.0000 | 1680.00 | FICA | 104.16 | | | GROSS | 7140.00 |
| | | | | MEDFICA | 24.36 | | | FICA | 442.68 |
| | | | | FED WTH | 166.90 | | | MEDFICA | 103.53 |
| | | | | NY | 76.01 | | | FED WTH | 415.18 |
| | | | | NYCITY | 48.07 | | | STATE | 187.90 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 124.31 |
| | | | | | | | | DISAB | 12.00 |
| | | | | | | | | NYCSICK | 26.39 |
| Totals | | | 1680.00 | | 420.70 | | 0.00 | Voucher Number 0064767 | Net Pay ******1259.30 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 8,2015 | 0064767 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
1259.30 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| | | | | | | |
|---|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC | |
| Company 1691 | Department 0200 | Clock Number | Social Security Number | | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 | |
| Period Start MAY 2, 2015 | Period Ending MAY 15, 2015 | Check Date MAY 22, 2015 | FW - M 00 ST - M 00 | | (718) 975-8998 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 11.00 | 140.0000 | 1540.00 | FICA | 95.48 | | | GROSS | 8680.00 |
| | | | | MEDFICA | 22.33 | | | FICA | 538.16 |
| | | | | FED WTH | 145.90 | | | MEDFICA | 125.86 |
| | | | | NY | 66.98 | | | FED WTH | 561.08 |
| | | | | NYCITY | 42.61 | | | STATE | 254.88 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 166.92 |
| | | | | | | | | DISAB | 13.20 |
| | | | | | | | | NYCSICK | 31.15 |

| Totals | | | 1540.00 | | 374.50 | | 0.00 | Voucher Number 0065510 | Net Pay ******1165.50 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 22, 2015 | 0065510 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

**DEPOSIT AMOUNT**
1165.50 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**





| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 14.00 | 140.0000 | 1960.00 | FICA | 121.52 | | | GROSS | 11620.00 |
| | | | | MEDFICA | 28.42 | | | FICA | 720.44 |
| | | | | FED WTH | 208.90 | | | MEDFICA | 168.49 |
| | | | | NY | 94.07 | | | FED WTH | 834.90 |
| | | | | NYCITY | 58.99 | | | STATE | 380.56 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 247.07 |
| | | | | | | | | DISAB | 15.60 |
| | | | | | | | | NYCSICK | 40.00 |
| **Totals** | | | 1960.00 | | 513.10 | | 0.00 | Voucher Number 0067037 | Net Pay ******1446.90 |

Company 1691  
2094  SANAT KAMAROV  
0200  
Period Start MAY 30, 2015  
Period Ending JUN 12, 2015  
Check Date JUN 19, 2015  
FW - M 00  
ST - M 00  

HOME FAMILY CARE INC  
3051 BRIGHTON 3RD STREET  
BROOKLYN, NY 11235  
(718)975-8998  

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

**HOME FAMILY CARE INC.**  
3051 BRIGHTON 3RD STREET  
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUN 19, 2015 | 0067037 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT  
1446.90 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Company 1691 | 2094 | SANAT KAMAROV 0200 | | | FW-M 00 ST-M 00 | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 | |
| Period Start JUN 13,2015 | Period Ending JUN 26,2015 | Check Date JUL 3,2015 | | | | (718)975-8998 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 14.00 | 140.0000 | 1960.00 | FICA | 121.52 | | | GROSS | 13580.00 |
| | | | | MEDFICA | 28.42 | | | FICA | 841.96 |
| | | | | FED WTH | 208.90 | | | MEDFICA | 196.91 |
| | | | | NY | 94.07 | | | FED WTH | 1043.80 |
| | | | | NYCITY | 58.99 | | | STATE | 474.63 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 306.06 |
| | | | | | | | | DISAB | 16.80 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 1960.00 | | 513.10 | | 0.00 | Voucher Number 0067834 | Net Pay ******1446.90 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUL 3,2015 | 0067834 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
1446.90 NET PAY

