TO BE PUBLISHED IN ENGLISH, SPANISH, RUSSIAN AND CHINESE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br>                      Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**NOTICE OF PENDENCY**<br><br>**IMPORTANT NOTICE ADVISING YOU OF YOUR LEGAL RIGHTS** |

**TO**: Plaintiffs and all other individuals who performed work as home health aides and/or home attendants ("home health aides") for Home Family Care, Inc. from January 1, 2015 to the present and worked more than 40 hours in any work week or worked four (4) or more 24-hour shifts in any work week (the "Class Members").

If you worked for Home Family Care, Inc., at any time since January 1, 2015, the purpose of this Notice is to advise you of this class action lawsuit, and to further advise you of certain rights you may have with respect to this action.

Plaintiff Nazokat Atakhanova is a former employee of Home Family Care who has brought this action on behalf of all other current and former Home Family Care employees who allege that they were not paid proper overtime compensation (at one and one-half times their regular hourly rate) for all hours worked over 40 per week, and/or did not receive proper hiring notices indicating their correct overtime rate in their native language as required by New York Labor Law. Plaintiffs have brought this lawsuit to recover wages allegedly owed to the putative class.

This lawsuit seeks payment of overtime wages pursuant to the Fair Labor Standards Act and New York State Law allegedly owed to current and former employees of Home Family Care.

**YOU MAY BE OWED PAYMENT IF:**

1. You worked for Home Family Care and worked more than 40 hours in any work week and were not paid overtime at one and one-half times (1.5x) your regular hourly rate of pay for all overtime hours worked.
2. You worked for Home Family Care for four (4) or more 24-hour shifts in any work week and were not paid overtime at one and one-half times (1.5x) your regular hourly rate of pay for all overtime hours worked.

3. You worked for Home Family Care and did not receive a proper hiring notice containing your correct overtime rate in your native language.

This Notice is meant to advise you of your right to participate in this lawsuit as a claimant and plaintiff if you believe that you were underpaid by Home Family Care.

## NEW YORK LABOR LAW CLAIMS

A class has been certified for claims arising under New York State Law seeking unpaid overtime wages. **You do not need to do anything at this time as you are automatically a member of the Class of workers who have claims arising under New York State Law.** You may participate in this case as long as you worked for Home Family Care at any time since January 1, 2015. You shall be represented by Virginia & Ambinder, LLP and Naydenskiy Law Firm, LLC, the attorneys designated by the Court to represent you ("Class Counsel"). If you decide to participate in this lawsuit, you give up the right to sue Home Family Care for unpaid overtime wages and for failing to provide a proper hiring notice. You will be bound by any decision of the Court in this lawsuit.

If you do not wish to participate in this lawsuit, you must send a letter stating your intention to exclude yourself from the Class (opt-out) by _____[60 days after mailing date] to LaDonna Lusher, Esq. of Virginia & Ambinder, LLP, located at 40 Broad Street, 7th Floor, New York, NY 10004. If you decide not to participate in this lawsuit (opt-out), you may not be eligible to receive any benefits in the event that recovery is obtained. You would be free to independently file or pursue claims against any of the Defendants at your own expense.

You will not be required to pay any fee for services provided by Class Counsel. If you are represented by Class Counsel, their costs and fees will be paid out of any recovery against Home Family Care. You have a right to consult with an attorney about this matter. If you wish to be represented by other counsel, you may retain another attorney, but you may be responsible for paying that attorney.

LaDonna Lusher, Esq. and Joel Goldenberg, Esq., of Virginia & Ambinder, LLP, located at 40 Broad Street, 7th Floor, New York, NY 10004, telephone number (212) 943-9080, fax number (212) 943-9082, and Gennadiy Naydenskiy, Esq. of Naydenskiy Law Firm LLC, located at 281 Summerhill Road, Suite 210, East Brunswick, NJ 08816, telephone number (212) 808-2224, have been designated as Class Counsel, and represent the Plaintiffs in this case.

**Further information** about this Notice and answers to other questions concerning this lawsuit may be obtained by contacting Class Counsel, LaDonna Lusher, Esq. or Joel Goldenberg, Esq. of Virginia & Ambinder, LLP, located at 40 Broad Street, 7th Floor, New York, NY 10004, **telephone number (212) 943-9080**, fax number (212) 943-9082, or email llusher@vandallp.com. If you would like to discuss your potential claim, and require Spanish translation, please ask for Leonor Coyle or Ines Cruz. If you would like to discuss your potential claim, and require Russian translation, please ask for Joel Goldenberg or Albina Zakharkina.

**YOU HAVE A RIGHT TO PARTICIPATE IN THIS ACTION EVEN IF YOU ARE AN UNDOCUMENTED ALIEN OR YOU WERE PAID IN CASH.**

*PLEASE DO NOT CONTACT THE COURT ABOUT YOUR CLAIM.*

SO ORDERED: _____

Dated: New York, New York
_____, 2019