UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                                     Plaintiff,<br><br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br>                                     Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**PROPOSED PUBLICATION ORDER** |

       WHEREAS the Court having read and considered the proposed Notice of Class Action; and

       WHEREAS the Court finding that there exist substantial and sufficient grounds for entering this Order;

       IT IS HEREBY ORDERED that:

       1.      Within 21 days after entry of this Order, Defendants shall furnish Class Counsel with a list containing the names and last known address of all Class members employed by Defendants from January 1, 2015 through the present ("Class List"). To the extent possible, this mailing list is to be furnished in electronic form.

       2.      On or before 21 days after Defendants produce the Class List to Class Counsel, then Class Counsel or the designated Class Action Administrator shall cause a copy of the Notice of Class Action be mailed by first class mail to:

> Plaintiffs and all other individuals who performed work as home health aides and/or home attendants ("home health aides") for Home Family Care Inc. from January 1, 2015 through the present and worked more than 40 hours in any work week, or, worked four (4) or more 24-hour shifts in any work week (the "Class Members")

       3.      The Notice of Class Action shall be published in Spanish, Russian, Chinese and English, and shall also be posted in a conspicuous location at the Defendants' business premises

(i.e. outside each office, etc.) where it will be easily accessible to all presently employed Class members. Class Counsel shall cause a copy of the Notice to be made available on Class Counsel's website located at www.vandallp.com.

4.  The Court approves the form of the Notice of Class Action and finds that the mailing of such Notice substantially in the manner and form set forth in paragraph 2, and the posting of the Notice substantially in the manner and form set forth in paragraph 3, will constitute the best notice practicable under the circumstances to members of the Class.

**SO ORDERED:**

Dated: Brooklyn, New York
_____, 2019

_____
Hon. Kiyo A. Matsumoto, U.S.D.J.