UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br><br>Defendant. | Index No. 16-cv-6707 (KAM)(RML)<br><br>**DECLARATION OF LADONNA LUSHER IN SUPPORT OF PLAINTIFFS' PRE-MOTION CONFERENCE REQUEST** |

LaDonna Lusher, an attorney duly admitted to practice law in the Eastern District of New York, hereby affirms under the penalties of perjury that:

1.      I am a Partner with the law firm of Virginia & Ambinder, LLP, counsel to Named Plaintiff Nazokat Atakhanova ("Named Plaintiff" or "Atakhanova") and the certified class (collectively "Plaintiffs"). I submit this declaration in support of Plaintiffs' Pre-Motion Conference Request.

2.      Plaintiffs filed this action on December 4, 2016 seeking unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") and compensation for Defendants' failure to provide accurate wage statements pursuant to the NYLL.

3.      A copy of the Declaration of Named Plaintiff Nazokat Atakhanova is annexed hereto as Exhibit A.

4.      On October 2, 2017, this Court granted Plaintiffs' motion to certify this action as a collective action pursuant to 29 U.S.C. § 216(b). A true and accurate copy of the Docket is annexed hereto as Exhibit D.

5.      More than 160 individuals filed consents to join the collective action. [See Ex. D, Docket Entries 21, 22, 24-31, 38, 39-51, 55.]

6.      On February 19, 2019, Plaintiffs' motion to amend the complaint to replace the cause of action for improper wage statements with a claim for improper wage notices and to add Kiselev as a defendant was granted. A copy of the Order and Report and Recommendation, dated Feb. 19, 2019, is annexed hereto as Exhibit E.

7.      On July 22, 2020, this Court granted Plaintiffs' motion for class certification. A copy of the Memorandum and Order dated July 22, 2020, is annexed hereto as Exhibit F.

8.      The Certified Class consists of approximately 2,400 individuals. [*See* Ex. F.]

9.      The Certified Class is defined as: "All individuals who performed work for Home Family Care, Inc. as home health aides and/or home attendants from January 1, 2015 through the present, and who worked more than 40 hours in any work week, or worked four (4) or more 24-hour shifts in any work week."  [*See* Ex. F.]

10.     A copy of the Transcript of the Deposition of Defendant Alexander Kiselev is annexed hereto as Exhibit B.

11.     A copy of Defendant Home Family Care, Inc.'s Responses to Plaintiffs First Amended Request for Admission is annexed hereto as Exhibit C.

12.     A copy of a sampling of Named Plaintiff Atakhanova's paystubs is annexed hereto as Exhibit G.

13.     A copy of the Wage Hiring Notices provided to Named Plaintiff Atakhanova is annexed hereto as Exhibit H.

14.     A copy of a sampling of Class Member Paystubs with Wrong Overtime Rate is annexed hereto as Exhibit I.

15.     A copy of a sampling of Class Member Paystubs reflecting 24-Hour Shifts is annexed hereto as Exhibit J.

Dated:  New York, New York.
       May 24, 2023

                                        VIRGINIA & AMBINDER, LLP

                              By: _____/s/_____
                                    LaDonna M. Lusher