# *1:16cv6707, Atakhanova Et Al V. Home Family Care Inc.*

US District Court Docket

United States District Court, New York Eastern

(Brooklyn)

**This case was retrieved on 04/29/2022**

## Header

**Case Number:** 1:16cv6707
**Date Filed:** 12/04/2016
**Assigned To:** Judge Kiyo A. Matsumoto
**Referred To:** Magistrate Judge Taryn A. Merkl
**Nature of Suit:** Fair Labor Standards Act (710)
**Cause:** Fair Labor Standards Act
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** Federal Question

**Class Code:** Open
**Statute:** 29:201
**Jury Demand:** None
**Demand Amount:** $0
**NOS Description:** Fair Labor Standards Act

## Participants

| Litigants | Attorneys |
|---|---|
| Nazokat Atakhanova<br>individually and on behalf of all others similarly situated \|<br>**Plaintiff** | Joel Levi Goldenberg<br>ATTORNEY TO BE NOTICED<br>Virginia & Ambinder LLP<br>40 Broad Street 7th Floor<br>New York, NY  10004<br>USA<br>212-943-9080 Fax: 212-943-9082<br>Email:Jgoldenberg@vandallp.Com<br><br>LaDonna Marie Lusher<br>ATTORNEY TO BE NOTICED<br>Virginia & Ambinder LLP<br>40 Broad Street 7th Floor<br>New York, NY  10004<br>USA<br>212-943-9080 Fax: 212-943-9082 Email:Llusher@vandallp.Com<br><br>Lloyd Robert Ambinder<br>ATTORNEY TO BE NOTICED<br>Virginia & Ambinder LLP<br>40 Broad Street 7th Floor<br>New York, NY  10004<br>USA<br>(212) 943-9080 Fax: (212) 943-9082<br>Email:Lambinder@vandallp.Com<br><br>Michele A. Moreno<br>ATTORNEY TO BE NOTICED |

| Litigants | Attorneys |
|---|---|
| | Virginia & Ambinder LLP<br>40 Broad Street, 7th Floor<br>New York, NY 10004<br>USA<br>212-943-9080 Fax: 212-943-9082 Email:Mmoreno@vandallp.Com |
| | Gennadiy Naydenskiy<br>ATTORNEY TO BE NOTICED<br>Naydenskiy Law Firm, LLC<br>426 Main St # 201<br>Spotswood, NJ 08884<br>USA<br>718-808-2224 Email:Naydenskiylaw@gmail.Com |
| Home Family Care Inc.<br>**Defendant** | Vladimir Tsirkin<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>Vladimir Tsirkin and Associates, PA<br>800 Se 4th Ave Ste 620<br>Hallandale Beach, FL 33009<br>USA<br>305-831-4333 Fax: 732-525-2202 Email:Vtsirkin@spetslaw.Com |
| Alexander Kiselev<br>**Defendant** | Vladimir Tsirkin<br>ATTORNEY TO BE NOTICED<br>Vladimir Tsirkin and Associates, PA<br>800 Se 4th Ave Ste 620<br>Hallandale Beach, FL 33009<br>USA<br>305-831-4333 Fax: 732-525-2202 Email:Vtsirkin@spetslaw.Com |

## Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 12/04/2016 | COMPLAINT against Home Family Care Inc. filing fee $ 400, receipt number 0207-9110397 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Nazokat Atakhanova, individually and on behalf of all others similarly situated. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Naydenskiy, Gennadiy) (Entered: 12/04/2016) | |
| | 12/04/2016 | Case assigned to Judge Kiyo A. Matsumoto and Magistrate Judge Robert M. Levy. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 12/05/2016) | |
| 2 | 12/04/2016 | Summons Issued as to Home Family Care Inc.. (Bowens, Priscilla) (Entered: 12/05/2016) | |
| 3 | 12/05/2016 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that if all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. (Bowens, Priscilla) (Entered: 12/05/2016) | |
| 4 | 12/05/2016 | This attorney case opening filing has been checked for quality control. | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 12/05/2016) |  |
| 5 | 12/20/2016 | SUMMONS Returned Executed by Nazokat Atakhanova. Home Family Care Inc. served on 12/8/2016, answer due 12/29/2016. (Naydenskiy, Gennadiy) (Entered: 12/20/2016) |  |
| 6 | 01/12/2017 | NOTICE of Appearance by Vladimir Tsirkin on behalf of Home Family Care Inc. (aty to be noticed) (Tsirkin, Vladimir) (Entered: 01/12/2017) |  |
| 7 | 01/12/2017 | STIPULATION extending time to answer complaint by Home Family Care Inc. (Tsirkin, Vladimir) (Entered: 01/12/2017) |  |
| 8 | 01/19/2017 | ORDER re 7 Stipulation filed by Home Family Care Inc. Answer will be served no later than February 11, 2017. SO Ordered by Magistrate Judge Robert M. Levy on 1/13/2017. (Ramesar, Thameera) (Entered: 01/19/2017) |  |
| 9 | 01/27/2017 | SCHEDULING ORDER: Initial Conference set for 3/31/2017 at 02:00 PM in Courtroom 11B South before Magistrate Judge Robert M. Levy. Ordered by Magistrate Judge Robert M. Levy on 1/27/2017. (Marino, Janine) (Entered: 01/27/2017) |  |
| 10 | 02/12/2017 | ANSWER to 1 Complaint, by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 02/12/2017) |  |
| 11 | 02/22/2017 | NOTICE of Change of address by Vladimir Tsirkin (Tsirkin, Vladimir) (Entered: 02/22/2017) |  |
| 12 | 02/22/2017 | First MOTION to Adjourn Conference by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 02/22/2017) |  |
| 13 | 02/23/2017 | Corporate Disclosure Statement by Home Family Care Inc. (Tsirkin, Vladimir) (Entered: 02/23/2017) |  |
|  | 02/23/2017 | ORDER RE 12 Motion to Adjourn Conference. Application granted, on consent. Ordered by Magistrate Judge Robert M. Levy on 2/23/2017. (Marino, Janine) (Entered: 02/23/2017) |  |
|  | 02/23/2017 | SCHEDULING ORDER RE 12 : The initial conference set for 3/31/2017 is adjourned to 4/20/2017 at 11:30 AM in Courtroom 11B South before Magistrate Judge Robert M. Levy. Ordered by Magistrate Judge Robert M. Levy on 2/23/2017. (Marino, Janine) (Entered: 02/23/2017) |  |
|  | 04/20/2017 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Gennadiy Naydenskiy, Vladimir Tsirkin. Scheduling order approved. Settlement discussions initiated. Discovery deadline 10/20/17. Targeted class discovery as follows: by 5/12/17 defendant's counsel will provide a sampling of records discussed at this conference for 20% of all home health aides who worked more than 40 hours per week during the proposed class period. For live-in home health aides, the sample will include only those who worked 4 days per week or more. Names and contact information will be redacted at this time. Plaintiff shall respond to defendant's counsel by 5/26/17. Next conference 6/1/17 at 3:00 (tel), to discuss numerosity and settlement.Initial Conference Hearing held on 4/20/2017 (Levy, Robert) (Entered: 04/20/2017) |  |
| 14 | 05/11/2017 | First MOTION to Adjourn Conference by Home Family Care Inc.. (Attachments: # 1 Appendix Letter from service provider) (Tsirkin, Vladimir) (Entered: 05/11/2017) |  |
|  | 05/12/2017 | ORDER granting 14 Motion to Extend Class Discovery and Adjourn 6/1/17 Conference to 7/10/17 at 3:00 (tel)(status). Ordered by Magistrate Judge Robert M. Levy on 5/12/2017. (Levy, Robert) (Entered: 05/12/2017) |  |
| 15 | 06/19/2017 | MOTION for pre motion conference 216(b) conditional collective motion by Nazokat Atakhanova. (Naydenskiy, Gennadiy) (Entered: 06/19/2017) |  |
| 16 | 06/20/2017 | First MOTION to Adjourn Conference currently scheduled for 7/10/2017 by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 06/20/2017) |  |
|  | 06/29/2017 | ORDER granting 16 Motion to Adjourn Conference. Ordered by |  |

