| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 1903 | NAZOKAT ATAKHANOVA | | | | HOME FAMILY CARE INC. |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number xxx-xx-0283 | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start JUL 26, 2014 | Period Ending AUG 8, 2014 | Check Date AUG 15, 2014 | FW = M 02 ST = M 02 | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 80.00 | 10.0000 | 800.00 | FICA | 83.82 | | | GROSS | 2626.00 |
| O/TIME | 46.00 | 12.0000 | 552.00 | MEDFICA | 19.61 | | | FICA | 162.81 |
| | | | | FED WTH | 73.57 | | | MEDFICA | 38.08 |
| | | | | NY | 50.32 | | | FED WTH | 99.09 |
| | | | | NYCITY | 32.28 | | | STATE | 72.14 |
| | | | | | | | | LOCAL | 48.40 |
| Totals | | | 1352.00 | | 259.60 | | 0.00 | Check Number 0021392 | Net Pay ******1092.40 |

| File Number | Employee Name | | | | Company Name and Address |
|---|---|---|---|---|---|
| 1903 | NAZOKAT ATAKHANOVA | | | | HOME FAMILY CARE INC. |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number xxx-xx-0283 | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start AUG 23, 2014 | Period Ending SEP 5, 2014 | Check Date SEP 12, 2014 | FW = M 02 ST = M 02 | | (718)975-8998 |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR | 80.00 | 10.0000 | 800.00 | FICA | 83.27 | | | GROSS | 5318.00 |
| O/TIME | 45.25 | 12.0000 | 543.00 | MEDFICA | 19.47 | | | FICA | 329.72 |
| | | | | FED WTH | 72.22 | | | MEDFICA | 77.11 |
| | | | | NY | 49.74 | | | FED WTH | 244.43 |
| | | | | NYCITY | 31.93 | | | STATE | 172.01 |
| | | | | | | | | LOCAL | 112.49 |
| | | | | | | | | NYCSICK | 16.75 |
| Totals | | | 1343.00 | | 256.63 | | 0.00 | Voucher Number 0053634 | Net Pay ******1086.37 |

2014



**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

Employee Name: NAZOKAT ATAKHANOVA
File Number: 1903
Division:
Company: 1691
Department: 0200
Social Security Number: xxx-xx-0283
Check Number:
Period Start: JUL 2,2016
Period Ending: JUL 8,2016
Check Date: JUL 15,2016
FW = M 02
ST = M 02

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 30.00 | 10.0000 | 300.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 18.60 |
| MEDFICA | 4.35 |
| NY | 4.38 |
| NYCITY | 2.97 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 550.00 |
| FICA | 34.10 |
| MEDFICA | 7.98 |
| STATE | 6.76 |
| LOCAL | 4.98 |
| NYCSICK | 40.00 |

Totals: 300.00 | 30.30 | 0.00

Voucher Number: 0108295
Net Pay: *******269.70

---

DIRECT DEPOSIT - NON NEGOTIABLE

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

VOUCHER NO. 0108295
DEPOSIT DATE: JUL 15,2016
DEPOSIT AMOUNT: 269.70 NET PAY

Bank T/R#: 021000021
Account#: xxxxxxxxxx6837

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

**File Number:** 1903
**Employee Name:** NAZOKAT ATAKHANOVA
**Company Name and Address:** HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**Company:** 1691
**Division:** 
**Department:** 0200
**Check Number:** 
**Social Security Number:** xxx-xx-0283

**Period Start:** JUL 9, 2016
**Period Ending:** JUL 15, 2016
**Check Date:** JUL 22, 2016
**FW:** S 00
**ST:** S 00

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 30.00 | 10.0000 | 300.00 |
| RETRO | 5.00 | 10.0000 | 50.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 21.70 |
| MEDFICA | 5.07 |
| FED WTH | 37.09 |
| NY | 8.53 |
| NYCITY | 5.96 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 900.00 |
| FICA | 55.80 |
| MEDFICA | 13.05 |
| FED WTH | 37.09 |
| STATE | 15.29 |
| LOCAL | 10.94 |
| NYCSICK | 40.00 |

