

Online Employer
Payroll
HOME FAMILY CARE INC.
Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home
Payroll HELP
Log Out
Depts: 0200-HOME HEALTH AID
Emp: 4318- ALFONSO, MERY (*I)
Employee Check Details
Dept: 0200-HOME HEALTH AID Emp # : 4318

**Standard Voucher #70979 8/28/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $1,260.00 | Y |
| | | **$1,260.00** | |
| Hours | 09 - LIVE IN EARNINGS | 9.00 | Y |
| | | **9.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $78.12 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $157.99 | Y |
| Tax | LC - LOCAL WAGE TAX | $32.44 | Y |
| Tax | MC - FICA MEDICARE TAX | $18.27 | Y |
| Tax | ST - STATE INCOME TAX | $50.16 | Y |
| | | **$338.18** | |
| | **Total Gross Pay:** | **$1,260.00** | |
| | **Total Net Pay:** | **$921.82** | |



Online Employer

Payroll

HOME FAMILY CARE INC.

Depts: All Departments

Emp: 0976- BOLIVARD, KATIA

Employee Check Details | Dept: 0200-HOME HEALTH AID | Emp # : 0976

**Standard Voucher #78551 12/18/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $750.00 | Y |
| | | **$750.00** | |
| Hours | 09 - LIVE IN EARNINGS | 5.00 | Y |
| | | **5.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $46.50 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $58.41 | Y |
| Tax | LC - LOCAL WAGE TAX | $12.28 | Y |
| Tax | MC - FICA MEDICARE TAX | $10.87 | Y |
| Tax | ST - STATE INCOME TAX | $17.68 | Y |
| | | **$146.94** | |

**Total Gross Pay: $750.00**
**Total Net Pay: $603.06**

Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home

Payroll HELP

Log Out

D000069



Online Employer

Payroll

HOME FAMILY CARE INC.

Depts: All Departments

Emp: 4678- CHEN, CHUN QIN

Employee Check Details | Dept: 0300- Emp # : 4678

Standard Voucher #77178 11/20/2015 Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $930.00 | Y |
| | | **$930.00** | |
| Hours | 09 - LIVE IN EARNINGS | 6.00 | Y |
| | | **6.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $57.66 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $44.54 | Y |
| Tax | LC - LOCAL WAGE TAX | $17.89 | Y |
| Tax | MC - FICA MEDICARE TAX | $13.48 | Y |
| Tax | ST - STATE INCOME TAX | $26.39 | Y |
| | | **$161.16** | |
| | **Total Gross Pay:** | **$930.00** | |
| | **Total Net Pay:** | **$768.84** | |

Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home

Payroll HELP

Log Out

D000118

**Depts:** 0200-HOME HEALTH AID **Emp:** 4404- ANDRADE, PRISCILA (*I)

## Employee Check Details

**Dept:** 0200-HOME HEALTH AID **Emp # :** 4404

**Standard Voucher #73674 10/9/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $620.00 | Y |
| | | **$620.00** | |
| Hours | 09 - LIVE IN EARNINGS | 4.00 | Y |
| | | **4.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $38.44 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $61.99 | Y |
| Tax | LC - LOCAL WAGE TAX | $9.45 | Y |
| Tax | MC - FICA MEDICARE TAX | $8.99 | Y |
| Tax | ST - STATE INCOME TAX | $13.56 | Y |
| | | **$133.63** | |

**Total Gross Pay:** **$620.00**
**Total Net Pay:** **$486.37**

D000010



Online Employer

Payroll

HOME FAMILY CARE INC.

Depts: All Departments

Emp: 2007- BAI, YUN (*I)

Employee Check Details — Dept: 0300- Emp # : 2007

**Standard Voucher #65139 5/8/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $620.00 | Y |
| | | **$620.00** | |
| Hours | 09 - LIVE IN EARNINGS | 4.00 | Y |
| | | **4.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $38.44 | Y |
| Tax | LC - LOCAL WAGE TAX | $6.48 | Y |
| Tax | MC - FICA MEDICARE TAX | $8.99 | Y |
| Tax | ST - STATE INCOME TAX | $9.65 | Y |
| | | **$64.76** | |

**Total Gross Pay: $620.00**
**Total Net Pay: $555.24**

Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home

Payroll HELP

Log Out

D000039



**Online Employer** **Payroll**

HOME FAMILY CARE INC.

