# Basic Pay From - To Check History Report

Process Date - AUG  3,2023

**DEFENDANT'S EXHIBIT**

# B

ATAKHANOVA, NAZOKAT    1903
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX 401K / DEDUCT | LOCAL TAX TRANSIT DEDUCT | UNEMP TAX DIREQ DEPOS | | K # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 27 - PROC 016 | 3.00 | | | | | | | 1.86 | | NY | | NY | 30.00 | 00021099 |
| Check Date - JUL  3,2014 | | | | | | | | | | | | | | |
| Period End - JUN 27,2014 | 30.00 | | | | | | | 0.44 | | | | | 27.70 | |
| WEEK 29 - PROC 018 | 36.00 | | | | | | | 22.32 | | NY | 1.36 | NY | 360.00 | 00021200 |
| Check Date - JUL 18,2014 | | | | | | | | | | | | | | |
| Period End - JUL 11,2014 | 360.00 | | | | | | | 5.22 | | | | | 331.10 | |
| WEEK 31 - PROC 019 | 80.00 | 7.00 | | | | | | 54.81 | 25.52 | NY 21.82 | 14.76 | NY | 884.00 | 00021295 |
| Check Date - AUG  1,2014 | | | | | | | | | | | | | | |
| Period End - JUL 25,2014 | 800.00 | 84.00 | | | | | | 12.81 | | | | | 754.28 | |
| WEEK 33 - PROC 021 | 80.00 | 46.00 | | | | | | 83.82 | 73.57 | NY 50.32 | 32.28 | NY | 1352.00 | 00021392 |
| Check Date - AUG 15,2014 | | | | | | | | | | | | | | |
| Period End - AUG  8,2014 | 800.00 | 552.00 | | | | | | 19.61 | | | | | 1092.40 | |
| WEEK 35 - PROC 023 | 80.00 | 45.75 | | | | | | 83.64 | 73.12 | NY 50.13 | 32.16 | NY | 1349.00 | VOUCHER |
| Check Date - AUG 29,2014 | | | | | | | | | | | | | | |
| Period End - AUG 22,2014 | 800.00 | 549.00 | | | | | | 19.56 | | | | | 1090.39 | |
| WEEK 37 - PROC 024 | 80.00 | 45.25 | | | | | | 83.27 | 72.22 | NY 49.74 | 31.93 | NY | 1343.00 | VOUCHER |
| Check Date - SEP 12,2014 | | | | | | | | | | | | | | |
| Period End - SEP  5,2014 | 800.00 | 543.00 | | | | | | 19.47 | | | | | 1086.37 | |
| WEEK 39 - PROC 025 | 66.00 | | | | | | | 40.92 | 3.12 | NY 11.40 | 7.70 | NY | 660.00 | VOUCHER |
| Check Date - SEP 26,2014 | | | | | | | | | | | | | | |
| Period End - SEP 19,2014 | 660.00 | | | | | | | 9.57 | | | | | 587.29 | |
| WEEK 41 - PROC 026 | 65.75 | | | | | | 6.00 | 44.48 | 8.87 | NY 13.82 | 9.49 | NY | 717.50 | VOUCHER |
| Check Date - OCT 10,2014 | | | | | | | | | | | | | | |
| Period End - OCT  3,2014 | 657.50 | | | | | | 60.00 | 10.40 | | | | | 630.44 | |
| WEEK 43 - PROC 027 | 66.00 | | | | | | | 40.92 | 3.12 | NY 11.40 | 7.70 | NY | 660.00 | VOUCHER |
| Check Date - OCT 24,2014 | | | | | | | | | | | | | | |
| Period End - OCT 17,2014 | 660.00 | | | | | | | 9.57 | | | | | 587.29 | |
| WEEK 45 - PROC 028 | 58.00 | | | | | | | 35.96 | | NY 8.20 | 5.54 | NY | 580.00 | VOUCHER |
| Check Date - NOV  7,2014 | | | | | | | | | | | | | | |
| Period End - OCT 31,2014 | 580.00 | | | | | | | 8.41 | | | | | 521.89 | |
| WEEK 47 - PROC 029 | 66.00 | | | | | | 3.00 | 42.78 | 6.12 | NY 12.60 | 8.63 | NY | 690.00 | VOUCHER |
| Check Date - NOV 21,2014 | | | | | | | | | | | | | | |
| Period End - NOV 14,2014 | 660.00 | | | | | | 30.00 | 10.01 | | | | | 609.86 | |
| WEEK 49 - PROC 030 | 66.00 | | | | | | | 40.92 | 3.12 | NY 11.40 | 7.70 | NY | 660.00 | VOUCHER |
| Check Date - DEC  5,2014 | | | | | | | | | | | | | | |
| Period End - NOV 28,2014 | 660.00 | | | | | | | 9.57 | | | | | 587.29 | |
| WEEK 51 - PROC 031 | 66.00 | | | | | | | 40.92 | 3.12 | NY 11.40 | 7.70 | NY | 660.00 | VOUCHER |
| Check Date - DEC 19,2014 | | | | | | | | | | | | | | |
| Period End - DEC 12,2014 | 660.00 | | | | | | | 9.57 | | | | | 587.29 | |
| WEEK 01 - PROC 001 | 66.00 | | | | | | | 40.92 | 2.15 | NY 11.25 | 7.70 | NY | 660.00 | VOUCHER |
| Check Date - JAN  2,2015 | | | | | | | | | | | | | | |
| Period End - DEC 26,2014 | 660.00 | | | | | | | 9.57 | | | | | 588.41 | |

