Process Date - AUG  3,2023          **Basic Pay From - To Check History Report**                    Page -    1

BORSHMAN, GALINA           1952
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

DEFENDANT'S EXHIBIT **D**

| Week / Check Info | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UN / DI DE | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 35 - PROC 023<br>Check Date - AUG 29,2014<br>Period End - AUG 22,2014 | 80.00<br>880.00 | 20.00<br>240.00 | | | | | | 69.44<br>16.24 | 84.35 | NY 40.32 | 26.34 | NY | VOUCHER<br>885.31 |
| WEEK 37 - PROC 024<br>Check Date - SEP 12,2014<br>Period End - SEP  5,2014 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 156.35 | NY 71.28 | 44.95 | NY | 1600.00 VOUCHER<br>1205.02 |
| WEEK 39 - PROC 025<br>Check Date - SEP 26,2014<br>Period End - SEP 19,2014 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 156.35 | NY 71.28 | 44.95 | NY | 1600.00 VOUCHER<br>1205.02 |
| WEEK 41 - PROC 026<br>Check Date - OCT 10,2014<br>Period End - OCT  3,2014 | 80.00<br>880.00 | 50.00<br>600.00 | | | | | | 91.76<br>21.46 | 138.35 | NY 63.54 | 40.27 | NY | 1480.00 VOUCHER<br>1124.62 |
| WEEK 43 - PROC 027<br>Check Date - OCT 24,2014<br>Period End - OCT 17,2014 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 156.35 | NY 71.28 | 44.95 | NY | 1600.00 VOUCHER<br>1205.02 |
| WEEK 45 - PROC 028<br>Check Date - NOV  7,2014<br>Period End - OCT 31,2014 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 156.35 | NY 71.28 | 44.95 | NY | 1600.00 VOUCHER<br>1205.02 |
| WEEK 47 - PROC 029<br>Check Date - NOV 21,2014<br>Period End - NOV 14,2014 | 80.00<br>880.00 | 54.50<br>654.00 | | | | | | 95.11<br>22.24 | 146.45 | NY 67.02 | 42.38 | NY | 1534.00 VOUCHER<br>1160.80 |
| WEEK 49 - PROC 030<br>Check Date - DEC  5,2014<br>Period End - NOV 28,2014 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 156.35 | NY 71.28 | 44.95 | NY | 1600.00 VOUCHER<br>1205.02 |
| WEEK 51 - PROC 031<br>Check Date - DEC 19,2014<br>Period End - DEC 12,2014 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 156.35 | NY 71.28 | 44.95 | NY | 1600.00 VOUCHER<br>1205.02 |
| WEEK 01 - PROC 001<br>Check Date - JAN  2,2015<br>Period End - DEC 26,2014 | 80.00<br>880.00 | 59.50<br>714.00 | | | | | | 98.83<br>23.11 | 154.00 | NY 70.47 | 44.72 | NY | 1594.00 VOUCHER<br>1202.87 |
| WEEK 03 - PROC 002<br>Check Date - JAN 16,2015<br>Period End - JAN  9,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY 70.85 | 44.95 | NY | 1600.00 VOUCHER<br>1206.90 |
| WEEK 05 - PROC 003<br>Check Date - JAN 30,2015<br>Period End - JAN 23,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY 70.85 | 44.95 | NY | 1600.00 VOUCHER<br>1206.90 |
| WEEK 07 - PROC 004<br>Check Date - FEB 13,2015<br>Period End - FEB  6,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY 70.85 | 44.95 | NY | 1600.00 VOUCHER<br>1206.90 |
| WEEK 09 - PROC 005<br>Check Date - FEB 27,2015<br>Period End - FEB 20,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 216.11 | NY 72.09 | 45.70 | NY | 1600.00 VOUCHER<br>1143.70 |

**1691 - HOME FAMILY CARE INC.**                    PROC - 022

Process Date - AUG 3,2023      **Basic Pay From - To Check History Report**      Page - 2

