Process Date - AUG 3,2023

# Basic Pay From - To Check History Report

DEFENDANT'S EXHIBIT **E**

- 1

| KAMILOVA, FATIMA 6030<br>1675 EAST 21ST ST.<br>3H<br>BROOKLYN, NY 11210 | REGULAR HOURS<br>REGULAR WAGES | O/TIME HOURS<br>O/TIME WAGES | 1099$$ WAGES<br>SALARY WAGES | SICK HOURS<br>SICK PAY | VACATIO HOURS<br>VACATIO PAY | HOLIDAY HRS<br>HOLIDAY PAY | MISC HOURS<br>MISC WAGES | FICA TAX<br>MEDFICA TAX | FED WTH TAX<br>HEALTH DEDUCT | STATE TAX<br>401K DEDUCT | LOCAL TAX<br>TRANSIT DEDUCT | | CHECK #<br>TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 01 - PROC 001<br>Check Date - JAN 6,2017<br>Period End - DEC 30,2016 | | | | | | | 160.00 | 9.92<br>2.32 | | NY<br>0.28 | 1.03 | | 100.00 VOUCHER<br>145.85 |
| WEEK 10 - PROC 010<br>Check Date - MAR 10,2017<br>Period End - MAR 3,2017 | | | | | | | 1020.00 | 63.24<br>14.79 | 110.12 | NY<br>49.42 | 31.06 | NY<br>0.60 | 1020.00 00036982<br>750.77 |
| WEEK 11 - PROC 011<br>Check Date - MAR 17,2017<br>Period End - MAR 10,2017 | | | | | | | 1190.00 | 73.78<br>17.26 | 135.62 | NY<br>60.39 | 37.69 | NY<br>0.60 | 1190.00 00037154<br>864.66 |
| WEEK 12 - PROC 012<br>Check Date - MAR 24,2017<br>Period End - MAR 17,2017 | | | | | | | 1190.00 | 73.78<br>17.25 | 135.62 | NY<br>60.39 | 37.69 | NY<br>0.60 | 1190.00 00037331<br>864.67 |
| WEEK 17 - PROC 017<br>Check Date - APR 28,2017<br>Period End - APR 21,2017 | 24.00<br>264.00 | | | | | | | 16.37<br>3.83 | 9.77 | NY<br>4.44 | 3.04 | NY<br>0.60 | 264.00 00038248<br>225.95 |
| WEEK 19 - PROC 019<br>Check Date - MAY 12,2017<br>Period End - MAY 5,2017 | | | | | | | 170.00 | 10.54<br>2.46 | 0.37 | NY<br>0.68 | 1.22 | NY<br>0.60 | 170.00 00038624<br>154.13 |
| WEEK 20 - PROC 020<br>Check Date - MAY 19,2017<br>Period End - MAY 12,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 17.80 | NY<br>0.60 | 680.00 00038808<br>522.97 |
| WEEK 21 - PROC 021<br>Check Date - MAY 26,2017<br>Period End - MAY 19,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 17.80 | NY<br>0.60 | 680.00 00038998<br>522.97 |
| WEEK 22 - PROC 022<br>Check Date - JUN 2,2017<br>Period End - MAY 26,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 17.80 | NY<br>0.60 | 680.00 00039193<br>522.97 |
| WEEK 23 - PROC 023<br>Check Date - JUN 9,2017<br>Period End - JUN 2,2017 | | | | | | | 510.00 | 31.62<br>7.40 | 34.37 | NY<br>16.83 | 11.32 | NY<br>0.60 | 510.00 00039379<br>407.86 |
| WEEK 27 - PROC 027<br>Check Date - JUL 7,2017<br>Period End - JUN 30,2017 | | | | | | | 170.00 | 10.54<br>2.46 | 0.37 | NY<br>0.68 | 1.45 | NY<br>0.81 | 170.00 00040161<br>153.69 |
| WEEK 28 - PROC 028<br>Check Date - JUL 14,2017<br>Period End - JUL 7,2017 | 12.00<br>132.00 | | | | | | 170.00 | 18.72<br>4.38 | 13.57 | NY<br>5.96 | 4.86 | NY<br>0.98 | 302.00 00403056<br>253.53 |
| WEEK 29 - PROC 030<br>Check Date - JUL 21,2017<br>Period End - JUL 14,2017 | | | | | | | 170.00 | 10.54<br>2.47 | 0.37 | NY<br>0.68 | 1.45 | NY<br>0.81 | 170.00 00403380<br>153.68 |
| WEEK 38 - PROC 039<br>Check Date - SEP 22,2017<br>Period End - SEP 15,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 20.08 | NY<br>1.46 | 680.00 00405091<br>519.83 |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

