Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

DEFENDANT'S EXHIBIT

**F**

_____

BARAHONA ALVARAD, EUGEN 4635
10117 43RD AVE.
CORONA, NY 11368

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | / VOUCHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 45 - PROC 026 / Check Date - NOV 6,2015 / Period End - OCT 30,2015 | 12.00 / 120.00 | | | | | | / 980.00 | 68.20 / 15.95 | 133.99 | NY 39.84 | 26.31 | NY 1.20 | 1100.00 VOUCHER / 814.51 |
| WEEK 47 - PROC 027 / Check Date - NOV 20,2015 / Period End - NOV 13,2015 | | | | | | | / 1120.00 | 69.44 / 16.24 | 136.99 | NY 41.13 | 27.05 | NY 1.20 | 1120.00 VOUCHER / 827.95 |
| WEEK 49 - PROC 028 / Check Date - DEC 4,2015 / Period End - NOV 27,2015 | | | | | | | / 1120.00 | 69.44 / 16.24 | 136.99 | NY 41.13 | 27.05 | NY 1.20 | 1120.00 VOUCHER / 827.95 |
| WEEK 51 - PROC 029 / Check Date - DEC 18,2015 / Period End - DEC 11,2015 | 11.00 / 110.00 | | | | | | / 1260.00 | 84.94 / 19.87 | 174.49 | NY 57.26 | 36.73 | NY 1.20 | 1370.00 VOUCHER / 995.51 |
| WEEK 01 - PROC 031 / Check Date - DEC 31,2015 / Period End - DEC 25,2015 | 4.00 / 40.00 | | | | | | / 840.00 | 54.56 / 12.76 | 100.99 | NY 26.84 | 18.17 | NY 1.20 | 880.00 VOUCHER / 665.48 |
| WEEK 03 - PROC 001 / Check Date - JAN 15,2016 / Period End - JAN 8,2016 | | | | | | | / 560.00 | 34.72 / 8.12 | 53.18 | NY 11.02 | 7.59 | NY 1.20 | 560.00 VOUCHER / 444.17 |
| WEEK 03 - PROC 002 / Check Date - JAN 22,2016 / Period End - JAN 8,2016 | 12.00 / 120.00 | | | | | | | 7.44 / 1.74 | 3.35 | NY | | NY 0.60 | 120.00 VOUCHER / 106.87 |
| WEEK 05 - PROC 003 / Check Date - JAN 29,2016 / Period End - JAN 22,2016 | 63.75 / 637.50 | | | | | | | 39.53 / 9.24 | 64.81 | NY 14.25 | 9.99 | NY 1.20 | 637.50 VOUCHER / 498.48 |
| WEEK 07 - PROC 004 / Check Date - FEB 12,2016 / Period End - FEB 5,2016 | 17.75 / 177.50 | | | | | | / 840.00 | 63.08 / 14.76 | 121.81 | NY 34.79 | 23.26 | NY 1.20 | 1017.50 VOUCHER / 758.60 |
| WEEK 08 - PROC 005 / Check Date - FEB 19,2016 / Period End - FEB 12,2016 | | | | | | | / 420.00 | 26.04 / 6.09 | 47.59 | NY 12.16 | 8.34 | NY 0.60 | 420.00 VOUCHER / 319.18 |
| WEEK 09 - PROC 006 / Check Date - FEB 26,2016 / Period End - FEB 19,2016 | | | | | | | / 560.00 | 34.72 / 8.12 | 68.59 | NY 20.46 | 13.52 | NY 0.60 | 560.00 VOUCHER / 413.99 |
| WEEK 10 - PROC 007 / Check Date - MAR 4,2016 / Period End - FEB 26,2016 | | | | | | | / 560.00 | 34.72 / 8.12 | 68.59 | NY 20.46 | 13.52 | NY 0.60 | 560.00 VOUCHER / 413.99 |
| WEEK 11 - PROC 008 / Check Date - MAR 11,2016 / Period End - MAR 4,2016 | | | | | | | / 560.00 | 34.72 / 8.12 | 68.59 | NY 20.46 | 13.52 | NY 0.60 | 560.00 VOUCHER / 413.99 |
| WEEK 12 - PROC 009 / Check Date - MAR 18,2016 / Period End - MAR 11,2016 | 1.00 / 700.00 | | | | | | / 700.00 | 43.40 / 10.15 | 89.59 | NY 29.49 | 18.95 | NY 0.60 | 700.00 VOUCHER / 507.82 |

