Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

DEFENDANT'S EXHIBIT

**G**

KAMAROV, SANAT            2094
1060 OCEAN AVENUE
# 4E
BROOKLYN, NY 11226

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 47 - PROC 029<br>Check Date - NOV 21,2014<br>Period End - NOV 14,2014 | | | | | | | 280.00 | 17.36<br>4.06 | | NY | 1.30 | NY<br>1.20 | 280.00 VOUCHER<br>256.08 |
| WEEK 49 - PROC 030<br>Check Date - DEC  5,2014<br>Period End - NOV 28,2014 | | | | | | | 560.00 | 34.72<br>8.12 | 23.50 | NY<br>10.48 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>474.99 |
| WEEK 51 - PROC 031<br>Check Date - DEC 19,2014<br>Period End - DEC 12,2014 | | | | | | | 560.00 | 34.72<br>8.12 | 23.50 | NY<br>10.48 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>474.99 |
| WEEK 01 - PROC 001<br>Check Date - JAN  2,2015<br>Period End - DEC 26,2014 | | | | | | | 700.00 | 43.40<br>10.15 | 36.92 | NY<br>16.30 | 11.33 | NY<br>1.20 | 700.00 VOUCHER<br>580.70 |
| WEEK 03 - PROC 002<br>Check Date - JAN 16,2015<br>Period End - JAN  9,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 05 - PROC 003<br>Check Date - JAN 30,2015<br>Period End - JAN 23,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 07 - PROC 004<br>Check Date - FEB 13,2015<br>Period End - FEB  6,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 09 - PROC 005<br>Check Date - FEB 27,2015<br>Period End - FEB 20,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 11 - PROC 006<br>Check Date - MAR 13,2015<br>Period End - MAR  6,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 13 - PROC 007<br>Check Date - MAR 27,2015<br>Period End - MAR 20,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 15 - PROC 008<br>Check Date - APR 10,2015<br>Period End - APR  3,2015 | | | | | | | 560.00 | 34.72<br>8.12 | 22.92 | NY<br>10.32 | 6.99 | NY<br>1.20 | 560.00 VOUCHER<br>475.73 |
| WEEK 17 - PROC 009<br>Check Date - APR 24,2015<br>Period End - APR 17,2015 | | | | | | | 840.00 | 52.08<br>12.18 | 50.92 | NY<br>23.35 | 15.98 | NY<br>1.20 | 840.00 VOUCHER<br>684.29 |
| WEEK 19 - PROC 010<br>Check Date - MAY  8,2015<br>Period End - MAY  1,2015 | | | | | | | 1680.00 | 104.16<br>24.36 | 166.90 | NY<br>76.01 | 48.07 | NY<br>1.20 | 1680.00 VOUCHER<br>1259.30 |
| WEEK 21 - PROC 011<br>Check Date - MAY 22,2015<br>Period End - MAY 15,2015 | | | | | | | 1540.00 | 95.48<br>22.33 | 145.90 | NY<br>66.98 | 42.61 | NY<br>1.20 | 1540.00 VOUCHER<br>1165.50 |

**1691 - HOME FAMILY CARE INC.**

PROC - 022

Process Date - AUG 3,2023

## Basic Pay From - To Check History Report

Page - 2

| KAMAROV, SANAT 2094 1060 OCEAN AVENUE # 4E BROOKLYN, NY 11226 | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 23 - PROC 012 Check Date - JUN 5,2015 Period End - MAY 29,2015 | | | | | | | 980.00 | 60.76 14.21 | 64.92 | NY 31.61 | 21.16 | NY 1.20 | | 980.00 786.14 | VOUCHER |
| WEEK 25 - PROC 013 Check Date - JUN 19,2015 Period End - JUN 12,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 27 - PROC 014 Check Date - JUL 3,2015 Period End - JUN 26,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 29 - PROC 015 Check Date - JUL 17,2015 Period End - JUL 10,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 31 - PROC 016 Check Date - JUL 31,2015 Period End - JUL 24,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 33 - PROC 017 Check Date - AUG 14,2015 Period End - AUG 7,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 35 - PROC 019 Check Date - AUG 28,2015 Period End - AUG 21,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 37 - PROC 020 Check Date - SEP 11,2015 Period End - SEP 4,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 39 - PROC 021 Check Date - SEP 25,2015 Period End - SEP 18,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 41 - PROC 023 Check Date - OCT 9,2015 Period End - OCT 2,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 43 - PROC 025 Check Date - OCT 23,2015 Period End - OCT 16,2015 | | | | | | | 1960.00 | 121.52 28.42 | 208.90 | NY 94.07 | 58.99 | NY 1.20 | | 1960.00 1446.90 | VOUCHER |
| WEEK 45 - PROC 026 Check Date - NOV 6,2015 Period End - OCT 30,2015 | | | | | | | 560.00 | 34.72 8.12 | 22.92 | NY 10.32 | 6.99 | NY 1.20 | | 560.00 475.73 | VOUCHER |
| *** EMPLOYEE SS# xxx-xx-3945 *** NOV 10,2014 10.0000 *** KAMAROV, SANAT *** PAYROLL HISTORY TOTALS | | | | | | | 31220.00 | 1935.64 452.69 | 2784.92 | 1258.47 | 800.25 | 31.20 | | 31220.00 23956.83 | 26 |

Process Date - AUG  3,2023

# Basic Pay From - To Check History Report

Page -   3

| | REGULAR HOURS / REGULAR WAGES | O/TIME HOURS / O/TIME WAGES | 1099$$ WAGES / SALARY WAGES | SICK HOURS / SICK PAY | VACATIO HOURS / VACATIO PAY | HOLIDAY HRS / HOLIDAY PAY | MISC HOURS / MISC WAGES | FICA TAX / MEDFICA TAX | FED WTH TAX / HEALTH DEDUCT | STATE TAX / 401K DEDUCT | LOCAL TAX / TRANSIT DEDUCT | UNEMPL TAX / DIRECT DEPOSIT | MISC DEDUCT / REIM EXP | GROSS PAY / N E T PAY | CHECK # / TRANS ACTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *** *** COMPANY TOTALS *** FOR ENTIRE REPORT *** | | | | | | | | 1935.64 | 2784.92 | 1258.47 | 800.25 | 31.20 | | 31220.00 | 26 |
| | | | | | | | 31220.00 | 452.69 | | | | | | 23956.83 | |

**1691 - HOME FAMILY CARE INC.**

PROC - 022