UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZOKAT ATAKHANOVA, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>- against –<br><br>HOME FAMILY CARE INC., and ALEXANDER KISELEV<br>                            Defendant. | Index No.: 16-cv-6707 (KAM) (RML)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY NOTICED** that, pursuant to Rules 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure, the above-captioned proceeding is hereby dismissed without prejudice and without costs, expenses, or fees to any party, and an order to that effect may be entered without further notice.

Dated: New York, New York
       February 19, 2025

| | |
|---|---|
|   /s LaDonna Lusher          <br>LaDonna Lusher, Esq.<br>Virginia & Ambinder, LLP<br>40 Broad Street, 7th Floor<br>New York, New York 10004<br>Tel: (212) 943-9080<br>*Class Counsel* |   /s Irene Sinayskaya    <br>Irene Sinayskaya, Esq.<br>Sinayskaya Yuniver, P.C. 710 Avenue U<br>Brooklyn, New York 11223 Tel: 718-402-2240 *Counsel for Defendants* |

SO ORDERED:

_____
Hon. Kiyo A. Matsumoto, U.S.D.J.