**SANAT KAMAROV**

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | HOME FAMILY CARE INC. |
| Company | Division | Department | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET |
| 1691 | | 0200 | | | BROOKLYN, NY 11235 |
| Period Start | Period Ending | Check Date | FW = M 00 | | (718)975-8998 |
| JUN 27,2015 | JUL 10,2015 | JUL 17,2015 | ST = M 00 | | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 14.00 | 140.0000 | 1960.00 | FICA | 121.52 | | | GROSS | 15540.00 |
| | | | | MEDFICA | 28.42 | | | FICA | 963.48 |
| | | | | FED WTH | 208.90 | | | MEDFICA | 225.33 |
| | | | | NY | 94.07 | | | FED WTH | 1252.70 |
| | | | | NYCITY | 58.99 | | | STATE | 568.70 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 365.05 |
| | | | | | | | | DISAB | 18.00 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 1960.00 | | 513.10 | | 0.00 | Voucher Number 0068642 | Net Pay ******1446.90 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUL 17,2015 | 0068642 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

**DEPOSIT AMOUNT**
1446.90 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 2094 | SANAT KAMAROV | | | | HOME FAMILY CARE INC. |
| Company | Division | Department | Clock Number | Social Security Number | 3051 BRIGHTON 3RD STREET |
| 1691 | | 0200 | | | BROOKLYN, NY 11235 |
| Period Start | Period Ending | Check Date | FW - M 00 | | |
| JUL 11,2015 | JUL 24,2015 | JUL 31,2015 | ST - M 00 | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 14.00 | 140.0000 | 1960.00 | FICA | 121.52 | | | GROSS | 17500.00 |
| | | | | MEDFICA | 28.42 | | | FICA | 1085.00 |
| | | | | FED WTH | 208.90 | | | MEDFICA | 253.75 |
| | | | | NY | 94.07 | | | FED WTH | 1461.60 |
| | | | | NYCITY | 58.99 | | | STATE | 662.77 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 424.04 |
| | | | | | | | | DISAB | 19.20 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 1960.00 | | 513.10 | | 0.00 | Voucher Number 0069468 | Net Pay ******1446.90 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUL 31,2015 | 0069468 |

**DIRECT DEPOSIT - NON NEGOTIABLE**        Bank T/R#   Account#        DEPOSIT AMOUNT
                                                                      1446.90 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| EARNINGS | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 14.00  140.0000 | 1960.00 | FICA | 121.52 | | | GROSS | 19460.00 |
| | | | MEDFICA | 28.42 | | | FICA | 1206.52 |
| | | | FED WTH | 208.90 | | | MEDFICA | 282.17 |
| | | | NY | 94.07 | | | FED WTH | 1670.50 |
| | | | NYCITY | 58.99 | | | STATE | 756.84 |
| | | | NY DIS. | 1.20 | | | LOCAL | 483.03 |
| | | | | | | | DISAB | 20.40 |
| | | | | | | | NYCSICK | 40.00 |
| Totals | | 1960.00 | | 513.10 | | 0.00 | Voucher Number 0070308 | Net Pay ******1446.90 |

Company: 2094  SANAT KAMAROV
Invoice: 1691  Department: 0200
Period Start: JUL 25, 2015  Period Ending: AUG 7, 2015  Check Date: AUG 14, 2015
FW - M 00  ST - M 00

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

DEPOSIT DATE: AUG 14, 2015
VOUCHER NO.: 0070308

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
1446.90 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 4.00 | 140.0000 | 560.00 | FICA | 34.72 | | | GROSS | 29820.00 |
| | | | | MEDFICA | 8.12 | | | FICA | 1848.84 |
| | | | | FED WTH | 22.92 | | | MEDFICA | 432.39 |
| | | | | NY | 10.32 | | | FED WTH | 2737.92 |
| | | | | NYCITY | 6.99 | | | STATE | 1237.51 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 784.97 |
| | | | | | | | | DISAB | 27.60 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 560.00 | | 84.27 | | 0.00 | Voucher Number 0075785 | Net Pay *******475.73 |

Company 1691 / 0200 — 2094 SANAT KAMAROV
Period Start OCT 17,2015 — Period Ending OCT 30,2015 — Check Date NOV 6,2015
FW M 00 / YR M 00

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

DEPOSIT DATE: NOV 6,2015
VOUCHER NO.: 0075785

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R#   Account#

DEPOSIT AMOUNT
475.73 NET PAY

SANAT KAMAROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**