| # | Date | Proceeding Text | Source |
|---|------|----------------|--------|
| | | Magistrate Judge Robert M. Levy on 6/29/2017. (Marino, Janine) (Entered: 06/29/2017) | |
| | 06/29/2017 | SCHEDULING ORDER: The telephone conference scheduled for July 10, 2017 is adjourned to August 11, 2017 at 10:00 a.m. before Magistrate Judge Robert M. Levy, at (718) 613-2340. Ordered by Magistrate Judge Robert M. Levy on 6/29/2017. (Marino, Janine) (Entered: 06/29/2017) | |
| | 08/11/2017 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Gennadiy Naydenskiy, Vladimir Tsirkin. (1) Defendant shall advise by 8/25/17 whether defendant intends to oppose the 216(b) motion for preliminary certification of a collective action. Based on arguments presented at this pre-motion conference, and the low standard under 216(b), it is very likely that preliminary certification would be granted. (2) If the parties agree to conditional certification, defendant shall produce a sampling of pay stubs (which, according to defendant, are available in electronic form from a 3d party) by 9/11/17. If they do not agree, defendant shall produce redacted pay stubs, deleting personal information, on a date to be proposed by defendant in its 8/25/17 status report. (3) Because of the scope and volume of information at issue, the discovery deadline is extended to 12/15/17. (4) Defendant's request to stay discovery in this case pending completion of an ongoing DOL investigation of defendant is denied for the reasons explained at this conference. However, before depositions begin, defendant may renew a discussion of ways to maximize efficiency and conserve resources in view of these parallel proceedings. (5) Next conference 12/15/17 at 10:30 (tel)(status). Pre Motion Conference held on 8/11/2017 (Levy, Robert) (Entered: 08/11/2017) | |
| | 08/11/2017 | STATUS REPORT ORDER Status Report due by 8/25/2017.. Ordered by Magistrate Judge Robert M. Levy on 8/11/2017. (Levy, Robert) (Entered: 08/11/2017) | |
| 17 | 08/25/2017 | Letter advising the Court as to Defendant's position with regard to 216(b) motion by Home Family Care Inc. (Attachments: # 1 Exhibit Exhibit A, state action complaint) (Tsirkin, Vladimir) (Entered: 08/25/2017) | |
| | 09/11/2017 | SCHEDULING ORDER: A Telephone Conference is scheduled for 9/19/2017 at 05:00 PM before Magistrate Judge Robert M. Levy at (718) 613-2340. Ordered by Magistrate Judge Robert M. Levy on 9/11/2017. (Marino, Janine) (Entered: 09/11/2017) | |
| | 09/19/2017 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Gennadiy Naydenskiy, Vladimir Tsirkin. The parties have agreed to preliminary certification of a collective action. Defendant will respond to plaintiffs' proposed 216(b) notice by 9/25/17. Plaintiffs will then review and meet and confer with defendant's counsel and either file the proposed notice or move to compel by 9/29/17.Motion Hearing held on 9/19/2017 re 15 MOTION for pre motion conference 216(b) conditional collective motion filed by Nazokat Atakhanova (Levy, Robert) (Entered: 09/19/2017) | |
| 18 | 09/26/2017 | MOTION to Certify FLSA Collective Action Proposed Order upon Consent by Nazokat Atakhanova. (Naydenskiy, Gennadiy) (Entered: 09/26/2017) | |
| | 10/02/2017 | ORDER granting 18 Consent Motion to Certify FLSA Collective Action. Ordered by Magistrate Judge Robert M. Levy on 10/2/2017. (Levy, Robert) (Entered: 10/02/2017) | |
| 19 | 11/27/2017 | MOTION for Extension of Time to Complete Discovery by Nazokat Atakhanova. (Naydenskiy, Gennadiy) (Entered: 11/27/2017) | |
| | 11/27/2017 | ORDER granting 19 Motion for Extension of Time to 3/27/18 to Complete Discovery, as the opt-in period will likely close on 1/26/18. The conference scheduled for 12/15/17 is adjourned to 3/27/18 at 2:30 (tel)(close of discovery). Ordered by Magistrate Judge Robert M. Levy on 11/27/2017. (Levy, Robert) (Entered: 11/27/2017) | |
| 20 | 12/05/2017 | CONSENT to become party in a collective action. by Nazokat | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| | | Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/05/2017) | |
| 21 | 12/05/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/05/2017) | |
| 22 | 12/08/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Attachments: # 1 Consent to opt-in, # 2 Consent to opt-in) (Naydenskiy, Gennadiy) (Entered: 12/08/2017) | |
| 23 | 12/09/2017 | MOTION for pre motion conference to amended the complaint by Nazokat Atakhanova. (Naydenskiy, Gennadiy) (Entered: 12/09/2017) | |
| 24 | 12/11/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Attachments: # 1 Consents to opt-in, # 2 Consents to opt-in, # 3 Consents to opt-in, # 4 Consent to opt-in) (Naydenskiy, Gennadiy) (Entered: 12/11/2017) | |
| 25 | 12/12/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/12/2017) | |
| 26 | 12/13/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Attachments: # 1 consents to opt-in) (Naydenskiy, Gennadiy) (Entered: 12/13/2017) | |
| 27 | 12/18/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/18/2017) | |
| 28 | 12/18/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/18/2017) | |
| 29 | 12/18/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/18/2017) | |
| 30 | 12/20/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/20/2017) | |
| 31 | 12/27/2017 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 12/27/2017) | |
| 32 | 12/29/2017 | First MOTION for pre motion conference for recall of opt in notices or, in the alternative, for stay by Home Family Care Inc.. (Attachments: # 1 Exhibit DOL Audit letter) (Tsirkin, Vladimir) (Entered: 12/29/2017) | |
| 33 | 01/02/2018 | REPLY in Opposition re 32 First MOTION for pre motion conference for recall of opt in notices or, in the alternative, for stay filed by Nazokat Atakhanova. (Naydenskiy, Gennadiy) (Entered: 01/02/2018) | |
| 34 | 01/02/2018 | REPLY in Support re 32 First MOTION for pre motion conference for recall of opt in notices or, in the alternative, for stay filed by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 01/02/2018) | |
| 35 | 01/03/2018 | REPLY in Opposition re 34 Reply in Support filed by Nazokat Atakhanova. (Naydenskiy, Gennadiy) (Entered: 01/03/2018) | |
| 36 | 01/05/2018 | Letter MOTION to Strike Plaintiffs' sur-reply, Letter MOTION for Leave to File Defendant's rebuttal to Plaintiffs' sur-reply by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 01/05/2018) | |
| | 01/05/2018 | ORDER denying 36 Motion to Strike ; granting 36 Motion for Leave to File. Although the sur-reply was unauthorized, it will not be stricken and defendants will be permitted a final response. A pre-motion conference will be scheduled shortly. Ordered by Magistrate Judge Robert M. Levy on 1/5/2018. (Levy, Robert) (Entered: 01/05/2018) | |
| 37 | 01/08/2018 | REPLY in Support of First MOTION for pre motion conference for recall of opt in notices or, in the alternative, for stay filed by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 01/08/2018) | |
| 38 | 01/08/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/08/2018) | |
| | 01/08/2018 | SCHEDULING ORDER: Conference set for 1/24/2018 at 12:00 PM in Courtroom 11B South before Magistrate Judge Robert M. Levy. Ordered by Magistrate Judge Robert M. Levy on 1/8/2018. (Marino, Janine) (Entered: 01/08/2018) | |
| 39 | 01/10/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/10/2018) | |