**Totals:** 350.00  78.35  0.00

**Voucher Number:** 0109555
**Net Pay:** *******271.65

---

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R#  021000021   Account# xxxxxxxxxx6837

**DEPOSIT DATE:** JUL 22, 2016
**VOUCHER NO.:** 0109555
**DEPOSIT AMOUNT:** 271.65 NET PAY

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 5, 2016 | 0112025 |

DEPOSIT AMOUNT
543.47 NET PAY

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R# 021000021
Account# xxxxxxxxx6837

---

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

Company Name and Address
**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

File Number: 1903
Employee Name: NAZOKAT ATAKHANOVA
Social Security Number: xxx-xx-0283
Company: 1691
Division:
Department: 0200
Clock Number:
FW = M 01
ST = M 01
Period Start: JUL 23, 2016
Period Ending: JUL 29, 2016
Check Date: AUG 5, 2016

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 20.00 | 12.0000 | 240.00 |
| RETRO | 5.00 | 10.0000 | 50.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 42.78 |
| MEDFICA | 10.00 |
| FED WTH | 49.32 |
| NY | 26.99 |
| NYCITY | 17.44 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| | |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2134.00 |
| FICA | 132.31 |
| MEDFICA | 30.94 |
| FED WTH | 152.60 |
| STATE | 61.76 |
| LOCAL | 41.31 |
| NYCSICK | 40.00 |

Totals: 690.00 | 146.53 | 0.00

Voucher Number: 0112025
Net Pay: *******543.47

| | | | | | HOME FAMILY CARE INC. |
|---|---|---|---|---|---|
| | | | | | 3051 BRIGHTON 3RD STREET |
| | | | | | BROOKLYN, NY 11235 |
| 1903 | NAZOKAT ATAKHANOVA | | | | |
| Company | Division | Department | Check Number | Social Security Number | (718)975-8998 |
| 1691 | | 0200 | | xxx-xx-0283 | |
| Period Start | Period Ending | Check Date | FW = M 01 | | |
| JUL 30, 2016 | AUG 5, 2016 | AUG 12, 2016 | ST = M 01 | | |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 16.00 | 12.0000 | 192.00 |

**Totals** 592.00

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 36.70 |
| MEDFICA | 8.59 |
| FED WTH | 34.97 |
| NY | 20.67 |
| NYCITY | 13.64 |

114.57

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | |

0.00

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2726.00 |
| FICA | 169.01 |
| MEDFICA | 39.53 |
| FED WTH | 187.57 |
| STATE | 82.43 |
| LOCAL | 54.95 |
| NYCSICK | 40.00 |

Voucher Number 0113287   Net Pay *******477.43

—— REMOVE DOCUMENT ALONG THIS PERFORATION ——

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| | | VOUCHER NO. |
|---|---|---|
| | DEPOSIT DATE | 0113287 |
| | AUG 12, 2016 | |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# 021000021   Account # xxxxxxxxxx6837

DEPOSIT AMOUNT
477.43 NET PAY

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

NAZOKAT ATAKHANOVA

| 1903 | | | | |
|---|---|---|---|---|
| Company 1691 | Division | Department 0200 | | Social Security Number xxx-xx-0283 |
| Period Start AUG 6, 2016 | | Period Ending AUG 12, 2016 | Check Number | Check Date AUG 19, 2016 | FW = M 01  ST = M 01 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 12.00 | 12.0000 | 144.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.73 |
| MEDFICA | 7.89 |
| FED WTH | 30.17 |
| NY | 17.77 |
| NYCITY | 11.87 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 3270.00 |
| FICA | 202.74 |
| MEDFICA | 47.42 |
| FED WTH | 217.74 |
| STATE | 100.20 |
| LOCAL | 66.82 |
| NYCSICK | 40.00 |

**Totals** 544.00   101.43   0.00

Voucher Number 0114625   Net Pay *******442.57

---

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| VOUCHER NO. | 0114625 |
|---|---|
| DEPOSIT DATE | AUG 19, 2016 |
| DEPOSIT AMOUNT | 442.57 NET PAY |