**Depts:** All Departments **Emp:** 4635- BARAHONA ALVARAD, EUGENIA (*I)

**Employee Check Details** **Dept:** 0200-HOME HEALTH AID **Emp # :** 4635

Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home

Payroll HELP

Log Out

**Standard Voucher #79640 12/31/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 01 - REGULAR EARNINGS | $40.00 | Y |
| Earnings | 09 - LIVE IN EARNINGS | $840.00 | Y |
| | | **$880.00** | |
| Hours | 01 - REGULAR EARNINGS | 4.00 | Y |
| Hours | 09 - LIVE IN EARNINGS | 6.00 | Y |
| | | **10.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $54.56 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $100.99 | Y |
| Tax | LC - LOCAL WAGE TAX | $18.17 | Y |
| Tax | MC - FICA MEDICARE TAX | $12.76 | Y |
| Tax | ST - STATE INCOME TAX | $26.84 | Y |
| | | **$214.52** | |
| | **Total Gross Pay:** | **$880.00** | |
| | **Total Net Pay:** | **$665.48** | |

**Depts:** All Departments ▼ **Emp:** 2256- BARANETSKYI, YEVHEN ▼

**Employee Check Details** | **Dept:** 0200-HOME HEALTH AID **Emp # :** 2256

**Standard Voucher #73697 10/9/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $560.00 | Y |
| | | **$560.00** | |
| Hours | 09 - LIVE IN EARNINGS | 4.00 | Y |
| | | **4.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $34.72 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $52.99 | Y |
| Tax | LC - LOCAL WAGE TAX | $7.59 | Y |
| Tax | MC - FICA MEDICARE TAX | $8.12 | Y |
| Tax | ST - STATE INCOME TAX | $11.09 | Y |
| | | **$115.71** | |

| | |
|---|---|
| **Total Gross Pay:** | **$560.00** |
| **Total Net Pay:** | **$444.29** |

D000045

Depts: All Departments
Emp: 0400- BARNA, HALYNA
Employee Check Details
Dept: 0200-HOME HEALTH AID Emp # : 0400

**Standard Voucher #73698 10/9/2015** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 01 - REGULAR EARNINGS | $352.00 | Y |
| Earnings | 09 - LIVE IN EARNINGS | $600.00 | Y |
| | | **$952.00** | |
| Hours | 01 - REGULAR EARNINGS | 32.00 | Y |
| Hours | 09 - LIVE IN EARNINGS | 4.00 | Y |
| | | **36.00** | |
| Tax | DD - STATE DISABILITY TAX | $1.20 | Y |
| Tax | FI - FICA TAX | $59.03 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $111.79 | Y |
| Tax | LC - LOCAL WAGE TAX | $20.83 | Y |
| Tax | MC - FICA MEDICARE TAX | $13.80 | Y |
| Tax | ST - STATE INCOME TAX | $31.09 | Y |
| | | **$237.74** | |

| | |
|---|---|
| **Total Gross Pay:** | **$952.00** |
| **Total Net Pay:** | **$714.26** |

D000047



Online Employer
Payroll
HOME FAMILY CARE INC.
Depts: 0200-HOME HEALTH AID
Emp: 5659- ALTAEVA, ALTYNAI (*I)
Employee Check Details
Dept: 0200-HOME HEALTH AID Emp # : 5659
Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home
Payroll HELP
Log Out

**Standard Check #32207 8/26/2016** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $560.00 | Y |
| | | **$560.00** | |
| Hours | 09 - LIVE IN EARNINGS | 4.00 | Y |
| | | **4.00** | |
| Tax | DD - STATE DISABILITY TAX | $0.60 | Y |
| Tax | FI - FICA TAX | $34.72 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $31.77 | Y |
| Tax | LC - LOCAL WAGE TAX | $12.46 | Y |
| Tax | MC - FICA MEDICARE TAX | $8.12 | Y |
| Tax | ST - STATE INCOME TAX | $18.72 | Y |
| | | **$106.39** | |

| | |
|---|---|
| **Total Gross Pay:** | **$560.00** |
| **Total Net Pay:** | **$453.61** |

D000006



# Online Employer

Payroll

HOME FAMILY CARE INC.

Depts: All Departments

Emp: 5130- BEDOSHVILI, MARIAM (*I)

Employee Check Details | Dept: 0200-HOME HEALTH AID | Emp # : 5130

**Standard Voucher #90535 4/1/2016** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $700.00 | Y |
| | | **$700.00** | |
| Hours | 09 - LIVE IN EARNINGS | 5.00 | Y |
| | | **5.00** | |
| Tax | DD - STATE DISABILITY TAX | $0.60 | Y |
| Tax | FI - FICA TAX | $43.40 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $50.82 | Y |
| Tax | LC - LOCAL WAGE TAX | $17.83 | Y |
| Tax | MC - FICA MEDICARE TAX | $10.15 | Y |
| Tax | ST - STATE INCOME TAX | $27.63 | Y |
| | | **$150.43** | |