# Basic Pay From - To Check History Report

Process Date - AUG  3,2023     Page -   2

ATAKHANOVA, NAZOKAT   1903
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | MISC HOURS / WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX | STATE TAX / 401K | LOCAL TAX / TRANSIT | UNEMPL TAX | GROSS PAY / NET PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 03 - PROC 002<br>Check Date - JAN 16,2015<br>Period End - JAN  9,2015 | 62.00<br>620.00 | | | 38.44<br>8.99 | | NY<br>9.65 | 6.48 | NY | 620.00<br>556.44 | VOUCHER |
| WEEK 05 - PROC 003<br>Check Date - JAN 30,2015<br>Period End - JAN 23,2015 | 66.00<br>660.00 | | | 40.92<br>9.57 | 2.15 | NY<br>11.25 | 7.70 | NY | 660.00<br>588.41 | VOUCHER |
| WEEK 07 - PROC 004<br>Check Date - FEB 13,2015<br>Period End - FEB  6,2015 | 62.00<br>620.00 | | | 38.44<br>8.99 | | NY<br>9.65 | 6.48 | NY | 620.00<br>556.44 | VOUCHER |
| WEEK 09 - PROC 005<br>Check Date - FEB 27,2015<br>Period End - FEB 20,2015 | 9.00<br>90.00 | | | 5.58<br>1.31 | | NY | | NY | 90.00<br>83.11 | VOUCHER |
| WEEK 28 - PROC 025<br>Check Date - JUL  8,2016<br>Period End - JUL  1,2016 | 25.00<br>250.00 | | | 15.50<br>3.63 | | NY<br>2.38 | 2.01 | NY | 250.00<br>226.48 | VOUCHER |
| WEEK 29 - PROC 027<br>Check Date - JUL 15,2016<br>Period End - JUL  8,2016 | 30.00<br>300.00 | | | 18.60<br>4.35 | | NY<br>4.38 | 2.97 | NY | 300.00<br>269.70 | VOUCHER |
| WEEK 30 - PROC 028<br>Check Date - JUL 22,2016<br>Period End - JUL 15,2016 | 30.00<br>300.00 | | 5.00<br>50.00 | 21.70<br>5.07 | 37.09 | NY<br>8.53 | 5.96 | NY | 350.00<br>271.65 | VOUCHER |
| WEEK 31 - PROC 029<br>Check Date - JUL 29,2016<br>Period End - JUL 22,2016 | 40.00<br>400.00 | 12.00<br>144.00 | | 33.73<br>7.89 | 66.19 | NY<br>19.48 | 12.93 | NY | 544.00<br>403.78 | VOUCHER |
| WEEK 32 - PROC 030<br>Check Date - AUG  5,2016<br>Period End - JUL 29,2016 | 40.00<br>400.00 | 20.00<br>240.00 | 5.00<br>50.00 | 42.78<br>10.00 | 49.32 | NY<br>26.99 | 17.44 | NY | 690.00<br>543.47 | VOUCHER |
| WEEK 33 - PROC 031<br>Check Date - AUG 12,2016<br>Period End - AUG  5,2016 | 40.00<br>400.00 | 16.00<br>192.00 | | 36.70<br>8.59 | 34.97 | NY<br>20.67 | 13.64 | NY | 592.00<br>477.43 | VOUCHER |
| WEEK 34 - PROC 032<br>Check Date - AUG 19,2016<br>Period End - AUG 12,2016 | 40.00<br>400.00 | 12.00<br>144.00 | | 33.73<br>7.89 | 30.17 | NY<br>17.77 | 11.87 | NY | 544.00<br>442.57 | VOUCHER |
| WEEK 35 - PROC 033<br>Check Date - AUG 26,2016<br>Period End - AUG 19,2016 | 40.00<br>400.00 | 12.00<br>144.00 | | 33.73<br>7.88 | 30.17 | NY<br>17.77 | 11.87 | NY | 544.00<br>442.58 | VOUCHER |
| WEEK 36 - PROC 034<br>Check Date - SEP  2,2016<br>Period End - AUG 26,2016 | 40.00<br>400.00 | 30.00<br>360.00 | | 47.12<br>11.02 | 59.82 | NY<br>31.50 | 20.17 | NY | 760.00<br>590.37 | VOUCHER |
| WEEK 37 - PROC 035<br>Check Date - SEP  9,2016<br>Period End - SEP  2,2016 | 40.00<br>400.00 | 11.75<br>141.00 | | 33.54<br>7.85 | 29.87 | NY<br>17.60 | 11.75 | NY | 541.00<br>440.39 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**