| BORSHMAN, GALINA 1952<br>1388 W 6TH ST.<br>7C<br>BROOKLYN, NY 11204 | REGULAR HOURS<br>REGULAR WAGES | O/TIME HOURS<br>O/TIME WAGES | 1099$$ WAGES<br>SALARY WAGES | SICK HOURS<br>SICK PAY | VACATIO HOURS<br>VACATIO PAY | HOLIDAY HRS<br>HOLIDAY PAY | MISC HOURS<br>MISC WAGES | FICA TAX<br>MEDFICA TAX | FED WTH TAX<br>HEALTH DEDUCT | STATE TAX<br>401K DEDUCT | LOCAL TAX<br>TRANSIT DEDUCT | UNEMPL TAX<br>DIRECT DEPOSIT | MISC DEDUCT<br>REIM EXP | GROSS PAY<br>N E T PAY | CHECK #<br>TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 11 - PROC 006<br>Check Date - MAR 13,2015<br>Period End - MAR 6,2015 | 80.00<br>880.00 | 50.00<br>600.00 | | | | | | 91.76<br>21.46 | 73.90 | NY<br>63.11 | 40.27 | NY | | 1480.00<br>1189.50 | VOUCHER |
| WEEK 13 - PROC 007<br>Check Date - MAR 27,2015<br>Period End - MAR 20,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY<br>70.85 | 44.95 | NY | | 1600.00<br>1206.90 | VOUCHER |
| WEEK 15 - PROC 008<br>Check Date - APR 10,2015<br>Period End - APR 3,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY<br>70.85 | 44.95 | NY | | 1600.00<br>1206.90 | VOUCHER |
| WEEK 17 - PROC 009<br>Check Date - APR 24,2015<br>Period End - APR 17,2015 | 80.00<br>880.00 | 34.00<br>408.00 | | | | | | 79.85<br>18.68 | 108.10 | NY<br>50.73 | 32.78 | NY | | 1288.00<br>997.86 | VOUCHER |
| WEEK 19 - PROC 010<br>Check Date - MAY 8,2015<br>Period End - MAY 1,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY<br>70.85 | 44.95 | NY | | 1600.00<br>1206.90 | VOUCHER |
| WEEK 21 - PROC 011<br>Check Date - MAY 22,2015<br>Period End - MAY 15,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY<br>70.85 | 44.95 | NY | | 1600.00<br>1206.90 | VOUCHER |
| WEEK 23 - PROC 012<br>Check Date - JUN 5,2015<br>Period End - MAY 29,2015 | 80.00<br>880.00 | 30.00<br>360.00 | | | | | | 76.88<br>17.98 | 100.90 | NY<br>47.63 | 30.91 | NY | | 1240.00<br>965.70 | VOUCHER |
| WEEK 25 - PROC 013<br>Check Date - JUN 19,2015<br>Period End - JUN 12,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY<br>70.85 | 44.95 | NY | | 1600.00<br>1206.90 | VOUCHER |
| WEEK 27 - PROC 014<br>Check Date - JUL 3,2015<br>Period End - JUN 26,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 154.90 | NY<br>70.85 | 44.95 | NY | | 1600.00<br>1206.90 | VOUCHER |
| WEEK 29 - PROC 015<br>Check Date - JUL 17,2015<br>Period End - JUL 10,2015 | 80.00<br>880.00 | 40.00<br>480.00 | | | | | | 84.32<br>19.72 | 118.90 | NY<br>55.37 | 35.59 | NY | | 1360.00<br>1046.10 | VOUCHER |
| WEEK 31 - PROC 016<br>Check Date - JUL 31,2015<br>Period End - JUL 24,2015 | 80.00<br>880.00 | 38.00<br>456.00 | | | | | | 82.84<br>19.37 | 115.30 | NY<br>53.83 | 34.66 | NY | | 1336.00<br>1030.00 | VOUCHER |
| WEEK 33 - PROC 017<br>Check Date - AUG 14,2015<br>Period End - AUG 7,2015 | 80.00<br>880.00 | 12.00<br>144.00 | | | | | | 63.48<br>14.85 | 122.59 | NY<br>35.34 | 23.50 | NY | | 1024.00<br>764.24 | VOUCHER |
| WEEK 35 - PROC 019<br>Check Date - AUG 28,2015<br>Period End - AUG 21,2015 | 80.00<br>880.00 | 40.00<br>480.00 | | | | | | 84.32<br>19.72 | 172.99 | NY<br>56.61 | 36.34 | NY | | 1360.00<br>990.02 | VOUCHER |
| WEEK 37 - PROC 020<br>Check Date - SEP 11,2015<br>Period End - SEP 4,2015 | 80.00<br>880.00 | 60.00<br>720.00 | | | | | | 99.20<br>23.20 | 216.11 | NY<br>72.09 | 45.70 | NY | | 1600.00<br>1143.70 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**            PROC - 022