Process Date - AUG 3,2023

## Basic Pay From - To Check History Report

Page - 2

| KAMILOVA, FATIMA 6030<br>1675 EAST 21ST. ST.<br>3H<br>BROOKLYN, NY 11210 | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 39 - PROC 040<br>Check Date - SEP 29,2017<br>Period End - SEP 22,2017 | | | | | | | 850.00 | 52.70<br>12.32 | 84.62 | NY<br>38.46 | 27.48 | NY<br>1.67 | | 850.00<br>632.75 | 00405287 |
| WEEK 40 - PROC 041<br>Check Date - OCT 6,2017<br>Period End - SEP 29,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 20.08 | NY<br>1.46 | | 680.00<br>519.83 | 00405480 |
| WEEK 41 - PROC 042<br>Check Date - OCT 13,2017<br>Period End - OCT 6,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 20.08 | NY<br>1.46 | | 680.00<br>519.83 | 00405665 |
| WEEK 42 - PROC 043<br>Check Date - OCT 20,2017<br>Period End - OCT 13,2017 | | | | | | | 680.00 | 42.16<br>9.86 | 59.12 | NY<br>27.49 | 20.08 | NY<br>1.46 | | 680.00<br>519.83 | 00405861 |
| WEEK 43 - PROC 044<br>Check Date - OCT 27,2017<br>Period End - OCT 20,2017 | | | | | | | 170.00 | 10.54<br>2.47 | 0.37 | NY<br>0.68 | 1.45 | NY<br>0.81 | | 170.00<br>153.68 | 00406059 |
| WEEK 45 - PROC 046<br>Check Date - NOV 10,2017<br>Period End - NOV 3,2017 | 6.00<br>66.00 | | | | | | | 4.09<br>0.95 | | NY | | NY<br>0.41 | | 66.00<br>60.55 | 00406431 |
| WEEK 12 - PROC 012<br>Check Date - MAR 23,2018<br>Period End - MAR 16,2018 | 15.00<br>195.00 | | | | | | | 12.09<br>2.83 | | NY<br>1.68 | 1.83 | NY<br>0.85 | | 195.00<br>175.72 | 00409707 |
| WEEK 13 - PROC 013<br>Check Date - MAR 30,2018<br>Period End - MAR 23,2018 | 15.00<br>195.00 | | | | | | | 12.09<br>2.83 | | NY<br>1.68 | 1.83 | NY<br>0.85 | | 195.00<br>175.72 | 00409869 |
| WEEK 15 - PROC 015<br>Check Date - APR 13,2018<br>Period End - APR 6,2018 | 40.00<br>520.00 | 27.00<br>526.50 | | | | | | 64.88<br>15.17 | 91.60 | NY<br>50.55 | 34.15 | NY<br>1.92 | | 1046.50<br>788.23 | 00410184 |
| WEEK 16 - PROC 016<br>Check Date - APR 20,2018<br>Period End - APR 13,2018 | 40.00<br>520.00 | 26.00<br>507.00 | | | | | | 63.68<br>14.89 | 89.26 | NY<br>49.32 | 33.34 | NY<br>1.89 | | 1027.00<br>774.62 | 00410347 |
| WEEK 17 - PROC 017<br>Check Date - APR 27,2018<br>Period End - APR 20,2018 | 40.00<br>520.00 | 26.00<br>507.00 | | | | | | 63.67<br>14.89 | 89.26 | NY<br>49.32 | 33.34 | NY<br>1.89 | | 1027.00<br>774.63 | VOUCHER |
| WEEK 17 - PROC 017<br>Check Date - APR 27,2018<br>Period End - APR 20,2018 | | | | | | | 67.00<br>1046.50 | 64.88<br>15.18 | 91.60 | NY<br>50.55 | 34.15 | NY<br>1.32 | | 1046.50<br>788.82 | VOUCHER |
| WEEK 18 - PROC 018<br>Check Date - MAY 4,2018<br>Period End - APR 27,2018 | 40.00<br>520.00 | 13.00<br>253.50 | | | | | | 47.96<br>11.21 | 58.84 | NY<br>33.27 | 22.82 | NY<br>1.57 | | 773.50<br>597.83 | VOUCHER |
| *** EMPLOYEE SS# xxx-xx-4288<br>*** FEB 26,2017    13.0000<br>*** KAMILOVA, FATIMA<br>*** PAYROLL HISTORY TOTALS | 232.00<br>2932.00 | 92.00<br>1794.00 | | | | | 67.00<br>11576.50 | 1010.75<br>236.38 | 1359.57 | 667.69 | 454.92 | 27.62 | | 16302.50<br>12545.57 | 27 |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

Process Date - AUG 3,2023

# Basic Pay From - To Check History Report

Page - 3

| | REGULAR HOURS | O/TIME HOURS | 1099$$ WAGES | SICK HOURS | VACATIO HOURS | HOLIDAY HRS | MISC HOURS | FICA TAX | FED WTH TAX | STATE TAX | LOCAL TAX | UNEMPL TAX | MISC DEDUCT | GROSS PAY | CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | REGULAR WAGES | O/TIME WAGES | SALARY WAGES | SICK PAY | VACATIO PAY | HOLIDAY PAY | MISC WAGES | MEDFICA TAX | HEALTH DEDUCT | 401K DEDUCT | TRANSIT DEDUCT | DIRECT DEPOSIT | REIM EXP | N E T PAY | TRANS ACTIONS |
| *** COMPANY TOTALS *** FOR ENTIRE REPORT *** | 232.00 | 92.00 | | | | | 67.00 | 1010.75 | 1359.57 | 667.69 | 454.92 | 27.62 | | 16302.50 | 27 |
| | 2932.00 | 1794.00 | | | | | 11576.50 | 236.38 | | | | | | 12545.57 | |

1691 - HOME FAMILY CARE INC.

PROC - 022