## 1691 - HOME FAMILY CARE INC.

PROC - 022

Process Date - AUG 3,2023

# Basic Pay From - To Check History Report

Page - 2

| BARAHONA ALVARAD, EUGEN 4635 10117 43RD AVE. CORONA, NY 11368 | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / NET PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 13 - PROC 010 Check Date - MAR 25,2016 Period End - MAR 18,2016 | | | | | | | 560.00 | 34.72 8.12 | 68.59 | NY 20.46 | 13.52 | NY 0.60 | | 560.00 413.99 | VOUCHER |
| WEEK 14 - PROC 011 Check Date - APR 1,2016 Period End - MAR 25,2016 | | | | | | | 280.00 | 17.36 4.06 | 26.59 | NY 5.51 | 3.79 | NY 0.60 | | 280.00 222.09 | VOUCHER |
| WEEK 15 - PROC 012-1 Check Date - APR 8,2016 Period End - APR 1,2016 | | | | | | | 620.00 | 38.44 8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00 454.22 | VOUCHER |
| WEEK 16 - PROC 013 Check Date - APR 15,2016 Period End - APR 8,2016 | 8.00 80.00 | | | | | | 155.00 | 14.57 3.41 | 19.84 | NY 3.71 | 2.64 | NY 0.60 | | 235.00 190.23 | VOUCHER |
| WEEK 17 - PROC 014 Check Date - APR 22,2016 Period End - APR 15,2016 | 28.00 280.00 | | | | | | | 17.36 4.06 | 26.59 | NY 5.51 | 3.79 | NY 0.60 | | 280.00 222.09 | VOUCHER |
| WEEK 18 - PROC 015 Check Date - APR 29,2016 Period End - APR 22,2016 | 5.00 55.00 | | | | | | 465.00 | 32.24 7.54 | 62.59 | NY 18.06 | 12.04 | NY 0.60 | | 520.00 386.93 | VOUCHER |
| WEEK 19 - PROC 016 Check Date - MAY 6,2016 Period End - APR 29,2016 | 5.00 55.00 | | | | | | 310.00 | 22.63 5.29 | 39.34 | NY 9.21 | 6.43 | NY 0.60 | | 365.00 281.50 | VOUCHER |
| WEEK 20 - PROC 017 Check Date - MAY 13,2016 Period End - MAY 6,2016 | | | | | | | 465.00 | 28.83 6.74 | 54.34 | NY 14.81 | 10.01 | NY 0.60 | | 465.00 349.67 | VOUCHER |
| WEEK 21 - PROC 018 Check Date - MAY 20,2016 Period End - MAY 13,2016 | | | | | | | 775.00 | 48.05 11.24 | 101.61 | NY 34.33 | 21.88 | NY 0.60 | | 775.00 557.29 | VOUCHER |
| WEEK 22 - PROC 019 Check Date - MAY 27,2016 Period End - MAY 20,2016 | | | | | | | 620.00 | 38.44 8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00 454.22 | VOUCHER |
| WEEK 24 - PROC 021 Check Date - JUN 10,2016 Period End - JUN 3,2016 | | | | | | | 465.00 | 28.83 6.74 | 54.34 | NY 14.81 | 10.01 | NY 0.60 | | 465.00 349.67 | VOUCHER |
| WEEK 25 - PROC 022 Check Date - JUN 17,2016 Period End - JUN 10,2016 | | | | | | | 620.00 | 38.44 8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00 454.22 | VOUCHER |
| WEEK 25 - PROC 022 Check Date - JUN 17,2016 Period End - JUN 10,2016 | | | | | | | 5.00 775.00 | 48.05 11.24 | 101.61 | NY 34.33 | 21.88 | NY | | 775.00 557.89 | VOUCHER |
| WEEK 26 - PROC 023 Check Date - JUN 24,2016 Period End - JUN 17,2016 | | | | | | | 620.00 | 38.44 8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00 454.22 | VOUCHER |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