| #  | Date       | Proceeding Text | Source |
|----|------------|-----------------|--------|
| 40 | 01/12/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/12/2018) | |
| 41 | 01/15/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/15/2018) | |
| 42 | 01/19/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/19/2018) | |
| 43 | 01/24/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Attachments: # 1 Exhibit opt-in consent forms part 2) (Naydenskiy, Gennadiy) (Entered: 01/24/2018) | |
|    | 01/24/2018 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Gennady Naydenskiy, Vladimir Tsirkin. The NYS DOL has completed its audit, which covers some, but not all, of the period of this lawsuit. The discovery deadline is extended to 4/30/18 to include the recently added opt-ins. Next conference 5/1/18 at 2:30 (tel)(close of discovery).Status Conference held on 1/24/2018 (Levy, Robert) (Entered: 01/24/2018) | |
| 44 | 01/26/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/26/2018) | |
| 45 | 01/28/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/28/2018) | |
| 46 | 01/29/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/29/2018) | |
| 47 | 01/31/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 01/31/2018) | |
| 48 | 02/02/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 02/02/2018) | |
| 49 | 02/07/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 02/07/2018) | |
|    | 02/23/2018 | ORDER terminating 15 Motion for Pre Motion Conference. Ordered by Magistrate Judge Robert M. Levy on 2/23/2018. (Baran, Hugh) (Entered: 02/23/2018) | |
| 50 | 03/21/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 03/21/2018) | |
| 51 | 04/04/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 04/04/2018) | |
| 52 | 04/05/2018 | NOTICE of Appearance by Lloyd Robert Ambinder on behalf of Nazokat Atakhanova (aty to be noticed) (Ambinder, Lloyd) (Entered: 04/05/2018) | |
| 53 | 04/05/2018 | NOTICE of Appearance by LaDonna Marie Lusher on behalf of Nazokat Atakhanova (aty to be noticed) (Lusher, LaDonna) (Entered: 04/05/2018) | |
|    | 04/09/2018 | ORDER terminating 23 Motion for Pre Motion Conference. Ordered by Magistrate Judge Robert M. Levy on 4/9/2018. (Levy, Robert) (Entered: 04/09/2018) | |
|    | 04/09/2018 | ORDER terminating 32 Motion for Pre Motion Conference. See 1/24/18 minute entry. Ordered by Magistrate Judge Robert M. Levy on 4/9/2018. (Levy, Robert) (Entered: 04/09/2018) | |
| 54 | 04/24/2018 | Letter MOTION for Extension of Time to Complete Discovery by Nazokat Atakhanova. (Lusher, LaDonna) (Entered: 04/24/2018) | |
|    | 04/25/2018 | ORDER granting 54 Motion for Extension of Time to 7/30/18 to Complete Discovery, as opt-ins have just joined the case. the conference scheduled for 5/1/18 is adjourned to 8/14/18 at 4:00 (tel)(close of discovery). Ordered by Magistrate Judge Robert M. Levy on 4/25/2018. (Levy, Robert) (Entered: 04/25/2018) | |
| 55 | 05/04/2018 | CONSENT to become party in a collective action. by Nazokat Atakhanova (Naydenskiy, Gennadiy) (Entered: 05/04/2018) | |
| 56 | 07/05/2018 | NOTICE of Appearance by Joel Levi Goldenberg on behalf of Nazokat Atakhanova (aty to be noticed) (Goldenberg, Joel) (Entered: 07/05/2018) | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 57 | 07/30/2018 | Letter MOTION for Extension of Time to Complete Discovery by Nazokat Atakhanova. (Lusher, LaDonna) (Entered: 07/30/2018) | |
| | 08/02/2018 | ORDER granting 57 Motion for Extension of Time to Complete Discovery. Discovery deadline extended to 8/6/2018. Status Report due by 8/6/2018. Ordered by Magistrate Judge Robert M. Levy on 8/2/2018. (Marino, Janine) (Entered: 08/02/2018) | |
| 58 | 08/06/2018 | MOTION for Extension of Time to Complete Discovery , MOTION to Amend/Correct/Supplement Complaint by Nazokat Atakhanova. (Lusher, LaDonna) (Entered: 08/06/2018) | |
| | 08/14/2018 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Ladonna Lusher, Joel Goldenberg; Vladimir Tsirkin. (1) The parties have explored settlement and will discuss matters raised at this conference to determine whether a mediation or settlement conference would be useful at this time.(2) Plaintiffs' request to file a motion to add Alexander Kisilev as a named defendant is granted. (3) Next conference 10/10/18 at 3:00 (tel)(status/motion/settlement).Pre Motion Conference held on 8/14/2018 (Levy, Robert) (Entered: 08/14/2018) | |
| 59 | 10/08/2018 | MOTION to Amend/Correct/Supplement 1 Complaint, by Nazokat Atakhanova. (Attachments: # 1 Declaration of LaDonna Lusher, # 2 Exhibit A - Original Complaint, # 3 Exhibit B - Proposed Amended Complaint, # 4 Exhibit C - ECF Dkt. No. 23, # 5 Exhibit D - Transcript of Deposition of Alexander Kiselev, # 6 Memorandum in Support) (Ambinder, Lloyd) (Entered: 10/08/2018) | |
| | 10/10/2018 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: LaDonna Lusher, Vladimir Tsirkin. (1) Defendant will oppose the motion to amend. (2) Plaintiffs shall provide verifications for interrogatory responses. Defendant shall provide a deficiency letter as to alleged defects in interrogatory responses by 10/24/18. Plaintiffs have provided interrogatory responses from 87 opt-in plaintiffs, which, according to counsel is nearly 50% of the putative class members. This is sufficient for class discovery. Plaintiffs shall file their pre-motion conference letter for their anticipated motion for class certification on or before 10/24/18. In the event the motion is denied and the case proceeds on a collective or individual basis, interrogatory responses will be required from any plaintiff seeking damages.Discovery Hearing held on 10/10/2018 (Levy, Robert) (Entered: 10/10/2018) | |