Bank T/R# 021000021   Account# xxxxxxxxx6837

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

REMOVE DOCUMENT ALONG THIS PERFORATION

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| | | | | HOME FAMILY CARE INC. |
|---|---|---|---|---|
| 1903 | | | | 3051 BRIGHTON 3RD STREET |
| Company 1691 | Division | Department 0200 | Clock Number | Social Security Number xxx-xx-0283 | BROOKLYN, NY 11235 |
| Period Start AUG 13, 2016 | Period Ending AUG 19, 2016 | Check Date AUG 26, 2016 | FW = M 01 ST = M 01 | (718)975-8998 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 12.00 | 12.0000 | 144.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.73 |
| MEDFICA | 7.88 |
| FED WTH | 30.17 |
| NY | 17.77 |
| NYCITY | 11.87 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 3814.00 |
| FICA | 236.47 |
| MEDFICA | 55.30 |
| FED WTH | 247.91 |
| STATE | 117.97 |
| LOCAL | 78.69 |
| NYCSICK | 40.00 |

| Totals | 544.00 | | 101.42 | | 0.00 |
|---|---|---|---|---|---|

Voucher Number 0115914    Net Pay *********442.58

NAZOKAT ATAKHANOVA

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R# 021000021    Account# xxxxxxxxxx6837

DEPOSIT DATE AUG 26, 2016    VOUCHER NO. 0115914

DEPOSIT AMOUNT 442.58 NET PAY

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| 1903 | NAZOKAT ATAKHANOVA | | | | | | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
|---|---|---|---|---|---|---|---|
| Company 1691 | Division | Department 0200 | | Check Number | Social Security Number xxx-xx-0283 | | (718)975-8998 |
| Period Start AUG 20,2016 | | Period Ending AUG 26,2016 | | Check Date SEP 2,2016 | FW = M 01 ST = M 01 | | |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 30.00 | 12.0000 | 360.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 47.12 |
| MEDFICA | 11.02 |
| FED WTH | 59.82 |
| NY | 31.50 |
| NYCITY | 20.17 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| | |

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 4574.00 |
| FICA | 283.59 |
| MEDFICA | 66.32 |
| FED WTH | 307.73 |
| STATE | 149.47 |
| LOCAL | 98.86 |
| NYCSICK | 40.00 |

Totals  760.00    169.63    0.00

Voucher Number 0117170    Net Pay *******590.37

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

THIS DOCUMENT IS PRINTED IN TWO COLORS. Do NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

DIRECT DEPOSIT - NON NEGOTIABLE

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

Bank T/R# 021000021    Account# xxxxxxxxxx6837

DEPOSIT DATE SEP 2,2016    VOUCHER NO. 0117170

DEPOSIT AMOUNT 590.37 NET PAY

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| File Number | 1903 | | | | Employee Name | NAZOKAT ATAKHANOVA | | | Company Name and Address | HOME FAMILY CARE INC. |
|---|---|---|---|---|---|---|---|---|---|---|
| Company | 1691 | Division | | | Department | 0200 | Check Number | | Social Security Number | xxx-xx-0283 | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start | AUG 27, 2016 | Period Ending | SEP 2, 2016 | | | | Check Date | SEP 9, 2016 | FW = M 01 ST = M 01 | | (718)975-8998 |

### EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 40.00 | 10.0000 | 400.00 |
| O/TIME | 11.75 | 12.0000 | 141.00 |

### TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 33.54 |
| MEDFICA | 7.85 |
| FED WTH | 29.87 |
| NY | 17.60 |
| NYCITY | 11.75 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|

### YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 5115.00 |
| FICA | 317.13 |
| MEDFICA | 74.17 |
| FED WTH | 337.60 |
| STATE | 167.07 |
| LOCAL | 110.61 |
| NYCSICK | 40.00 |

| Totals | 541.00 | | 100.61 | 0.00 | Voucher Number 0118506 | Net Pay *********440.39 |
|---|---|---|---|---|---|---|

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

**DIRECT DEPOSIT - NON NEGOTIABLE**

NAZOKAT ATAKHANOVA
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| Bank T/R# 021000021 | Account# xxxxxxxxx6837 | DEPOSIT DATE SEP 9, 2016 | VOUCHER NO. 0118506 | DEPOSIT AMOUNT 440.39 NET PAY |
|---|---|---|---|---|

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**