**Total Gross Pay:** **$700.00**

**Total Net Pay:** **$549.57**

Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home

Payroll HELP

Log Out

D000050



Online Employer
Payroll
HOME FAMILY CARE INC.
Depts: All Departments
Emp: 5788- BEGEMKULOVA, ELMIRA
Employee Check Details
Dept: 0200-HOME HEALTH AID Emp # : 5788
Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home
Payroll HELP
Log Out

**Standard Voucher #132203 11/18/2016** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $1,155.00 | Y |
| | | **$1,155.00** | |
| Hours | 09 - LIVE IN EARNINGS | 7.00 | Y |
| | | **7.00** | |
| Tax | DD - STATE DISABILITY TAX | $0.60 | Y |
| Tax | FI - FICA TAX | $71.61 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $196.61 | Y |
| Tax | LC - LOCAL WAGE TAX | $36.70 | Y |
| Tax | MC - FICA MEDICARE TAX | $16.75 | Y |
| Tax | ST - STATE INCOME TAX | $58.84 | Y |
| | | **$381.11** | |

**Total Gross Pay:** **$1,155.00**

**Total Net Pay:** **$773.89**

D000051



Online Employer
Payroll
HOME FAMILY CARE INC.
Switch My View
Employees
Import Tool
Payroll
Web Reports
Pay Input Trans
Company Sched.
Emp List
Emp Profile
Emp W2 and SSN
Change History (Was-Is)
Check History
Custom Reports
Company Setup
Home
Payroll HELP
Log Out
Depts: All Departments
Emp: 5424- BERMUDES, MARIA (*I)
Employee Check Details
Dept: 0200-HOME HEALTH AID Emp # : 5424

**Standard Voucher #105744 7/1/2016** Back to Check List

| Pay Type | Pay Rate Description | Amount | In-Net |
|---|---|---|---|
| Earnings | 09 - LIVE IN EARNINGS | $800.00 | Y |
| | | **$800.00** | |
| Hours | 09 - LIVE IN EARNINGS | 5.00 | Y |
| | | **5.00** | |
| Tax | DD - STATE DISABILITY TAX | $0.60 | Y |
| Tax | FI - FICA TAX | $49.60 | Y |
| Tax | FW - FEDERAL WITHHOLDING TAX | $92.91 | Y |
| Tax | LC - LOCAL WAGE TAX | $22.10 | Y |
| Tax | MC - FICA MEDICARE TAX | $11.60 | Y |
| Tax | ST - STATE INCOME TAX | $34.70 | Y |
| | | **$211.51** | |
| | **Total Gross Pay:** | **$800.00** | |
| | **Total Net Pay:** | **$588.49** | |

D000057

4939 | IGOR CHEPOVETSKY

Company 1691 | Division | Department 0350 | Check Number | Social Security Number

HOME FAMILY CARE INC.
3050 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

Period Start SEP 30,2017 | Period Ending OCT 6,2017 | Check Date OCT 13,2017 | FW = S 00 ST = S 00

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 155.0000 | 1085.00 |
| Totals | | | 1085.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.27 |
| MEDFICA | 15.73 |
| FED WTH | 178.25 |
| NY | 54.30 |
| NYCITY | 38.12 |
| NY DIS. | 0.60 |
| FLI | 1.37 |
| | 355.64 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 44640.00 |
| FICA | 2767.68 |
| MEDFICA | 647.28 |
| FED WTH | 7330.95 |
| STATE | 2231.30 |
| LOCAL | 1458.39 |
| DISAB | 24.99 |
| FLI | 20.74 |
| NYCSICK | 40.00 |

Check Number 0405768 | Net Pay *******729.36

REMOVE DOCUMENT ALONG THIS PERFORATION



| 4939 | IGOR CHEPOVETSKY | | | HOME FAMILY CARE INC. |
|---|---|---|---|---|
| Company 1691 | Department 0350 | Check Number | Social Security Number [redacted] | 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 |
| Period Start OCT 7,2017 | Period Ending OCT 13,2017 | Check Date OCT 20,2017 | FW - S 00 ST - S 00 | (718)975-8998 |

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 155.0000 | 1085.00 |
| Totals | | | 1085.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.27 |
| MEDFICA | 15.73 |
| FED WTH | 178.25 |
| NY | 54.30 |
| NYCITY | 38.12 |
| NY DIS. | 0.60 |
| FLI | 1.37 |
| Totals | 355.64 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| Totals | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 45725.00 |
| FICA | 2834.95 |
| MEDFICA | 663.01 |
| FED WTH | 7509.20 |
| STATE | 2285.60 |
| LOCAL | 1496.51 |
| DISAB | 25.59 |
| FLI | 22.11 |
| NYCSICK | 40.00 |