| Process Date – AUG 3,2023 | | | | | | | **Basic Pay From - To Check History Report** | | | | | | | Page – 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATAKHANOVA, NAZOKAT 1903<br>3073 BRIGHTON 3RD ST.<br>2L<br>BROOKLYN, NY 11235 | REGULAR HOURS<br>REGULAR WAGES | O/TIME HOURS<br>O/TIME WAGES | 1099$$ WAGES<br>SALARY WAGES | SICK HOURS<br>SICK PAY | VACATIO HOURS<br>VACATIO PAY | HOLIDAY HRS<br>HOLIDAY PAY | MISC HOURS<br>MISC WAGES | FICA TAX<br>MEDFICA TAX | FED WTH TAX<br>HEALTH DEDUCT | STATE TAX<br>401K DEDUCT | LOCAL TAX<br>TRANSIT DEDUCT | UNEMPL TAX<br>DIRECT DEPOSIT | MISC DEDUCT<br>REIM EXP | GROSS PAY<br>N E T PAY | CHECK #<br>TRANS ACTIONS |
| WEEK 38 – PROC 037<br>Check Date – SEP 16,2016<br>Period End – SEP 9,2016 | 18.00<br><br>180.00 | | | | | | | 11.16<br><br>2.61 | | NY<br>0.35 | 1.05 | NY | | 180.00<br>164.83 | VOUCHER |
| WEEK 39 – PROC 039<br>Check Date – SEP 23,2016<br>Period End – SEP 16,2016 | 21.00<br><br>210.00 | | | | | | | 13.02<br><br>3.04 | | NY<br>1.55 | 1.62 | NY | | 210.00<br>190.77 | VOUCHER |
| WEEK 40 – PROC 040<br>Check Date – SEP 30,2016<br>Period End – SEP 23,2016 | 32.00<br><br>320.00 | | | | | | | 19.84<br><br>4.64 | 7.77 | NY<br>5.95 | 4.14 | NY | | 320.00<br>277.66 | VOUCHER |
| WEEK 41 – PROC 041<br>Check Date – OCT 7,2016<br>Period End – SEP 30,2016 | 35.75<br><br>357.50 | | | | | | | 22.17<br><br>5.19 | 11.52 | NY<br>7.57 | 5.30 | NY | | 357.50<br>305.75 | VOUCHER |
| WEEK 42 – PROC 042<br>Check Date – OCT 14,2016<br>Period End – OCT 7,2016 | 26.00<br><br>260.00 | | | | | | | 16.12<br><br>3.77 | 1.77 | NY<br>3.55 | 2.57 | NY | | 260.00<br>232.22 | VOUCHER |
| WEEK 43 – PROC 043<br>Check Date – OCT 21,2016<br>Period End – OCT 14,2016 | 28.00<br><br>280.00 | | | | | | | 17.36<br><br>4.06 | 3.77 | NY<br>4.35 | 2.95 | NY | | 280.00<br>247.51 | VOUCHER |
| WEEK 44 – PROC 044<br>Check Date – OCT 28,2016<br>Period End – OCT 21,2016 | 11.00<br><br>121.00 | | | | | | | 7.50<br><br>1.75 | | NY | | NY | | 121.00<br>111.75 | VOUCHER |
| WEEK 45 – PROC 045<br>Check Date – NOV 4,2016<br>Period End – OCT 28,2016 | 26.75<br><br>294.25 | | | | | | | 18.24<br><br>4.27 | 5.19 | NY<br>4.92 | 3.34 | NY | | 294.25<br>258.29 | VOUCHER |
| WEEK 46 – PROC 046<br>Check Date – NOV 10,2016<br>Period End – NOV 4,2016 | 30.75<br><br>338.25 | | | | | | | 20.97<br><br>4.90 | 9.59 | NY<br>6.71 | 4.70 | NY | | 338.25<br>291.38 | VOUCHER |
| WEEK 47 – PROC 047<br>Check Date – NOV 18,2016<br>Period End – NOV 11,2016 | 8.00<br><br>88.00 | | | | | | | 5.46<br><br>1.28 | | NY | | NY | | 88.00<br>81.26 | VOUCHER |
| WEEK 53 – PROC 054<br>Check Date – DEC 30,2016<br>Period End – DEC 23,2016 | 4.00<br><br>44.00 | | | | | | | 2.73<br><br>0.64 | | NY | | NY | | 44.00<br>40.63 | VOUCHER |
| WEEK 01 – PROC 001<br>Check Date – JAN 6,2017<br>Period End – DEC 30,2016 | 30.00<br><br>330.00 | | | | | | | 20.46<br><br>4.79 | 8.58 | NY<br>6.32 | 4.45 | NY | | 330.00<br>285.40 | VOUCHER |
| WEEK 02 – PROC 002<br>Check Date – JAN 13,2017<br>Period End – JAN 6,2017 | 21.00<br><br>231.00 | | | | | | | 14.32<br><br>3.34 | | NY<br>2.36 | 2.01 | NY | | 231.00<br>208.97 | VOUCHER |
| WEEK 03 – PROC 003<br>Check Date – JAN 20,2017<br>Period End – JAN 13,2017 | 12.00<br><br>132.00 | | | | | | | 8.19<br><br>1.92 | | NY | 0.13 | NY | | 132.00<br>121.76 | VOUCHER |