# Basic Pay From - To Check History Report

Process Date - AUG 3,2023  
Page - 3

**BORSHMAN, GALINA  1952**  
1388 W 6TH ST.  
7C  
BROOKLYN, NY 11204

| Week / Check / Period | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / PAY | VACATIO HOURS / PAY | HOLIDAY HRS / PAY | MISC HOURS / WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 39 - PROC 021 Check Date - SEP 25,2015 Period End - SEP 18,2015 | 80.00 / 880.00 | 76.00 / 912.00 | | | | | | 111.11 / 25.98 | 264.11 | NY 84.48 | 53.19 | NY | | 1792.00 / 1253.13 | VOUCHER |
| WEEK 41 - PROC 023 Check Date - OCT 9,2015 Period End - OCT 2,2015 | 80.00 / 880.00 | 80.00 / 960.00 | | | | | | 114.08 / 26.68 | 276.11 | NY 87.57 | 55.06 | NY | | 1840.00 / 1280.50 | VOUCHER |
| WEEK 43 - PROC 025 Check Date - OCT 23,2015 Period End - OCT 16,2015 | 80.00 / 880.00 | 40.00 / 480.00 | | | | | | 84.32 / 19.72 | 172.99 | NY 56.61 | 36.34 | NY | | 1360.00 / 990.02 | VOUCHER |
| WEEK 45 - PROC 026 Check Date - NOV 6,2015 Period End - OCT 30,2015 | 80.00 / 880.00 | 76.00 / 912.00 | | | | 70.00 | | 115.44 / 27.00 | 281.61 | NY 88.99 | 55.92 | NY | | 1862.00 / 1293.04 | VOUCHER |
| WEEK 47 - PROC 027 Check Date - NOV 20,2015 Period End - NOV 13,2015 | 80.00 / 880.00 | 41.00 / 492.00 | | | | | | 85.07 / 19.90 | 174.79 | NY 57.39 | 36.81 | NY | | 1372.00 / 998.04 | VOUCHER |
| WEEK 49 - PROC 028 Check Date - DEC 4,2015 Period End - NOV 27,2015 | 80.00 / 880.00 | 64.00 / 768.00 | | | | | | 102.17 / 23.89 | 228.11 | NY 75.19 | 47.57 | NY | | 1648.00 / 1171.07 | VOUCHER |
| WEEK 51 - PROC 029 Check Date - DEC 18,2015 Period End - DEC 11,2015 | 80.00 / 880.00 | 64.00 / 768.00 | | | | 12.00 | | 102.92 / 24.07 | 231.11 | NY 75.96 | 48.04 | NY | | 1660.00 / 1177.90 | VOUCHER |
| WEEK 01 - PROC 031 Check Date - DEC 31,2015 Period End - DEC 25,2015 | 80.00 / 880.00 | 64.00 / 768.00 | | | | 12.00 | | 102.92 / 24.07 | 231.11 | NY 75.96 | 48.04 | NY | | 1660.00 / 1177.90 | VOUCHER |
| WEEK 03 - PROC 001 Check Date - JAN 15,2016 Period End - JAN 8,2016 | 76.00 / 836.00 | 32.00 / 384.00 | | | 40.00 / 440.00 | | | 102.92 / 24.07 | 230.72 | NY 75.76 | 48.04 | NY | | 1660.00 / 1178.49 | VOUCHER |
| WEEK 05 - PROC 003 Check Date - JAN 29,2016 Period End - JAN 22,2016 | 80.00 / 880.00 | 64.00 / 768.00 | | | | | | 102.18 / 23.90 | 227.72 | NY 74.98 | 47.57 | NY | | 1648.00 / 1171.65 | VOUCHER |
| WEEK 07 - PROC 004 Check Date - FEB 12,2016 Period End - FEB 5,2016 | 80.00 / 880.00 | 64.00 / 768.00 | | | | | | 102.17 / 23.89 | 227.72 | NY 74.98 | 47.57 | NY | | 1648.00 / 1171.67 | VOUCHER |
| WEEK 08 - PROC 005 Check Date - FEB 19,2016 Period End - FEB 12,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 51.09 / 11.95 | 113.86 | NY 37.49 | 23.79 | NY | | 824.00 / 585.82 | VOUCHER |
| WEEK 09 - PROC 006 Check Date - FEB 26,2016 Period End - FEB 19,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 45.20 / 10.57 | 93.94 / 95.00 | NY 31.36 | 20.08 | NY | | 824.00 / 527.85 | VOUCHER |
| WEEK 10 - PROC 007 Check Date - MAR 4,2016 Period End - FEB 26,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 45.20 / 10.57 | 93.94 / 95.00 | NY 31.36 | 20.08 | NY | | 824.00 / 527.85 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

```
Process Date - AUG  3,2023            Basic Pay From - To Check History Report                        Page - 4
```