Page -    3

| BARAHONA ALVARAD, EUGEN 4635<br>10117 43RD AVE.<br>CORONA, NY 11368 | REGULAR HOURS<br>REGULAR WAGES | O/TIME HOURS<br>O/TIME WAGES | 1099$$ WAGES<br>SALARY WAGES | SICK HOURS<br>SICK PAY | VACATIO HOURS<br>VACATIO PAY | HOLIDAY HRS<br>HOLIDAY PAY | MISC HOURS<br>MISC WAGES | FICA TAX<br>MEDFICA TAX | FED WTH TAX<br>HEALTH DEDUCT | STATE TAX<br>401K DEDUCT | LOCAL TAX<br>TRANSIT DEDUCT | UNEMPL TAX<br>DIRECT DEPOSIT | MISC DEDUCT<br>REIM EXP | GROSS PAY<br>N E T PAY | CHECK #<br>TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 27 - PROC 024<br>Check Date - JUL  1,2016<br>Period End - JUN 24,2016 | | | | | | | <br>775.00 | 48.05<br>11.24 | 101.61 | NY 34.33 | 21.88 | NY 0.60 | | 775.00<br>557.29 | VOUCHER |
| WEEK 28 - PROC 025<br>Check Date - JUL  8,2016<br>Period End - JUL  1,2016 | | | | | | | <br>155.00 | 9.61<br>2.24 | 11.17 | NY 0.51 | 1.12 | NY 0.60 | | 155.00<br>129.75 | VOUCHER |
| WEEK 29 - PROC 026<br>Check Date - JUL 13,2016<br>Period End - JUL  1,2016 | | | | | | | 3.00<br>465.00 | 28.83<br>6.75 | 54.34 | NY 14.81 | 10.01 | NY 0.60 | | 465.00<br>349.66 | VOUCHER |
| WEEK 29 - PROC 027<br>Check Date - JUL 15,2016<br>Period End - JUL  8,2016 | | | | | | | <br>620.00 | 38.44<br>8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00<br>454.22 | VOUCHER |
| WEEK 30 - PROC 028<br>Check Date - JUL 22,2016<br>Period End - JUL 15,2016 | | | | | | | <br>620.00 | 38.44<br>8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00<br>454.22 | VOUCHER |
| WEEK 31 - PROC 029<br>Check Date - JUL 29,2016<br>Period End - JUL 22,2016 | | | | | | | <br>620.00 | 38.44<br>8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00<br>454.22 | VOUCHER |
| WEEK 32 - PROC 030<br>Check Date - AUG  5,2016<br>Period End - JUL 29,2016 | | | | | | | <br>620.00 | 38.44<br>8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00<br>454.22 | VOUCHER |
| WEEK 33 - PROC 031<br>Check Date - AUG 12,2016<br>Period End - AUG  5,2016 | 7.00<br>77.00 | | | | | | <br>155.00 | 14.38<br>3.36 | 19.39 | NY 3.59 | 2.58 | NY 0.60 | | 232.00<br>188.10 | VOUCHER |
| WEEK 34 - PROC 032<br>Check Date - AUG 19,2016<br>Period End - AUG 12,2016 | | | | | | | <br>620.00 | 38.44<br>8.99 | 77.59 | NY 24.33 | 15.83 | NY 0.60 | | 620.00<br>454.22 | VOUCHER |
| WEEK 35 - PROC 033<br>Check Date - AUG 26,2016<br>Period End - AUG 19,2016 | | | | | | | <br>1085.00 | 67.27<br>15.73 | 179.11 | NY 54.33 | 33.97 | NY 0.60 | | 1085.00<br>733.99 | VOUCHER |
| WEEK 36 - PROC 034<br>Check Date - SEP  2,2016<br>Period End - AUG 26,2016 | | | | | | | <br>465.00 | 28.83<br>6.74 | 54.34 | NY 14.81 | 10.01 | NY 0.60 | | 465.00<br>349.67 | VOUCHER |
| *** EMPLOYEE SS# xxx-xx-1063<br>*** OCT 18,2015      10.0000<br>*** BARAHONA ALVARAD, EUGENI<br>*** PAYROLL HISTORY TOTALS | 173.50<br>1752.00 | | | | | | 9.00<br>22450.00 | 1500.52<br>350.93 | 2943.26 | 871.38 | 572.03 | 27.60 | | 24202.00<br>17936.28 | 39 |

Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

Page -    4

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *** ***COMPANY TOTALS *** FOR ENTIRE REPORT *** | 173.50 / 1752.00 | | | | | | 9.00 / 22450.00 | 1500.52 / 350.93 | 2943.26 | 871.38 | 572.03 | 27.60 | | 24202.00 / 17936.28 | 39 |

**1691 - HOME FAMILY CARE INC.**

PROC - 022