| | 10/12/2018 | ORDER REFERRING MOTION: 59 MOTION to Amend/Correct/Supplement 1 Complaint, filed by Nazokat Atakhanova Ordered by Judge Kiyo A. Matsumoto on 10/12/2018. Motions referred to Robert M. Levy. (Williams-Jackson, Sandra) (Entered: 10/12/2018) | |
| 60 | 10/24/2018 | Letter MOTION for pre motion conference on class certification of plaintiffs' NYLL claims by Nazokat Atakhanova. (Lusher, LaDonna) (Entered: 10/24/2018) | |
| 61 | 10/31/2018 | Letter defendant's response to plaintiffs pre-motion conference letter by Home Family Care Inc. (Tsirkin, Vladimir) (Entered: 10/31/2018) | |
| 62 | 11/01/2018 | AFFIDAVIT/DECLARATION in Opposition re 59 MOTION to Amend/Correct/Supplement 1 Complaint, of Alexander Kiselev filed by Home Family Care Inc.. (Attachments: # 1 Exhibit 1: Entity Information, # 2 Exhibit 2: Lease, # 3 Exhibit 3: Lease, # 4 Exhibit 4: Lease, # 5 Exhibit 5: Lease, # 6 Exhibit 6: Lease, # 7 Exhibit 7: Org chart, # 8 Exhibit 8: License, # 9 Exhibit 9: License, # 10 Exhibit 10: DOH audit, # 11 Exhibit 11: Transcript of depo, # 12 Exhibit 12: Pay stub, # 13 Exhibit 13: Meetings minutes, # 14 Exhibit 14: Meeting minutes) (Tsirkin, Vladimir) (Entered: 11/01/2018) | |
| 63 | 11/01/2018 | AFFIDAVIT/DECLARATION in Opposition re 59 MOTION to Amend/Correct/Supplement 1 Complaint, of Marina Tkachuk filed by Home Family Care Inc.. (Attachments: # 1 Exhibit 1M: Hiring notice, # 2 Exhibit 2M: Hiring notice, # 3 Exhibit 3M: Hiring notice, # 4 Exhibit 4M: Hiring notice) (Tsirkin, Vladimir) (Entered: 11/01/2018) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 64 | 11/01/2018 | AFFIDAVIT/DECLARATION in Opposition re 59 MOTION to Amend/Correct/Supplement 1 Complaint, of Vladimir Tsirkin filed by Home Family Care Inc.. (Attachments: # 1 Exhibit 1T: Notice of depo) (Tsirkin, Vladimir) (Entered: 11/01/2018) | |
| 65 | 11/01/2018 | MEMORANDUM in Opposition re 59 MOTION to Amend/Correct/Supplement 1 Complaint, filed by Home Family Care Inc.. (Tsirkin, Vladimir) (Entered: 11/01/2018) | |
| 66 | 11/07/2018 | REPLY in Support re 59 MOTION to Amend/Correct/Supplement 1 Complaint, filed by Nazokat Atakhanova. (Attachments: # 1 Declaration of LaDonna M. Lusher, # 2 Exhibit A - Plaintiffs' Second Request for the Production of Documents, # 3 Exhibit B - ECF No. 54 - April 24, 2018 Joint Letter, # 4 Exhibit C - ECF No. 57 - July 30, 2018 Joint Letter) (Lusher, LaDonna) (Entered: 11/07/2018) | |
| 67 | 02/19/2019 | ORDER and REPORT AND RECOMMENDATION RE 59 : For the reasons stated in the attached, plaintiffs' motion for leave to amend their complaint is granted. Plaintiffs may replace their claim for improper wage statements with a claim for improper wage notices and add Kiselev as a defendant. However, I respectfully recommend that plaintiffs not be permitted to amend their complaint to include any portions of the FLSA claim against Kiselev falling outside of the applicable limitations period. Any objections to my recommendation that the court decline to apply the relation back doctrine to plaintiffs' FLSA claim against Kiselev must be filed within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d). So ordered and respectfully submitted by Magistrate Judge Robert M. Levy on 2/19/2019. (Marino, Janine) See attached Order and Report & Recommendation. (Entered: 02/19/2019) | |
| | 02/19/2019 | ORDER granting 58 Motion for 45-Day Extension of Time to Complete Discovery. Ordered by Magistrate Judge Robert M. Levy on 2/19/2019. (Marino, Janine) (Entered: 02/19/2019) | |
| | 02/19/2019 | ORDER denying 60 Motion for Pre Motion Conference. Plaintiff's Motion for Pre-motion conference is denied as premature without prejudice to renew after the completion of discovery regarding the opt-in plaintiffs. Ordered by Judge Kiyo A. Matsumoto on 2/19/2019. (Abugo, Uzezi) (Entered: 02/19/2019) | |
| | 03/25/2019 | ORDER A telephone status conference is scheduled for April 11, 2019 at 11:30. Plaintiffs' counsel are requested to set up the call and dial in to chambers with defendants' counsel on the line.Ordered by Magistrate Judge Robert M. Levy on 3/25/2019. (Levy, Robert) (Entered: 03/25/2019) | |
| | 04/11/2019 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: LaDonna Lusher, Vladimir Tsirkin. Schedule for letter briefs on FRCP 33(b)(5) issue re: electronic signatures for verifications of interrogatory responses of opt-in plaintiffs: defendants' motion 4/19/19, opposition 5/3/19. The issue will be addressed at a conference on 5/10/19 at 12:00 p.m. (tel). Discovery Hearing held on 4/11/2019 (Levy, Robert) (Modified, to correct time of next conf.)on 4/11/2019 (Marino, Janine). (Entered: 04/11/2019) | |