Check Number 0405968 — Net Pay *******729.36

REMOVE DOCUMENT ALONG THIS PERFORATION

PLAINTIFFS_0945



| File Number | Employee Name | | |
|---|---|---|---|
| 4771 | BERENICE RODRIGUEZ DE JAQ | | |
| **Company / Division** | **Department** | **Clock Number** | **Social Security Number** |
| 1691 | 0200 | | [redacted] |
| **Period Start** | **Period Ending** | **Check Date** | |
| DEC 12,2015 | DEC 25,2015 | DEC 31,2015 | FW - M 01<br>ST - M 01 |

Company Name and Address
HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

## EARNINGS

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 14.00 | 11.0000 | 154.00 |
| LIVE IN | 6.00 | 155.0000 | 930.00 |
| Totals | | | 1084.00 |

## TAXES

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.21 |
| MEDFICA | 15.72 |
| FED WTH | 59.94 |
| NY | 35.47 |
| NYCITY | 23.58 |
| NY DIS. | 1.20 |
| Total | 203.12 |

## DEDUCTIONS

| DESCRIPTION | AMOUNT |
|---|---|
| Total | 0.00 |

## YEAR TO DATE

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 1744.00 |
| FICA | 108.13 |
| MEDFICA | 25.29 |
| FED WTH | 59.94 |
| STATE | 35.47 |
| LOCAL | 24.15 |
| DISAB | 4.30 |
| NYCSICK | 4.73 |

Voucher Number: 0080076
Net Pay: *******880.88

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| DEC 31,2015 | 0080076 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
880.88 NET PAY

BERENICE RODRIGUEZ DE JAQ
[redacted]

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

UNITED STATES POSTAGE PITNEY BOWES
02 1P $ 000.48
0000829681 DEC 31 20
MAILED FROM ZIP CODE 112

0200
BERENICE RODRIGUEZ DE JAQ
[redacted]

11412S3677 COE2

4635 EUGENIA BARAHONA ALVARAD

Company 1691 Department 0200 Clock Number Social Security Number

Period Start MAY 7,2016 Period Ending MAY 13,2016 Check Date MAY 20,2016 FW - S 00 ST - S 00

HOME FAMILY CARE INC
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 5.00 | 155.0000 | 775.00 | FICA | 48.05 | | | GROSS | 9235.00 |
| | | | | MEDFICA | 11.24 | | | FICA | 572.57 |
| | | | | FED WTH | 101.61 | | | MEDFICA | 133.91 |
| | | | | NY | 34.33 | | | FED WTH | 1063.18 |
| | | | | NYCITY | 21.88 | | | STATE | 299.02 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 198.62 |
| | | | | | | | | DISAB | 12.60 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 775.00 | | 217.71 | | 0.00 | Voucher Number 0098517 | Net Pay *******557.29 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 20,2016 | 0098517 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R# Account#

DEPOSIT AMOUNT
557.29 NET PAY

EUGENIA BARAHONA ALVARAD

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE

| File Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 4635 | EUGENIA BARAHONA ALVARAD | | | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 (718)975-8998 |

| Company | Division | Department | Clock Number | Social Security Number |
|---|---|---|---|---|
| 1691 | | 0200 | | [redacted] |

| Period Start | Period Ending | Check Date | |
|---|---|---|---|
| AUG 13,2016 | AUG 19,2016 | AUG 26,2016 | FW - $ 00 ST - $ 00 |

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 155.0000 | 1085.00 |
| Totals | | | 1085.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.27 |
| MEDFICA | 15.73 |
| FED WTH | 179.11 |
| NY | 54.33 |
| NYCITY | 33.97 |
| NY DIS. | 0.60 |
| | 351.01 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 18147.00 |
| FICA | 1125.11 |
| MEDFICA | 263.13 |
| FED WTH | 2205.47 |
| STATE | 650.37 |
| LOCAL | 426.71 |
| DISAB | 21.00 |
| NYCSICK | 40.00 |

| Voucher Number | Net Pay |
|---|---|
| 0115927 | *******733.99 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 26,2016 | 0115927 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
733.99 NET PAY

EUGENIA BARAHONA ALVARAD
[redacted]

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | Employee Name | | |
|---|---|---|---|
| 6030 | FATIMA KAMILOVA | | |
| Company / Division | Department | Clock Number | Social Security Number |
| 1691 | 0200 | | [redacted] |
| Period Start | Period Ending | Check Date | |
| MAY 13,2017 | MAY 19,2017 | MAY 26,2017 | FW - M 00<br>ST - M 00 |