Process Date – AUG  3,2023

# Basic Pay From - To Check History Report

Page –    4

ATAKHANOVA, NAZOKAT     1903
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| | REGULAR HOURS | O/TIME HOURS | 1099$$ WAGES | SICK HOURS | VACATIO HOURS | HOLIDAY HRS | MISC HOURS | FICA TAX | FED WTH TAX | STATE TAX | LOCAL TAX | UNEMPL TAX | MISC DEDUCT | GROSS PAY | CHECK # |
| | REGULAR WAGES | O/TIME WAGES | SALARY WAGES | SICK PAY | VACATIO PAY | HOLIDAY PAY | MISC WAGES | MEDFICA TAX | HEALTH DEDUCT | 401K DEDUCT | TRANSIT DEDUCT | DIRECT DEPOSIT | REIM EXP | N E T PAY | TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 04 - PROC 004 | 12.00 | | | | | | | 8.18 | | NY | 0.13 | NY | | 132.00 | VOUCHER |
| Check Date - JAN 27,2017 | | | | | | | | | | | | | | | |
| Period End - JAN 20,2017 | 132.00 | | | | | | | 1.91 | | | | | | 121.78 | |
| WEEK 05 - PROC 005 | 16.00 | | | | | | | 10.91 | | NY 0.16 | 0.97 | NY | | 176.00 | VOUCHER |
| Check Date - FEB  3,2017 | | | | | | | | | | | | | | | |
| Period End - JAN 27,2017 | 176.00 | | | | | | | 2.55 | | | | | | 161.41 | |
| WEEK 06 - PROC 006 | 28.00 | | | | | | | 19.10 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 | VOUCHER |
| Check Date - FEB 10,2017 | | | | | | | | | | | | | | | |
| Period End - FEB  3,2017 | 308.00 | | | | | | | 4.47 | | | | | | 268.84 | |
| WEEK 07 - PROC 007 | 22.00 | | | | | | | 15.00 | | NY 2.80 | 2.22 | NY | | 242.00 | VOUCHER |
| Check Date - FEB 17,2017 | | | | | | | | | | | | | | | |
| Period End - FEB 10,2017 | 242.00 | | | | | | | 3.51 | | | | | | 218.47 | |
| WEEK 08 - PROC 008 | 12.00 | | | | | | | 8.19 | | NY | 0.13 | NY | | 132.00 | VOUCHER |
| Check Date - FEB 24,2017 | | | | | | | | | | | | | | | |
| Period End - FEB 17,2017 | 132.00 | | | | | | | 1.91 | | | | | | 121.77 | |
| WEEK 09 - PROC 009 | 11.75 | | | | | | | 8.01 | | NY | 0.08 | NY | | 129.25 | VOUCHER |
| Check Date - MAR  3,2017 | | | | | | | | | | | | | | | |
| Period End - FEB 24,2017 | 129.25 | | | | | | | 1.88 | | | | | | 119.28 | |
| WEEK 09 - PROC 009 | | | | | | | | 21.16 | 9.70 | NY 6.79 | 4.80 | NY | | 341.25 | VOUCHER |
| Check Date - MAR  3,2017 | | | | | | | | | | | | | | | |
| Period End - FEB 24,2017 | | | | | | | 341.25 | 4.95 | | | | | | 293.85 | |
| WEEK 10 - PROC 010 | 4.00 | | | | | | | 2.73 | | NY | | NY | | 44.00 | VOUCHER |
| Check Date - MAR 10,2017 | | | | | | | | | | | | | | | |
| Period End - MAR  3,2017 | 44.00 | | | | | | | 0.63 | | | | | | 40.64 | |
| WEEK 12 - PROC 012 | 10.00 | | | | | | | 6.82 | | NY | | NY | | 110.00 | VOUCHER |
| Check Date - MAR 24,2017 | | | | | | | | | | | | | | | |
| Period End - MAR 17,2017 | 110.00 | | | | | | | 1.60 | | | | | | 101.58 | |
| WEEK 13 - PROC 013 | 29.00 | | | | | | | 19.77 | 7.48 | NY 5.88 | 4.11 | NY | | 319.00 | VOUCHER |
| Check Date - MAR 31,2017 | | | | | | | | | | | | | | | |
| Period End - MAR 24,2017 | 319.00 | | | | | | | 4.62 | | | | | | 277.14 | |
| WEEK 15 - PROC 015 | 16.00 | | | | | | | 10.92 | | NY 0.16 | 0.97 | NY | | 176.00 | VOUCHER |
| Check Date - APR 14,2017 | | | | | | | | | | | | | | | |
| Period End - APR  7,2017 | 176.00 | | | | | | | 2.56 | | | | | | 161.39 | |
| WEEK 16 - PROC 016 | 28.00 | | | | | | | 19.09 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 | VOUCHER |
| Check Date - APR 21,2017 | | | | | | | | | | | | | | | |
| Period End - APR 14,2017 | 308.00 | | | | | | | 4.46 | | | | | | 268.86 | |
| WEEK 17 - PROC 017 | 28.00 | | | | | | | 19.10 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 | VOUCHER |
| Check Date - APR 28,2017 | | | | | | | | | | | | | | | |
| Period End - APR 21,2017 | 308.00 | | | | | | | 4.47 | | | | | | 268.84 | |
| WEEK 18 - PROC 018 | 28.00 | | | | | | | 19.09 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 | VOUCHER |
| Check Date - MAY  5,2017 | | | | | | | | | | | | | | | |
| Period End - APR 28,2017 | 308.00 | | | | | | | 4.46 | | | | | | 268.86 | |