BORSHMAN, GALINA   1952
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

| Week / Check Info | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / PAY | VACATIO HOURS / PAY | HOLIDAY HRS / PAY | MISC HOURS / WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 11 - PROC 008<br>Check Date - MAR 11,2016<br>Period End - MAR  4,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 45.19<br>10.57 | 93.94<br>95.00 | NY 31.36 | 20.08 | NY | | 824.00<br>527.86 | VOUCHER |
| WEEK 12 - PROC 009<br>Check Date - MAR 18,2016<br>Period End - MAR 11,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.33<br>11.54 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.56 | VOUCHER |
| WEEK 13 - PROC 010<br>Check Date - MAR 25,2016<br>Period End - MAR 18,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.53 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.58 | VOUCHER |
| WEEK 14 - PROC 011<br>Check Date - APR  1,2016<br>Period End - MAR 25,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.54 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.57 | VOUCHER |
| WEEK 15 - PROC 012-1<br>Check Date - APR  8,2016<br>Period End - APR  1,2016 | 40.00<br>440.00 | 20.00<br>240.00 | | | | | | 40.39<br>9.44 | 82.32<br>28.50 | NY 26.37 | 17.06 | NY | | 680.00<br>475.92 | VOUCHER |
| WEEK 16 - PROC 013<br>Check Date - APR 15,2016<br>Period End - APR  8,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.54 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.57 | VOUCHER |
| WEEK 17 - PROC 014<br>Check Date - APR 22,2016<br>Period End - APR 15,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.53 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.58 | VOUCHER |
| WEEK 18 - PROC 015<br>Check Date - APR 29,2016<br>Period End - APR 22,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.54 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.57 | VOUCHER |
| WEEK 19 - PROC 016<br>Check Date - MAY  6,2016<br>Period End - APR 29,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.53 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.58 | VOUCHER |
| WEEK 20 - PROC 017<br>Check Date - MAY 13,2016<br>Period End - MAY  6,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.33<br>11.54 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.56 | VOUCHER |
| WEEK 21 - PROC 018<br>Check Date - MAY 20,2016<br>Period End - MAY 13,2016 | 40.00<br>440.00 | 20.00<br>240.00 | | | | | | 40.39<br>9.44 | 82.32<br>28.50 | NY 26.37 | 17.06 | NY | | 680.00<br>475.92 | VOUCHER |
| WEEK 22 - PROC 019<br>Check Date - MAY 27,2016<br>Period End - MAY 20,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.54 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.57 | VOUCHER |
| WEEK 23 - PROC 020<br>Check Date - JUN  3,2016<br>Period End - MAY 27,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | | | 49.32<br>11.53 | 106.74<br>28.50 | NY 35.65 | 22.68 | NY | | 824.00<br>569.58 | VOUCHER |
| WEEK 24 - PROC 021<br>Check Date - JUN 10,2016<br>Period End - JUN  3,2016 | 40.00<br>440.00 | 32.00<br>384.00 | | | | 12.00 | | 50.07<br>11.71 | 109.74<br>28.50 | NY 36.43 | 23.14 | NY | | 836.00<br>576.41 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

# Basic Pay From - To Check History Report

Process Date - AUG 3,2023  Page - 5

**BORSHMAN, GALINA 1952**
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

| Week / Dates | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / PAY | VACATIO HOURS / PAY | HOLIDAY HRS / PAY | MISC HOURS / WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 25 - PROC 022 Check Date - JUN 17,2016 Period End - JUN 10,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 26 - PROC 023 Check Date - JUN 24,2016 Period End - JUN 17,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 27 - PROC 024 Check Date - JUL 1,2016 Period End - JUN 24,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 28 - PROC 025 Check Date - JUL 8,2016 Period End - JUL 1,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 29 - PROC 027 Check Date - JUL 15,2016 Period End - JUL 8,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | 12.00 | | 50.06 / 11.71 | 109.74 / 28.50 | NY 36.43 | 23.14 | NY | | 836.00 / 576.42 | VOUCHER |
| WEEK 30 - PROC 028 Check Date - JUL 22,2016 Period End - JUL 15,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.33 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 31 - PROC 029 Check Date - JUL 29,2016 Period End - JUL 22,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 32 - PROC 030 Check Date - AUG 5,2016 Period End - JUL 29,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 33 - PROC 031 Check Date - AUG 12,2016 Period End - AUG 5,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 34 - PROC 032 Check Date - AUG 19,2016 Period End - AUG 12,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 35 - PROC 033 Check Date - AUG 26,2016 Period End - AUG 19,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 36 - PROC 034 Check Date - SEP 2,2016 Period End - AUG 26,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 37 - PROC 035 Check Date - SEP 9,2016 Period End - SEP 2,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 38 - PROC 037 Check Date - SEP 16,2016 Period End - SEP 9,2016 | 40.00 / 440.00 | 20.00 / 240.00 | | | | | | 40.40 / 9.44 | 82.32 / 28.50 | NY 26.37 | 17.06 | NY | | 680.00 / 475.91 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**     PROC - 022

```
Process Date - AUG 3,2023                Basic Pay From - To Check History Report                                Page - 6
```