| 68 | 04/19/2019 | Letter MOTION to Strike Plaintiffs" responses to Defendant's interrogatories by Home Family Care Inc.. (Attachments: # 1 Exhibit Plaintiffs' 8/6/2018 responses, # 2 Exhibit Discovery compliance letter, # 3 Exhibit Plaintiffs' 12/6/2018 responses, # 4 Exhibit Plaintiffs' 4/5/2019 responses signed, # 5 Exhibit Plaintiffs' 4/5/2019 responses unsigned, # 6 Exhibit PDF properties) (Tsirkin, Vladimir) (Entered: 04/19/2019) | |
| 69 | 05/03/2019 | REPLY in Opposition re 68 Letter MOTION to Strike Plaintiffs" responses to Defendant's interrogatories filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Lusher, LaDonna) (Entered: 05/03/2019) | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   | 05/10/2019 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: LaDonna Lusher, Vladimir Tsirkin. Argument heard on Motion to Strike. Decision read into record. Rulings include but are not limited to the following: (1) Unsworn interrogatory responses must be made under penalty of perjury, as required by 28 USC Section 1476. Plaintiffs' counsel will re-send interrogatory responses as soon as possible, but no later than 5/17/19, as there is a factual dispute over the number of properly executed responses. (2) Electronic signatures are permissible under Fed. R. Civ. P. 5(d)(3). However, under Rule 33(b)(5), each of plaintiffs' interrogatory responses must be signed -- whether electronically or by hand -- by the responding individual plaintiff and not by counsel on plaintiffs' behalf. Plaintiffs' and defendant's counsel will review the interrogatory responses to determine which have been appropriately signed. Plaintiffs' counsel will submit a pre-motion conference letter to Judge Matsumoto in anticipation of a motion for class certification within 2 weeks. Motion Hearing held on 5/10/2019 re 68 Letter MOTION to Strike Plaintiffs" responses to Defendant's interrogatories filed by Home Family Care Inc. (FTR Log #12:11-12:48.) (Levy, Robert) (Entered: 05/10/2019) |   |
| 70 | 05/24/2019 | Letter MOTION for pre motion conference by Nazokat Atakhanova. (Moreno, Michele) (Entered: 05/24/2019) |   |
|   | 06/20/2019 | ORDER granting 70 Letter Motion for Pre-Motion Conference. The court will hold a telephonic pre-motion conference on July 3, 2019 at 11:00 a.m. The parties shall arrange a conference call and, once all parties are on the line, dial in to Chambers (718-613-2180). Defendants are directed to respond to plaintiffs' letter no later than July 1, 2019. Ordered by Judge Kiyo A. Matsumoto on 6/20/2019. (Ammari, Kamil) (Entered: 06/20/2019) |   |
| 71 | 07/01/2019 | Letter by Home Family Care Inc. (Tsirkin, Vladimir) (Entered: 07/01/2019) |   |
|   | 07/03/2019 | ORDER ADOPTING REPORT AND RECOMMENDATION and GRANTING 59 Plaintiffs' Motion for Leave to Amend their Complaint. On October 8, 2018, plaintiffs filed 59 a motion for leave to amend their complaint. Leave to amend a complaint to add a claim should be freely given when justice so requires. Fed. R. Civ. P. 15(a). Such leave should be denied only because of reasons such as undue delay, bad faith, futility, or prejudice to the non-moving party. DeFazio v. Wallis, No. 05-CV-5712, 2006 WL 4005577, at *1 (E.D.N.Y. Dec. 9, 2006). Leave to amend a complaint to add an additional defendant is similarly governed by this liberal standard. Fed. R. Civ. P. 15(a); see also Fed. R. Civ. P. 21; Addison v. Reitman Blacktop, Inc., 283 F.R.D. 74, 79 (E.D.N.Y. 2011).The court has reviewed 67 Magistrate Judge Robert M. Levy's Report and Recommendation and agrees with it entirely for the reasons stated therein. Moreover, the court notes that no parties have filed objections to the Report and Recommendation, and the time for filing such objections has passed. Accordingly, upon both clear error and de novo review, the court adopts Judge Levy's Report and Recommendation in its entirety. Plaintiffs are hereby granted until July 12, 2019 to amend their complaint to: (1) replace their claim for improper wage statements under New York Labor Law ("NYLL") § 195(3) with a claim for failure to provide proper hiring notices under NYLL § 195(1); and (2) add Alexander Kiselev as a defendant. However, as Judge Levy recommends, the court will not apply the relation back doctrine to plaintiffs' FLSA claim against defendant Kiselev. Ordered by Judge Kiyo A. Matsumoto on 7/3/2019. (Ammari, Kamil) (Entered: 07/03/2019) |   |
|   | 07/03/2019 | MINUTE ENTRY & ORDER for Pre-Motion Conference held before Judge Kiyo A. Matsumoto on July 3, 2019. Appearances for Plaintiffs: Joel Levi Goldenberg, Esq.; LaDonna Marie Lusher, Esq. Appearance for Defendant: Vladimir Tsirkin, Esq. The parties discussed the recently adopted report and recommendation as well as plaintiffs' proposed |   |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | motion for class certification. The court ordered the parties to abide by the following schedule: (1) after carefully checking for wage notices, plaintiffs will serve and file their amended complaint by July 12, 2019; (2) plaintiffs will serve, but not file, their motion for class certification by July 31, 2019; (3) defendants will serve, but not file, their opposition by August 31, 2019; and (4) plaintiffs will serve, but not file, their reply, if any, by September 11, 2019, and the parties shall then promptly upload their submissions to the court's docket via ECF in chronological order and send two courtesy hard copies to chambers. (Court Reporter Holly Driscoll.) (Ammari, Kamil) (Entered: 07/03/2019) | |