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 4.00 | 170.0000 | 680.00 |
| Totals | | | 680.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 42.16 |
| MEDFICA | 9.86 |
| FED WTH | 59.12 |
| NY | 27.49 |
| NYCITY | 17.80 |
| NY DIS. | 0.60 |
| Totals | 157.03 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| Totals | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 5354.00 |
| FICA | 331.95 |
| MEDFICA | 77.63 |
| FED WTH | 509.74 |
| STATE | 230.58 |
| LOCAL | 147.33 |
| DISAB | 4.80 |
| NYCSICK | 13.78 |

| Check Number | Net Pay |
|---|---|
| 0038998 | *******522.97 |

| File Number | Employee Name | | |
|---|---|---|---|
| 6030 | FATIMA KAMILOVA | | |
| Company / Division | Department | Clock Number | Social Security Number |
| 1691 | 0200 | | [redacted] |
| Period Start | Period Ending | Check Date | |
| MAR 4,2017 | MAR 10,2017 | MAR 17,2017 | FW - M 00<br>ST - M 00 |

Company Name and Address
HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 170.0000 | 1190.00 |
| Totals | | | 1190.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 73.78 |
| MEDFICA | 17.26 |
| FED WTH | 135.62 |
| NY | 60.39 |
| NYCITY | 37.69 |
| NY DIS. | 0.60 |
| Totals | 325.34 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| Totals | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 2370.00 |
| FICA | 146.94 |
| MEDFICA | 34.37 |
| FED WTH | 245.74 |
| STATE | 110.09 |
| LOCAL | 69.78 |
| DISAB | 1.80 |
| NYCSICK | 6.06 |

| Check Number | Net Pay |
|---|---|
| 0037154 | *******864.66 |

4939 IGOR CHEPOVETSKY

Company 1691 | Department 0350 | Check Number | Social Security Number [redacted]

Period Start JAN 21,2017 | Period Ending JAN 27,2017 | Check Date FEB 3,2017 | FW = $ 00 ST = $ 00

Company Name and Address
HOME FAMILY CARE INC
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 155.0000 | 1085.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.27 |
| MEDFICA | 15.73 |
| FED WTH | 178.25 |
| NY | 54.30 |
| NYCITY | 33.97 |
| NY DIS. | 0.60 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 5425.00 |
| FICA | 336.35 |
| MEDFICA | 78.66 |
| FED WTH | 891.25 |
| STATE | 271.50 |
| LOCAL | 169.85 |
| DISAB | 3.00 |
| NYCSICK | 40.00 |

Totals 1085.00 | 350.12 | 0.00 | Check Number 0036242 | Net Pay *******734.88

REMOVE DOCUMENT ALONG THIS PERFORATION

4939 | IGOR CHEPOVETSKY

Company: 1691 | Department: 0350 | Clock Number: | Social Security Number:

Period Start: JAN 28,2017 | Period Ending: FEB 3,2017 | Check Date: FEB 10,2017 | FW - S 00 / ST - S 00

HOME FAMILY CARE INC
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 155.0000 | 1085.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.27 |
| MEDFICA | 15.74 |
| FED WTH | 178.25 |
| NY | 54.30 |
| NYCITY | 33.97 |
| NY DIS. | 0.60 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 6510.00 |
| FICA | 403.62 |
| MEDFICA | 94.40 |
| FED WTH | 1069.50 |
| STATE | 325.80 |
| LOCAL | 203.82 |
| DISAB | 3.60 |
| NYCSICK | 40.00 |

Totals: 1085.00 | 350.13 | 0.00 | Check Number: 0036398 | Net Pay: *******734.87

REMOVE DOCUMENT ALONG THIS PERFORATION



| 2192 | IKRAM TURGUNBAEV | | |
|---|---|---|---|
| 591 | 0200 | | |
| MAR 7,2015 | MAR 20,2015 | MAR 27,2015 | M 00 / M 00 |

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| VE IN | 10.00 | 140.0000 | 1400.00 | FICA | 86.80 | | | GROSS | 7140.00 |
| | | | | MEDFICA | 20.30 | | | FICA | 442.68 |
| | | | | FED WTH | 124.90 | | | MEDFICA | 103.53 |
| | | | | NY | 57.95 | | | FED WTH | 564.37 |
| | | | | NYCITY | 37.15 | | | STATE | 268.97 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 174.41 |
| | | | | | | | | DISAB | 7.20 |
| | | | | | | | | NYCSICK | 22.08 |
| otals | | | 1400.00 | | 328.30 | | 0.00 | 0062952 | ******1071.70 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 27,2015 | 0062952 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account#

DEPOSIT AMOUNT
1071.70 NET PAY

IKRAM TURGUNBAEV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| 2192 | IKRAM TURGUNBAEV | | |
|---|---|---|---|
| 691 | 0200 | | |
| MAY 16,2015 | MAY 29,2015 | JUN 5,2015 | M 00 / M 00 |