Process Date – AUG  3,2023

# Basic Pay From - To Check History Report

Page –  5

ATAKHANOVA, NAZOKAT      1903
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 19 - PROC 019 Check Date – MAY 12,2017 Period End – MAY  5,2017 | 28.00 / 308.00 | | | | | | | 19.10 / 4.47 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 / 268.84 | VOUCHER |
| WEEK 20 - PROC 020 Check Date – MAY 19,2017 Period End – MAY 12,2017 | 28.00 / 308.00 | | | | | | | 19.10 / 4.47 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 / 268.84 | VOUCHER |
| WEEK 21 - PROC 021 Check Date – MAY 26,2017 Period End – MAY 19,2017 | 28.00 / 308.00 | | | | | | | 19.09 / 4.46 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 / 268.86 | VOUCHER |
| WEEK 22 - PROC 022 Check Date – JUN  2,2017 Period End – MAY 26,2017 | 28.00 / 308.00 | | | | | | | 19.10 / 4.47 | 6.38 | NY 5.44 | 3.77 | NY | | 308.00 / 268.84 | VOUCHER |
| WEEK 23 - PROC 023 Check Date – JUN  9,2017 Period End – JUN  2,2017 | 28.00 / 308.00 | | | | | | | 19.09 / 4.46 | 6.38 | NY 5.44 | 3.77 | NY 0.60 | | 308.00 / 268.26 | VOUCHER |
| WEEK 24 - PROC 024 Check Date – JUN 16,2017 Period End – JUN  9,2017 | 28.00 / 308.00 | | | | | | | 19.10 / 4.47 | 6.38 | NY 5.44 | 3.77 | NY 0.60 | | 308.00 / 268.24 | VOUCHER |
| WEEK 25 - PROC 025 Check Date – JUN 23,2017 Period End – JUN 16,2017 | 28.00 / 308.00 | | | | | | | 19.10 / 4.47 | 6.38 | NY 5.44 | 3.77 | NY 0.60 | | 308.00 / 268.24 | VOUCHER |
| WEEK 26 - PROC 026 Check Date – JUN 30,2017 Period End – JUN 23,2017 | 28.00 / 308.00 | | | | | | | 19.09 / 4.46 | 6.38 | NY 5.44 | 3.77 | NY 0.60 | | 308.00 / 268.26 | VOUCHER |
| WEEK 27 - PROC 027 Check Date – JUL  7,2017 Period End – JUN 30,2017 | 40.00 / 440.00 | 16.00 / 264.00 | | | | | | 43.65 / 10.21 | 51.03 | NY 27.80 | 20.29 | NY 1.49 | | 704.00 / 549.53 | VOUCHER |
| WEEK 28 - PROC 028 Check Date – JUL 14,2017 Period End – JUL  7,2017 | 40.00 / 440.00 | 16.00 / 264.00 | | | | | | 43.65 / 10.21 | 51.03 | NY 27.80 | 20.29 | NY 1.49 | | 704.00 / 549.53 | VOUCHER |
| WEEK 29 - PROC 029 Check Date – JUL 19,2017 Period End – JUL  7,2017 | | | | | | 22.00 | 8.00 / 44.00 | 4.09 / 0.96 | | NY | | NY 0.41 | | 66.00 / 60.54 | VOUCHER |
| WEEK 29 - PROC 030 Check Date – JUL 21,2017 Period End – JUL 14,2017 | 40.00 / 440.00 | 16.00 / 264.00 | | | | | | 43.65 / 10.20 | 51.03 | NY 27.80 | 20.29 | NY 1.49 | | 704.00 / 549.54 | VOUCHER |
| WEEK 30 - PROC 031 Check Date – JUL 28,2017 Period End – JUL 21,2017 | 40.00 / 440.00 | 20.00 / 330.00 | | | | | | 47.74 / 11.17 | 60.93 | NY 32.06 | 23.16 | NY 1.57 | | 770.00 / 593.37 | VOUCHER |
| WEEK 31 - PROC 032 Check Date – AUG  4,2017 Period End – JUL 28,2017 | 40.00 / 440.00 | 20.00 / 330.00 | | | | | | 47.74 / 11.16 | 60.93 | NY 32.06 | 23.16 | NY 1.57 | | 770.00 / 593.38 | VOUCHER |

Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

Page -   6

ATAKHANOVA, NAZOKAT       1903
3073 BRIGHTON 3RD ST.
2L
BROOKLYN, NY 11235

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 32 - PROC 033 Check Date - AUG 11,2017 Period End - AUG  4,2017 | 40.00 440.00 | 20.00 330.00 | | | | | | 47.74 11.17 | 60.93 | NY 32.06 | 23.16 | NY 1.57 | | 770.00 593.37 | VOUCHER |
| WEEK 32 - PROC 033 Check Date - AUG 11,2017 Period End - AUG  4,2017 | | | | | 40.00 440.00 | | | 27.28 6.38 | 19.58 | NY 11.56 | 9.14 | NY 0.55 | | 440.00 365.51 | VOUCHER |
| WEEK 33 - PROC 034 Check Date - AUG 18,2017 Period End - AUG 11,2017 | 40.00 440.00 | 18.00 297.00 | | | | | | 45.69 10.68 | 55.98 | NY 29.93 | 21.73 | NY 1.53 | | 737.00 571.46 | VOUCHER |
| WEEK 34 - PROC 035 Check Date - AUG 25,2017 Period End - AUG 18,2017 | 40.00 440.00 | 8.00 132.00 | 16.00 176.00 | | | | | 46.38 10.85 | 57.63 | NY 30.64 | 22.21 | NY 1.54 | | 748.00 578.75 | VOUCHER |
| WEEK 35 - PROC 036 Check Date - SEP  1,2017 Period End - AUG 25,2017 | 40.00 440.00 | 8.00 132.00 | | | | | | 35.46 8.29 | 32.78 | NY 19.35 | 14.62 | NY 1.32 | | 572.00 460.18 | VOUCHER |
| WEEK 36 - PROC 037 Check Date - SEP  8,2017 Period End - SEP  1,2017 | 20.00 220.00 | | | | | | | 13.64 3.19 | | NY 1.92 | 2.14 | NY 0.88 | | 220.00 198.23 | VOUCHER |
| WEEK 37 - PROC 038 Check Date - SEP 15,2017 Period End - SEP  8,2017 | 20.00 220.00 | | | | | 4.00 22.00 | | 15.01 3.51 | | NY 2.80 | 2.63 | NY 0.90 | | 242.00 217.15 | VOUCHER |
| WEEK 38 - PROC 039 Check Date - SEP 22,2017 Period End - SEP 15,2017 | 20.00 220.00 | | | | | | | 13.64 3.19 | | NY 1.92 | 2.14 | NY 0.88 | | 220.00 198.23 | VOUCHER |
| WEEK 39 - PROC 040 Check Date - SEP 29,2017 Period End - SEP 22,2017 | 20.00 220.00 | | | | | | | 13.64 3.19 | | NY 1.92 | 2.14 | NY 0.88 | | 220.00 198.23 | VOUCHER |
| WEEK 40 - PROC 041 Check Date - OCT  6,2017 Period End - SEP 29,2017 | 24.00 264.00 | | | | | | | 16.36 3.83 | 1.98 | NY 3.68 | 3.13 | NY 0.93 | | 264.00 234.09 | VOUCHER |
| WEEK 41 - PROC 042 Check Date - OCT 13,2017 Period End - OCT  6,2017 | 20.00 220.00 | | | | | | | 13.64 3.19 | | NY 1.92 | 2.14 | NY 0.88 | | 220.00 198.23 | VOUCHER |
| WEEK 42 - PROC 043 Check Date - OCT 20,2017 Period End - OCT 13,2017 | 20.00 220.00 | | | | | | | 13.64 3.19 | | NY 1.92 | 2.14 | NY 0.88 | | 220.00 198.23 | VOUCHER |
| WEEK 43 - PROC 044 Check Date - OCT 27,2017 Period End - OCT 20,2017 | 20.00 220.00 | | | | | | | 13.64 3.19 | | NY 1.92 | 2.14 | NY 0.88 | | 220.00 198.23 | VOUCHER |
| WEEK 44 - PROC 045 Check Date - NOV  3,2017 Period End - OCT 27,2017 | 16.00 176.00 | | | | | | | 10.92 2.55 | | NY 0.16 | 1.15 | NY 0.82 | | 176.00 160.40 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**