**BORSHMAN, GALINA  1952**
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

| Week Info | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 39 - PROC 039 Check Date - SEP 23,2016 Period End - SEP 16,2016 | 40.00 / 440.00 | 8.00 / 96.00 | | | | | | 31.46 / 7.36 | 60.72 / 28.50 | NY 17.32 | 11.58 | NY | | 536.00 / 379.06 | VOUCHER |
| WEEK 39 - PROC 039 Check Date - SEP 23,2016 Period End - SEP 16,2016 | | | | | 36.00 / 396.00 | | | 24.55 / 5.74 | 43.99 | NY 10.83 | 7.46 | NY | | 396.00 / 303.43 | VOUCHER |
| WEEK 40 - PROC 040 Check Date - SEP 30,2016 Period End - SEP 23,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 41 - PROC 041 Check Date - OCT 7,2016 Period End - SEP 30,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 42 - PROC 042 Check Date - OCT 14,2016 Period End - OCT 7,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.33 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.56 | VOUCHER |
| WEEK 43 - PROC 043 Check Date - OCT 21,2016 Period End - OCT 14,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 44 - PROC 044 Check Date - OCT 28,2016 Period End - OCT 21,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 45 - PROC 045 Check Date - NOV 4,2016 Period End - OCT 28,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 46 - PROC 046 Check Date - NOV 10,2016 Period End - NOV 4,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 47 - PROC 047 Check Date - NOV 18,2016 Period End - NOV 11,2016 | 40.00 / 440.00 | 20.00 / 240.00 | | | | | | 40.39 / 9.44 | 82.32 / 28.50 | NY 26.37 | 17.06 | NY | | 680.00 / 475.92 | VOUCHER |
| WEEK 48 - PROC 048 Check Date - NOV 25,2016 Period End - NOV 18,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 49 - PROC 049 Check Date - DEC 2,2016 Period End - NOV 25,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |
| WEEK 50 - PROC 050 Check Date - DEC 9,2016 Period End - DEC 2,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.33 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.56 | VOUCHER |
| WEEK 51 - PROC 051 Check Date - DEC 16,2016 Period End - DEC 9,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.53 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.58 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**                                                                            PROC - 022

Process Date - AUG 3,2023 **Basic Pay From - To Check History Report** Page - 7

BORSHMAN, GALINA 1952
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

| Week Info | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / PAY | VACATIO HOURS / PAY | HOLIDAY HRS / PAY | MISC HOURS / WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 52 - PROC 053 Check Date - DEC 23,2016 Period End - DEC 16,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | 12.00 | | 50.06 / 11.71 | 109.74 / 28.50 | NY 36.43 | 23.14 | NY | | 836.00 / 576.42 | VOUCHER |
| WEEK 53 - PROC 054 Check Date - DEC 30,2016 Period End - DEC 23,2016 | 40.00 / 440.00 | 32.00 / 384.00 | | | | | | 49.32 / 11.54 | 106.74 / 28.50 | NY 35.65 | 22.68 | NY | | 824.00 / 569.57 | VOUCHER |
| WEEK 01 - PROC 001 Check Date - JAN 6,2017 Period End - DEC 30,2016 | 36.00 / 396.00 | | | | | | | 22.79 / 5.33 | 39.52 / 28.50 | NY 9.32 | 6.51 | NY | | 396.00 / 284.03 | VOUCHER |
| WEEK 01 - PROC 001 Check Date - JAN 6,2017 Period End - DEC 30,2016 | | | | 40.00 / 440.00 | 4.00 / 44.00 | | | 30.00 / 7.02 | 57.00 / | NY 15.92 | 10.71 | NY | | 484.00 / 363.35 | VOUCHER |
| WEEK 02 - PROC 002 Check Date - JAN 13,2017 Period End - JAN 6,2017 | 36.00 / 396.00 | | | 8.00 / 88.00 | | | | 28.24 / 6.60 | 52.72 / 28.50 | NY 14.24 | 9.66 | NY | | 484.00 / 344.04 | VOUCHER |
| WEEK 03 - PROC 003 Check Date - JAN 20,2017 Period End - JAN 13,2017 | 40.00 / 440.00 | 31.25 / 515.63 | | | | | | 57.49 / 13.44 | 138.78 / 28.50 | NY 44.12 | 27.81 | NY | | 955.63 / 645.49 | VOUCHER |
| WEEK 04 - PROC 004 Check Date - JAN 27,2017 Period End - JAN 20,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.63 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.55 | VOUCHER |
| WEEK 05 - PROC 005 Check Date - FEB 3,2017 Period End - JAN 27,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.24 / 13.62 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.57 | VOUCHER |
| WEEK 06 - PROC 006 Check Date - FEB 10,2017 Period End - FEB 3,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.56 | VOUCHER |
| WEEK 07 - PROC 007 Check Date - FEB 17,2017 Period End - FEB 10,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.63 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.55 | VOUCHER |
| WEEK 08 - PROC 008 Check Date - FEB 24,2017 Period End - FEB 17,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.56 | VOUCHER |
| WEEK 09 - PROC 009 Check Date - MAR 3,2017 Period End - FEB 24,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.56 | VOUCHER |
| WEEK 10 - PROC 010 Check Date - MAR 10,2017 Period End - MAR 3,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.56 | VOUCHER |
| WEEK 11 - PROC 011 Check Date - MAR 17,2017 Period End - MAR 10,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.63 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY | | 968.00 / 652.55 | VOUCHER |