| 72 | 07/12/2019 | AMENDED COMPLAINT against Home Family Care Inc., Alexander Kiselev, filed by Nazokat Atakhanova. (Lusher, LaDonna) (Entered: 07/12/2019) | |
| 73 | 07/31/2019 | ANSWER to 72 Amended Complaint by Home Family Care Inc., Alexander Kiselev. (Tsirkin, Vladimir) (Entered: 07/31/2019) | |
| 74 | 09/12/2019 | MOTION to Certify FLSA Collective Action by Plaintiffs by Nazokat Atakhanova. (Attachments: # 1 Exhibit A - Depo Transcript of Kiselev, # 2 Exhibit B - Nazokat Atakhanova SIGNED declaration, # 3 Exhibit C - Galina Borshman SIGNED declaration, # 4 Exhibit D - Eugenia Barahona SIGNED declaration, # 5 Exhibit E - Fatima Kamilova SIGNED declaration, # 6 Exhibit F - Sanat Kamarov SIGNED Declaration, # 7 Exhibit G - Nazokat Atakhanova Hiring notices, # 8 Exhibit H - Def's response to 1st Req for Admissions, # 9 Exhibit I - Declaration of Alexander Kiselev in opposition to Ps motion to amend, # 10 Exhibit J - Nazokat Atakhanova pay stubs, # 11 Exhibit K - Galina Borshman paystubs, # 12 Exhibit L - Fatima Kamilova paystubs, # 13 Exhibit M - Halyna Tkachenko paystubs, # 14 Exhibit N - Eugenia Barahona paystubs, # 15 Exhibit O - Sanat Kamarov paystubs, # 16 Exhibit P - Proposed Notice, # 17 Exhibit Q - Proposed Order, # 18 Memorandum in Support) (Lusher, LaDonna) (Entered: 09/12/2019) | |
| 75 | 09/12/2019 | MEMORANDUM in Opposition re 74 MOTION to Certify FLSA Collective Action by Plaintiffs BY DEFENDANTS filed by Nazokat Atakhanova. (Attachments: # 1 Declaration of Vladimir Tsirkin) (Lusher, LaDonna) (Entered: 09/12/2019) | |
| 76 | 09/12/2019 | REPLY in Support re 74 MOTION to Certify FLSA Collective Action by Plaintiffs, 75 Memorandum in Opposition by Plaintiffs filed by Nazokat Atakhanova. (Lusher, LaDonna) (Entered: 09/12/2019) | |
|   | 12/09/2019 | ORDER resolving 68 Motion to Strike. Rulings made on the record at 5/10/19 conference. Ordered by Magistrate Judge Robert M. Levy on 12/9/2019. (Ferrara, Alicia) (Entered: 12/09/2019) | |
| 77 | 07/22/2020 | ORDER granting 74 Motion to Certify Class Action. For the reasons contained in the accompanying Memorandum & Order, Plaintiff's proposed class is certified. Class counsel is permitted to provide the proposed notice (ECF No. 74 -16) to potential class members. Ordered by Judge Kiyo A. Matsumoto on 7/22/2020. (Mayer, Michael) (Entered: 07/22/2020) | |
|   | 08/20/2020 | SCHEDULING ORDER: A telephone conference has been scheduled for 8/28/20 at 12:00 p.m. before Magistrate Judge Robert M. Levy. Parties are directed to call 888-684-8852 and use access code # 6223489. Ordered by Magistrate Judge Robert M. Levy on 8/20/2020. (Marino, Janine) (Entered: 08/20/2020) | |
|   | 08/28/2020 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: LaDonna Lusher, Joel Goldenberg; Vladimir Tsirkin. Defendants will provide voluminous documents shortly. Thereafter, counsel will attempt to settle this and a parallel state court case. Next conference 11/9/20 at 2:00 (same dial-in number and access code)(settlement/status).Status Conference held on 8/28/2020 (FTR Log #12:01-12:17.) (Levy, Robert) (Entered: 08/28/2020) | |
|   | 11/06/2020 | SCHEDULING ORDER: The telephone conference scheduled for | |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|  |  | November 9, 2020 at 2:00 p.m., has been changed to 2:30 p.m., on the same date. Parties are directed to call 888-684-8852 and use access code # 6223489. Ordered by Magistrate Judge Robert M. Levy on 11/6/2020. (Marino, Janine) (Entered: 11/06/2020) |  |
|  | 11/09/2020 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: LaDonna Lusher, Lloyd Ambinder, Joel Goldenberg; Vladimir Tsirkin. Defendant will produce promised documents as agreed at this conference. Plaintiffs will then make a settlement demand, and the parties will likely then have sufficient information to engage in successful mediation. Next conference 1/6/21 at 12:30 (same dial-in number and access code)(status/settlement). Status Conference held on 11/9/2020 (Levy, Robert) (Entered: 11/09/2020) |  |
|  | 01/06/2021 | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy: Counsel present by telephone. Discovery issues resolved. Plaintiffs will make a settlement demand by 1/15/21. And five status report by 1/29/21 advising the date of the scheduled mediation.Status Conference held on 1/6/2021 (Levy, Robert) (Entered: 01/06/2021) |  |
|  | 01/06/2021 | STATUS REPORT ORDER Status Report due by 1/29/2021.Ordered by Magistrate Judge Robert M. Levy on 1/6/2021. (Levy, Robert) (Entered: 01/06/2021) |  |
| 78 | 01/29/2021 | STATUS REPORT request for additional time to explore settlement by Nazokat Atakhanova. Modified, changed to motion on 2/1/2021 (Marino, Janine). (Entered: 01/29/2021) |  |
|  | 02/01/2021 | ORDER RE 78 : A status report shall be filed within 30 days. Ordered by Magistrate Judge Robert M. Levy on 2/1/2021. (Marino, Janine) (Entered: 02/01/2021) |  |
| 79 | 03/03/2021 | STATUS REPORT by Nazokat Atakhanova (Lusher, LaDonna) (Entered: 03/03/2021) |  |