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| IVE IN | 10.00 | 140.0000 | 1400.00 | FICA | 86.80 | | | GROSS | 14140.00 |
| | | | | MEDFICA | 20.30 | | | FICA | 876.68 |
| | | | | FED WTH | 124.90 | | | MEDFICA | 205.03 |
| | | | | NY | 57.95 | | | FED WTH | 1188.87 |
| | | | | NYCITY | 37.15 | | | STATE | 558.72 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 360.16 |
| | | | | | | | | DISAB | 13.20 |
| | | | | | | | | NYCSICK | 40.00 |
| otals | | | 1400.00 | | 328.30 | | 0.00 | 0066584 | ******1071.70 |

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| JUN 5,2015 | 0066584 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account#

DEPOSIT AMOUNT
1071.70 NET PAY



1028 | IRINA KHRON

| Company | Division | Dept. Number | Check Number | Social Security Number |
|---|---|---|---|---|
| 1691 | | 0200 | | [redacted] |

| Period Start | Period Ending | Check Date | |
|---|---|---|---|
| APR 22,2017 | APR 28,2017 | MAY 5,2017 | FW = S 00 / ST = S 00 |

HOME FAMILY CARE INC
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 160.0000 | 1120.00 |
| Totals | | | 1120.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 69.44 |
| MEDFICA | 16.24 |
| FED WTH | 187.00 |
| NY | 56.56 |
| NYCITY | 35.33 |
| NY DIS. | 0.60 |
| Totals | 365.17 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| Totals | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 10480.00 |
| FICA | 649.76 |
| MEDFICA | 151.96 |
| FED WTH | 1518.58 |
| STATE | 478.79 |
| LOCAL | 303.76 |
| DISAB | 7.20 |
| NYCSICK | 40.00 |

Voucher Number: 0168142 | Net Pay: *******754.83

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 5,2017 | 0168142 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
754.83 NET PAY

IRINA KHRON
[redacted]

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

1028 IRINA KHRON

Company 1691 | Department 0200 | Clock Number | Social Security Number

Period Start APR 29,2017 | Period Ending MAY 5,2017 | Check Date MAY 12,2017 | FW - S 00 ST - S 00

Company Name and Address
HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 160.0000 | 1120.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 69.44 |
| MEDFICA | 16.24 |
| FED WTH | 187.00 |
| NY | 56.56 |
| NYCITY | 35.33 |
| NY DIS. | 0.60 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 11600.00 |
| FICA | 719.20 |
| MEDFICA | 168.20 |
| FED WTH | 1705.58 |
| STATE | 535.35 |
| LOCAL | 339.09 |
| DISAB | 7.80 |
| NYCSICK | 40.00 |

| Totals | Earnings | Taxes | Deductions | Voucher Number | Net Pay |
|---|---|---|---|---|---|
| | 1120.00 | 365.17 | 0.00 | 0169773 | *******754.83 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 12,2017 | 0169773 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account#

DEPOSIT AMOUNT
754.83 NET PAY

IRINA KHRON

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 11,2017 | 0193564 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
825.86 NET PAY

LUCIA VILLAMAR
[redacted]

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | Employee Name | | |
|---|---|---|---|
| 6296 | LUCIA VILLAMAR | | |
| Company / Division | Department | Clock Number | Social Security Number |
| 1691 | 0200 | | [redacted] |
| Period Start | Period Ending | Check Date | |
| JUL 29,2017 | AUG 4,2017 | AUG 11,2017 | FW - M 01<br>ST - M 01 |

Company Name and Address
**HOME FAMILY CARE INC.**
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 160.0000 | 1120.00 |
| Totals | | | 1120.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 69.44 |
| MEDFICA | 16.24 |
| FED WTH | 113.43 |
| NY | 54.63 |
| NYCITY | 38.39 |
| NY DIS. | 0.60 |
| FLI | 1.41 |
| Totals | 294.14 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| Totals | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 15176.00 |
| FICA | 940.91 |
| MEDFICA | 220.05 |
| FED WTH | 1356.47 |
| STATE | 656.69 |
| LOCAL | 437.30 |
| DISAB | 11.40 |
| FLI | 6.46 |
| NYCSICK | 40.00 |

| Voucher Number | Net Pay |
|---|---|
| 0193564 | *******825.86 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

OME FAMILY CARE INC.
)51 BRIGHTON 3RD STREET
ROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| AUG 18,2017 | 0195358 |