# Basic Pay From - To Check History Report

| ATAKHANOVA, NAZOKAT 1903<br>3073 BRIGHTON 3RD ST.<br>2L<br>BROOKLYN, NY 11235 | REGULAR HOURS<br>REGULAR WAGES | O/TIME HOURS<br>O/TIME WAGES | 1099$$ WAGES<br>SALARY WAGES | SICK HOURS<br>SICK PAY | VACATIO HOURS<br>VACATIO PAY | HOLIDAY HRS<br>HOLIDAY PAY | MISC HOURS<br>MISC WAGES | FICA TAX<br>MEDFICA TAX | FED WTH TAX<br>HEALTH DEDUCT | STATE TAX<br>401K DEDUCT | LOCAL TAX<br>TRANSIT DEDUCT | UNEMPL TAX<br>DIRECT DEPOSIT | MISC DEDUCT<br>REIM EXP | GROSS PAY<br>N E T PAY | CHECK #<br>TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 45 - PROC 046<br>Check Date - NOV 10,2017<br>Period End - NOV  3,2017 | 20.00<br><br>220.00 | | | | | | | 13.64<br><br>3.19 | | NY<br>1.92 | 2.14 | NY<br>0.88 | | 220.00<br><br>198.23 | VOUCHER |
| WEEK 46 - PROC 047<br>Check Date - NOV 17,2017<br>Period End - NOV 10,2017 | 20.00<br><br>220.00 | | | | | | | 13.64<br><br>3.19 | | NY<br>1.92 | 2.14 | NY<br>0.88 | | 220.00<br><br>198.23 | VOUCHER |
| WEEK 47 - PROC 048<br>Check Date - NOV 24,2017<br>Period End - NOV 17,2017 | 20.00<br><br>220.00 | | | | | | | 13.64<br><br>3.19 | | NY<br>1.92 | 2.14 | NY<br>0.88 | | 220.00<br><br>198.23 | VOUCHER |
| WEEK 48 - PROC 049<br>Check Date - DEC  1,2017<br>Period End - NOV 24,2017 | 20.00<br><br>220.00 | | | | | | | 13.64<br><br>3.19 | | NY<br>1.92 | 2.14 | NY<br>0.88 | | 220.00<br><br>198.23 | VOUCHER |
| WEEK 49 - PROC 050<br>Check Date - DEC  8,2017<br>Period End - DEC  1,2017 | 19.50<br><br>214.50 | | | | | 4.00<br><br>22.00 | | 14.66<br><br>3.43 | | NY<br>2.58 | 2.51 | NY<br>0.90 | | 236.50<br><br>212.42 | VOUCHER |
| WEEK 50 - PROC 051<br>Check Date - DEC 15,2017<br>Period End - DEC  8,2017 | 16.00<br><br>176.00 | | | | | | | 10.91<br><br>2.56 | | NY<br>0.16 | 1.15 | NY<br>0.82 | | 176.00<br><br>160.40 | VOUCHER |
| WEEK 51 - PROC 052<br>Check Date - DEC 22,2017<br>Period End - DEC 15,2017 | 20.00<br><br>220.00 | | | | | | | 13.64<br><br>3.19 | | NY<br>1.92 | 2.14 | NY<br>0.88 | | 220.00<br><br>198.23 | VOUCHER |
| WEEK 52 - PROC 053<br>Check Date - DEC 29,2017<br>Period End - DEC 22,2017 | 20.00<br><br>220.00 | | | | | | | 13.64<br><br>3.19 | | NY<br>1.92 | 2.14 | NY<br>0.88 | | 220.00<br><br>198.23 | VOUCHER |
| WEEK 01 - PROC 001<br>Check Date - JAN  5,2018<br>Period End - DEC 29,2017 | 22.00<br><br>242.00 | 4.00<br><br>66.00 | | | | | | 19.10<br><br>4.47 | 6.38 | NY<br>5.44 | 4.04 | NY<br>0.99 | | 308.00<br><br>267.58 | VOUCHER |
| WEEK 02 - PROC 002<br>Check Date - JAN 12,2018<br>Period End - JAN  5,2018 | 24.00<br><br>312.00 | 6.00<br><br>117.00 | | | | | | 26.59<br><br>6.22 | 18.48 | NY<br>10.98 | 8.08 | NY<br>1.14 | | 429.00<br><br>357.51 | VOUCHER |
| WEEK 03 - PROC 003<br>Check Date - JAN 19,2018<br>Period End - JAN 12,2018 | 30.00<br><br>390.00 | | | | | | | 24.18<br><br>5.65 | 8.81 | NY<br>8.99 | 6.71 | NY<br>1.09 | | 390.00<br><br>334.57 | VOUCHER |
| WEEK 04 - PROC 004<br>Check Date - JAN 26,2018<br>Period End - JAN 19,2018 | 30.00<br><br>390.00 | | | | | | | 24.18<br><br>5.66 | 8.81 | NY<br>8.99 | 6.71 | NY<br>1.09 | | 390.00<br><br>334.56 | VOUCHER |
| WEEK 05 - PROC 005<br>Check Date - FEB  2,2018<br>Period End - JAN 26,2018 | 30.00<br><br>390.00 | | | | | | | 24.18<br><br>5.65 | 8.81 | NY<br>8.99 | 6.71 | NY<br>1.09 | | 390.00<br><br>334.57 | VOUCHER |
| WEEK 06 - PROC 006<br>Check Date - FEB  9,2018<br>Period End - FEB  2,2018 | 30.00<br><br>390.00 | | | | | | | 24.18<br><br>5.66 | 8.81 | NY<br>8.99 | 6.71 | NY<br>1.09 | | 390.00<br><br>334.56 | VOUCHER |