Process Date - AUG 3,2023          **Basic Pay From - To Check History Report**          Page - 8

| BORSHMAN, GALINA 1952<br>1388 W 6TH ST.<br>7C<br>BROOKLYN, NY 11204 | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 12 - PROC 012<br>Check Date - MAR 24,2017<br>Period End - MAR 17,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.56 | VOUCHER |
| WEEK 13 - PROC 013<br>Check Date - MAR 31,2017<br>Period End - MAR 24,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.56 | VOUCHER |
| WEEK 14 - PROC 014<br>Check Date - APR 7,2017<br>Period End - MAR 31,2017 | 40.00<br>440.00 | 20.00<br>330.00 | | | | | | 45.97<br>10.75 | 95.62<br>28.50 | NY<br>32.14 | 20.57 | NY | | 770.00<br>536.45 | VOUCHER |
| WEEK 15 - PROC 015<br>Check Date - APR 14,2017<br>Period End - APR 7,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.63 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.55 | VOUCHER |
| WEEK 16 - PROC 016<br>Check Date - APR 21,2017<br>Period End - APR 14,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.56 | VOUCHER |
| WEEK 17 - PROC 017<br>Check Date - APR 28,2017<br>Period End - APR 21,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.56 | VOUCHER |
| WEEK 18 - PROC 018<br>Check Date - MAY 5,2017<br>Period End - APR 28,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.63 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.55 | VOUCHER |
| WEEK 19 - PROC 019<br>Check Date - MAY 12,2017<br>Period End - MAY 5,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.24<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.57 | VOUCHER |
| WEEK 20 - PROC 020<br>Check Date - MAY 19,2017<br>Period End - MAY 12,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.56 | VOUCHER |
| WEEK 21 - PROC 021<br>Check Date - MAY 26,2017<br>Period End - MAY 19,2017 | 40.00<br>440.00 | 20.00<br>330.00 | | | | | | 45.98<br>10.75 | 95.62<br>28.50 | NY<br>32.14 | 20.57 | NY | | 770.00<br>536.44 | VOUCHER |
| WEEK 22 - PROC 022<br>Check Date - JUN 2,2017<br>Period End - MAY 26,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.63 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY | | 968.00<br>652.55 | VOUCHER |
| WEEK 23 - PROC 023<br>Check Date - JUN 9,2017<br>Period End - JUN 2,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.24<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY<br>0.60 | | 968.00<br>651.97 | VOUCHER |
| WEEK 24 - PROC 024<br>Check Date - JUN 16,2017<br>Period End - JUN 9,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY<br>0.60 | | 968.00<br>651.96 | VOUCHER |
| WEEK 25 - PROC 025<br>Check Date - JUN 23,2017<br>Period End - JUN 16,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY<br>44.91 | 28.29 | NY<br>0.60 | | 968.00<br>651.96 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**                                                                                 PROC - 022

# Basic Pay From - To Check History Report

Process Date - AUG 3,2023　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page - 9

BORSHMAN, GALINA   1952
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

| Week / Check / Period | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANSACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 26 - PROC 026 Check Date - JUN 30,2017 Period End - JUN 23,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.63 | 141.87 / 28.50 | NY 44.91 | 28.29 | NY 0.60 | | 968.00 / 651.95 | VOUCHER |
| WEEK 27 - PROC 027 Check Date - JUL 7,2017 Period End - JUN 30,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 28 - PROC 028 Check Date - JUL 14,2017 Period End - JUL 7,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 29 - PROC 029 Check Date - JUL 19,2017 Period End - JUL 7,2017 | | | | | | 66.00 | 12.00 / 66.00 | 8.18 / 1.92 | 8.78 | NY | 0.81 | NY 0.77 | | 132.00 / 111.54 | VOUCHER |
| WEEK 29 - PROC 030 Check Date - JUL 21,2017 Period End - JUL 14,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 30 - PROC 031 Check Date - JUL 28,2017 Period End - JUL 21,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 31 - PROC 032 Check Date - AUG 4,2017 Period End - JUL 28,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 32 - PROC 033 Check Date - AUG 11,2017 Period End - AUG 4,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.63 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.23 | VOUCHER |
| WEEK 33 - PROC 034 Check Date - AUG 18,2017 Period End - AUG 11,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 34 - PROC 035 Check Date - AUG 25,2017 Period End - AUG 18,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 35 - PROC 036 Check Date - SEP 1,2017 Period End - AUG 25,2017 | 40.00 / 440.00 | 32.00 / 528.00 | | | | | | 58.25 / 13.62 | 141.87 / 28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00 / 647.24 | VOUCHER |
| WEEK 36 - PROC 037 Check Date - SEP 8,2017 Period End - SEP 1,2017 | 20.00 / 220.00 | | | | | | | 11.87 / 2.78 | 14.73 / 28.50 | NY 1.97 | 2.15 | NY 0.88 | | 220.00 / 157.12 | VOUCHER |
| WEEK 37 - PROC 038 Check Date - SEP 15,2017 Period End - SEP 8,2017 | 40.00 / 440.00 | 20.00 / 330.00 | | | | 12.00 / 66.00 | | 50.06 / 11.71 | 108.87 / 28.50 | NY 36.40 | 26.05 | NY 1.65 | | 836.00 / 572.76 | VOUCHER |
| WEEK 38 - PROC 039 Check Date - SEP 22,2017 Period End - SEP 15,2017 | 40.00 / 440.00 | 20.00 / 330.00 | | | | | | 45.98 / 10.75 | 95.62 / 28.50 | NY 32.14 | 23.18 | NY 1.57 | | 770.00 / 532.26 | VOUCHER |

1691 - HOME FAMILY CARE INC.