|  | 03/08/2021 | STATUS REPORT ORDER re 79 Status Report filed by Nazokat Atakhanova Status Report due by 3/23/2021.Ordered by Magistrate Judge Robert M. Levy on 3/8/2021. (Levy, Robert) (Entered: 03/08/2021) |  |
| 80 | 03/23/2021 | STATUS REPORT by Nazokat Atakhanova (Lusher, LaDonna) (Entered: 03/23/2021) |  |
|  | 03/24/2021 | STATUS REPORT ORDER: Status Report due by 4/26/2021. Ordered by Magistrate Judge Robert M. Levy on 3/24/2021. (Marino, Janine) (Entered: 03/24/2021) |  |
|  | 04/19/2021 | SCHEDULING ORDER: The undersigned directs counsel for the parties in this case to appear, along with counsel for the parties in case 21-cv-614(KAM)(RML), for a status conference by telephone on Wednesday, April 21, 2021 at 2:00 p.m. Participants may dial into the status conference with the court on that date by calling 1-888-684-8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 4/19/2021. (Mayer, Michael) (Entered: 04/19/2021) |  |
|  | 04/21/2021 | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Status Conference held by telephone on 4/21/2021. Appearances for Plaintiffs: LaDonna Marie Lusher, Esq. and Michele A. Moreno, Esq. Appearance for Defendants: Vladimir Tsirkin, Esq. Counsel for the plaintiff in 21-cv-614(KAM)(RML), William C. Rand, Esq., also appeared.The court held a conference to discuss the status of this case and the recently-filed related case, 21-cv-614(KAM)(RML). The parties shall continue settlement discussions, and shall provide a joint status update (regarding both cases) to the court by April 29, 2021. All other deadlines established by Judge Levy in this case remain in place. (Court Reporter Victoria Butler.) (Mayer, Michael) (Entered: 04/21/2021) |  |
|  | 04/23/2021 | ORDER: The status report deadline date of 4/26/21 has been extended to 4/29/21 Ordered by Magistrate Judge Robert M. Levy on 4/23/2021. (Marino, Janine) (Entered: 04/23/2021) |  |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 81 | 04/29/2021 | STATUS REPORT Joint Letter to Court by Nazokat Atakhanova (Attachments: # 1 Exhibit P - Proposed Notice - Revised) (Lusher, LaDonna) (Entered: 04/29/2021) | |
| | 04/30/2021 | ORDER re 81 Status Update: Should Defendants have any valid objections to Plaintiffs' requests for the NYDOL settlement agreement and wage payment calculations, they should file those objections via a letter to the court by close of business on Monday, May 3, 2021. Otherwise, they should provide those documents to Plaintiffs' counsel by Tuesday, May 4, 2021. Similarly, if there are any valid objections to providing the list of class members, Defendants should raise them by close of business Monday, May 3; otherwise, they should provide that list to counsel within 30 days of this Order. Further, Plaintiffs may consider their revised class notice (ECF No. 81 -1) to be approved, and it may be sent, unless Defendants raise objections by Monday, May 3. Ordered by Judge Kiyo A. Matsumoto on 4/30/2021. (Mayer, Michael) (Entered: 04/30/2021) | |
| 82 | 05/03/2021 | Letter by Home Family Care Inc., Alexander Kiselev (Tsirkin, Vladimir) (Entered: 05/03/2021) | |
| | 05/06/2021 | ORDER granting request re 82 Letter for extension of time. In light of 82 request for an additional (10) ten days, Defendants shall have until June 9, 2021 to provide list of class members to Plaintiffs' counsel. Ordered by Judge Kiyo A. Matsumoto on 5/6/2021. (Rodriguez Armenta, Elena) (Entered: 05/06/2021) | |
| 83 | 06/10/2021 | Letter by Home Family Care Inc., Alexander Kiselev (Tsirkin, Vladimir) (Entered: 06/10/2021) | |
| | 06/10/2021 | ORDER granting Defendants' request at 83 , to which Plaintiffs consent, for an additional (14) fourteen day extension of time for Defendants to provide Plaintiffs' counsel with the list of class members. Defendants shall provide the list of class members by June 24, 2021. The parties are advised that no further requests for an extension of time regarding this list will be granted absent a showing of good cause. Ordered by Judge Kiyo A. Matsumoto on 6/10/2021. (Rodriguez Armenta, Elena) (Entered: 06/10/2021) | |
| | 07/28/2021 | Case Reassigned to Magistrate Judge Taryn A. Merkl. Magistrate Judge Robert M. Levy no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 07/28/2021) | |
| | 04/07/2022 | STATUS REPORT ORDER Status Report due by 4/12/2022. The parties are ordered to file a status report via ECF by 5:00 pm close of business, April 12, 2022, regarding anticipated next steps in litigation.Ordered by Judge Kiyo A. Matsumoto on 4/7/2022. (Rodriguez Armenta, Elena) (Entered: 04/07/2022) | |
| 84 | 04/12/2022 | STATUS REPORT Joint Letter to Court by Nazokat Atakhanova (Lusher, LaDonna) (Entered: 04/12/2022) | |
| | 04/14/2022 | SCHEDULING ORDER: A telephonic Status Conference will be held on 5/5/2022 at 3:00 p.m. before Magistrate Judge Taryn A. Merkl. The parties are directed to call the toll free number (877) 336-1839. The access code is 3914302. The parties shall dial in five (5) minutes before the scheduled conference. Ordered by Magistrate Judge Taryn A. Merkl on 4/14/2022. (Chan, Kaity) (Entered: 04/14/2022) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

Case 1:16-cv-06707-KAM-TAM    Document 93-5    Filed 05/25/23    Page 13 of 13 PageID #: 2290

1:16cv6707, Atakhanova Et Al V. Home Family Care Inc.

End of Document