)IRECT DEPOSIT - NON NEGOTIABLE

Bank T/R# Account#

DEPOSIT AMOUNT
825.86 NET PAY

LUCIA VILLAMAR

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

S2020

| Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 6296 | LUCIA VILLAMAR | | | HOME FAMILY CARE INC.<br>3051 BRIGHTON 3RD STREET<br>BROOKLYN, NY 11235<br>(718)975-8998 |
| mpany / Division: 1691 | Department: 0200 | Clock Number: | Social Security Number: | |
| riod Start: AUG 5,2017 | Period Ending: AUG 11,2017 | Check Date: AUG 18,2017 | FW - M 01<br>ST - M 01 | |

| EARNINGS | | | | TAXES | | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| ESCRIPTION | UNITS | RATE | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
| LIVE IN | 7.00 | 160.0000 | 1120.00 | FICA | 69.44 | | | GROSS | 16296.00 |
| | | | | MEDFICA | 16.24 | | | FICA | 1010.35 |
| | | | | FED WTH | 113.43 | | | MEDFICA | 236.29 |
| | | | | NY | 54.63 | | | FED WTH | 1469.90 |
| | | | | NYCITY | 38.39 | | | STATE | 711.32 |
| | | | | NY DIS. | 0.60 | | | LOCAL | 475.69 |
| | | | | FLI | 1.41 | | | DISAB | 12.00 |
| | | | | | | | | FLI | 7.87 |
| | | | | | | | | NYCSICK | 40.00 |
| Totals | | | 1120.00 | | 294.14 | | 0.00 | Voucher Number: 0195358 | Net Pay: *******825.86 |



| File Number | Employee Name | Company Name and Address |
|---|---|---|
| 2094 | SANAT KAMAROV | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 (718)975-8998 |

| Company | Division | Department | Clock Number | Social Security Number |
|---|---|---|---|---|
| 1691 | | 0200 | | [redacted] |

| Period Start | Period Ending | Check Date | FW / ST |
|---|---|---|---|
| APR 18,2015 | MAY 1,2015 | MAY 8,2015 | FW - M 00 / ST - M 00 |

| EARNINGS Description | Units | Rate | Amount | TAXES Description | Amount | DEDUCTIONS Description | Amount | YEAR TO DATE Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| LIVE IN | 12.00 | 140.0000 | 1680.00 | FICA | 104.16 | | | GROSS | 7140.00 |
| | | | | MEDFICA | 24.36 | | | FICA | 442.68 |
| | | | | FED WTH | 166.90 | | | MEDFICA | 103.53 |
| | | | | NY | 76.01 | | | FED WTH | 415.18 |
| | | | | NYCITY | 48.07 | | | STATE | 187.90 |
| | | | | NY DIS. | 1.20 | | | LOCAL | 124.31 |
| | | | | | | | | DISAB | 12.00 |
| | | | | | | | | NYCSICK | 26.39 |
| Totals | | | 1680.00 | | 420.70 | | 0.00 | Voucher Number 0064767 | Net Pay ******1259.30 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAY 8,2015 | 0064767 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
1259.30 NET PAY

SANAT KAMAROV
[redacted]

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**

| File Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 5774 | TOHIR GAFUROV | | | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 (718)975-8998 |

| Company | Division | Department | Clock Number | Social Security Number |
|---|---|---|---|---|
| 1691 | | 0200 | | |

| Period Start | Period Ending | Check Date | |
|---|---|---|---|
| FEB 25,2017 | MAR 3,2017 | MAR 10,2017 | FW - M 02 ST - M 02 |

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 160.0000 | 1120.00 |
| Totals | | | 1120.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.67 |
| MEDFICA | 15.82 |
| FED WTH | 97.48 |
| NY | 51.55 |
| NYCITY | 32.34 |
| NY DIS. | 0.60 |
| Totals | 265.46 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| HEALTH | 28.50 |
| Totals | 28.50 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 11200.00 |
| FICA | 669.66 |
| MEDFICA | 156.61 |
| FED WTH | 957.67 |
| STATE | 508.15 |
| LOCAL | 318.99 |
| DISAB | 6.00 |
| HEALTH | 399.00 |
| NYCSICK | 40.00 |

| Voucher Number | Net Pay |
|---|---|
| 0155609 | *******826.04 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 10,2017 | 0155609 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account#

DEPOSIT AMOUNT
826.04 NET PAY

TOHIR GAFUROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 5774 | TOHIR GAFUROV | | | HOME FAMILY CARE INC. 3051 BRIGHTON 3RD STREET BROOKLYN, NY 11235 (718)975-8998 |
| Company: 1691 | Department: 0200 | Clock Number | Social Security Number: [redacted] | |
| Period Start: MAR 4,2017 | Period Ending: MAR 10,2017 | Check Date: MAR 17,2017 | FW - M 02 ST - M 02 | |