# Basic Pay From - To Check History Report

Process Date – AUG  3,2023

Page –    8

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATAKHANOVA, NAZOKAT   1903 3073 BRIGHTON 3RD ST. 2L BROOKLYN, NY 11235 | | | | | | | | | | | | | | | |
| WEEK 07 – PROC 007 Check Date – FEB 16,2018 Period End – FEB  9,2018 | 30.00 / 390.00 | | | | | | | 24.18 / 5.65 | 8.81 | NY 8.99 | 6.71 | NY 1.09 | | 390.00 / 334.57 | VOUCHER |
| WEEK 08 – PROC 008 Check Date – FEB 23,2018 Period End – FEB 16,2018 | 30.00 / 390.00 | | | | | | | 24.18 / 5.66 | 8.81 | NY 8.99 | 6.71 | NY 1.09 | | 390.00 / 334.56 | VOUCHER |
| WEEK 09 – PROC 009 Check Date – MAR  2,2018 Period End – FEB 23,2018 | 30.00 / 390.00 | | | | | | | 24.18 / 5.65 | 8.81 | NY 8.99 | 6.71 | NY 1.09 | | 390.00 / 334.57 | VOUCHER |
| WEEK 10 – PROC 010 Check Date – MAR  9,2018 Period End – MAR  2,2018 | 30.00 / 390.00 | | | | | | | 24.18 / 5.66 | 8.81 | NY 8.99 | 6.71 | NY 1.09 | | 390.00 / 334.56 | VOUCHER |
| WEEK 11 – PROC 011 Check Date – MAR 16,2018 Period End – MAR  9,2018 | 30.00 / 390.00 | | | | | | | 24.18 / 5.65 | 8.81 | NY 8.99 | 6.71 | NY 1.09 | | 390.00 / 334.57 | VOUCHER |
| WEEK 12 – PROC 012 Check Date – MAR 23,2018 Period End – MAR 16,2018 | 18.00 / 234.00 | | | | | | | 14.51 / 3.39 | | NY 2.48 | 2.23 | NY 0.89 | | 234.00 / 210.50 | VOUCHER |
| *** EMPLOYEE SS# xxx-xx-0283 *** JUN 27,2016   13.0000 *** ATAKHANOVA, NAZOKAT *** PAYROLL HISTORY TOTALS | 3245.25 / 34718.25 | 409.75 / 5619.00 | | 16.00 / 176.00 | 40.00 / 440.00 | 8.00 / 66.00 | 27.00 / 575.25 | 2578.86 / 603.13 | 1363.71 | 989.09 | 705.87 | 44.69 | | 41594.50 / 35309.15 | 104 |

**1691 - HOME FAMILY CARE INC.**

PROC – 022

Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

| | REGULAR HOURS | O/TIME HOURS | 1099$$ WAGES | SICK HOURS | VACATIO HOURS | HOLIDAY HRS | MISC HOURS | FICA TAX | FED WTH TAX | STATE TAX | LOCAL TAX | UNEMPL TAX | MISC DEDUCT | GROSS PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGULAR WAGES | O/TIME WAGES | SALARY WAGES | SICK PAY | VACATIO PAY | HOLIDAY PAY | MISC WAGES | MEDFICA TAX | HEALTH DEDUCT | 401K DEDUCT | TRANSIT DEDUCT | DIRECT DEPOSIT | REIM EXP | N E T PAY | TRANS ACTIONS |
| *** *** COMPANY TOTALS *** FOR ENTIRE REPORT *** | 3245.25 | 409.75 | | 16.00 | 40.00 | 8.00 | 27.00 | 2578.86 | 1363.71 | 989.09 | 705.87 | 44.69 | | 41594.50 | 104 |
| | 34718.25 | 5619.00 | | 176.00 | 440.00 | 66.00 | 575.25 | 603.13 | | | | | | 35309.15 | |

**1691 - HOME FAMILY CARE INC.**

PROC - 022