PROC - 022

# Basic Pay From - To Check History Report

Process Date - AUG 3,2023  
Page - 10

**BORSHMAN, GALINA  1952**  
1388 W 6TH ST.  
7C  
BROOKLYN, NY 11204

| Week / Check Info | REGULAR HOURS / WAGES | O/TIME HOURS / WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / PAY | VACATIO HOURS / PAY | HOLIDAY HRS / PAY | MISC HOURS / WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 38 - PROC 039<br>Check Date - SEP 22,2017<br>Period End - SEP 15,2017 | | | | | 40.00<br>440.00 | | | 27.28<br>6.38 | 50.40 | NY 13.32 | 10.34 | NY 0.55 | | 440.00<br>331.73 | VOUCHER |
| WEEK 39 - PROC 040<br>Check Date - SEP 29,2017<br>Period End - SEP 22,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.24 | VOUCHER |
| WEEK 40 - PROC 041<br>Check Date - OCT 6,2017<br>Period End - SEP 29,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.63 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.23 | VOUCHER |
| WEEK 41 - PROC 042<br>Check Date - OCT 13,2017<br>Period End - OCT 6,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.24<br>13.62 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.25 | VOUCHER |
| WEEK 42 - PROC 043<br>Check Date - OCT 20,2017<br>Period End - OCT 13,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.24 | VOUCHER |
| WEEK 43 - PROC 044<br>Check Date - OCT 27,2017<br>Period End - OCT 20,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.63 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.23 | VOUCHER |
| WEEK 44 - PROC 045<br>Check Date - NOV 3,2017<br>Period End - OCT 27,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.24 | VOUCHER |
| WEEK 45 - PROC 046<br>Check Date - NOV 10,2017<br>Period End - NOV 3,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.24 | VOUCHER |
| WEEK 46 - PROC 047<br>Check Date - NOV 17,2017<br>Period End - NOV 10,2017 | 40.00<br>440.00 | 32.00<br>528.00 | | | | | | 58.25<br>13.62 | 141.87<br>28.50 | NY 44.91 | 31.79 | NY 1.82 | | 968.00<br>647.24 | VOUCHER |
| WEEK 47 - PROC 048<br>Check Date - NOV 24,2017<br>Period End - NOV 17,2017 | 12.00<br>132.00 | | | | | | | 6.42<br>1.50 | 5.93<br>28.50 | NY | 0.17 | NY 0.77 | | 132.00<br>88.71 | VOUCHER |
| WEEK 48 - PROC 049<br>Check Date - DEC 1,2017<br>Period End - NOV 24,2017 | 24.00<br>264.00 | | | | | | | 14.60<br>3.42 | 19.72<br>28.50 | NY 3.73 | 3.14 | NY 0.93 | | 264.00<br>189.96 | VOUCHER |
| WEEK 50 - PROC 051<br>Check Date - DEC 15,2017<br>Period End - DEC 8,2017 | 40.00<br>440.00 | 20.00<br>330.00 | | | | | | 47.74<br>11.16 | 99.90 | NY 33.98 | 24.42 | NY 1.57 | | 770.00<br>551.23 | VOUCHER |
| WEEK 51 - PROC 052<br>Check Date - DEC 22,2017<br>Period End - DEC 15,2017 | 12.00<br>132.00 | | | | | | | 8.18<br>1.92 | 8.78 | NY | 0.81 | NY 0.77 | | 132.00<br>111.54 | VOUCHER |
| WEEK 52 - PROC 053<br>Check Date - DEC 29,2017<br>Period End - DEC 22,2017 | 29.00<br>319.00 | | | | | | | 19.78<br>4.62 | 32.25 | NY 7.13 | 5.78 | NY 1.00 | | 319.00<br>248.44 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

# Basic Pay From - To Check History Report

Process Date - AUG 3,2023　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page - 11