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| LIVE IN | 7.00 | 160.0000 | 1120.00 |
| Totals | | | 1120.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 67.68 |
| MEDFICA | 15.83 |
| FED WTH | 97.48 |
| NY | 51.55 |
| NYCITY | 32.34 |
| NY DIS. | 0.60 |
| Totals | 265.48 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| HEALTH | 28.50 |
| Totals | 28.50 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 12320.00 |
| FICA | 737.34 |
| MEDFICA | 172.44 |
| FED WTH | 1055.15 |
| STATE | 559.70 |
| LOCAL | 351.33 |
| DISAB | 6.60 |
| HEALTH | 427.50 |
| NYCSICK | 40.00 |

Voucher Number: 0157116 Net Pay: *******826.02

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| MAR 17,2017 | 0157116 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
826.02 NET PAY

TOHIR GAFUROV

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**



| File Number | Employee Name | | | Company Name and Address |
|---|---|---|---|---|
| 2047 | ZUKHRA TAPILOVA | | | HOME FAMILY CARE INC |
| **Company / Division** | **Department** | **Clock Number** | **Social Security Number** | 3051 BRIGHTON 3RD STREET |
| 1691 | 0200 | | | BROOKLYN, NY 11235 |
| **Period Start** | **Period Ending** | **Check Date** | | |
| SEP 19,2015 | OCT 2,2015 | OCT 9,2015 | FW - M 00<br>ST - M 00 | (718)975-8998 |

**EARNINGS**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR | 16.00 | 10.0000 | 160.00 |
| LIVE IN | 6.00 | 150.0000 | 900.00 |
| LIVE IN | 6.00 | 150.0000 | 900.00 |
| Totals | | | 1960.00 |

**TAXES**

| DESCRIPTION | AMOUNT |
|---|---|
| FICA | 121.52 |
| MEDFICA | 28.42 |
| FED WTH | 208.90 |
| NY | 94.07 |
| NYCITY | 58.99 |
| Totals | 511.90 |

**DEDUCTIONS**

| DESCRIPTION | AMOUNT |
|---|---|
| Totals | 0.00 |

**YEAR TO DATE**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS | 30490.00 |
| FICA | 1890.38 |
| MEDFICA | 442.11 |
| FED WTH | 3068.74 |
| STATE | 1391.62 |
| LOCAL | 878.00 |
| NYCSICK | 40.00 |

| Voucher Number | Net Pay |
|---|---|
| 0074184 | ******1448.10 |

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| OCT 9,2015 | 0074184 |

DIRECT DEPOSIT - NON NEGOTIABLE

Bank T/R# Account#

DEPOSIT AMOUNT
1448.10 NET PAY

ZUKHRA TAPILOVA

NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE



S2020

| File Number | Employee Name | Company | Department | Clock Number | Social Security Number |
|---|---|---|---|---|---|
| 2047 | ZUKHRA TAPILOVA | 1691 | 0200 | | [redacted] |

| Period Start | Period Ending | Check Date | FW / ST |
|---|---|---|---|
| OCT 3,2015 | OCT 16,2015 | OCT 23,2015 | FW - M 00 / ST - M 00 |

Company Name and Address
HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235
(718)975-8998

**EARNINGS**

| Description | Units | Rate | Amount |
|---|---|---|---|
| REGULAR | 8.00 | 10.0000 | 80.00 |
| LIVE IN | 6.00 | 150.0000 | 900.00 |
| LIVE IN | 6.00 | 150.0000 | 900.00 |
| Totals | | | 1880.00 |

**TAXES**

| Description | Amount |
|---|---|
| FICA | 116.56 |
| MEDFICA | 27.26 |
| FED WTH | 196.90 |
| NY | 88.91 |
| NYCITY | 55.87 |
| Total | 485.50 |

**DEDUCTIONS**

| Description | Amount |
|---|---|
| Total | 0.00 |

**YEAR TO DATE**

| Description | Amount |
|---|---|
| GROSS | 32370.00 |
| FICA | 2006.94 |
| MEDFICA | 469.37 |
| FED WTH | 3265.64 |
| STATE | 1480.53 |
| LOCAL | 933.87 |
| NYCSICK | 40.00 |

Voucher Number: 0075141
Net Pay: ******1394.50

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BURGUNDY ARE PRESENT.

HOME FAMILY CARE INC.
3051 BRIGHTON 3RD STREET
BROOKLYN, NY 11235

| DEPOSIT DATE | VOUCHER NO. |
|---|---|
| OCT 23,2015 | 0075141 |

**DIRECT DEPOSIT - NON NEGOTIABLE**

Bank T/R# Account# [redacted]

DEPOSIT AMOUNT
1394.50 NET PAY

ZUKHRA TAPILOVA
[redacted]

**NON NEGOTIABLE - DIRECT DEPOSIT VOUCHER - NON NEGOTIABLE**