BORSHMAN, GALINA   1952
1388 W 6TH ST.
7C
BROOKLYN, NY 11204

| Week / Dates | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 52 - PROC 053<br>Check Date - DEC 29,2017<br>Period End - DEC 22,2017 | | | | | | | 36.00<br>440.00 | 27.28<br>6.38 | 50.40 | NY<br>13.32 | 10.34 | NY<br>0.55 | | 440.00<br>331.73 | VOUCHER |
| WEEK 02 - PROC 002<br>Check Date - JAN 12,2018<br>Period End - JAN 5,2018 | 40.00<br>520.00 | 5.00<br>97.50 | | | | | | 38.29<br>8.95 | 77.02 | NY<br>24.07 | 16.75 | NY<br>1.38 | | 617.50<br>451.04 | VOUCHER |
| WEEK 03 - PROC 003<br>Check Date - JAN 19,2018<br>Period End - JAN 12,2018 | 40.00<br>520.00 | 26.00<br>507.00 | | | | | | 63.67<br>14.90 | 132.20 | NY<br>49.99 | 33.74 | NY<br>1.89 | | 1027.00<br>730.61 | VOUCHER |
| WEEK 04 - PROC 004<br>Check Date - JAN 26,2018<br>Period End - JAN 19,2018 | 40.00<br>520.00 | 5.00<br>97.50 | | | | | | 38.28<br>8.95 | 61.90 | NY<br>24.07 | 16.75 | NY<br>1.38 | | 617.50<br>466.17 | VOUCHER |
| WEEK 05 - PROC 005<br>Check Date - FEB 2,2018<br>Period End - JAN 26,2018 | 40.00<br>520.00 | 32.00<br>624.00 | | | | | | 70.93<br>16.59 | 157.94 | NY<br>57.40 | 38.60 | NY<br>2.04 | | 1144.00<br>800.50 | VOUCHER |
| WEEK 06 - PROC 006<br>Check Date - FEB 9,2018<br>Period End - FEB 2,2018 | 40.00<br>520.00 | 32.00<br>624.00 | | | | | | 70.93<br>16.59 | 157.94 | NY<br>57.40 | 38.60 | NY<br>2.04 | | 1144.00<br>800.50 | VOUCHER |
| WEEK 07 - PROC 007<br>Check Date - FEB 16,2018<br>Period End - FEB 9,2018 | 40.00<br>520.00 | 32.00<br>624.00 | | | | | | 70.93<br>16.58 | 157.94 | NY<br>57.40 | 38.60 | NY<br>2.04 | | 1144.00<br>800.51 | VOUCHER |
| WEEK 08 - PROC 008<br>Check Date - FEB 23,2018<br>Period End - FEB 16,2018 | 40.00<br>520.00 | 20.00<br>390.00 | | | | | | 56.42<br>13.20 | 106.46 | NY<br>42.58 | 28.89 | NY<br>1.75 | | 910.00<br>660.70 | VOUCHER |
| WEEK 09 - PROC 009<br>Check Date - MAR 2,2018<br>Period End - FEB 23,2018 | 40.00<br>520.00 | 32.00<br>624.00 | | | | | | 70.93<br>16.59 | 157.94 | NY<br>57.40 | 38.60 | NY<br>2.04 | | 1144.00<br>800.50 | VOUCHER |
| WEEK 10 - PROC 010<br>Check Date - MAR 9,2018<br>Period End - MAR 2,2018 | 36.00<br>468.00 | | | | | | | 29.01<br>6.78 | 43.96 | NY<br>14.97 | 10.76 | NY<br>1.19 | | 468.00<br>361.33 | VOUCHER |
| *** EMPLOYEE SS# xxx-xx-2670<br>*** AUG 13,2014   13.0000<br>*** BORSHMAN, GALINA<br>*** PAYROLL HISTORY TOTALS | 7241.00<br>80363.00 | 5044.25<br>67973.63 | | 48.00<br>528.00 | 120.00<br>1320.00 | 12.00<br>262.00 | 48.00<br>506.00 | 9182.36<br>2147.48 | 18853.40<br>2850.00 | 6609.67 | 4288.24 | 60.10 | | 100<br>50952.63<br>100<br>06961.38 | 150 |

Process Date - AUG 3,2023

# Basic Pay From - To Check History Report

Page - 12

| | REGULAR HOURS | O/TIME HOURS | 1099$$ WAGES | SICK HOURS | VACATIO HOURS | HOLIDAY HRS | MISC HOURS | FICA TAX | FED WTH TAX | STATE TAX | LOCAL TAX | UNEMPL TAX | MISC DEDUCT | GROSS PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGULAR WAGES | O/TIME WAGES | SALARY WAGES | SICK PAY | VACATIO PAY | HOLIDAY PAY | MISC WAGES | MEDFICA TAX | HEALTH DEDUCT | 401K DEDUCT | TRANSIT DEDUCT | DIRECT DEPOSIT | REIM EXP | N E T PAY | TRANS ACTIONS |
| *** *** COMPANY TOTALS *** FOR ENTIRE REPORT *** | 7241.00 | 5044.25 | | 48.00 | 120.00 | 12.00 | 48.00 | 9182.36 | 18853.40 | 6609.67 | 4288.24 | 60.10 | | 100 50952.63 | 150 |
| | 80363.00 | 67973.63 | | 528.00 | 1320.00 | 262.00 | 506.00 | 2147.48 | 2850.00 | | | | | 100 06961.38 | |

**1691 - HOME FAMILY CARE INC.**

PROC - 022